**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Fred's, Inc., *et al.*, | : | Case No. 19-11984 (CSS) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.     **Bradley Wooldridge** c/o Shanti Katona, Esq., 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801-1611, Phone: 302-252-0924

2.     **BWI Companies, Inc.**, Attn: JoAnn Lansdell, P.O. Box 990, Nash, TX 75569, Phone: 903-334-0303, Fax: 903-831-4799

3.     **WIN Properties, Inc.,** Attn: Rick Yarmy, 10 Rye Ridge Plaza, Suite 200, Rye Brook, NY 10573, Phone: 914-468-7300, Fax: 914-468-7330

                                          ANDREW R. VARA
                                          Acting United States Trustee, Region 3

                                          /s/ *Benjamin Hackman* for
                                          T. PATRICK TINKER
                                          ASSISTANT UNITED STATES TRUSTEE

DATED: September 18, 2019

Attorney assigned to this Case: Benjamin Hackman, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Derek Abbott, Esq., Phone: 302-658-9200, Fax: 302-658-3989