IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRED'S, INC[1] *et al.*,<br>    Debtors. | Chapter 7<br>Case No. 19-11984 (CSS)<br>Jointly Administered<br>**Hearing Date: October 16, 2019 @ 3:00 p.m.**<br>**Objection Deadline: October 9, 2019** |

### NOTICE OF MOTION OF ELVIN GARNER ON BEHALF OF ALVIN GARNER FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. § 362

**PLEASE TAKE NOTICE** that on September 23, 2019, Elvin Garner filed a Motion For Relief From Automatic Stay Under 11 U.S.C. § 362 on behalf of Alvin Garner (the "Motion") in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that objections or responses, if any, to the Motion must be filed **ON OR BEFORE OCTOBER 9, 2019** with the United States Bankruptcy Court for the District of Delaware and at the same time be served upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE APPLICATION WILL BE HELD ON **OCTOBER 16, 2019 AT 3:00 P.M., if necessary.**

IF YOU FAIL TO FILE A RESPONSE IN ACCORDANCE WITH THIS NOTICE THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

September 23, 2019

SMITH, KATZENSTEIN & JENKINS LLP
*/s/ Kathleen M. Miller*
Kathleen M. Miller (#2898)
The Brandywine Building
1000 West Street, P.O. Box 410
Wilmington, Delaware 19899
(302) 652-8400 (phone)
(302) 652-8405 (fax)
kmiller@skjlaw.com
*Attorneys for movant*

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Fred's, Inc. (4010); Fred's Stores of Tennessee, Inc. (9888); National Equipment Management and Leasing, Inc. (4296); National Pharmaceutical Network, Inc. (9687); Reeves-Sain Drug Store, Inc. (4510); Summit Properties-Jacksboro, LLC (9161); Summit Properties-Bridgeport, LLC (2200); and 505 N. Main Opp, LLC (5850). The Debtors' address is 2001 Bryan Street, Suite 1550, Dallas, Texas 75201.