## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September 2019 a copy of **ELVIN GARNER ON BEHALF OF ALVIN GARNER'S MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. § 362** was served on the following by first class mail:

Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
Attn: Adam L. Shiff
Robert M. Novick, Esquire
Matthew B. Stein, Esquire

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Attn: Derek C. Abbott, Esquire
Andrew R. Remming, Esquire
Matthew B. Harvey, Esquire

Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, NY 10020
Attn: Jeffrey Cohen, Esquire
Gabriel Olivera, Esquire

Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
Attn: Michael Kaplan, Esquire
Nicole Fulfree, Esquire

Womble Bond Dickinson (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Attn: Matthew P. Ward, Esquire
Ericka F. Johnson, Esquire

Parker, Hudson, Rainer & Dobbs LLP
Eric W. Anderson, Esquire
Bryan E. Bates, Esquire
303 Peachtree Street NE, Suite 3600
Atlanta, GA 30308

Richards, Layton & Finger, P.A.
John H. Knight, Esquire
David T. Queroli, Esquire
One Rodney Square
920 North King Street
Wilmington, DE 19801

Office of the United States Trustee
844 King Street, Suite 2207
Lockbox # 35
Wilmington, DE 19801

                                        */s/ Kathleen M. Miller*
                                        Kathleen M. Miller (#2898)