**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Fred's, Inc., *et al.*[1] | ) | Case No. 19-11984 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON SEPTEMBER 27, 2019 AT 10:00 A.M. (EASTERN DAYLIGHT TIME)

MATTERS UNDER CERTIFICATION

1.    Debtors' Motion for Entry of an Order Limiting Service of Notice of Commencement of
      Chapter 11 Bankruptcy Cases and Other Papers (D.I. 107, Filed 9/13/19).

      Objection Deadline:  September 20, 2019 at 4:00 p.m. (ET), extended to September 23,
      2019 at 4:00 p.m. (ET) for the Committee.

      Responses Received:  None.

      Related Pleadings:

      a)    Certificate of No Objection Regarding Debtors' Motion for Entry of an Order
            Limiting Service of Notice of Commencement of Chapter 11 Bankruptcy Cases
            and Other Papers (D.I. 164, Filed 9/25/19).

      Status: A certificate of no objection has been filed.

MATTERS GOING FORWARD

2.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing, But Not
      Directing, the Payment of Certain Prepetition Claims of Lien Claimants and 503(b)(9)
      Claimants and (II) Granting Related Relief (D.I. 5, Filed 9/9/19).

      Objection Deadline: September 20, 2019 at 4:00 p.m. (ET), extended to September 23,
      2019 at 4:00 p.m. (ET) for the Committee.

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
       number, are:  Fred's Stores of Tennessee, Inc. (9888); Fred's Inc. (4010); National Equipment Management and
       Leasing, Inc. (4296); National Pharmaceutical Network, Inc. (9687); Reeves-Sain Drug Store, Inc. (4510);
       Summit Properties-Jacksboro, LLC (9161); Summit Properties-Bridgeport, LLC (2200); and 505 N. Main Opp,
       LLC (5850).  The Debtors' address is 43000 New Getwell Road, Memphis, TN 38118.

<u>Responses Received</u>:

a)    Informal comments from the Official Committee of Unsecured Creditors (the "<u>Committee</u>"); and

b)    Informal comments from Cardinal Health 110, LLC and Cardinal Health 112, LLC.

<u>Related Pleadings</u>:

a)    Interim Order (I) Authorizing, But Not Directing, the Payment of Certain Prepetition Claims of Lien Claimants and 503(b)(9) Claimants and (II) Granting Related Relief (D.I. 83, Entered 9/11/19); and

b)    Notice of Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing, But Not Directing, the Payment of Certain Prepetition Claims of Lien Claimants and 503(b)(9) Claimants and (II) Granting Related Relief (D.I. 92, Filed 9/11/19).

<u>Status</u>:  The Debtors intend to submit a revised form of order under certificate of counsel prior to the time of the hearing.  For the time being, this matter is going forward.

3.    Debtors' Motion for Entry of Interim and Final Orders Authorizing, but Not Directing, (I) the Debtors to Pay Certain Taxes and Fees, (II) Financial Institutions to Honor and Process All Related Checks and Electronic Payment Requests, and (III) Granting Related Relief (D.I. 8, Filed 9/9/19).

<u>Objection Deadline</u>:  September 20, 2019 at 4:00 p.m. (ET), extended to September 23, 2019 at 4:00 p.m. (ET) for the Committee.

<u>Responses Received</u>:  None.

<u>Related Pleadings</u>:

a)    Interim Order Authorizing, but not Directing, (I) the Debtors to Pay Certain Taxes and Fees, (II) Financial Institutions to Honor and Process All Related Checks and Electronic Payment Requests, and (III) Granting Related Relief (D.I. 56, Entered 9/10/19); and

b)    Notice of Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders Authorizing, but Not Directing, (I) the Debtors to Pay Certain Taxes and Fees, (II) Financial Institutions to Honor and Process All Related Checks and Electronic Payment Requests, and (III) Granting Related Relief (D.I. 67, Filed 9/11/19).

Status: The Debtors intend to submit a revised form of order under certificate of counsel prior to the time of the hearing.  For the time being, this matter is going forward.

4.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Benefits, and Other Obligations and (B) Continue Employee Programs and Severance Program and (II) Granting Related Relief (D.I. 9, Filed 9/9/19).

Objection Deadline: September 20, 2019 at 4:00 p.m. (ET), extended to September 23, 2019 at 4:00 p.m. (ET) for the Committee.

Responses Received:

a)      Informal comments from the Committee.

