# EXHIBIT B

**ExpressRx Asset Purchase Agreement**

**[Refer to Exhibit 1 to Proposed Order]**