Related Pleadings:

a)      Amended Interim Order I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Benefits, and Other Obligations and (B) Continue Employee Programs and Severance Program and (II) Granting Related Relief (D.I. 123, Entered 9/18/19); and

b)      Amended Notice of Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Employee Wages, Benefits, and Other Obligations and (B) Continue Employee Programs and Severance Program and (II) Granting Related Relief (D.I. 125, Filed 9/18/19).

Status: The Debtors intend to submit a revised form of order under certificate of counsel prior to the time of the hearing.  For the time being, this matter is going forward.

5.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing The Debtors to (A) Maintain and Administer Prepetition Customer Programs, Promotions, and Practices and (B) Pay and Honor Related Prepetition Obligations and (II) Granting Related Relief (D.I. 10, Filed 9/9/19).

Objection Deadline: September 20, 2019 at 4:00 p.m. (ET), extended to September 23, 2019 at 4:00 p.m. (ET) for the Committee.

Responses Received:

a)      Informal comments from the Committee.

Related Pleadings:

a)      Interim Order (I) Authorizing The Debtors to (A) Maintain and Administer Prepetition Customer Programs, Promotions, and Practices and (B) Pay and

Honor Related Prepetition Obligations and (II) Granting Related Relief (D.I. 58, Entered 9/10/19); and

b)      Notice of Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing The Debtors to (A) Maintain and Administer Prepetition Customer Programs, Promotions, and Practices and (B) Pay and Honor Related Prepetition Obligations and (II) Granting Related Relief (D.I. 70, Filed 9/11/19).

Status: The Debtors intend to submit a revised form of order under certificate of counsel prior to the time of the hearing.  For the time being, this matter is going forward.

6.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Using Existing Centralized Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (C) Maintain Existing Bank Accounts and Check Stock and (II) Granting Related Relief (D.I. 11, Filed 9/9/19).

Objection Deadline:  September 20, 2019 at 4:00 p.m. (ET), extended to September 23, 2019 at 4:00 p.m. (ET) for the Committee.

Responses Received:

a)      Informal comments from the Committee.

Related Pleadings:

a)      Interim Order (I) Authorizing the Debtors to (A) Continue Using Existing Centralized Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (C) Maintain Existing Bank Accounts and Check Stock and (II) Granting Related Relief (D.I. 60, Entered 9/10/19); and

b)      Notice of Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Using Existing Centralized Cash Management System, (B) Honor Certain Prepetition Obligations Related to the Use of the Cash Management System, and (C) Maintain Existing Bank Accounts and Check Stock and (II) Granting Related Relief (D.I. 74, Filed 9/11/19).

Status: The Debtors intend to submit a revised form of order under certificate of counsel prior to the time of the hearing.  For the time being, this matter is going forward.

7.      Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Performance, (III) Establishing Procedures for

Determining Additional Adequate Assurance of Payment, and (IV) Setting a Final Hearing Related Hereto (D.I. 13, Filed 9/9/19).

Objection Deadline:  September 20, 2019 at 4:00 p.m. (ET), extended to September 23, 2019 at 4:00 p.m. (ET) for the Committee.

Responses Received:

a)      Objection of Georgia Power Company to the Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Performance, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Setting a Final Hearing Related Hereto (D.I. 128, Filed 9/18/19);

b)      Joinder of Entergy Arkansas, LLC to the Objection of Georgia Power Company to the Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Performance, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Setting a Final Hearing Related Hereto (D.I. 140, Filed 9/19/19);

c)      Informal comments from Central Louisiana Electric Company (Cleco);

d)      Informal comments from Trenton Light & Water Department; and

e)      Informal comments from TXU Energy.

Related Pleadings:

a)      Interim Order (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Performance, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Setting a Final Hearing Related Hereto (D.I. 59, Entered 9/10/19);

b)      Notice of Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utility Companies Adequately Assured of Future Performance, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Setting a Final Hearing Related Hereto (D.I. 68, Filed 9/11/19); and

c)      Notice of Filing of Revised Exhibit to Interim Order (I) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Utility Services, (II)

Deeming Utility Companies Adequately Assured of Future Performance, (III) Establishing Procedures for Determining Additional Adequate Assurance of Payment, and (IV) Setting a Final Hearing Related Hereto (D.I. 80, Filed 9/11/19).

Status: This matter is going forward.

8.    Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume the Consulting Agreement, (II) Approving Procedures for Store Closing Sales, and (III) Granting Related Relief (D.I. 15, Filed 9/9/19).

Objection Deadline:  September 20, 2019 at 4:00 p.m. (ET), extended to September 23, 2019 at 4:00 p.m. (ET) for the Committee; extended to September 24, 2019 at 4:00 p.m. (ET) for Coca-Cola Bottling Co. United.

Responses Received:

a)    Objection of Foodworld Alabama, LLC to Store Closing Sales (D.I. 138, Filed 9/19/19);

b)    Local Texas Tax Authorities' Objection to Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume the Consulting Agreement, (II) Approving Procedures for Store Closing Sales, and (III) Granting Related Relief (D.I. 146, Filed 9/20/19);

c)    Response and Reservation of Rights of the Coca-Cola Company to the Debtors' Motion for a Final Order Approving Procedures for Store Closing Sales and (B) Debtors' Motion for Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property Nunc Pro Tunc to Rejection Date, (II) Establishing Rejection Procedures, and (III) Granting Related Relief (D.I. 151, Filed 9/23/19);

d)    Joinder of FPP Associates, LLC fka First Choice Property & Development, LLC to Objections of Foodworld Alabama, LLC's to Debtors' Motions for: 1. Store Closing Sales (dkt. no. 15); 2. Interim and Final Orders authorizing Post Petition Financing, etc. (dkt no. 16 and 61); and 3. Interim and Final Orders authorizing Debtors to Reject Certain Unexpired Leases (dkt. no. 20) (D.I. 152, Filed 9/24/19);

e)    Informal comments from the Committee;

f)    Informal comments from Dippin Dots;

g)    Informal comments from RKL Properties LLC;

h)    Informal comments from Bissell; and

i)      Informal comments from Swanson Developments, LP.

Related Pleading:

a)      Notice of Filing of Fourth Supplemental Store List in Connection with Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume the Consulting Agreement, (II) Approving Procedures for Store Closing Sales, and (III) Granting Related Relief (D.I. 40, Filed 9/10/19);

b)      Interim Order (I) Authorizing the Debtors to Assume the Consulting Agreement, (II) Approving Procedures for Store Closing Sales, and (III) Granting Related Relief (D.I. 82, Entered 9/11/19);

c)      Notice of Hearing Regarding Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume the Consulting Agreement, (II) Approving Procedures for Store Closing Sales, and (III) Granting Related Relief (D.I. 91, Filed 9/11/19); and

d)      Declaration of SB360 Capital Partners, LLC in Support of Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to Assume the Consulting Agreement, (II) Approving Procedures for Store Closing Sales, and (III) Granting Related Relief (D.I. 116, Filed 9/17/19).

Status:  This matter is going forward.

9.     Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors in Possession to Obtain Postpetition Financing Pursuant to 11 U.S.C.  §§ 105, 362, 363, And 364; (II) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to 11 U.S.C. §§ 364 And 507; (III) Providing Adequate Protection to Prepetition Credit Parties, Summit Lender, and Cardinal Vendors; (IV) Modifying Automatic Stay Pursuant To 11 U.S.C. §§ 361, 362, 363, 364, And 507; (V) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2; and (VI) Granting Related Relief (D.I. 16, Filed 9/9/19).

Objection Deadline:  September 20, 2019 at 4:00 p.m. (ET); extended to September 23, 2019 at 4:00 p.m. (ET) for the Committee; extended to September 24, 2019 at 4:00 p.m. (ET) for Coca-Cola Bottling Co. United.

Responses Received:

a)      Informal comments of Federal Insurance Company, Indemnity Insurance Company of North America, ACE American Insurance Company and/or any of their affiliates;

b)    Objection of Foodworld Alabama, LLC to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors in Possession to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363, And 364; (II) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to 11 U.S.C. §§ 364 And 507; (III) Providing Adequate Protection to Prepetition Credit Parties, Summit Lender, and Cardinal Vendors; (IV) Modifying Automatic Stay Pursuant To 11 U.S.C. §§ 361, 362, 363, 364, And 507; (V) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2; and (VI) Granting Related Relief (D.I. 139, Filed 9/19/19);

c)    Joinder of FPP Associates, LLC fka First Choice Property & Development, LLC to Objections of Foodworld Alabama, LLC's to Debtors' Motions for: 1. Store Closing Sales (dkt. no. 15); 2. Interim and Final Orders authorizing Post Petition Financing, etc. (dkt no. 16 and 61); and 3. Interim and Final Orders authorizing Debtors to Reject Certain Unexpired Leases (dkt. no. 20) (D.I. 152, Filed 9/24/19);

d)    Informal comments from the Committee;

e)    Informal comments from Swanson Developments, LP; and

f)    Informal comments from Exisor, LLC.

Related Pleadings:

a)    Interim Order Granting Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors in Possession to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363, And 364; (II) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to 11 U.S.C. §§ 364 And 507; (III) Providing Adequate Protection to Prepetition Credit Parties, Summit Lender, and Cardinal Vendors; (IV) Modifying Automatic Stay Pursuant To 11 U.S.C. §§ 361, 362, 363, 364, And 507; (V) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2; and (VI) Granting Related Relief (D.I. 61, Entered 9/10/19); and

b)    Notice of Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors in Possession to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 362, 363, And 364; (II) Granting Liens and Superpriority Claims to Postpetition Lenders Pursuant to 11 U.S.C. §§ 364 And 507; (III) Providing Adequate Protection to Prepetition Credit Parties, Summit Lender, and Cardinal Vendors; (IV) Modifying Automatic Stay Pursuant To 11 U.S.C. §§ 361, 362, 363, 364, And 507; (V) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) and Local Rule 4001-2; and (VI) Granting Related Relief (D.I. 71, Filed 9/11/19).

Status: This matter is going forward.

10.     Debtors' Motion for Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property *Nunc Pro Tunc* to the Rejection Date, (II) Establishing Rejection Procedures, and (III) Granting Related Relief (D.I. 20, Filed 9/9/19).

Objection Deadline:  September 18, 2019 at 4:00 p.m. (ET); extended to September 23, 2019 at 4:00 p.m. (ET) for the Committee.

Responses Received:

a)      Objection of Foodworld Alabama, LLC Debtors' Motion for Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property *Nunc Pro Tunc* to the Rejection Date, (II) Establishing Rejection Procedures, and (III) Granting Related Relief (D.I. 137, Filed 9/19/19);

b)      Letter objection of Palmetto Real Estate Trust (D.I. 148, Filed 9/23/19);

c)      Response and Reservation of Rights of the Coca-Cola Company to the Debtors' Motion for a Final Order Approving Procedures for Store Closing Sales and (B) Debtors' Motion for Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property Nunc Pro Tunc to Rejection Date, (II) Establishing Rejection Procedures, and (III) Granting Related Relief (D.I. 151, Filed 9/23/19);

d)      Joinder of FPP Associates, LLC fka First Choice Property & Development, LLC to Objections of Foodworld Alabama, LLC's to Debtors' Motions for: 1. Store Closing Sales (dkt. no. 15); 2. Interim and Final Orders authorizing Post Petition Financing, etc. (dkt no. 16 and 61); and 3. Interim and Final Orders authorizing Debtors to Reject Certain Unexpired Leases (dkt. no. 20) (D.I. 152, Filed 9/24/19);

e)      Informal response from John D. Coggin;

f)      Informal response from APM Associates, LLC;

g)      Informal comments from MBA Corp.;

h)      Informal comments from the Committee; and

i)      Informal comments from Swanson Developments, LP.

Related Pleadings:

a)      Notice of Hearing Regarding Debtors' Motion for Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property *Nunc*

*Pro Tunc* to the Rejection Date, (II) Establishing Rejection Procedures, and (III) Granting Related Relief (D.I. 72, Filed 9/11/19); and

b)    Debtors' Omnibus Reply in Response to Certain Objections to, and in Further Support of, Motion for Order (I) Authorizing the Debtors to Reject Certain Unexpired Leases of Nonresidential Real Property *Nunc Pro Tunc* to the Rejection Date, (II) Establishing Rejection Procedures, and (III) Granting Related Relief (D.I. 166, Filed 9/25/19).

Status:  This matter is going forward.

11.    Debtors' Amended Motion for Approval of Procedures for the Sale of *De Minimis* Pharmacy Assets Free and Clear of Liens, Claims, Interests, and Encumbrances (D.I. 35, Filed 9/9/19).

Objection Deadline:  September 20, 2019 at 4:00 p.m. (ET), extended to September 23, 2019 at 4:00 p.m. (ET) for the Committee.

Responses Received:

a)    Informal comments from the Committee.

Related Pleadings:

a)    Interim Order Approving Procedures for the Sale of *De Minimis* Pharmacy Assets Free and Clear of Liens, Claims, Interests, and Encumbrances (D.I. 81, Entered 9/11/19);

b)    Notice of Hearing Regarding Debtors' Amended Motion for Approval of Procedures for the Sale of *De Minimis* Pharmacy Assets Free and Clear of Liens, Claims, Interests, and Encumbrances (D.I. 90, Filed 9/11/19);

c)    Notice of Sale of Certain of the Debtors' *De Minimis* Assets Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to Section 363 of the Bankruptcy Code (D.I. 94, Filed 9/11/19);

d)    Amended Notice of Sale of Certain of the Debtors' *De Minimis* Assets Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to Section 363 of the Bankruptcy Code (D.I. 100, Filed 9/12/19);

e)    Notice of Sale of Certain of the Debtors' *De Minimis* Assets Free and Clear of Liens, Claims, Interests, and Encumbrances Pursuant to Section 363 of the Bankruptcy Code (D.I. 163, Filed 9/24/19).

Status: This matter is going forward.

12.    Debtors' Motion for an Order (I) Establishing Procedures for the Sale of Debtors' Real Estate Assets, (II) Authorizing the Debtors to Retain and Compensate Real Estate Brokers in Connection Therewith, (III) Approving Stalking Horse Bid Protections (IV) Approving the Sale of the Debtors' Real Estate Assets Free and Clear of All Encumbrances Pursuant to Section 363 of the Bankruptcy Code and (V) Granting Related Relief (D.I. 112, Filed 9/17/19).

Objection Deadline:  September 24, 2019 at 5:00 p.m. (ET).

Responses Received:

a)    Informal comments from the Committee.

Related Pleadings:

a)    Order Shortening Notice and Objection Periods for the Debtors' Sale Procedures Motion (DI 114, Entered 9/17/19);

b)    Notice of Filing of Revised Exhibits to Debtors' Motion for an Order (I) Establishing Procedures for the Sale of Debtors' Real Estate Assets, (II) Authorizing the Debtors to Retain and Compensate Real Estate Brokers in Connection Therewith, (III) Approving Stalking Horse Bid Protections (IV) Approving the Sale of the Debtors' Real Estate Assets Free and Clear of All Encumbrances Pursuant to Section 363 of the Bankruptcy Code and (V) Granting Related Relief (D.I. 117, Filed 9/17/19); and

c)    Notice of Hearing Regarding Debtors' Motion for an Order (I) Establishing Procedures for the Sale of Debtors' Real Estate Assets, (II) Authorizing the Debtors to Retain and Compensate Real Estate Brokers in Connection Therewith, (III) Approving Stalking Horse Bid Protections (IV) Approving the Sale of the Debtors' Real Estate Assets Free and Clear of All Encumbrances Pursuant to Section 363 of the Bankruptcy Code and (V) Granting Related Relief (D.I. 118, Filed 9/17/19).

Status:  This matter is going forward.

13.    Motion of the Debtors for Leave to File Late Replies to Objections to, and in Further Support of, Certain First Day Motions (D.I. 165, Filed 9/25/19).

Objection Deadline:  At the hearing.

Responses Received:  None as of the filing of this Agenda.

Related Pleadings:

a)    Debtors' Omnibus Reply in Response to Certain Objections to, and in Further Support of, Motion for Order (I) Authorizing the Debtors to Reject Certain

Unexpired Leases of Nonresidential Real Property *Nunc Pro Tunc* to the Rejection Date, (II) Establishing Rejection Procedures, and (III) Granting Related Relief (D.I. 166, Filed 9/25/19).

<u>Status</u>: This matter is going forward.

Dated: September 25, 2019
      Wilmington, Delaware

              */s/ Joseph C. Barsalona II*
              Derek C. Abbott (No. 3376)
              Andrew R. Remming (No. 5120)
              Matthew B. Harvey (No. 5643)
              Joseph C. Barsalona II (No. 6102)
              **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
              1201 N. Market Street, 16th Floor
              P.O. Box 1347
              Wilmington, Delaware 19899-1347
              Telephone: (302) 658-9200
              Facsimile: (302) 658-3989
              Email: dabbott@mnat.com
                    aremming@mnat.com
                    mharvey@mnat.com
                    jbarsalona@mnat.com

              - and –

              Adam L. Shiff (admitted *pro hac vice*)
              Robert M. Novick (admitted *pro hac vice*)
              Matthew B. Stein (admitted *pro hac vice*)
              **KASOWITZ BENSON TORRES LLP**
              1633 Broadway
              New York, New York 10019
              Telephone: (212) 506-1700
              Facsimile: (212 506-1800
              Email: AShiff@kasowitz.com
                    RNovick@kasowitz.com
                    MStein@kasowitz.com

              *Proposed Counsel for Debtors and*
              *Debtors In Possession*