# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRED'S, INC., *et al.*, | Case No. 19-11984 (CSS) |
| Debtors. | (Jointly Administered) |

# SCHEDULES OF ASSETS AND LIABILITIES FOR

## Fred's, Inc.

### Case No. 19-11984 (CSS)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| FRED'S, INC., *et al.*,[1] | |
| Debtors. | Case No. 19-11984 (CSS) |
| | (Jointly Administered) |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The above-captioned debtors and debtors in possession (collectively, the "Debtors" or the "Company") submit their Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements" and, together with the Schedules, the "Schedules and Statements") pursuant to section 521 of the Bankruptcy Code (as defined below) and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

On September 9, 2019 (the "Petition Date"), the Debtors commenced the above captioned chapter 11 cases by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being administered jointly under case number 19-11984. The Debtors are authorized to operate their businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Fred's, Inc. (4010); Fred's Stores of Tennessee, Inc. (9888); National Equipment Management and Leasing, Inc. (4296); National Pharmaceutical Network, Inc. (9687); Reeves-Sain Drug Store, Inc. (4510); Summit Properties-Jacksboro, LLC (9161); Summit Properties-Bridgeport, LLC (2200); and 505 N. Main Opp, LLC (5850). The Debtors' address is 2001 Bryan Street, Suite 1550, Dallas, Texas 75201.

The Schedules and Statements were prepared by the Debtors' management and are unaudited. While those members of management responsible for the preparation of the Schedules and Statements have made a reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information known to them at the time of preparation after reasonable inquiries, inadvertent errors or omissions may exist and/or the subsequent receipt of information may result in material changes in financial and other data contained in the Schedules and Statements. Accordingly, the Debtors reserve their right to amend and/or supplement their Schedules and Statements from time to time as may be necessary or appropriate but there can be no guarantees that the Debtors will do so.

The Debtors and their agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized. In no event shall the Debtors or their agents, attorneys and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and

however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

These Global Notes and Statements of Limitations, Methodology and Disclaimers Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (these "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

## Global Notes and Overview of Methodology

1. **Description of Cases.** On the "Petition Date", each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On September 10, 2019, an order was entered directing procedural consolidation and joint administration of these chapter 11 cases [Docket No. 52]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. The information provided herein, except as otherwise noted, is reported as of the Petition Date.

2. **Global Notes Control.** These Global Notes pertain to and comprise an integral part of each of the Debtors' Schedules and Statements and should be referenced in connection with any review thereof. In the event that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

3. **Reservations and Limitations.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent

errors or omissions may exist. The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

a. **No Admission.** Nothing contained in the Schedules and Statements or the Global Notes is intended to be or should be construed as an admission or stipulation of the validity of any claim against the Debtors or any assertion made, or a waiver of the Debtors' rights to dispute any such claim or assert any cause of action or defense against any party.

b. **Basis of Presentation.** The Schedules and Statements reflect the separate assets and liabilities of each individual Debtor. For financial reporting purposes, Fred's, Inc. and its affiliated debtors and debtors in possession historically prepared consolidated financial statements, which included financial information for all of its subsidiaries and which were audited annually. The majority of the Debtors' operations occur through Debtor Fred's, Inc. and the Debtors use a centralized cash management system whereby all disbursements are made by Fred's, Inc.

These Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to reconcile to the financial statements previously distributed to lenders, major creditors, or various equity holders on an intermittent basis.

The Schedules and Statements have been signed by Mark Renz, Chief Restructuring Officer, for the Company. In reviewing and signing the Schedules and Statements, necessarily relied upon the efforts, statements, and representations of the accounting and non- accounting personnel located at the Debtors' offices who report to, or work with, Mark Renzi, either directly or indirectly. Mark Renzi has not, and could not have, personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

c. **Date of Valuations.** Except as otherwise noted in the Schedules and Statements, all liabilities, as well as cash, inventory and vendor balances, are valued as of August 31, 2019. The Schedules and Statements reflect the Debtors' best effort to allocate the assets, liabilities, receipts, and expenses to the appropriate Debtor entity "as of" such dates. All values are stated in United States currency. The Debtors made a reasonable effort to allocate liabilities between the pre- and post-petition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the Debtors may modify the allocation of liabilities between the pre- and post-petition periods and amend the Schedules and Statements accordingly.

d. **Book Value.** Except as otherwise noted, each asset and liability of each Debtor is shown on the basis of net book value of the asset or liability in accordance with such Debtor's accounting books and records. Therefore, unless otherwise noted, the Schedules and Statements are not based upon any estimate of the current market values of the Debtors' assets and liabilities, which may not correspond to book values. It would be cost prohibitive and unduly burdensome to obtain current market valuations of the Debtors' property interests.

Except as otherwise noted, the Debtors' assets are presented, in detail, as they appear on the Debtors' accounting sub-ledgers. As such, the detail may include error corrections and value adjustments (shown as negative values or multiple line items for an individual asset). The Debtors believe that certain of their assets may have been impaired by, among other things, the events leading to, and the commencement of, the Debtors' chapter 11 cases. The Debtors have not yet formally evaluated the appropriateness of the carrying values ascribed to their assets prior to the Petition Date. Accordingly, the Debtors have indicated in the Schedules and Statements that the values of certain assets and liabilities are undetermined. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.

e. **Property and Equipment.** Owned property and equipment are recorded at cost and are shown net of depreciation. Depreciation is recorded using the straight-line method.

f. **Causes of Action.** The Debtors have made their best efforts to set forth known

7

causes of action against third parties as assets in their Schedules and Statements. The Debtors reserve all of their rights with respect to causes of action they may have, whether disclosed or not disclosed, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

g.  **Litigation.** Certain litigation actions (collectively, the "Litigation Actions") reflected as claims against a particular Debtor may relate to any of the other Debtors. The Debtors made reasonable efforts to accurately record the Litigation Actions in the Schedules and Statements of the Debtor(s) that is the party to the Litigation Action. The inclusion of any Litigation Action in the Schedules and Statements does not constitute an admission by the Debtors of liability, the validity of any Litigation Action or the amount of any potential claim that may result from any claims with respect to any Litigation Action, or the amount and treatment of any potential claim resulting from any Litigation Action currently pending or that may arise in the future.

h.  **Intellectual Property Rights.** Exclusion of any intellectual property should not be construed as an admission that such intellectual property rights have been abandoned, terminated, or otherwise expired by their terms, or assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property should not be construed as an admission that such intellectual property rights have not been abandoned, terminated, or otherwise expired by their terms, or assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

i.  **Application of Vendor Credits.** In the ordinary course of their businesses, the

Debtors may apply credits against amounts otherwise due to vendors. These credits arise because, among other things, (a) materials ordered and paid for may not be delivered, (b) materials delivered may be damaged or unusable, (c) vendor provides volume rebates and cash discounts, and (d) there may have been quantity and/or shipping variances and violations. While vendor claims are listed in the amounts entered on the Debtors' books and records and do not reflect credits or allowances due from such creditors to the Debtors, the account receivable balances listed do reflect credits or allowances due from such creditors to the Debtors. The Debtors reserve all rights with regard to such credits, allowances and other adjustments. The Bankruptcy Court has authorized, but not directed, the Debtors to, among other things, (a) continue certain customer programs and practices in the ordinary course of business, (b) pay certain prepetition wages, salaries, employee benefits, and other related obligations up to the statutory cap of $13,650 as set forth in the Bankruptcy Code Section 503(c)(2), (c) pay certain prepetition sales, use, and other taxes, (d) pay certain prepetition shipping and related charges, and (e) pay certain prepetition amounts related to the Debtors' insurance policies. While the Debtors have made their best efforts to reflect the claims, by vendor, the actual unpaid claims of creditors that may be allowed in these cases may differ from the amounts set forth in the Schedules and Statements. Moreover, the Debtors have not attempted to reflect any alleged recoupments in the claims of utility companies or other parties holding prepetition deposits that may assert (or have asserted) a recoupment right.

Any failure to designate a claim listed on a Debtor's Schedule as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that

the claim is not "disputed," "contingent," or "unliquidated." The Debtors reserve the right to (a) object to or otherwise dispute or assert setoff rights, cross-claims, counterclaims or defenses to, any claim reflected on the Schedules as to amount, liability, classification or otherwise or (b) otherwise to designate subsequently any claim as "disputed," "contingent" or "unliquidated."

The claims listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim. The Debtors have excluded potential rejection damage claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, and to the extent such damage claims exist, the Debtors reserve all rights to contest such claims as asserted.

j.  **Employee Claims.** The Bankruptcy Court entered a final order authorizing, but not directing, the Debtors to pay certain prepetition employee wages, salaries, benefits and other related obligations. The Debtors currently expect that most prepetition employee claims for wages, salaries, benefits and other related obligations either have been paid or will be paid in the ordinary course of business and, therefore, the Schedules and Statements do not include such claims. Notwithstanding the foregoing, the Debtors reserve their rights to (a) evaluate whether to modify or terminate any employee plan or program and (b) modify or terminate, with respect to discretionary obligations, or seek to modify or terminate any such plans or

10

programs. In the event that any employee plans or programs are modified or terminated, or sought to be modified or terminated, affected employees would receive by mail notice thereof, thereby allowing any such affected party to assert claims against the Debtors arising therefrom.

k. **Intercompany Items.** For purposes of the Schedules and Statements, the Debtors

have not reflected intercompany receivables and payables between Debtor entities as these entries are made for accounting purposes only and would not be settled in cash. The Debtors have reported receivables on Schedule A/B-11 and payables on Schedule E between each Debtor affiliate.

4. **Specific Schedules Disclosures.**

(a) **Schedule A/B - Items 2 and 3 – Cash on hand and checking, savings, money market, or financial brokerage accounts.** The numbers listed in Items 2 and 3 are based on the Debtors' books and records and reflect the balance sheet representation of the amounts held at the Debtors' store cash registers, store safes, and the like as of August 31, 2019.

(b) **Schedule A/B – Item 7 – Security Deposits.** Although the Debtors' books and records

show ~$1.2 million in accounts, the listing in Schedule A/B-7 reflects the Debtors' current reconciliation of actual amounts deposited. The Debtors' continue to reconcile the amounts and will provide further information when it becomes known.

(c) **Schedule A/B – Item 7 – Security Deposits.** Some of the items in

prepayments reflected here have already been received however, they are

still reflected here due to timing issues related to items that were

received that had been paid for in advance

(d) **Schedule A/B – Item 11 – Accounts Receivable.** As noted above, the account receivable balances listed reflect credits or allowances due from vendor creditors

to the Debtors. Some of these credits from vendors are from overpayments by

Fred's, Inc.

(e) **Schedule A/B – Item 77 – Other property of any kind not already listed.** In certain

instances, the Debtors do not have data available in their system to

provide detail by credit card vendor. These would include, but are not limited to,

vendors such as Discover, MasterCard and Visa.

(f) **Schedule A/B – Items 60-65 – Intangibles and intellectual property.** The Debtors

have not listed the value of such items because the values on the Debtors' books

and records may not accurately reflect their value in the marketplace.

(g) **Schedule A/B – Items 74 and 75 – Causes of action against third parties (whether or not a lawsuit has been filed) and other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtors and rights to set off claims. The Debtors attempted to list known causes of action and other claims that would be included in this category.** Potential preference actions and/or

fraudulent transfer actions were not listed because the Debtors have not

completed an analysis of such potential causes of action. The Debtors' failure to

list any cause of action, claim, or right of any nature is not an admission that

such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

(h) **Schedule D – Creditors Who Have Claims Secured by Property.** Except as otherwise ordered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of a secured creditor listed

on a particular Debtor's Schedule D. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim.

In certain instances, a Debtor may be a co-obligor, co-mortgager or guarantor with respect to scheduled claims of other Debtors. No claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are or may be otherwise satisfied or discharged by other entities.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Except as specifically stated herein, utility companies and other parties which

13

may hold security deposits have not been listed on Schedule D. The Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

(i)    **Schedule E/F – Creditors Who Hold Unsecured Claims.** Certain of the claims of state and local taxing authorities set forth in Schedule E ultimately may be deemed to be secured claims pursuant to state or local laws. In addition, certain of the claims owing to various taxing authorities to which the Debtors may be liable may be subject to ongoing audits. The Debtors reserve their right to dispute or challenge whether claims owing to various taxing authorities are entitled to priority and the listing of any claim on Schedule E/F Part 1 does not constitute an admission that such claim is entitled to priority treatment pursuant to section 507 of the Bankruptcy Code.

In certain instances, a Debtor may be a guarantor with respect to scheduled claims of other Debtors. No claim set forth on the Schedule E/F of any Debtor is intended to acknowledge claims of creditors that are may be otherwise satisfied or discharged. As noted above, the Bankruptcy Court has authorized, but not directed, the Debtors to pay,

among other matters, certain prepetition wages, salaries, employee benefits, and other related obligations up to the statutory cap of $13,650. To the extent any employees have been paid or will be paid in accordance with the Bankruptcy Court's order they have not been listed. Employees with priority claims up to the cap of $13,650 are listed on Schedule E/F (priority) with the excess of the statutory cap listed on Schedule E/F (non-priority). Additionally, the Debtor's

rarely have patients with credit balances and process them as they are presented. There is similarly no information on the Debtors' books and records with respect to possible refunds as the Debtors have no knowledge about such refunds until the patient and corresponding third-party payor present them. Therefore, refunds are not included in Schedule E/F.

As noted above, the Debtors use a centralized cash management system whereby all disbursements are made by Fred's, Inc. In the ordinary course, the Debtors engage in intercompany transactions and transfers amongst themselves, among other things, the expenses of conducting certain of their retail operations. As a result, liabilities listed on Schedule E/F of Debtor Fred's, Inc. may be liabilities of one or more Debtors but, in each case, are paid in the ordinary course of business by Fred's, Inc.

Schedule E/F reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts or unexpired leases, if any, that may or have been be rejected in these chapter 11 cases.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and

costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtors had not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights to, but undertake no obligations to, amend Schedules D and E/F if and as they receive such invoices.

(j) **Schedule G – Executory Contracts and Unexpired Leases.** The businesses of the Debtors are complex and, while every effort has been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The Debtors hereby reserve all of their rights to (a) dispute the validity, status or enforceability of any contracts, agreements or leases set forth in Schedule G and (b) amend or supplement such Schedule as necessary. Furthermore, the Debtors reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or an unexpired lease.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various

16

amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements that may not be listed therein. Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements and letter agreement, which documents may not be set forth in Schedule G.

In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

(k) **Schedule H – Co-debtors.** The Debtors included on Schedule H debts for which more than one Debtor may be liable even where such debts were reflected on Schedules E/F or G for the respective Debtors. To the extent these Global Notes include notes specific to Schedules D through G, such notes also apply to the co-debtors listed in Schedule H.

| **Fill in this information to identify the case:** |
|---|

Debtor    Fred's, Inc.

United States Bankruptcy Court for the:   District of Delaware

Case number   19-11984
(if known)

☐ Check if this is an
    amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

04/19

---

**Part 1:**   **Summary of Assets**

---

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $17,080,340.99 |
|---|

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $70,219,166.63 |
|---|

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $87,299,507.62 |
|---|

---

**Part 2:**   **Summary of Liabilities**

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

| $23,794,734.00 |
|---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . .

| $1,259,558.06 |
|---|

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . .

| **+**     $45,425,018.58 |
|---|

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

| $70,479,310.64 |
|---|

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Fred's, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>19-11984</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**04/19**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
| --- | --- |

**1. DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**2. CASH ON HAND**

| | | |
| --- | --- | --- |
| 2.1. | PETTY CASH | $331.85 |

**3. CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | BANK OF AMERICA | EDI | 4407 | $111,342.60 |
| 3.2. | BANK OF AMERICA | IMPORT LETTERS OF CREDIT | 3162 | $23,080.89 |
| 3.3. | METABANK | PAYROLL PAY CARDS | 0011 | $11,394.93 |
| 3.4. | REGIONS BANK | ALCOHOL | 2440 | $3,592.28 |
| 3.5. | REGIONS BANK | AR LOTTERY | 4638 | $0.00 |
| 3.6. | REGIONS BANK | CONTROLLED DISBURSEMENT | 3377 | $156,386.20 |
| 3.7. | REGIONS BANK | FL LOTTERY | 5750 | $0.00 |
| 3.8. | REGIONS BANK | GA LOTTERY | 4654 | $0.00 |
| 3.9. | REGIONS BANK | IMPORT CUSTOMS | 5899 | $0.00 |
| 3.10. | REGIONS BANK | KY LOTTERY | 3430 | $0.00 |
| 3.11. | REGIONS BANK | MASTER | 5477 | $20,460.26 |
| 3.12. | REGIONS BANK | MASTER FUNDING | 4352 | $0.00 |
| 3.13. | REGIONS BANK | MO LOTTERY | 3449 | $0.00 |
| 3.14. | REGIONS BANK | NC EDUCATION LOTTERY | 3457 | $0.00 |
| 3.15. | REGIONS BANK | PAYROLL | 5469 | $5,235.88 |
| 3.16. | REGIONS BANK | PHARMACY LOCKBOX | 7214 | $757,334.14 |
| 3.17. | REGIONS BANK | SALES TAX | 2459 | $0.00 |
| 3.18. | REGIONS BANK | TN LOTTERY | 4565 | $0.00 |
| 3.19. | REGIONS BANK | TX LOTTERY | 3132 | $0.00 |

**4. OTHER CASH EQUIVALENTS**

NONE

**5**  **Total of Part 1.**
ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80.      **$1,089,159.03**

## Part 2:  DEPOSITS AND PREPAYMENTS

**6.**  **DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**
☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**7.**  **DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT
**NONE**

**8.**  **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | | |
|---|---|---|
| 8.1. | PREPAID CLOSEOUTS | $4,958,713.40 |
| 8.2. | PREPAID IL SALES TAX | $11,166.00 |
| 8.3. | PREPAID INSURANCE - PAYEE AON RISK INSURANCE (BROKER) | $940,349.28 |
| 8.4. | PREPAID INVENTORY | $14,969,881.28 |

**9**  **Total of Part 2.**
ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81.      **$20,880,109.96**

## Part 3:  ACCOUNTS RECEIVABLE

**10.**  **DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**
☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11.**  **ACCOUNTS RECEIVABLE**

| 90 DAYS OR LESS | $29,394,853.50 | – | $8.84 | = → | $29,394,844.66 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectable accounts | | |

**12**  **Total of Part 3.**
CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82.      **$29,394,844.66**

## Part 4:  INVESTMENTS

**13.**  **DOES THE DEBTOR OWN ANY INVESTMENTS?**
☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.**  **MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1**

NAME OF FUND OR STOCK:
**NONE**

**15.**  **NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| Name of entity | | % of ownership | |
|---|---|---|---|
| 15.1. | METLIFE TRUST INTERESTS | N/A% | UNKNOWN |

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

**NONE**

**17 Total of Part 4.**
ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. — **UNKNOWN**

| Part 5: | INVENTORY, EXCLUDING AGRICULTURE ASSETS |

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**
- ☐ No. Go to Part 6.
- ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. RAW MATERIALS** | | | | |
| **NONE** | | | | |
| **20. WORK IN PROGRESS** | | | | |
| **NONE** | | | | |
| **21. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| 21.1. PHARMACY INVENTORY (DRUGS); GENERAL MERCHANDISE (HOUSEHOLD ITEMS; HEALTH & BEAUTY, FOOD ITEMS; SEASONAL DÉCOR; LAWN & GARDEN; CLOTHING) | | $4,860,206.18 | BOOK | $4,860,206.18 |
| **22. OTHER INVENTORY OR SUPPLIES** | | | | |
| **NONE** | | | | |

**23 Total of Part 5.**
ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. — **$4,860,206.18**

**24. Is any of the property listed in Part 5 perishable?**
- ☐ No
- ☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☑ No
- ☐ Yes    Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☐ No
- ☑ Yes

| Part 6: | FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND) |

**27. DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
- ☑ No. Go to Part 7.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29. FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **30. FARM MACHINERY AND EQUIPMENT (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31. FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32. OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

**33  Total of Part 6.**
ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85.

NOT APPLICABLE

**34.  Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
       ☐ No
       ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 7:    OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES**

**38.  DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. OFFICE FURNITURE** | | | |
| 39.1.    FURNITURE, FIXTURES & EQUIPMENT | $12,637,635.68 | BOOK | $12,637,635.68 |
| **40. OFFICE FIXTURES** | | | |
| NONE | | | |
| **41. OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| NONE | | | |
| **42. COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |
| NONE | | | |

**43  Total of Part 7.**
ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86.

$12,637,635.68

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 8:   MACHINERY, EQUIPMENT, AND VEHICLES

**46. DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.1.   VEHICLES - VARIOUS | $54,677.23 | BOOK | $54,677.23 |
| **48. WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| NONE | | | |
| **49. AIRCRAFT AND ACCESSORIES** | | | |
| NONE | | | |
| **50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| NONE | | | |

**51 Total of Part 8.**
ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87.

$54,677.23

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9:   REAL PROPERTY

**54. DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   2815 HIGHWAY 257 DUBLIN GA 31021 - DISTRIBUTION CENTER | REAL PROPERTY OWNED | $17,080,340.99 | BOOK | $17,080,340.99 |
| 55.2.   LENOX PARK BUILDING B - 6625 LENOX PARK BLVD., MEMPHIS, TN 38115 - STORE | REAL PROPERTY LEASE | | N/A | UNKNOWN |

**56 Total of Part 9.**
ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88.

$17,080,340.99

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 10: | INTANGIBLES AND INTELLECTUAL PROPERTY |
|---|---|

**59. DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| NONE | | | |
| **61. INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1.    FREDSINC.COM | | N/A | UNKNOWN |
| **62. LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| NONE | | | |
| **63. CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| 63.1.    CUSTOMER LIST - REWARDS CLUB LOYALTY PROGRAM | | N/A | UNKNOWN |
| **64. OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| NONE | | | |
| **65. GOODWILL** | | | |
| NONE | | | |

**66. Total of Part 10.**
ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89.

UNKNOWN

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | ALL OTHER ASSETS |
|---|---|

**70. DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71. NOTES RECEIVABLE**

DESCRIPTION (INCLUDE NAME OF OBLIGOR)

| | total face amount | | doubtful or uncollectable accounts | | | |
|---|---|---|---|---|---|---|
| DELHI - ODOM (DUE FROM FRANCHISEE) | $11,735.02 | - | $0.00 | = | → | $11,735.02 |
| DONIPHAN - LONG (DUE FROM FRANCHISEE) | $323,485.54 | - | $0.00 | = | → | $323,485.54 |
| GREENVILLE - BEESON (DUE FROM FRANCHISEE) | $1,270,033.89 | - | $1,200,000.00 | = | → | $70,033.89 |
| WAYNESBORO - HUDSON (DUE FROM FRANCHISEE) | $351,368.52 | - | $0.00 | = | → | $351,368.52 |

**72. TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**

DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

| | Current value of debtor's interest |
|---|---|

**72. TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**

DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

| FEDERAL NOL APPROXIMATELY $118,000,000.00 | Tax year 2018 | UNDETERMINED |
|---|---|---|

**73. INTERESTS IN INSURANCE POLICIES OR ANNUITIES**

| 2623/623 LLOYD'S SYNDICATE (BEAZLEY) - CYBER RISK | UNKNOWN |
|---|---|
| ALLIED WORLD SPECIALTY INSURANCE COMPANY - D&O | UNKNOWN |
| AXIS INSURANCE COMPANY - CRIME | UNKNOWN |
| AXIS INSURANCE COMPANY - D&O | UNKNOWN |
| BEAZLEY INSURANCE COMPANY, INC. - D&O | UNKNOWN |
| BEAZLEY INSURANCE COMPANY, INC. - EMPLOYMENT PRACTICES LIABILITY | UNKNOWN |
| FEDERAL INSURANCE COMPANY - EMPLOYED LAWYERS | UNKNOWN |
| LANDMARK AMERICAN INSURANCE COMPANY (NON☐ADMITTED) - E&O | UNKNOWN |
| LIBERTY INS UNDERWRITERS INC. - UMBRELLA LIABILITY | UNKNOWN |
| NATIONAL UNION FIRE INS CO - D&O | UNKNOWN |
| NATIONAL UNION FIRE INS CO - FIDUCIARY LIABILITY | UNKNOWN |
| NATIONAL UNION FIRE INS CO - SPECIAL RISK; KIDNAPPING/RANSOM | UNKNOWN |
| NATIONAL UNION FIRE INS CO (AIG) - SDA D&O | UNKNOWN |
| NAVIGATORS INSURANCE COMPANY - EXCESS LIABILITY | UNKNOWN |
| OHIO CASUALTY INSURANCE COMPANY - EXCESS LIABILITY | UNKNOWN |
| OLD REPUBLIC - SDA D&O | UNKNOWN |
| SAFETY NATIONAL CASUALTY CORP - AUTOMOBILE LIABILITY & PHYSICAL DAMAGE | UNKNOWN |
| SAFETY NATIONAL CASUALTY CORP - GENERAL LIABILITY | UNKNOWN |
| SAFETY NATIONAL CASUALTY CORP - WORKERS COMPENSATION | UNKNOWN |
| TAX ON PROPERTY, E&O, & CYBER POLICIES | UNKNOWN |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA - D&O | UNKNOWN |
| XL INSURANCE AMERICA INC. - PROPERTY | |
| XL INSURANCE AMERICA INC - PROPERTY | UNKNOWN |
| XL SPECIALTY INSURANCE COMPANY - CRGO | UNKNOWN |

**74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

| Nature of claim | COMPLAINT ALLEGES THAT THE MANUFACTURER OF AGGRENOX, DELAYED THE AVAILABILITY OF AN ALLEGEDLY LESS EXPENSIVE GENERIC VERSION THROUGH ALLEGED ANTICOMPETITIVE AGREEMENTS. | |
|---|---|---|
| Amount requested | UNKNOWN | |
| AGGRENOX INDIRECT/TPP | | UNKNOWN |
| Nature of claim | THE COMPLAINT ALLEGES THAT ALLERGAN'S BOTOX COSMETIC PRODUCT IS THE OVERWHELMING U.S. MARKET LEADER FOR SALES OF SUCH APPLICATIONS IN COSMETICS. | |
| Amount requested | UNKNOWN | |
| ALLERGAN MEDYTOX BOTOX | | UNKNOWN |
| Nature of claim | COMPLAINT ALLEGES THAT THE DEFENDANT, ABBVIE AND OTHERS, ENGAGED IN "PAY-FOR-DELAY" TACTICS TO DELAY GENERIC ANDROGEL. | |
| Amount requested | UNKNOWN | |
| ANDROGEL ANTITRUST | | UNKNOWN |
| Nature of claim | COMPLAINT ALLEGES THAT AUTOMOTIVE PARTS MANUFACTURERS WERE RIGGING BIDS AND FIXING THE PRICES OF THEIR PRODUCTS. THERE ARE 160 DEFENDANTS. | |
| Amount requested | UNKNOWN | |
| AUTOMOTIVE PARTS ANTITRUST LITIGATION | | UNKNOWN |
| Nature of claim | BREACH OF CONTRACT RE: PSA | |
| Amount requested | UNKNOWN | |
| COLUMBIA COMMUNITY PHARMACY | | UNKNOWN |
| Nature of claim | COMPLAINT ALLEGES THAT THE DEFENDANT, CYNOSURE, VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT (TCPA) BY FAXING UNWANTED ADVERTISEMENTS. | |
| Amount requested | UNKNOWN | |
| CYNOSURE INC. TCPA FAX | | UNKNOWN |
| Nature of claim | THE COMPLAINT ALLEGES THAT THE DEFENDANTS, DENTAL EQUITIES, AMONG OTHERS, VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT OF 1991. | |
| Amount requested | UNKNOWN | |
| DENTAL EQUITIES TCPA | | UNKNOWN |

| | Current value of debtor's interest |
|---|---|

### 74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)

| | | |
|---|---|---|
| **Nature of claim** | COMPLAINT ALLEGES THAT AMERICAN, DELTA, SOUTHWEST, UNITED, CONTINENTAL, AND US AIRWAYS CONSPIRED WITH EACH OTHER TO INCREASE THE PRICES OF DOMESTIC AIRLINE TICKETS. | |
| **Amount requested** | UNKNOWN | |
| DOMESTIC AIRLINE TRAVEL | | UNKNOWN |
| **Nature of claim** | COMPLAINT ALLEGES THAT ELECTRONICS MANUFACTURERS ILLEGALLY INFLATED THE PRICES OF MEMORY IN ELECTRONIC DEVICES, SUCH AS MOBILE PHONES AND COMPUTERS IN 2016 AND 2017. | |
| **Amount requested** | UNKNOWN | |
| DRAM CLASS LITIGATION | | UNKNOWN |
| **Nature of claim** | COMPLAINT ALLEGES THAT THE DEFENDANT, WYETH, ENGAGED IN AN UNLAWFUL ANTICOMPETITIVE SCHEME TO DELAY THE GENERIC BRAND OF EFFEXOR XR FROM HITTING THE U.S. MARKET. | |
| **Amount requested** | UNKNOWN | |
| EFFEXOR XR ANTITRUST | | UNKNOWN |
| **Nature of claim** | COMPLAINT ALLEGES THAT THE DEFENDANTS, INCLUDING MYLAN AND OTHERS, ENGAGED IN A PRICING SCHEME THAT ALLOWED DEFENDANTS TO UNLAWFULLY INFLATE THE PRICES OF THE EPIPEN. | |
| **Amount requested** | UNKNOWN | |
| EPIPEN LITIGATION | | UNKNOWN |
| **Nature of claim** | COMPLAINT ALLEGES THAT THE DEFENDANTS MANIPULATED THE EURIBOR AND THE PRICES OF EURIBOR PRODUCTS. DEFENDANTS INCLUDE CITI GROUP, CITI BANK, BARCLAYS, JP MORGAN AND OTHERS. | |
| **Amount requested** | UNKNOWN | |
| EURIBOR ANTITRUST | | UNKNOWN |
| **Nature of claim** | COMPLAINT ALLEGES THAT THE DEFENDANTS MANIPULATED THE YEN-LIBOR AND THE PRICES OF THE EURO YEN BASED DERIVATIVES, DEFENDANTS BEING MIZUHO BANK AND SONTERRA CAPITAL MASTER FUND ET AL | |
| **Amount requested** | UNKNOWN | |
| EURO YEN SETTLEMENT | | UNKNOWN |
| **Nature of claim** | COMPLAINT ALLEGES THAT NOVARTIS AND PAR PHARMACEUTICALS ENGAGED IN A "PAY-FOR-DELAY" SCHEME TO BLOCK GENERIC COMPETITION FOR NOVARTIS' BLOOD PRESSURE DRUG, EXFORGE. | |
| **Amount requested** | UNKNOWN | |
| EXFORGE GENERIC | | UNKNOWN |
| **Nature of claim** | COMPLAINT ALLEGES THAT THE DRUG MANUFACTURERS VIOLATED THE SHERMAN ANTITRUST ACT BY ENGAGING IN SCHEMES TO ELIMINATE COMPETITION FOR GENERIC AMITRIPTYLINE. | |
| **Amount requested** | UNKNOWN | |
| GENERIC AMITRIPTYLINE | | UNKNOWN |
| **Nature of claim** | THE COMPLAINT ALLEGES THAT TEVA, SANDOZ, MYLAN, PFIZER, AND 16 OTHER GENERIC DRUG MANUFACTURERS ENGAGED TO FIX PRICES AND RIG BIDS FOR MORE THAN 100 DIFFERENT GENERIC DRUGS. | |
| **Amount requested** | UNKNOWN | |
| GENERIC BACLOFEN ANTITRUST | | UNKNOWN |
| **Nature of claim** | THE COMPLAINT ALLEGES THAT THE DEFENDANT, PFIZER, UNLAWFULLY PROLONGED ITS MONOPOLY OVER CELEBREX BY FRAUDULENTLY OBTAINING A PATENT CLAIMING THE CELECOXIB COMPOUND. | |
| **Amount requested** | UNKNOWN | |
| GENERIC CELEBREX | | UNKNOWN |
| **Nature of claim** | THE COMPLAINT ALLEGES THAT THE DEFENDANT, ILLINOIS STANLEY FOAM CORP, VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT OF 1991. | |
| **Amount requested** | UNKNOWN | |
| ILLINOIS STANLEY FOAM CORP | | UNKNOWN |
| **Nature of claim** | COMPLAINT ALLEGES THAT DEFENDANTS, SANOFI, NOVO NORDISK AND ELI LILY, CONSPIRED TO FIX PRICES OF INSULIN. | |
| **Amount requested** | UNKNOWN | |
| INSULIN ANTITRUST LITIGATION | | UNKNOWN |
| **Nature of claim** | COMPLAINT ALLEGES THAT THE DEFENDANTS ENGAGED IN ANTICOMPETITIVE ACTS THAT AFFECTED THE MARKET FOR ISDAFIX INSTRUMENTS IN VIOLATION OF THE SHERMAN ACT. | |
| **Amount requested** | UNKNOWN | |
| ISD AFIX INSTRUMENTS | | UNKNOWN |
| **Nature of claim** | THE COMPLAINT ALLEGES THAT THE DEFENDANT, JANSSEN PROMOLOGICS, VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT OF 1991 BY SENDING UNSOLICITED FAXES. | |
| **Amount requested** | UNKNOWN | |
| JANSSEN-PROMOLOGICS, INC. | | UNKNOWN |
| **Nature of claim** | COMPLAINT ALLEGES THAT BANKS MANIPULATED THE U.S. DOLLAR LIBOR DURING THE FINANCIAL CRISIS, ARTIFICIALLY LOWERING THE RATE FOR THEIR OWN BENEFIT.  DEFENDANT IS BARCLAYS AND OTHERS. | |
| **Amount requested** | UNKNOWN | |
| LIBOR OTC ACTION | | UNKNOWN |
| **Nature of claim** | COMPLAINT ALLEGES THAT THE DEFENDANT CONSPIRED TO FIX THE PRICES OF LIPITOR. | |
| **Amount requested** | UNKNOWN | |
| LIPITOR ANTITRUST | | UNKNOWN |

|  | Current value of debtor's interest |
|---|---|

### 74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)

| | |
|---|---|
| **Nature of claim** | THE COMPLAINT ALLEGES THAT SAMSUNG, SONY, AND OTHERS FIXED LITHIUM ION BATTERY PRICES. |
| **Amount requested** | UNKNOWN |
| LITHIUM ION BATTERIES ANTI-TRUST LITIGATION | UNKNOWN |
| **Nature of claim** | THE COMPLAINT ALLEGES THAT WARNER CHILCOTT AND WATSON PHARMACEUTICALS SIDELINED GENERIC ALTERNATIVES TO LOESTRIN 24. |
| **Amount requested** | UNKNOWN |
| LOESTRIN 24 ANTITRUST | UNKNOWN |
| **Nature of claim** | THE COMPLAINT ALLEGES THAT THE DRUG MAKER VIA COLLABORATIVE AGREEMENTS, CREATED A MONOPOLY IN THE MARKET FOR THIS DRUG. THE DEFENDANTS INCLUDE MOMENTA AND SANDOZ. |
| **Amount requested** | UNKNOWN |
| LOVENOX ENOXAPARIN ANTITRUST | UNKNOWN |
| **Nature of claim** | COMPLAINT ALLEGES THAT GENERIC DRUG MAKERS ENGAGED IN SCHEMES TO FIX, MAINTAIN, AND STABILIZE PRICES FOR CERTAIN GENERIC PHARMACEUTICAL PRODUCTS. |
| **Amount requested** | UNKNOWN |
| MAYNE PHARMA | UNKNOWN |
| **Nature of claim** | THE COMPLAINT ALLEGES THAT MCKESSON VIOLATED THE FEDERAL SECURITIES LAWS UNDER THE SECURITIES EXCHANGE ACT OF 1934 BY MAKING FALSE STATEMENTS. |
| **Amount requested** | UNKNOWN |
| MCKESSON TSACOL ANTITRUST LITIGATION | UNKNOWN |
| **Nature of claim** | THE COMPLAINT ALLEGES THAT THE DRUG MAKER, FOREST LABORATORIES, BLOCKED GENERIC ALTERNATIVES TO NAMENDA'S ALZHEIMER'S TREATMENT. |
| **Amount requested** | UNKNOWN |
| NAMENDA DIRECT PURCHASER ANTITRUST | UNKNOWN |
| **Nature of claim** | COMPLAINT ALLEGES THAT THE DEFENDANT, ASTRAZENECA, ENTERED INTO ILLEGAL REVERSE PAYMENT AGREEMENTS WITH GENERIC MANUFACTURERS TO DELAY THE ENTRY OF NEXIUM. |
| **Amount requested** | UNKNOWN |
| NEXIUM ANTITRUST | UNKNOWN |
| **Nature of claim** | THE COMPLAINT ALLEGES THAT TEVA PHARMACEUTICALS ENGAGED IN A "PAY-FOR-DELAY" SCHEME TO BLOCK GENERIC VERSIONS OF THE CHOLESTEROL DRUG, NIASPAN. |
| **Amount requested** | UNKNOWN |
| NIASPAN ANTITRUST | UNKNOWN |
| **Nature of claim** | THE COMPLAINT ALLEGES THAT THE DRUG MAKER ENTERED INTO A "PAY-FOR-DELAY" SCHEME TO KEEP A GENERIC VERSION OF OPANA OFF THE SHELVES. |
| **Amount requested** | UNKNOWN |
| OPANA ER END PAYOR LITIGATION | UNKNOWN |
| **Nature of claim** | COMPLAINT ALLEGES THAT A GROUP OF ELECTRONICS COMPANIES ENTERED INTO A CONSPIRACY TO FIX THE PRICES OF OPTICAL DISK DRIVES ON SONY, HITACHI, NEC CORP. PRODUCTS, AND OTHERS. |
| **Amount requested** | UNKNOWN |
| OPTICAL DISC DRIVES | UNKNOWN |
| **Nature of claim** | COMPLAINT ALLEGES THAT THE LEADING PACKAGED TUNA MANUFACTURERS, CHICKEN OF THE SEA, STAR-KIST, BUMBLE BEE, AND HAUSFIELD, LLP, ENGAGED IN A PRICE FIXING CONSPIRACY. |
| **Amount requested** | UNKNOWN |
| PACKAGED SEAFOOD PRODUCTS | UNKNOWN |
| **Nature of claim** | COMPLAINT ALLEGES THAT PDR SENT UNSOLICITED ADVERTISEMENTS . |
| **Amount requested** | UNKNOWN |
| PDR NETWORK TCPA | UNKNOWN |
| **Nature of claim** | THE COMPLAINT ALLEGES THAT TEVA, MYLAN, HERITAGE, AND OTHER GENERIC DRUG MANUFACTURERS, CONSPIRED TO MASSIVELY INCREASE THE PRICE OF PROPRANOLOL BLOOD PRESSURE MEDICATION. |
| **Amount requested** | UNKNOWN |
| PROPRANOLOL ANTITRUST | UNKNOWN |
| **Nature of claim** | THE COMPLAINT ALLEGES THAT THE DEFENDANT, RED PARROTT PHARMACEUTICALS, VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT OF 1991. |
| **Amount requested** | UNKNOWN |
| RED PARROTT'S PHARMACEUTICALS | UNKNOWN |
| **Nature of claim** | THE COMPLAINT ALLEGES THAT JOHNSON & JOHNSON AND JANSSEN BIOTECH, ARTIFICIALLY INFLATED PRICES AND MONOPOLIZED THE PHARMACEUTICAL MARKET FOR BIOLOGIC INFLIXIMAB DRUGS. |
| **Amount requested** | UNKNOWN |
| REMICADE ANTITRUST | UNKNOWN |
| **Nature of claim** | THE COMPLAINT ALLEGES THAT THE DEFENDANT, ALLERGAN, ACTED DISHONESTLY TO STYMIE GENERIC COMPETITION. |
| **Amount requested** | UNKNOWN |
| RESTASIS ANTITRUST | UNKNOWN |

| | Current value of debtor's interest |
| --- | --- |

### 74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)

**Nature of claim** THE COMPLAINT ALLEGES THAT THE DEFENDANT, REXALL SUNDOWN, VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT OF 1991.

**Amount requested** UNKNOWN

REXALL SUNDOWN, INC. TCPA — UNKNOWN

**Nature of claim** CLASS ACTION, MULTI DISTRICT ANTI-TRUST LITIGATION ALLEGING THAT DRUG MAKERS COLLUDED TO DELAY A GENERIC ALTERNATIVE TO SOLODYN, AN ACNE MEDICATION.

**Amount requested** UNKNOWN

SOLODYN MINOCYCLINE — UNKNOWN

**Nature of claim** COMPLAINT ALLEGES THAT THE DEFENDANT, STEALTH SECURITY SYSTEMS, SENT UNSOLICITED FAXES WITHOUT PERMISSION IN VIOLATION OF THE TCPA AND JFPA.

**Amount requested** UNKNOWN

STEALTH SECURITY SYSTEMS — UNKNOWN

**Nature of claim** COMPLAINT ALLEGES THAT STEVENS & RICCI ALLOWED THE ADVERTISER TO FAX THOUSANDS OF ADVERTISEMENTS TO POTENTIAL CUSTOMERS ON ITS BEHALF THAT WERE IN VIOLATION OF THE TCPA.

**Amount requested** UNKNOWN

STEVENS & RICCI, INC. FAX — UNKNOWN

**Nature of claim** COMPLAINT ALLEGES THAT A GROUP OF 7 LARGE FINANCIAL INSTITUTIONS, INCLUDING CREDIT SUISSE AND THE ROYAL BANK OF SCOTLAND, UNLAWFULLY MANIPULATED THE SWISS FRANC.

**Amount requested** UNKNOWN

SWISS FRANC LIBOR — UNKNOWN

**Nature of claim** THE COMPLAINT ALLEGES THAT THE DEFENDANTS ENGAGED IN PRICE-FIXING. THE DEFENDANTS INCLUDE, BUT ARE NOT LIMITED TO: ACTAVIS, AKORN, ALLERGAN, HI TECH, AND NOVARTIS.

**Amount requested** UNKNOWN

TOPICAL CORTICOSTEROID ANTITRUST LITIGATION — UNKNOWN

**Nature of claim** THE COMPLAINT ALLEGES THAT THE DEFENDANT, TRANSAMERICA, VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT OF 1991.

**Amount requested** UNKNOWN

TRANSAMERICA FINANCIAL TCPA — UNKNOWN

**Nature of claim** COMPLAINT ALLEGES THAT DOZENS OF AIRLINES ENTERED INTO A PRICE FIXING SCHEME AFFECTING PASSENGERS FLYING BETWEEN THE US AND ASIA OR OCEANIA.

**Amount requested** UNKNOWN

TRANSPACIFIC PASSENGER AIRLINES — UNKNOWN

**Nature of claim** COMPLAINT ALLEGES THAT VERTEX VIOLATED THE AMENDED JUNK FAX PREVENTION ACT O0F 2005 PORTION BY FAXING UNSOLICITED FAXES.

**Amount requested** UNKNOWN

VERTEX PHARMACEUTICALS — UNKNOWN

**Nature of claim** THE COMPLAINT ALLEGES THAT NOVO NORDISK AND OPTUMRX CONSPIRED TO KEEP THE PRICE OF VICTOZA ARTIFICIALLY HIGH.

**Amount requested** UNKNOWN

VICTOZA PRICE FIXING ANTITRUST — UNKNOWN

**Nature of claim** CLASS ACTION

**Amount requested** UNKNOWN

VISA MASTERCARD CLASS ACTION LAWSUIT — UNKNOWN

**Nature of claim** COMPLAINT ALLEGES PRICE FIXING AND OTHER ANTI-COMPETITIVE TRADE PRACTICES IN THE CREDIT CARD INDUSTRY.

**Amount requested** UNKNOWN

VISA/MASTERCARD INTERCHANGE — UNKNOWN

### 75. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS

NONE

### 76. TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY

NONE

### 77. OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

| | |
| --- | --- |
| COKE REBATES | $380,194.67 |
| ITG BUY DOWN - TOBACCO REBATE | $6,555.50 |
| ITG SHELF SPACE - TOBACCO REBATE | $2.24 |

| | Current value of debtor's interest |
|---|---|

**77. OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

| | |
|---|---|
| LEGGETT VECTOR BUY DOWN - TOBACCO REBATE | $1,500.00 |
| PEPSI REBATES | $119,044.81 |
| PHILLIP MORRIS BUY DOWN - TOBACCO REBATE | $21,471.20 |
| RJ REYNOLDS BUY DOWN - TOBACCO REBATE | $17,028.70 |
| RJ REYNOLDS SHELF SPACE - TOBACCO REBATE | $113.80 |

**78  Total of Part 11.**
ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90.     $1,302,533.89

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,089,159.03 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $20,880,109.96 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $29,394,844.66 | |
| **83. Investments.** *Copy line 17, Part 4.* | UNKNOWN | |
| **84. Inventory.** *Copy line 23, Part 5.* | $4,860,206.18 | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $12,637,635.68 | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $54,677.23 | |
| **88. Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .➜ | | $17,080,340.99 |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNKNOWN | |
| **90. All other assets.** *Copy line 78, Part 11.* | + $1,302,533.89 | |
| **91. Total.** Add lines 80 through 90 for each column. . . . . . . . . 91a. | $70,219,166.63 | + 91b $17,080,340.99 |
| **92. Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $87,299,507.62 |

**Fill in this information to identify the case:**

Debtor  Fred's, Inc.

United States Bankruptcy Court for the:  District of Delaware

Case number  19-11984
(if known)

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     04/19

Be as complete and accurate as possible.

1.  1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| **Part 1:** | **List All Creditors with Secured Claims** |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- | --- |
| 2.1 | **Creditor's name**<br>ACE AMERICAN INSURANCE COMPANY<br><br>**Creditor's mailing address**<br>436 WALNUT STREET, WA02J<br>PHILADELPHIA, PA  19106<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>9/14/2005<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL OF THE ASSETS OF FRED'S, INC AND CERTAIN OF ITS SUBSIDIARIES<br><br>**Describe the lien**<br>LETTER OF CREDIT<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $2,711,672.00 | $2,711,672.00 |
| 2.2 | **Creditor's name**<br>ARROWOOD INDEMNITY COMPANY<br><br>**Creditor's mailing address**<br>3600 ARCO CORPORATE DRIVE<br>CHARLOTTE, NC  28273<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>3/28/2002<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL OF THE ASSETS OF FRED'S, INC AND CERTAIN OF ITS SUBSIDIARIES<br><br>**Describe the lien**<br>LETTER OF CREDIT<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $143,000.00 | $143,000.00 |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.3 | **Creditor's name**<br>BANK OF AMERICA / MERRILL LYNCH<br><br>**Creditor's mailing address**<br>100 FEDERAL ST.<br>BOSTON, MA 02110<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>4/9/2015<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes<br>  Specify each creditor, including this<br>  creditor, and its relative priority.<br>  BANK OF AMERICA / MERRILL LYNCH<br>  REGIONS BUSINESS CAPITAL | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL OF THE ASSETS OF FRED'S, INC AND CERTAIN OF ITS SUBSIDIARIES<br><br>**Describe the lien**<br>COLLATERAL, FIRST LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,507,531.00 | $7,507,531.00 |
| 2.4 | **Creditor's name**<br>BISSELL RENTAL LLC<br><br>**Creditor's mailing address**<br>1140 MONROE AVE., NW<br>STE 5202<br>GRAND RAPIDS, MI 49503-1054<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>10/23/2017<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>UCC FILING NUMBER - 427695314<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNKNOWN | UNKNOWN |
| 2.5 | **Creditor's name**<br>CARDINAL HEALTH 110 LLC, AS AGENT<br><br>**Creditor's mailing address**<br>7000 CARDINAL PLACE<br>DUBLIN, OH 43017-1091<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>4/9/2018<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>UCC FILING NUMBER - 428537080<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |

**Part 1:** **Additional Page**

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

---

**2.6**

**Creditor's name**
CARDINAL HEALTH INC

**Creditor's mailing address**
7000 CARDINAL PLACE
DUBLIN, OH  43017

**Creditor's email address**

**Date or dates debt was incurred**
4/9/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
RECEIVABLES, INVENTORY, SCRIPTS

**Describe the lien**
COLLATERAL, SECOND LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Column A: UNKNOWN
Column B: UNKNOWN

---

**2.7**

**Creditor's name**
DELL FINANCIAL SERVICES LLC

**Creditor's mailing address**
23 ONE DELL WAY
MAIL STOP PS2DF
ROUND ROCK, TX  78682

**Creditor's email address**

**Date or dates debt was incurred**
12/13/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC FILING NUMBER - 427952713

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: UNKNOWN
Column B: UNKNOWN

---

**2.8**

**Creditor's name**
DIPPIN' DOTS LLC

**Creditor's mailing address**
5101 CHARTER OAK DR
PADUCAH, KY  42001-5209

**Creditor's email address**

**Date or dates debt was incurred**
6/7/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC FILING NUMBER - 428877105

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: UNKNOWN
Column B: UNKNOWN

---

| Part 1: | Additional Page |
|---------|-----------------|

| | | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.9 | **Creditor's name**<br>FIDELITY & DEPOSIT CO OF MARYLAND<br><br>**Creditor's mailing address**<br>C/O ZURICH AMERICAN INSURANCE CO.<br>ATTN:  COLLATERAL DEPT, F5-2<br>1299 ZURICH WAY<br>SCHAUMBURG, IL  60196-1056<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>8/16/2019<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL OF THE ASSETS OF FRED'S, INC AND CERTAIN OF ITS SUBSIDIARIES<br><br>**Describe the lien**<br>LETTER OF CREDIT<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $260,000.00 | $260,000.00 |
| 2.10 | **Creditor's name**<br>FIDELITY & DEPOSIT CO OF MARYLAND<br><br>**Creditor's mailing address**<br>C/O ZURICH AMERICAN INSURANCE CO.<br>ATTN:  COLLATERAL DEPT, F5-2<br>1299 ZURICH WAY<br>SCHAUMBURG, IL  60196-1056<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>8/16/2019<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL OF THE ASSETS OF FRED'S, INC AND CERTAIN OF ITS SUBSIDIARIES<br><br>**Describe the lien**<br>LETTER OF CREDIT<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $140,000.00 | $140,000.00 |

| **Part 1:** | **Additional Page** |
|---|---|

|  |  | Column A | Column B |
|---|---|---|---|
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | Do not deduct the value of collateral. |  |

**2.11**

**Creditor's name**
GELCO CORPORATION

**Creditor's mailing address**
3 CAPITAL DRIVE
EDEN PRAIRIE, MN  55344

**Creditor's email address**

**Date or dates debt was incurred**
12/19/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL OF THE ASSETS OF FRED'S, INC AND CERTAIN OF ITS SUBSIDIARIES

**Describe the lien**
LETTER OF CREDIT

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $200,000.00
Value of collateral: $200,000.00

---

**2.12**

**Creditor's name**
GREENLIT FINANCIAL SOLUTIONS LLC

**Creditor's mailing address**
3300 OAK LAWN AVE
STE 402
DALLAS, TX  75219-4236

**Creditor's email address**

**Date or dates debt was incurred**
11/14/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC FILING NUMBER - 429706506

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Amount of claim: $0.00
Value of collateral: UNKNOWN

---

**2.13**

**Creditor's name**
GREENLIT FINANCIAL SOLUTIONS LLC

**Creditor's mailing address**
3300 OAK LAWN AVE
STE 402
DALLAS, TX  75219-4236

**Creditor's email address**

**Date or dates debt was incurred**
11/14/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC FILING NUMBER - 429706467

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Amount of claim: $0.00
Value of collateral: UNKNOWN

| Part 1: | Additional Page |
|---|---|

|  | | Column A | Column B |
|---|---|---|---|
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | Do not deduct the value of collateral. | |

**2.14**

**Creditor's name**
GREENLIT FINANCIAL SOLUTIONS LLC

**Creditor's mailing address**
3300 OAK LAWN AVE
STE 402
DALLAS, TX  75219-4236

**Creditor's email address**

**Date or dates debt was incurred**
11/14/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC FILING NUMBER - 429706577

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00 · UNKNOWN

---

**2.15**

**Creditor's name**
GREENLIT FINANCIAL SOLUTIONS LLC

**Creditor's mailing address**
3300 OAK LAWN AVE
STE 402
DALLAS, TX  75219-4236

**Creditor's email address**

**Date or dates debt was incurred**
11/14/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC FILING NUMBER - 429706603

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00 · UNKNOWN

---

**2.16**

**Creditor's name**
GREENLIT FINANCIAL SOLUTIONS LLC

**Creditor's mailing address**
3300 OAK LAWN AVE
STE 402
DALLAS, TX  75219-4236

**Creditor's email address**

**Date or dates debt was incurred**
11/14/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC FILING NUMBER - 429706483

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$0.00 · UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.17**

**Creditor's name**
GREENLIT FINANCIAL SOLUTIONS LLC

**Creditor's mailing address**
3300 OAK LAWN AVE
STE 402
DALLAS, TX  75219-4236

**Creditor's email address**

**Date or dates debt was incurred**
11/14/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC FILING NUMBER - 429706619

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Amount of claim: $0.00    Value of collateral: UNKNOWN

**2.18**

**Creditor's name**
GREENLIT FINANCIAL SOLUTIONS LLC

**Creditor's mailing address**
3300 OAK LAWN AVE
STE 402
DALLAS, TX  75219-4236

**Creditor's email address**

**Date or dates debt was incurred**
11/13/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC FILING NUMBER - 429697726

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Amount of claim: $0.00    Value of collateral: UNKNOWN

**2.19**

**Creditor's name**
GREENLIT FINANCIAL SOLUTIONS LLC

**Creditor's mailing address**
3300 OAK LAWN AVE
STE 402
DALLAS, TX  75219-4236

**Creditor's email address**

**Date or dates debt was incurred**
11/14/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC FILING NUMBER - 429706452

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Amount of claim: $0.00    Value of collateral: UNKNOWN

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.20 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $0.00 | UNKNOWN |
|---|---|---|---|---|

**2.20**

**Creditor's name**
GREENLIT FINANCIAL SOLUTIONS LLC

**Creditor's mailing address**
3300 OAK LAWN AVE
STE 402
DALLAS, TX  75219-4236

**Creditor's email address**

**Date or dates debt was incurred**
11/14/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC FILING NUMBER - 429706527

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $0.00    Value of collateral: UNKNOWN

---

**2.21**

**Creditor's name**
GREENLIT FINANCIAL SOLUTIONS LLC

**Creditor's mailing address**
3300 OAK LAWN AVE
STE 402
DALLAS, TX  75219-4236

**Creditor's email address**

**Date or dates debt was incurred**
11/14/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC FILING NUMBER - 429706594

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Amount of claim: $0.00    Value of collateral: UNKNOWN

---

**2.22**

**Creditor's name**
KONICA MINOLTA PREMIER FINANCE

**Creditor's mailing address**
10201 CENTURION PLARKWAY NORTH
SUITE 100
JACKSONVILLE, FL  32256

**Creditor's email address**

**Date or dates debt was incurred**
12/6/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC FILING NUMBER - 426035811

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Amount of claim: UNKNOWN    Value of collateral: UNKNOWN

| Part 1: | Additional Page |
|---|---|

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

| 2.23 | **Creditor's name** <br> KONICA MINOLTA PREMIER FINANCE <br><br> **Creditor's mailing address** <br> PO BOX 35701 <br> BILLINGS, MT  59107-5701 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> 3/31/2017 <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☒ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br><br> **Describe the lien** <br> UCC FILING NUMBER - 426589566 <br><br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☒ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply. <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | UNKNOWN | UNKNOWN |
| 2.24 | **Creditor's name** <br> REGIONS BUSINESS CAPITAL <br><br> **Creditor's mailing address** <br> 1180 WEST PEACHTREE STREET NW <br> SUITE 1000 <br> ATLANTA, GA  30309 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> 4/9/2015 <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ☒ Yes <br>     The relative priority of creditors is specified <br>     on lines 2.3 | **Describe debtor's property that is subject to a lien** <br> SUBSTANTIALLY ALL OF THE ASSETS OF FRED'S, INC AND CERTAIN OF ITS SUBSIDIARIES <br><br> **Describe the lien** <br> COLLATERAL, FIRST LIEN <br><br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☐ No <br> ☒ Yes <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $7,507,531.00 | $7,507,531.00 |
| 2.25 | **Creditor's name** <br> SAFETY NATIONAL CASUALTY <br><br> **Creditor's mailing address** <br> 1832 SCHUETZ RD <br> ST. LOUIS, MO  63146 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> 8/7/2012 <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☐ No <br> ☒ Yes | **Describe debtor's property that is subject to a lien** <br> SUBSTANTIALLY ALL OF THE ASSETS OF FRED'S, INC AND CERTAIN OF ITS SUBSIDIARIES <br><br> **Describe the lien** <br> LETTER OF CREDIT <br><br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☐ No <br> ☒ Yes <br><br> **As of the petition filing date, the claim is:** <br> Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | $5,325,000.00 | $5,325,000.00 |

| Part 1: | Additional Page | | | |
| --- | --- | --- | --- | --- |

|  |  |  | **Column A**<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- | --- |
| 2.26 | **Creditor's name**<br>TNG GP<br><br>**Creditor's mailing address**<br>1955 LAKE PARK DRIVE SC<br>SUITE 400<br>SMYRNA, GA 30080-8855<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>6/2/2017<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>UCC FILING NUMBER - 426945486<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | UNKNOWN | UNKNOWN |
| 2.27 | **Creditor's name**<br>US BANK EQUIPMENT FINANCE<br><br>**Creditor's mailing address**<br>1310 MADRID STREET<br>MARSHALL, MN 56258<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>9/26/2014<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>UCC FILING NUMBER - 422194734<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | UNKNOWN | UNKNOWN |
| 2.28 | **Creditor's name**<br>US BANK EQUIPMENT FINANCE<br><br>**Creditor's mailing address**<br>1310 MADRID STREET<br>MARSHALL, MN 56258<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>8/4/2015<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>UCC FILING NUMBER - 423643371<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | UNKNOWN | UNKNOWN |
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | | $23,794,734.00 | |

| Fill in this information to identify the case: |
|---|

| Debtor | Fred's, Inc. |
|---|---|

United States Bankruptcy Court for the: District of Delaware

Case number
(if known)     19-11984

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

04/19

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.    Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2.    List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br><br>GREGORY FROTON JR.<br>178 SIGNATURE FARM LN<br>201<br>COLLIERVILLE, TN 38017<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SEVERANCE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $238,846.26 | $13,650.00 |
| 2.2 | **Priority creditor's name and mailing address**<br><br>KIMBERLY FELICE-DOOLEY<br>11679 WYNESTONE OAKS CV<br>EADS, TN 38028<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SEVERANCE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $203,461.68 | $13,650.00 |
| 2.3 | **Priority creditor's name and mailing address**<br><br>LAURENS CO COMMISSIONER<br>P.O. BOX 2099<br>DUBLIN, GA 31021<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL TAX LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNKNOWN | UNKNOWN |

| Part 1: | Additional Page |
|---------|-----------------|

|  |  |  | Total claim | Priority amount |
|--|--|--|-------------|-----------------|

**2.4** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN

LAURENS CO TREASURER
P.O. BOX 1049
LAURENS, SC  29360

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.5** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN

LAURENS COUNTY ADVERTIZER
226 W. LAURENS STREET
LAURENS, SC  29360

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.6** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN | UNKNOWN

LOUSIANA DEPARTMENT OF REVENUE
617 N 3RD ST
BATON ROUGE, LA  70802

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

---

**2.7** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $242,250.00 | $13,650.00

MARY LOUISE GARDNER
10297 SHEA WOODS DRIVE
COLLIERVILLE, TN  38017

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SEVERANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

---

**2.8** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $282,692.34 | $13,650.00

MICHAEL BLOOM
1755 ENCLAVE GREEN COVE
GERMANTOWN, TN  38139

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SEVERANCE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

| Part 1: | Additional Page |
|---|---|

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.9**    **Priority creditor's name and mailing address**

TIMOTHY LIEBMANN
1424 OLLIE STREET
COLLIERVILLE, TN 38017

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $292,307.78    Priority amount: $13,650.00

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.**    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

**3.1**    **Nonpriority creditor's name and mailing address**

3B INTERNATIONAL LLC
100 BOMONT PLACE
TOTOWA, NJ 75120

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $2,712.00

**3.2**    **Nonpriority creditor's name and mailing address**

3M COMPANY
2860 BANKERS INDUSTRIAL
ATLANTA, GA 30360

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $48,563.76

**3.3**    **Nonpriority creditor's name and mailing address**

710 CHURCH ROAD LLC
5101 WHEELIS DR STE 110
MEMPHIS, TN 38117

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $33,119.90

**3.4**    **Nonpriority creditor's name and mailing address**

A. LEE ABRAHAM, JR.
305 WEST MARKET
BOX 8407
GREENWOOD, MS 38930

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNKNOWN

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.5** | **Nonpriority creditor's name and mailing address**

A.T. KEARNEY INC
ATTN TODD HUSEBY, PARTNER
227 W MONROE ST
CHICAGO, IL  60606

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.6** | **Nonpriority creditor's name and mailing address**

A.T.KEARNEY INC
227 WEST MONROE STREET
CHICAGO, IL  60606

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$469,740.00

---

**3.7** | **Nonpriority creditor's name and mailing address**

AAA PHARMACEUTICAL INC.
681 MAIN STREET
LUMBERTON, NJ  80480

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$69,967.23

---

**3.8** | **Nonpriority creditor's name and mailing address**

AARON INDUSTRIES
C/O SALMAN, GRUBER, BLAYMORE & STRENGER
ROSYLYN HEIGHTS, NY  11577

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.9** | **Nonpriority creditor's name and mailing address**

ABBEVILLE SHOPPING CENTER
2730 ROZZELLES FERRY RD
CHARLOTTE, NC  28208

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,554.78

**Part 2:**   Additional Page

|  |  | Amount of claim |
|---|---|---|

**3.10**   **Nonpriority creditor's name and mailing address**

ABBOTT LABORATORIES, INC.
585 CLEVELAND AVE.
COLUMBUS, OH  43216

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.11**   **Nonpriority creditor's name and mailing address**

ABBOTT LABORATORIES, INC.
75 REMITTANCE DR STE 1310
CHICAGO, IL  60675-1310

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.12**   **Nonpriority creditor's name and mailing address**

ABBOTT LABORATORIES, INC.
C/O SPICER RUDSTROM, PLLC
ATTN ALBERT G. MCLEAN
119 S MAIN ST STE 700
MEMPHIS, TN  38103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.13**   **Nonpriority creditor's name and mailing address**

ABBOTT NUTRITION
ABBOTT LABORATORIES, INC.
300 INTERSTATE WEST PKWY
AUSTELL, GA  30168

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.14**   **Nonpriority creditor's name and mailing address**

ABBOTT NUTRITION
ABBOTT LABORATORIES, INC.
PO BOX 16718
COLUMBUS, OH  43216-3718

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

3.15

**Nonpriority creditor's name and mailing address**

ABBOTT NUTRITION
ATTN CHARLES WARREN
2900 EASTON SQ PL
COLUMBUS, OH  43219

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

3.16

**Nonpriority creditor's name and mailing address**

ABBOTT NUTRITION
C/O KOHNER MANN & KAILAS
4650 NORTH PORT WASHINGTON ROAD
WASHINGTON BUILDING
MILWAUKEE, WI  53212-1059

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

3.17

**Nonpriority creditor's name and mailing address**

ABIMAR FOODS INC
5425 NORTH FIRST STREET
ABILENE, TX  79603

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$160,156.62

---

3.18

**Nonpriority creditor's name and mailing address**

ABSOLUTE EYEWEAR
201 CORPORATE CT.
SENATOBIA, MS  38668

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$21,811.40

---

3.19

**Nonpriority creditor's name and mailing address**

ACCO BRANDS USA LLC
4751 HEMPSTEAD STATION DR
KETTERING, OH  45429

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,742.04

---

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,266.14 |
|---|---|---|---|

ACEE COMPANY
6363 POPLAR AVE STE 400
MEMPHIS, TN 38119

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $163,209.27 |
|---|---|---|---|

ACHIM IMPORTING INC CO
58 SECOND AVENUE
BROOKLYN, NY 11215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAREHOUSE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,885.88 |
|---|---|---|---|

ACME UNITED CORP.
5768 HAYES RD.
ARLINGTON, TN 38002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAREHOUSE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $985.13 |
|---|---|---|---|

ADAMS & BROOKS INC
2189 OLD LAKE COVE
MEMPHIS, TN 38119

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAREHOUSE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $48,026.21 |
|---|---|---|---|

ADAMS MFG CORP
109 WEST PARK ROAD
PORTERSVILLE, PA 16051

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAREHOUSE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

3.25 **Nonpriority creditor's name and mailing address**

ADVANCE BEAUTY CARE INC
PO BOX 628
MEMPHIS, TN  38101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,214.00

---

3.26 **Nonpriority creditor's name and mailing address**

ADVANCED BEAUTY SYSTEMS
5501 LBJ FREEWAY STE 900
DALLAS, TX  75240

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,841.04

---

3.27 **Nonpriority creditor's name and mailing address**

ADVANCED ENTERPRISES INC
366 HIGHLAND AVE EXT
MIDDLETOWN, NY  10940

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,970.24

---

3.28 **Nonpriority creditor's name and mailing address**

AFCO
14 WALL STREET
NEW YORK, NY  10005

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$56,962.82

---

3.29 **Nonpriority creditor's name and mailing address**

AGREE LIMITED PARTNERSHIP
70 E LONG LAKE ROAD
BLOOMFIELD HILLS, MI  48304

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,443.67

---

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.30 | **Nonpriority creditor's name and mailing address**<br><br>AHS STAFFING  LLC<br>3051 WILLOWOOD ROAD<br>EDMOND, OK  73034<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CORPORATE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,872.79 |
| 3.31 | **Nonpriority creditor's name and mailing address**<br><br>AIKEN CHEMICAL CO.<br>12 SHELTER DRIVE<br>GREER, SC  29650<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $61,923.24 |
| 3.32 | **Nonpriority creditor's name and mailing address**<br><br>AILEENE MINTON<br>P.O. BOX 168<br>LENOIR, NC  28645<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,584.00 |
| 3.33 | **Nonpriority creditor's name and mailing address**<br><br>AIRGAS USA  LLC<br>P.O. BOX 9249<br>MARIETTA, GA  30065<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>STORE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $147.64 |
| 3.34 | **Nonpriority creditor's name and mailing address**<br><br>AKMV, LLC<br>C/O HARKAVY, SHAINBERG & KAPLAN<br>6060 POPLAR AVENUE, SUITE 140<br>MEMPHIS, TN  38119<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.35 | **Nonpriority creditor's name and mailing address**<br><br>ALABAMA RETAIL ASSOCIATIO<br>P.O. BOX 240549<br>MONTGOMERY, AL  36124<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CORPORATE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $344.25 |
| 3.36 | **Nonpriority creditor's name and mailing address**<br><br>ALERE TOXICOLOGY SRVS<br>1111 NEWTON STREET<br>GRETMA, LA  70053<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>STORE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $94.26 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br><br>ALFRED B. ROBINSON<br>P.O. BOX 387<br>EASLEY, SC  29641<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,163.00 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br><br>ALFREEDA PAGE<br>C/O EEOC MEMPHIS OFFICE<br>ATTN FAYE WILLIAMS<br>1407 UNION AVE<br>MEMPHIS, TN  38104<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.39 | **Nonpriority creditor's name and mailing address**<br><br>ALJAC LLC<br>1635 OLD 41 HIGHWAY NW<br>KENNESAW, GA  30152<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,030.00 |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.40 | **Nonpriority creditor's name and mailing address**<br><br>ALLEGIANT HEALTH<br>75 NORTH INDUSTRY CT<br>DEAR PARK, NY 11729<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,810.16 |
|---|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address**<br><br>ALLEN, SCHERRIL<br>223 SIMMONS ST<br>METTER, GA 30439<br><br>**Date or dates debt was incurred**<br><br>6/9/2019<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS' COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.42 | **Nonpriority creditor's name and mailing address**<br><br>ALLEN, SHIRLEY<br>447 WEST HICKORY GROVE<br>LAPINE, AL 36046<br><br>**Date or dates debt was incurred**<br><br>10/11/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS' COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.43 | **Nonpriority creditor's name and mailing address**<br><br>ALLEN, SHIRLEY<br>447 WEST HICKORY GROVE<br>LAPINE, AL 36046<br><br>**Date or dates debt was incurred**<br><br>3/29/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS' COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.44 | **Nonpriority creditor's name and mailing address**<br><br>ALLIANCE RUBBER COMP. INC<br>210 CARPENDER DAM RD.<br>HOT SPRINGS, AR 71901<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,992.68 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40,165.30 |
|---|---|---|---|

ALLSTAR MARKETING
4 SKYLINE DRIVE
HAWTHOME, NY 10532

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $780.60 |
|---|---|---|---|

ALLSTATE BEVERAGE COMPANY
130 6TH STREET
MONTGOMERY, AL 36104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,167.67 |
|---|---|---|---|

ALS TELFAIR-PERLIS  LLP
1220 EAST 16TH AVENUE
CORDELE, GA 31015

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,645.60 |
|---|---|---|---|

ALVA/AMCO PHARMACAL COMPA
7711 MERRIMAC AVE
NILES, IL 60714

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19,999.98 |
|---|---|---|---|

ALVIN ROSSON  DANNY
1407 HWY 71 SOUTH
MENA, AR 71953

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.50 | **Nonpriority creditor's name and mailing address**<br><br>AMANDA LEE BYRD<br>C/O TRULUCK THOMASON<br>1011 E. WASHINGTON STREET<br>GREENVILLE, SC  29601<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.51 | **Nonpriority creditor's name and mailing address**<br><br>AMERICAN ACCESSORIES INC<br>20382 HERMANA CIRCLE<br>LAKE FOREST, CA  92630<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $12,449.20 |
| 3.52 | **Nonpriority creditor's name and mailing address**<br><br>AMERICAN BEVERAGE CORP.<br>ONE DAILY WAY<br>VERONA, PA  15147<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $5,444.60 |
| 3.53 | **Nonpriority creditor's name and mailing address**<br><br>AMERICAN CLEANING SUPPLY<br>8602 KILLAM INDUSTRIAL<br>LAREDO, TX  78045<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $114,854.58 |
| 3.54 | **Nonpriority creditor's name and mailing address**<br><br>AMERICAN DAWN  INC.<br>401 W. ARTESIA BLVD<br>COMPTON, CA  90220<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $203,839.44 |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.55** **Nonpriority creditor's name and mailing address**

AMERICAS REMANUFACTURING COMPANY
1840 GORDON HWY
AUGUSTA, GA 30904

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.56** **Nonpriority creditor's name and mailing address**

AMERIPLUS INC.
535 SOUTH HERCULES AVE.
CLEARWATER, FL 33764

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,571.20

---

**3.57** **Nonpriority creditor's name and mailing address**

AMERISOURCE FUNDING  INC.
24655 SOUTHFIELD ROAD
SOUTHFIELD, MI 48075

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$92,400.00

---

**3.58** **Nonpriority creditor's name and mailing address**

AMPRO INDUSTRIES INC
6240 POPLAR AVE
MEMPHIS, TN 38119

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$246,621.01

---

**3.59** **Nonpriority creditor's name and mailing address**

AMY L BEVINS
110 SUN CHASE COURT
JOHNSON CITY, TN 37615

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,675.00

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

**3.60** **Nonpriority creditor's name and mailing address**

ANC (AMERICAN NEWS CO.)
1955 LAKE PARK DRIVE
SMYRNA, GA 30080

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,235.55

---

**3.61** **Nonpriority creditor's name and mailing address**

ANCHOR HOCKING CORP.
1605 CEDAR LANE
RALEIGH, NC 27614

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$56,350.66

---

**3.62** **Nonpriority creditor's name and mailing address**

ANDREW J LINEBERRY
116 LINEBERRY BLVD
MT JULIET, TN 37122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,666.67

---

**3.63** **Nonpriority creditor's name and mailing address**

ANDREW TURTURICI
PO BOX 23176
SAN JOSE, CA 95153

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,400.00

---

**3.64** **Nonpriority creditor's name and mailing address**

AP AUTO
4500 MALONE RD SUITE #1
MEMPHIS, TN 38118

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$139,542.46

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,355.18 |

3.65 **Nonpriority creditor's name and mailing address**
AP DEAUVILLE LLC
207 HALLOCK RD  SUITE 210
STONY BROOK, NY  11790

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,355.18

---

3.66 **Nonpriority creditor's name and mailing address**
APL (AMERICA) LLC
2 E BRYAN STREET
SAVANNAH, GA  31401

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,952.00

---

3.67 **Nonpriority creditor's name and mailing address**
APM ASSOCIATES LLC
2701 ASCOT DRIVE
FLORENCE, SC  29501

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.68 **Nonpriority creditor's name and mailing address**
APM ASSOICATES  LLC
2701 ASCOT DRIVE
FLORENCE, SC  29501

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,000.01

---

3.69 **Nonpriority creditor's name and mailing address**
APOLLO HEALTH&BEAUTY CARE
1 APOLLO PLACE
TORONTO, ON  M3J H2
CANADA

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,502.68

Debtor Fred's, Inc.
(Name)

Case number (if known) 19-11984

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.70**

**Nonpriority creditor's name and mailing address**

APOLLO INVESTMENT HOLDING
167 W KINDT STREET
JUNEAU, WI 53039

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,313.60

---

**3.71**

**Nonpriority creditor's name and mailing address**

APOTHECARY PRODUCTS
11750 12TH AVE. S
MINNEAPOLIS, MN 55337

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,755.86

---

**3.72**

**Nonpriority creditor's name and mailing address**

ARIELA AND ASSOCIATES
1359 BROADWAY 21ST FL
NEW YORK, NY 10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$864.00

---

**3.73**

**Nonpriority creditor's name and mailing address**

ARION PERFUME & BEAUTY
6417 TRI COUNTY PARKWAY
SCHERTZ, TX 78154

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,700.30

---

**3.74**

**Nonpriority creditor's name and mailing address**

ARIZONA BEVERAGES USA LLC
60 CROSSWAYS PARK DR WEST
WOODBURY, NY 11797

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,609.49

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.75**

**Nonpriority creditor's name and mailing address**

ARLEE GROUP/ARLEE HOME FA
261 FIFTH AVENUE
NEW YORK, NY 10016

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$167.04

---

**3.76**

**Nonpriority creditor's name and mailing address**

ARROW HOME PRODUCTS
701 E DEVON AVENUE
ELK GROVE, IL 60007

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,200.20

---

**3.77**

**Nonpriority creditor's name and mailing address**

ASE DIRECT INC.
7113 PEACH COURT
BRENTWOOD, TN 37027

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,722.77

---

**3.78**

**Nonpriority creditor's name and mailing address**

ASO LLC
300 SARASOTA CENTER BLVD
SARASOTA, FL 34240

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$101,480.32

---

**3.79**

**Nonpriority creditor's name and mailing address**

ASPEN PRODUCTS INC.
4231 CLARY BLVD
KANSAS CITY, MO 64130

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$207.36

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.80 | **Nonpriority creditor's name and mailing address**<br><br>ASSOCIATED PACKAGING  INC<br>P.O. BOX 440088<br>NASHVILLE, TN  37244<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>STORE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,735.08 |
| 3.81 | **Nonpriority creditor's name and mailing address**<br><br>ASYSCO<br>403 WESTPARK COURT<br>PEACHTREE CITY, GA  30269<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CORPORATE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $93,264.98 |
| 3.82 | **Nonpriority creditor's name and mailing address**<br><br>AT&T MOBILITY INC<br>PO BOX 97075<br>RICHMOND, VA  23218<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,854.21 |
| 3.83 | **Nonpriority creditor's name and mailing address**<br><br>ATEB  INC.<br>PO BOX 4695<br>CAROL STREAM, IL  60197<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>STORE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $39,264.45 |
| 3.84 | **Nonpriority creditor's name and mailing address**<br><br>ATHENS PAPER  INC<br>1898 ELM TREE DRIVE<br>NASHVILLE, TN  37210<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CORPORATE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $34,672.51 |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.85** | **Nonpriority creditor's name and mailing address**

ATHENS PAPER COMPANY
C/O EULER HERMES COLLECTIONS
800 RED BROOK BOULEVARD
SUITE 400 C
OWINGS MILLS, MD  21117

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.86** | **Nonpriority creditor's name and mailing address**

ATKINS NUTRITIONALS INC
1050 17TH ST STE 1000
DENVER, CO  80265

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,003.82

---

**3.87** | **Nonpriority creditor's name and mailing address**

AUBURN AVENUE VENTURESLLC
3715 NORTHSIDE PKWY
ATLANTA, GA  30327

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,655.00

---

**3.88** | **Nonpriority creditor's name and mailing address**

AUSTRALIAN GOLD LLC
WOODLAND DRIVE
INDIANAPOLIS, IN  46278

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$60,340.70

---

**3.89** | **Nonpriority creditor's name and mailing address**

AVERY PLAZA
524 WEDGEWOOD DR
BOSSIER CITY, LA  71111

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,650.00

---

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.90** | **Nonpriority creditor's name and mailing address**
AWESOME PRODUCTS INC
6201 REGION AVE
BUENA PARK, CA  90620

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$38,299.04

---

**3.91** | **Nonpriority creditor's name and mailing address**
B & R ENTERPRISES
120 SOUTH Y SQUARE
SELMER, TN  38375

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,746.00

---

**3.92** | **Nonpriority creditor's name and mailing address**
B & R ENTERPRISES
C/O REYNOLDS & REYNOLDS
55 COURT STREET
SUITE A
SAVANNAH, TN  38372

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.93** | **Nonpriority creditor's name and mailing address**
B MILLER ENTERPRISES LLC
12046 JUSTICE AVENUE
BATON ROUGE, LA  70816

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$44,882.85

---

**3.94** | **Nonpriority creditor's name and mailing address**
B W I COMPANIES
4924 HICKORY HILL
MPHS, TN  38115

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$509,187.76

---

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.95 | **Nonpriority creditor's name and mailing address**<br>B&K TRADING INTERNATIONAL<br>1991 TIGERTAIL BLVD.<br>DANIA BEACH, FL 33004<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $31,398.60 |
|---|---|---|---|
| 3.96 | **Nonpriority creditor's name and mailing address**<br>B&K TRADING INTERNATIONAL LLC<br>1991 TIGERTAIL BLVD.<br>SUITE A<br>DANIA BEACH, FL 33004<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.97 | **Nonpriority creditor's name and mailing address**<br>BAGWELL, EMMA<br>202 FOREST ST<br>SPRINGHILL, LA 71075<br><br>**Date or dates debt was incurred**<br>6/16/1998<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS' COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.98 | **Nonpriority creditor's name and mailing address**<br>BANK OF AMERICA MERRILL<br>P.O. BOX 7247-0209<br>PHILADELPHIA, PA 19170<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CORPORATE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35,917.18 |
| 3.99 | **Nonpriority creditor's name and mailing address**<br>BARBER DAIRY INC.<br>BOX 60498<br>CHARLOTTE, NC 28260<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DIRECT STORE DELIVERY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,035.35 |

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.100**   **Nonpriority creditor's name and mailing address**

BARCZEWSKI, FRANCIS
13 VIRGINIA TERRACE
CLARKSVILLE, TN 37042

**Date or dates debt was incurred**

6/1/2001

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.101**   **Nonpriority creditor's name and mailing address**

BARCZEWSKI, FRANCIS
1896 FORT CAMPBELL BLVD
CLARKSVILLE, TN 37042

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.102**   **Nonpriority creditor's name and mailing address**

BARNESVILLE PERLMIX
PO BOX 1097
1220 EAST 16TH AVENUE
CORDELE, GA 31010

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.103**   **Nonpriority creditor's name and mailing address**

BARNESVILLE PERLMIX LLC
P.O. BOX 1097
CORDELE, GA 31015

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,733.34

---

**3.104**   **Nonpriority creditor's name and mailing address**

BARNEY N FREDS LLC
7891 ESTATES DRIVE
NORTH PORT, FL 34286

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.105** **Nonpriority creditor's name and mailing address**
BARNEY 'N FRED'S LLC
7891 ESTATES DRIVE
NORTH PORT, FL 34286

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,167.02

---

**3.106** **Nonpriority creditor's name and mailing address**
BAUSCH HEALTH
C/O CST COLLECTIONS
PO BOX 33127
LOUISVILLE, KY 40232-3127

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.107** **Nonpriority creditor's name and mailing address**
BAY VALLEY FOODS
3200 RIVERSIDE DR. STE.A
GREEN BAY, WI 54301

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,295.91

---

**3.108** **Nonpriority creditor's name and mailing address**
BAYER HEALTHCARE LLC
4300 NEW GETWELL RD
MEMPHIS, TN 38118

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$383,081.44

---

**3.109** **Nonpriority creditor's name and mailing address**
BB&G PHARMACY  DBA
P.O. BOX 1333
LUMBERTON, NC 28358

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,000.00

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

| 3.110 | **Nonpriority creditor's name and mailing address**<br><br>BBG & ONE LLC<br>P.O. BOX 77130<br>BATON ROUGE, LA 70879<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $62,315.00 |
| 3.111 | **Nonpriority creditor's name and mailing address**<br><br>BCD LLC<br>P.O. BOX 164<br>DALTON, GA 30722<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,733.34 |
| 3.112 | **Nonpriority creditor's name and mailing address**<br><br>BDT BEVERAGE LLC<br>2712 WESTWOOD DR.<br>NASHVILLE, TN 37204<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DIRECT STORE DELIVERY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,099.56 |
| 3.113 | **Nonpriority creditor's name and mailing address**<br><br>BEATRICE HOME FASHIONS<br>151 HELEN STREET<br>SOUTH PLAINFIELD, NJ 70800<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $68,620.52 |
| 3.114 | **Nonpriority creditor's name and mailing address**<br><br>BEATRICE HOME FASHIONS<br>ATTN VICTOR GINDI<br>295 5TH AVE RM 1607<br>NEW YORK, NY 10016<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Part 2: | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,068.80 |
|---|---|---|---|

BEATRISE PET PRODUCTS LLC
427 SWEET PECAN LN
CHATTANOOGA, TN  37421

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $57,991.65 |
|---|---|---|---|

BEAU RIVIERE LLC
426 CHARLES STREET
NEW IBERIA, LA  70560

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $271,698.77 |
|---|---|---|---|

BEAUTY 21 COSMETICS
2021 S. ARCHIBALD AVE
ONTARIO, CA  91761

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

BEAUTY 21 COSMETICS
2021 SOUTH ARCHIBALD AVENUE
ONTARIO, CA  91761

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $806.40 |
|---|---|---|---|

BEAUTY ENTERPRISES INC
150 MEADOW STREET
HARTFORD, CT  61140

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.120** **Nonpriority creditor's name and mailing address**

BEAUTYGE BRANDS USA INC
9560 TOWNE CENTRE DRIVE
SAN DIEGO, CA 92121

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,994.90

---

**3.121** **Nonpriority creditor's name and mailing address**

BEIERSDORF INC
1111 E. SOUTH RIVER ST
APPLETON, WI 54915

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,858.19

---

**3.122** **Nonpriority creditor's name and mailing address**

BEKTROM FOODS INC
6800 JERICHO TURNPIKE
SYOSSET, NY 11791

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$83,447.88

---

**3.123** **Nonpriority creditor's name and mailing address**

BEKTROM FOODS INC
6800 JERICHO TURNPIKE
SUITE 207 W
SYOSSET, NY 11791

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.124** **Nonpriority creditor's name and mailing address**

BELCAM INC.
BOX 277;27 MONTGOMERY ST
ROUSES POINT, NY 12979

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,886.50

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | ---: |

| 3.125 | **Nonpriority creditor's name and mailing address**<br>BELL PHARMACEUTICALS INC<br>200 WEST BEAVER STREET<br>BELLE PLAINE, MN  56011<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,390.52 |
| 3.126 | **Nonpriority creditor's name and mailing address**<br>BELL, PEARL<br>246 FALCON DR<br>EAST DUBLIN, GA  31027<br><br>**Date or dates debt was incurred**<br>2/13/2019<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS' COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.127 | **Nonpriority creditor's name and mailing address**<br>BENDON PUBLISHING INT'L.<br>1840 S BARNEY RD<br>ASHLAND, OH  44805<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,782.54 |
| 3.128 | **Nonpriority creditor's name and mailing address**<br>BENGAL PRODUCTS  INC.<br>13739 AIRLINE HIGHWAY<br>BATON ROUGE, LA  70817<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $37,512.61 |
| 3.129 | **Nonpriority creditor's name and mailing address**<br>BENSON MILLS CORP<br>140 58TH ST<br>BROOKLYN, NY  11220<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,928.40 |

**Part 2:** Additional Page

|  |  | Amount of claim |
|---|---|---|

| 3.130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28,800.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

BENTON FREDS INC.
12741 WEBER HILLS ROAD
SUNSET HILLS, MO 63127

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,800.00

---

3.131 **Nonpriority creditor's name and mailing address**

BEST RUBBER STAMP
1618 UNION AVENUE
MEMPHIS, TN 38104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$47.18

---

3.132 **Nonpriority creditor's name and mailing address**

BESTCO INC
288 MAZEPPA RD
MOORESVILLE, NC 28115

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$921.03

---

3.133 **Nonpriority creditor's name and mailing address**

BETTER BRANDS OF SOUTH
3900 PECAN GROVE COURT
ALBANY, GA 31701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

$577.30

---

3.134 **Nonpriority creditor's name and mailing address**

BETTER HOME PLASTICS
439 COMMERCIAL AVE
PALISADES PARK, NJ 76500

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$71,601.25

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.135** | **Nonpriority creditor's name and mailing address**

BEVERAGE SOUTH LLC
1815 WILKINSON RD.
AUGUSTA, GA 30904

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

$840.40

---

**3.136** | **Nonpriority creditor's name and mailing address**

BEVERLY HILLS TEDDY
24625 RAILROAD AVE.
NEWHALL, CA 91321

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,512.00

---

**3.137** | **Nonpriority creditor's name and mailing address**

BIC USA
ONE BIC WAY SUITE 1
SHELTON, CT 64840

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$49,454.43

---

**3.138** | **Nonpriority creditor's name and mailing address**

BIG TIME PRODUCTS
2 WILBANKS ROAD SE
ROME, GA 30161

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,046.72

---

**3.139** | **Nonpriority creditor's name and mailing address**

BILBREY FAMILY LP
910 OVERTON PLAZA
LIVINGSTON, TN 38570

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,000.00

| **Part 2:** | Additional Page |
|---|---|

|  | **Amount of claim** |
|---|---|

| 3.140 | **Nonpriority creditor's name and mailing address**<br>BIO-LAB INC<br>1735 NORTH BROWN RD<br>LAWRENCEVILLE, GA  30049 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $613,760.53 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAREHOUSE EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.141 | **Nonpriority creditor's name and mailing address**<br>BIOLABS<br>1755 NORTH BROWN ROAD<br>LAWRENCEVILLE, GA  30043 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $59,462.32 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAREHOUSE EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.142 | **Nonpriority creditor's name and mailing address**<br>BIO-PRO RESEARCH<br>1140 TATE BLVD<br>SOUTHEAST HICKORY, NC  28602 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,160.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAREHOUSE EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.143 | **Nonpriority creditor's name and mailing address**<br>BISSELL HOMECARE INC<br>STADHOUDERSKADE 55<br>AMSTERDAM, 1072 AB<br>NETHERLANDS | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,703.57 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAREHOUSE EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.144 | **Nonpriority creditor's name and mailing address**<br>BISSELL RENTAL LLC<br>PO BOX 1888<br>GRAND RAPIDS, MI  49501 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,572.09 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>DIRECT STORE DELIVERY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $55,112.88 |
|---|---|---|---|

BJ RETAIL PARTNERS LLC
301 MILL ROAD  SUITE L6
HEWLETT, NY  11557

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,412.50 |
|---|---|---|---|

BLAKELY  LLC - PERLIS
P.O. BOX 1097
CORDELE, GA  31015

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,218.75 |
|---|---|---|---|

BLANCHARD PARK LLC
304 CHEYENNE DRIVE
WEST MONROE, LA 71291

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |
|---|---|---|---|

BLANCHARD PARK LLC
304 CHEYENNE DRIVE
WEST MONROE, LA 71291

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $45,980.46 |
|---|---|---|---|

BLANCHI LLC
4505 WASATCH BLVD
SALT LAKE CITY, UT  84124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.150 | **Nonpriority creditor's name and mailing address**<br><br>BLANCHI, LLC<br>C/O RIO MANAGEMENT<br>45055 WASATCH BOULEVARD<br>STE. 350<br>SALT LAKE CITY, UT 84124<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.151 | **Nonpriority creditor's name and mailing address**<br><br>BLISTEX INC<br>1800 SWIFT DRIVE<br>OAK BROOK, IL 60523<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,693.75 |
| 3.152 | **Nonpriority creditor's name and mailing address**<br><br>BLOOMBERG BNA<br>1801 SOUTH BELL STREET<br>ARLINGTON, VA 22202<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.153 | **Nonpriority creditor's name and mailing address**<br><br>BLUE DOG BAKERY<br>3302 FUHRMAN AVE E<br>SEATTLE, WA 98102<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,881.92 |
| 3.154 | **Nonpriority creditor's name and mailing address**<br><br>BLUELINE REDIFORM<br>555 AIRLINE DRIVE<br>COPPELL, TX 75019<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.155** **Nonpriority creditor's name and mailing address**
BOGLE, REBECCA
PO BOX 182
NEWPORT, TN 37822

**Date or dates debt was incurred**
7/31/2006

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.156** **Nonpriority creditor's name and mailing address**
BOND MANUFACTURING CO.
2516 VERNE ROBERS CIRCLE
ANTIOCH, CA 94509

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$81,931.35

---

**3.157** **Nonpriority creditor's name and mailing address**
BONDED FILTER CO.
P.O. BOX 9519
GREENWOOD, MS 38935

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$90,335.42

---

**3.158** **Nonpriority creditor's name and mailing address**
BOYD L HYDER
163 PUNCHEON CAMP CREEK
HENDERSONVILLE, NC 28792

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,686.22

---

**3.159** **Nonpriority creditor's name and mailing address**
BP LUBRICANTS USA
3780 BACCIRATE WAU
MARIETTA, GA 30062

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,516.13

Debtor    Fred's, Inc.    Case 19-11984-CTG    Doc 475    Filed 11/11/19    Page 74 of 379
(Name)
Case number (if known) 19-11984

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

---

**3.160**    **Nonpriority creditor's name and mailing address**

BRADLEY ARANT BOULT
P.O. BOX 830709
BIRMINGHAM, AL  35283

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,946.90

---

**3.161**    **Nonpriority creditor's name and mailing address**

BRADLEY WOOLDRIDGE
3254 BROWN RD
SPRING HILL, TN  37174

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTEREST ON PROMISSORY NOTE

**Is the claim subject to offset?**
☒ No
☐ Yes

$54,925.00

---

**3.162**    **Nonpriority creditor's name and mailing address**

BRADY'S PHARMACY INC
214 SOUTH MAIN STREET
FAIRMONT, NC  28340

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,000.00

---

**3.163**    **Nonpriority creditor's name and mailing address**

BRANDYWINE PRODUCT GRP
3 MILL ROAD
WILMINGTON, DE  19806

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,445.76

---

**3.164**    **Nonpriority creditor's name and mailing address**

BREESE FRED'S LLC
12741 WEBER HILL ROAD
SUNSET HILLS, MO  63127

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$50,000.00

---

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.165** | **Nonpriority creditor's name and mailing address**

BRENT DUCOING
3818 CORONADA STREET
ANAHEIM, CA 92807

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$47,416.66

---

**3.166** | **Nonpriority creditor's name and mailing address**

BRENTWOOD INN AND SUITES
145 SOLDIER COLONY RD
CANTON, MS 39046

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,798.50

---

**3.167** | **Nonpriority creditor's name and mailing address**

BRIGHT-MEYERS
537 MARKET ST. STE 400
CHATTANOOGA, TN 37402

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,855.07

---

**3.168** | **Nonpriority creditor's name and mailing address**

BRIMHALL FOODS CO INC
3045 BARTLETT CORP. DR
BARTLETT, TN 38133

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$144,271.76

---

**3.169** | **Nonpriority creditor's name and mailing address**

BRISCO APPAREL CO.INC
5314 16TH AVE #60
BROOKLYN, NY 11204

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$54.25

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

3.170 **Nonpriority creditor's name and mailing address**

BRISCO APPAREL, CO., INC.
C/O ATTORNEY MARK S. KAUFMAN
10 GRAND CENTRAL, 19TH FLOOR
155 EAST 44TH STREET
NEW YORK, NY 10017

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

3.171 **Nonpriority creditor's name and mailing address**

BROADRIDGE ICS
PO BOX 416423
BOSTON, MA 02241-6423

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

3.172 **Nonpriority creditor's name and mailing address**

BRONNER BROS.
C/O BANK OF AMERICA
PO BOX 403205
ATLANTA, GA 30384

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

3.173 **Nonpriority creditor's name and mailing address**

BRONNER BROTHERS
2141 POWERS FERRY ROAD
MARIETTA, GA 30067

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$29,013.00

---

3.174 **Nonpriority creditor's name and mailing address**

BROOKWOOD SQUARE LLC
29231 WELLINGTON RD
FARMINGTON HILL, MI 48334

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,313.32

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.175 | **Nonpriority creditor's name and mailing address**<br>BROWN BOTTLING<br>P.O. BOX 3186<br>RIDGELAND, MS  39158<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DIRECT STORE DELIVERY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,662.72 |
| 3.176 | **Nonpriority creditor's name and mailing address**<br>BROWN, PATRICIA<br>605 WALKER RD<br>MONROE, LA  71203<br><br>**Date or dates debt was incurred**<br>5/5/2019<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS' COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.177 | **Nonpriority creditor's name and mailing address**<br>BROWN'S DAIRY<br>P.O. BOX 1335<br>CHARLOTTE, NC  28201<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DIRECT STORE DELIVERY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,340.27 |
| 3.178 | **Nonpriority creditor's name and mailing address**<br>BRYAN, TOMMY<br>1019 N CLAYTON<br>ELBA, AL  36323<br><br>**Date or dates debt was incurred**<br>6/9/2012<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS' COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.179 | **Nonpriority creditor's name and mailing address**<br>BRYANT, ALISE<br>207 CHERRY BARK LANE<br>BRANDON, MS  39047<br><br>**Date or dates debt was incurred**<br>7/9/2018<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS' COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.180** | **Nonpriority creditor's name and mailing address**
BSNT INVESTMENTS LLC
2900 GRAND AVENUE
FORT SMITH, AR  72901

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,449.76

---

**3.181** | **Nonpriority creditor's name and mailing address**
BUDDEEZ INC.
1106 CROSSWINDS COURT
UNION, MO  63084

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,206.52

---

**3.182** | **Nonpriority creditor's name and mailing address**
BUDS BEST COOKIES
2070 PARKWAY OFFICE CIR
HOOVER, AL  35244

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,813.36

---

**3.183** | **Nonpriority creditor's name and mailing address**
BUDS BEST COOKIES INC
2070 PARKWAY OFFICE CIR
HOOVER, AL  35244

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.184** | **Nonpriority creditor's name and mailing address**
BUFFALO ROCK COLUMBUS
PO BOX 2247
BIRMINGHAM, AL  35202

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,780.84

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.185 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,199.21 |
| | | *Check all that apply.* | |
| | BUFFALO ROCK OF BIRM. | ☐ Contingent | |
| | P.O. BOX 2247 | ☐ Unliquidated | |
| | BIRMINGHAM, AL  35202 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | DIRECT STORE DELIVERY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,724.35 |
| | | *Check all that apply.* | |
| | BUFFALO ROCK OF GADSDEN | ☐ Contingent | |
| | P.O. BOX 2247 | ☐ Unliquidated | |
| | BIRMINGHAM, AL  35202 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | DIRECT STORE DELIVERY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $113.60 |
| | | *Check all that apply.* | |
| | BURKS BEVERAGE  LP | ☐ Contingent | |
| | 2555 BURKS PLACE | ☐ Unliquidated | |
| | DYERSBURG, TN  38024 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | DIRECT STORE DELIVERY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
| | | *Check all that apply.* | |
| | BURKS, HELGA | ☒ Contingent | |
| | 4450 WHITE SANDS ST | ☒ Unliquidated | |
| | MEMPHIS, TN  38118 | ☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 12/10/2014 | WORKERS' COMPENSATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,266.92 |
| | | *Check all that apply.* | |
| | BURPEE GARDEN PRODUCTS | ☐ Contingent | |
| | 300 PARK AVENUE | ☐ Unliquidated | |
| | WARMINSTER, PA  18974 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | DIRECT STORE DELIVERY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|
| 3.190 | **Nonpriority creditor's name and mailing address**<br><br>BUTCHER & LAWSON AIR<br>PO BOX 281393<br>MEMPHIS, TN 38128<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | $382.50 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.191 | **Nonpriority creditor's name and mailing address**<br><br>BUZZY INC<br>121 PROGRESS AVE<br>POTTSVILLE, PA 17901<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | $35.80 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.192 | **Nonpriority creditor's name and mailing address**<br><br>C & G PROPERTIES LLC<br>108 COTTONWOOD DRIVE<br>FLORENCE, AL 35634<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | $5,400.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.193 | **Nonpriority creditor's name and mailing address**<br><br>C & S PRODUCTS CO INC.<br>1528 CARDINAL AVENUE<br>FT DODGE, IA 50501<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | $13,252.80 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.194 | **Nonpriority creditor's name and mailing address**<br><br>CADBURY SCHWEPPES/MOTTS<br>PO BOX 277237<br>CHARLOTTE, NC 28234<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | $74,338.43 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.195**

**Nonpriority creditor's name and mailing address**

CADO PRODUCTS INC
1-B PRINCETON ROAD
FITCHBURG, MA  14200

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,952.00

---

**3.196**

**Nonpriority creditor's name and mailing address**

CALICO BRANDS INC.
2055 SOUTH HAVEN AVE
ONTARIO, CA  91761

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$114,127.91

---

**3.197**

**Nonpriority creditor's name and mailing address**

CALVERT, SUSIE
213 GILLESPIE RD
CEDAR BLUFF, MS  39741

**Date or dates debt was incurred**

12/9/2018

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.198**

**Nonpriority creditor's name and mailing address**

CAMCO MANUFACTURING INC.
121 LANDMARK DRIVE
GREENSBORO, NC  27409

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,854.40

---

**3.199**

**Nonpriority creditor's name and mailing address**

CAMPAIGNER-J2 GLOBAL
2 GURDWARA RD.
OTTAWA, ON  K2E 1A2
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,000.00

---

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.200 | **Nonpriority creditor's name and mailing address**<br><br>CAMPBELL SALES CO<br>1 CAMPBELL PLACE<br>CAMDEN, NJ 81031<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,095.80 |
|---|---|---|---|
| 3.201 | **Nonpriority creditor's name and mailing address**<br><br>CAR FRESHNER CORPORATION<br>21205 LITTLE TREE DRIVE<br>WATERTOWN, NY 13601<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $105,108.48 |
| 3.202 | **Nonpriority creditor's name and mailing address**<br><br>CARDINAL MANAGEMENT<br>10095 MAIN RD UNIT #4<br>MATTITUCK, NY 11952<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,926.90 |
| 3.203 | **Nonpriority creditor's name and mailing address**<br><br>CARLEY ENTERPRISES LLC<br>PO BOX 229<br>TYLERTOWN, MS 39667<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.204 | **Nonpriority creditor's name and mailing address**<br><br>CARLSON PET PRODUCTS<br>3200 CORPORATE CENTER DR<br>BURNSVILLE, MN 55306<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,077.50 |

**Part 2:**  Additional Page

| | | Amount of claim |
|---|---|---|

---

**3.205** | **Nonpriority creditor's name and mailing address**

CARLTON TECHNOLOGIES  INC
939 NORTH AVENUE
CHICAGO, IL  60622

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,179.00

---

**3.206** | **Nonpriority creditor's name and mailing address**

CARMONA, SALUSTIA
6013 HICKORY COVE
MEMPHIS, TN  38141

**Date or dates debt was incurred**

7/16/2018

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.207** | **Nonpriority creditor's name and mailing address**

CAROLINA CHESNEE
410 CHESTERFIELD ROAD
RALEIGH, NC  27608

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,714.66

---

**3.208** | **Nonpriority creditor's name and mailing address**

CAROLINA HANDLING LLC
3101 PIPER LANE
CHRLOTTE, NC  28208

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$906.62

---

**3.209** | **Nonpriority creditor's name and mailing address**

CAROLINA PARTNERS  LLC
911 COLLEGE STREET
BOWLING GREEN, KY  42102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$29,190.18

---

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.210** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $26,400.00

CASWAND INC.
129 S SHARPE AVE
CLEVELAND, MS 38732

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.211** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $26,666.66

CATHY G POPPELL
P.O. BOX 545
JESUP, GA 31598

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.212** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $119,536.08

CCM WHOLESALE LLC
6892 HWY 49 NORTH
HATTIESBURG, MS 39401

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAREHOUSE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.213** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $49,192.51

CE NORTH AMERICA LLC
6950 NW 77TH COURT
MIAMI, FL 33166

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAREHOUSE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $39,000.00

CENTER POINT BUILDING
2328 10TH AVE N. STE 401
LAKE WORTH, FL 33461

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.215** | **Nonpriority creditor's name and mailing address**

CENTRAL GARDEN & PET
1340 TREAT BLVD. STE.650
WALNUT CREEK, CA  94597

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,035.94

---

**3.216** | **Nonpriority creditor's name and mailing address**

CENTRAL PRINTING
2835 AIRWAYS BLVD
MEMPHIS, TN  38132

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$437.00

---

**3.217** | **Nonpriority creditor's name and mailing address**

CG ROXANE LLC
55 FRANCISCO STREET
SAN FRANCISCO, CA  94133

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,671.64

---

**3.218** | **Nonpriority creditor's name and mailing address**

CG ROXANE WATER CO.
C/O WILLIAMS, BABBIT & WISEMAN, INC.
1001 YAMATO ROAD 302
BOCA RATON, FL  33431

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.219** | **Nonpriority creditor's name and mailing address**

CGS&M SOUTHAVEN LLC
900 CUMMINGS CENTER
BEVERLY, MA  19150

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,268.44

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.220** **Nonpriority creditor's name and mailing address**

CHABY INTERNATIONAL
10981 DACATUR RD UNIT 2
PHILADELPHIA, PA  19154

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,173.95

---

**3.221** **Nonpriority creditor's name and mailing address**

CHAMPION BRANDS
5571 FLORIDA MINING BLVD
JACKSONVILLE, FL  32257

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,480.50

---

**3.222** **Nonpriority creditor's name and mailing address**

CHANNEL CONTROL MERCHANTS LLC
6892 HWY 49 NORTH
HATTIESBURG, MS  39401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.223** **Nonpriority creditor's name and mailing address**

CHARLES K. LINVILLE
355 OLD LAYFAYETTE ROAD
HARTSVILLE, TN  37074

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,870.00

---

**3.224** **Nonpriority creditor's name and mailing address**

CHARLESTON GROUP  LLC
8 JAMESON PLACE
WEST CALDWELL, NJ  70080

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,127.42

---

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.225**

**Nonpriority creditor's name and mailing address**

CHASTAIN MISSISSIPPI
P.O. BOX 880908
PORT SAINT LUCIE, FL  34988

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,237.49

---

**3.226**

**Nonpriority creditor's name and mailing address**

CHATTEM INC.
1715 W 38TH STREET
CHATTANOOGA, TN  37409

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$147,356.36

---

**3.227**

**Nonpriority creditor's name and mailing address**

CHEF CRAFT CORPORATION
N29 W23720 WOODGATE CT E.
PEWAUKEE, WI  53072

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$37,128.00

---

**3.228**

**Nonpriority creditor's name and mailing address**

CHEMENCE
185 BLUEGRASS VALLEY PKY
ALPHARETTA, GA  30005

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,445.70

---

**3.229**

**Nonpriority creditor's name and mailing address**

CHEP USA
P.O. BOX 281033
ATLANTA, GA  30384

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$195.00

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.230 | **Nonpriority creditor's name and mailing address**<br>CHESAPEAKE MDSE INC.<br>4615-B WEDGEWOOD BLVD.<br>FREDERICK, MD  21703<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $33,734.80 |
| 3.231 | **Nonpriority creditor's name and mailing address**<br>CHEVRON PRODUCTS COMPANY<br>P.O. BOX F SECTION 610<br>CONCORD, CA  94524<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $34,933.62 |
| 3.232 | **Nonpriority creditor's name and mailing address**<br>CHILDRESS LLC<br>P.O. BOX 309<br>COLUMBIA, LA  71418<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,915.23 |
| 3.233 | **Nonpriority creditor's name and mailing address**<br>CHINA DOLL RICE & BEANS<br>100 JACINTOPORT BLVD<br>SARALAND, AL  36571<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,906.69 |
| 3.234 | **Nonpriority creditor's name and mailing address**<br>CHOCTAW INVESTMENTS  LTD<br>221 W PUSHMATAHA ST<br>BUTLER, AL  36904<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,158.40 |

**Part 2:**  Additional Page

| | Amount of claim |
|---|---|

**3.235**

**Nonpriority creditor's name and mailing address**

CHOICE BRANDS INC
310 POWELL AVE
MONROE, LA 71201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☑ No
☐ Yes

$375.09

---

**3.236**

**Nonpriority creditor's name and mailing address**

CHRISTOPHER ERIC RICH
PO BOX 1074
HAMILTON, AL 35570

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,625.00

---

**3.237**

**Nonpriority creditor's name and mailing address**

CHURCH & DWIGHT CO
2100 RIVERCHASE CENTER
BIRMINGHAM, AL 35244

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$279,840.38

---

**3.238**

**Nonpriority creditor's name and mailing address**

CHURCH ST. RETAIL PROP.
PO BOX 296
DALTON, GA 30722

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,333.34

---

**3.239**

**Nonpriority creditor's name and mailing address**

CINGO BY ALLGOOD PEST
106 ROOSEVELT ST.
DUBLIN, GA 31040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$593.00

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.240** | **Nonpriority creditor's name and mailing address**

CIT
49 BRYANT AVE
ROSLYN, NY 11576

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,592.79

---

**3.241** | **Nonpriority creditor's name and mailing address**

CITY OF CLANTON
505 2ND AVE NO
CLANTON, AL 35046

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,751.74

---

**3.242** | **Nonpriority creditor's name and mailing address**

CITY OF HENDERSON, KENTUCKY OBO
THEMSELVES & OTHER SITUATED HOME RULE
CITIES;C/O GRABHORN LAW;MICHAEL GRABHORN
2525 NELSON MILLER PKWY STE 107
LOUISVILLE, KY 40223

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.243** | **Nonpriority creditor's name and mailing address**

CLARK BEVERAGE CORP
PO BOX 3090
BOWLING GREEN, KY 42102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,431.65

---

**3.244** | **Nonpriority creditor's name and mailing address**

CLARK DISTRIBUTING CO.
1300 HWY. 51 BYPASS SOUTH
DYERSBURG, TN 38024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,592.64

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.245**

**Nonpriority creditor's name and mailing address**

CLEMENTS INVESTMENTS  LLC
1512 GOLF CLUB EXT
DOUGLAS, GA  31533

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,819.50

---

**3.246**

**Nonpriority creditor's name and mailing address**

CLEMENTS, BRIAN
350 ALLEN DR
SALTILLO, TN  38370

**Date or dates debt was incurred**

7/24/2018

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.247**

**Nonpriority creditor's name and mailing address**

CLINTON G HUBBARD
325 N RIVER ROAD NE
ROME, GA  30161

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,133.34

---

**3.248**

**Nonpriority creditor's name and mailing address**

CLOROX COMPANY
9160 HIGHWAY 64
LAKELAND, TN  38002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$105,825.35

---

**3.249**

**Nonpriority creditor's name and mailing address**

COAST TO COAST COMPUTER
4277 VALLEY FAIR STREET
SIMI VALEY, CA  93063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$419.94

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.250 | **Nonpriority creditor's name and mailing address**<br><br>COCA COLA BOTTLING CO<br>600 BEACON PARKWAY W<br>BIRMINGHAM, AL  35209<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DIRECT STORE DELIVERY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $186,754.27 |
|---|---|---|---|
| 3.251 | **Nonpriority creditor's name and mailing address**<br><br>COCA-COLA BOTTLING COMP<br>PO BOX 31487<br>CHARLOTTE, NC  28231<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DIRECT STORE DELIVERY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $23,161.06 |
| 3.252 | **Nonpriority creditor's name and mailing address**<br><br>COCA-COLA OF TULLAHOMA<br>1502 E. CARROLL ST.<br>TULLAHOMA, TN  37388<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DIRECT STORE DELIVERY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $768.22 |
| 3.253 | **Nonpriority creditor's name and mailing address**<br><br>COCA-COLA SOUTHWEST<br>ONE COCA-COLA PLAZA NW<br>ATLANTA, GA  30313<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DIRECT STORE DELIVERY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $887.66 |
| 3.254 | **Nonpriority creditor's name and mailing address**<br><br>COKEM INTERNATIONAL LTD<br>3880 4TH AVENUE EAST<br>SHAKOPEE, MN  55379<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $9,212.76 |

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.255 | **Nonpriority creditor's name and mailing address**<br>COLEMAN MERCHANT LOCKBOX<br>3600 N. HYDRAULIC<br>WICHITA, KS  67219<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $184,234.40 |
| 3.256 | **Nonpriority creditor's name and mailing address**<br>COLGATE-PALMOLIVE      .<br>ONE COLGATE WAY<br>CANTON, MA  21690<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $191,410.85 |
| 3.257 | **Nonpriority creditor's name and mailing address**<br>COLLEGE PARK CENTER LLC<br>1315 ASHLEY RIVER ROAD<br>CHARLESTON, SC  29407<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21,427.89 |
| 3.258 | **Nonpriority creditor's name and mailing address**<br>COLLIERS INTERNATIONAL<br>C/O WILSON & ASSOCIATES<br>400 WEST CAPITOL<br>SUITE 1400<br>LITTLE ROCK, AR  72201<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.259 | **Nonpriority creditor's name and mailing address**<br>COLLIERVILLE REALTY<br>7575 POPLAR AVE<br>GERMANTOWN, TN  38183<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $41,673.15 |

| **Part 2:** | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.260** **Nonpriority creditor's name and mailing address**
COLUMBIAN HOME PRODUCTS
404 N RAND ROAD
NORTH BARRINGTON, IL 60010

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,022.64

---

**3.261** **Nonpriority creditor's name and mailing address**
COMBE INC.
9160 HWY 64 SUITE 12
LAKELAND, TN 38002

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$61,337.76

---

**3.262** **Nonpriority creditor's name and mailing address**
COMFORT HOME USA LLC
195 RARITAN CENTER PKWY.
EDISON, NJ 88370

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,500.00

---

**3.263** **Nonpriority creditor's name and mailing address**
COMFORT SYSTEMS USA
177A WOODFIELD DRIVE
MACON, GA 31210

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$360.00

---

**3.264** **Nonpriority creditor's name and mailing address**
COMMERCIAL BANK
P.O. BOX 399
BOSTON, GA 31626

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,284.92

---

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.265** | **Nonpriority creditor's name and mailing address**

COMMERCIAL LIGHTING
P.O. BOX 270651
TAMPA, FL  33688

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$584.77

---

**3.266** | **Nonpriority creditor's name and mailing address**

COMPUTERSHARE INC.
4229 COLLECTION CTR DRIVE
CHICAGO, IL  60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,898.09

---

**3.267** | **Nonpriority creditor's name and mailing address**

CON AGRA GRO.HUNT WESSON
11011 GOLDENLEAF RD
RICHMOND, VA  23237

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$134,040.52

---

**3.268** | **Nonpriority creditor's name and mailing address**

CONAIR CORPORATION
1 CUMMINGS POINT ROAD
STANFORD, CT  69040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$281,972.15

---

**3.269** | **Nonpriority creditor's name and mailing address**

CONNECT CITY OF CHURCHES
P.O. BOX 448
SUMMERVILLE, GA  30747

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,924.00

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.270 | **Nonpriority creditor's name and mailing address**<br>CONNORS & ASSOCIATES LLC<br>645 E PITTSBURGH STREET<br>GREENSBURG, PA 15601<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CORPORATE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30,273.92 |
| 3.271 | **Nonpriority creditor's name and mailing address**<br>CONNORS & ASSOCIATES DBA CONNORS GROUP<br>C/O DINSMORE & SHOHL, LLP<br>1300 SIX PPG PLACE<br>PITTSBURGH, PA 15222<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.272 | **Nonpriority creditor's name and mailing address**<br>CORINTH COCA COLA CO.<br>601 WASHINGTON STREET<br>CORINTH, MS 38834<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DIRECT STORE DELIVERY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,918.70 |
| 3.273 | **Nonpriority creditor's name and mailing address**<br>COTT BEVERAGE<br>8112 WOODLAND CENTER BLVD<br>TAMPA, FL 33634<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $423.36 |
| 3.274 | **Nonpriority creditor's name and mailing address**<br>COUNSEL ON CALL LLC<br>112 WESTWOOD PLACE<br>BRENTWOOD, TN 37027<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>STORE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $39,755.50 |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.275** **Nonpriority creditor's name and mailing address**

COVENANT DISTRIBUTORS
412 NORTH EAST STREET
COUDERSPORT, PA 16915

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$54,000.00

---

**3.276** **Nonpriority creditor's name and mailing address**

COVINGTON RENTAL PROP LLC
2926 OLD HWY 64 WEST
HAYESVILLE, NC 28904

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,166.66

---

**3.277** **Nonpriority creditor's name and mailing address**

CREDIT PROTECTION ASSO.
P.O. BOX 207899
DALLAS, TX 75320

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$45.04

---

**3.278** **Nonpriority creditor's name and mailing address**

CRESCENT CROWN DIST LLC
112 BJ SERVICES DRIVE
LAFAYETTE, LA 70507

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

$213.40

---

**3.279** **Nonpriority creditor's name and mailing address**

CRIDER  INC.
1 PLANT AVENUE
STILLMORE  30464

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,581.60

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.280 | **Nonpriority creditor's name and mailing address**<br><br>CROWN EQUIPMENT CORP.<br>P.O. BOX 641173<br>CINCINNATI, OH  45264<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CORPORATE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,377.11 |
| 3.281 | **Nonpriority creditor's name and mailing address**<br><br>CRYSTAL ART<br>10300 KILMORY TERRACE<br>CHARLOTTE, NC  28210<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $93,837.92 |
| 3.282 | **Nonpriority creditor's name and mailing address**<br><br>CURRY MANAGEMENT COMPANY<br>1825 VETERANS BLVD<br>DUBLIN, GA  31021<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.283 | **Nonpriority creditor's name and mailing address**<br><br>CUSTOM ACCESSORIES INC<br>5900 AMI DR.<br>RICHMOND, IL  60071<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,670.25 |
| 3.284 | **Nonpriority creditor's name and mailing address**<br><br>D & D COMMODITIES LTD<br>38559 US HWY 75 NW<br>STEPHEN, MN  56757<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,216.47 |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.285** **Nonpriority creditor's name and mailing address**

D & L CHAD INC
PO BOX 1370
ST FRANCISVILLE, LA 70775

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,615.00

---

**3.286** **Nonpriority creditor's name and mailing address**

D&T PROPERTIES  LLC
2112 9TH AVE.
HALEYVILLE, AL 35565

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☑ No
☐ Yes

$450.00

---

**3.287** **Nonpriority creditor's name and mailing address**

D.F.STAUFFER BISCUIT CO
PO BOX 12002
YORK, PA 17402

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,403.62

---

**3.288** **Nonpriority creditor's name and mailing address**

DADDY RAY'S
P.O. BOX 186
MOSCOW MILLS, MO 63362

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,489.71

---

**3.289** **Nonpriority creditor's name and mailing address**

DALE'S SAUCES INC
2311 HIGHLAND AVE
BIRMINGHAM, AL 35205

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,492.72

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.290 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28,000.02 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

3.290

DANIEL G KAMIN HODGES LLC
PO BOX 10234
PITTSBURGH, PA 15232

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,000.02

---

3.291

DANIEL G KAMIN SALUDA LLC
PO BOX 10234
PITTSBURGH, PA 15232

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,466.66

---

3.292

DANIEL R. JOHNSON
6125 ZERO ROAD
MERIDIAN, MS 39301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,876.33

---

3.293

DARGENT COMPANIES
1460 CENTRE COURT
ALEXANDRIA, LA 71301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☐ No
☐ Yes

UNKNOWN

---

3.294

DARNELL STOCKTON INC
PO BOX 707
CLAYTON, GA 30525

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,266.68

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.295** **Nonpriority creditor's name and mailing address**

DART CONTAINER CORP.
500 HOGSBACK ROAD
MASON, MI 48854

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,911.68

---

**3.296** **Nonpriority creditor's name and mailing address**

DATA FACTS INC
8000 CENTERVIEW PARKWAY
CORDOVA, TN 38018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$299.00

---

**3.297** **Nonpriority creditor's name and mailing address**

DAVID G. WALLACE
P.O. BOX 435
DOVER, TN 37058

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,160.00

---

**3.298** **Nonpriority creditor's name and mailing address**

DAVID L WOODS
12720 HIGHWAY 57
COUNCE, TN 38326

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,533.33

---

**3.299** **Nonpriority creditor's name and mailing address**

DAVIS, DONNA
2244 WOODGLEN COVE
GREENVILLE, MS 38701

**Date or dates debt was incurred**

5/13/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.300** | **Nonpriority creditor's name and mailing address**

DAVIS, SUSAN
209 CARTER LANE
YAZOO CITY, MS  39194

**Date or dates debt was incurred**

4/5/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.301** | **Nonpriority creditor's name and mailing address**

DAYSPRING LANDSCAPING
1006 MAID MARIAN LANE
DUBLIN, GA  31021

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,200.00

---

**3.302** | **Nonpriority creditor's name and mailing address**

DB PARTNERS
251 SOUTH WASHINGTON ST
RIPLEY, TN  38063

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,280.40

---

**3.303** | **Nonpriority creditor's name and mailing address**

DC SERVICES SOLUTIONS LLC
P.O. BOX 171
SOUTHAVEN, MS  38671

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$122.36

---

**3.304** | **Nonpriority creditor's name and mailing address**

DE BEUKELAER CORPORATION
228 INDUSTRIAL DR. N.
MADISON, MS  39110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,939.84

Debtor | Fred's, Inc. | Case 19-11984-CTG    Doc 475    Filed 11/11/19    Page 103 of 379
(Name)
Case number (if known) 19-11984

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

**3.305**

**Nonpriority creditor's name and mailing address**

DEAR, SHELLY
366 SHORTER RD
BRAXTON, MS  39044

**Date or dates debt was incurred**

2/22/2018

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.306**

**Nonpriority creditor's name and mailing address**

DELOITTE CONSULTING LLP
850 2ND ST SW STE 700
CALGARY, AB  T2P 1B7

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.307**

**Nonpriority creditor's name and mailing address**

DELOITTE CONSULTING LLP
850-2ND STREET SW
CALGARY, AB  T2P 1B7
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,737,826.56

---

**3.308**

**Nonpriority creditor's name and mailing address**

DELTA BRANDS INC.
3 NEW YORK PLAZA
NEW YORK, NY  10004

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,622.00

---

**3.309**

**Nonpriority creditor's name and mailing address**

DELTA BRANDS INCORPORATED
1890 PALMER AVENUE
LARCHMONT, NY  10538

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,160.88

---

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| 3.310 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $105,215.66 |

**Nonpriority creditor's name and mailing address**
DELTA SALES & MARKETING
4210 ALTRURIA ROAD
BARTLETT, TN  38135

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$105,215.66

---

3.311
**Nonpriority creditor's name and mailing address**
DEMOPOLIS TOWNE CENTER LL
825 VAN NESS AVE
SAN FRANCISCO, CA  94109

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,369.40

---

3.312
**Nonpriority creditor's name and mailing address**
DESIGN CLIQUE INC
191 RACE STREET
DENVER, CO  80206

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,602.40

---

3.313
**Nonpriority creditor's name and mailing address**
DEVMAR PARTNERSHIP  LLC
2005 STRADELLA ROAD
LOS ANGELES, CA  90077

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,835.22

---

3.314
**Nonpriority creditor's name and mailing address**
DGL GROUP LTD
195 RARITAN CENTER PKWY
EDISON, NJ  08837

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

| 3.315 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $103,027.60 |
|---|---|---|---|

3.315 **Nonpriority creditor's name and mailing address**

DGL GROUP LTD
195 RARITAN CENTER PKWY
EDISON, NJ  88370

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $103,027.60

---

3.316 **Nonpriority creditor's name and mailing address**

DGS RETAIL
60 MAPLE STREET
CHICAGO, IL  60656

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $509.91

---

3.317 **Nonpriority creditor's name and mailing address**

DHD
114 BRECK DRIVE
CEDARTOWN, GA  30125

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $7,000.00

---

3.318 **Nonpriority creditor's name and mailing address**

DIAL CORPORATION
101 LANT LANE
EVANSVILLE, IN  47715

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $279,385.25

---

3.319 **Nonpriority creditor's name and mailing address**

DIANNE S HATHORN AND
733 HWY 583 S.E.
BROOKHAVEN, MS  39601

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $5,282.26

Debtor    Fred's, Inc.    Case 19-11984-CTG    Doc 475    Filed 11/11/19    Page 106 of 379
(Name)
Case number (if known) 19-11984

**Part 2:    Additional Page**

| | | Amount of claim |
|---|---|---|

| 3.320 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,945.92 |

**Nonpriority creditor's name and mailing address**

DIPPIN DOTS LLC
5101 CHARTER OAK DR
PADUCAH, KY 42001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,945.92

---

**3.321    Nonpriority creditor's name and mailing address**

DIRECTV INC.
P.O. BOX 105249
ATLANTA, GA 30348

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$235.47

---

**3.322    Nonpriority creditor's name and mailing address**

DIVERSIFIED BRANDS
378 8TH STREET
ATLANTIC BEACH, FL 32233

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$123,025.41

---

**3.323    Nonpriority creditor's name and mailing address**

DIXIE BELLE TEXTILES INC
P.O. BOX 316
GIBSONVILLE, NC 27249

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$37,848.00

---

**3.324    Nonpriority creditor's name and mailing address**

DIXON PROPERTIES
P.O. BOX 451
GALLATIN, TN 37066

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,500.00

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.325 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,600.00 |
|---|---|---|---|

DONALD E WILKERSON
4432 NEW HARTFORD ROAD
OWENSBORO, KY  42303

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | | $30,696.36 |
|---|---|---|---|

DOREL JUVENILE GROUP
25 FORBES BLVD
FOXBORO, MA  20350

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | | UNKNOWN |
|---|---|---|---|

DOREL JUVENILE GROUP
25 FORBES BLVD
812-372-0141 X1954 GINA
FOXBORO, MA  02035

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | | $9,141.00 |
|---|---|---|---|

DORIS RUTH RUSSELL LLC
PO BOX 254
TUNNEL HILL, GA  30755

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | | $44,301.70 |
|---|---|---|---|

DOSKOCIL MANUFACTURING
P.O. BOX 1246
ARLINGTON, TX  76004

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.330**

**Nonpriority creditor's name and mailing address**

DOTHAN BUFFALO ROCK CO
P.O. BOX 2247
BIRMINGHAM, AL  35202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,761.76

---

**3.331**

**Nonpriority creditor's name and mailing address**

DOWIN ENTERPRISES (USA)
4500 S KOLIN AVE
CHICAGO, IL  60632

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,263.76

---

**3.332**

**Nonpriority creditor's name and mailing address**

DR G H TICHENOR
4200 POCHE COURT WEST
NEW ORLEANS, LA  70129

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,674.12

---

**3.333**

**Nonpriority creditor's name and mailing address**

DREAMWEAR
183 MADISON AVE.
NEW YORK, NY  10016

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,501.43

---

**3.334**

**Nonpriority creditor's name and mailing address**

DUBLIN TIRE COMPANY
1315 TELFAIR ST
DUBLIN, GA  31021

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,333.71

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.335**

**Nonpriority creditor's name and mailing address**
DUKE, LINDA
151 CO. RD. 648
HANCEVILLE, AL  35077

**Date or dates debt was incurred**
9/12/2012

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.336**

**Nonpriority creditor's name and mailing address**
DUNCAN TIRE COMPANY  INC.
301 TELFAIR STREET
DUBLIN, GA  31021

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$31.17

---

**3.337**

**Nonpriority creditor's name and mailing address**
DUNNHUMBY INC
3825 EDWARDS ROAD
SUITE 600
CINCINNATI, OH  45209

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.338**

**Nonpriority creditor's name and mailing address**
DURACELL DISTRIBUTING INC
1209 ORANGE STREET
WILMINGTON, DE  19801

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$414,269.54

---

**3.339**

**Nonpriority creditor's name and mailing address**
DYER  LLC
562 S. MAIN
DYER, TN  38330

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,147.50

---

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.340** | **Nonpriority creditor's name and mailing address**
E & L LLC
P.O. BOX 325
OHATCHEE, AL  36271

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,933.34

---

**3.341** | **Nonpriority creditor's name and mailing address**
E & R GROUP  LLC
P.O. BOX 556
MORTON, MS  39117

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,751.34

---

**3.342** | **Nonpriority creditor's name and mailing address**
EAGLE DISTRIBUTING OF
900 W 62ND ST
SHREVEPORT, LA  71106

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

$378.70

---

**3.343** | **Nonpriority creditor's name and mailing address**
EAGLE HOME PRODUCTS  INC.
ONE ARNOLD DRIVE
HUNTINGTON, NY  11743

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$58,909.68

---

**3.344** | **Nonpriority creditor's name and mailing address**
ECLECTIC PRODUCTS INC.
1075 ARROWSMITH STREET
EUGENE, OR  97402

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,946.32

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.345 | **Nonpriority creditor's name and mailing address**<br><br>ECOCO INC<br>1830 N LAMON AVE<br>CHICAGO, IL  60639<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,105.35 |
| --- | --- | --- |
| 3.346 | **Nonpriority creditor's name and mailing address**<br><br>EDGEWELL PERSONAL CARE<br>533 MARYVILLE UNIV. DR<br>ST LOUIS, MO  63141<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $112,477.41 |
| 3.347 | **Nonpriority creditor's name and mailing address**<br><br>EDPROP DEVELOPMENT CO LLC<br>128 LEE ROAD 316<br>MARIANNA, AR  72360<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,740.83 |
| 3.348 | **Nonpriority creditor's name and mailing address**<br><br>EDWARDS, GLENDA<br>6369 OLD HWY 31 E<br>BETHPAGE, TN  37022<br><br>**Date or dates debt was incurred**<br><br>1/24/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS' COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.349 | **Nonpriority creditor's name and mailing address**<br><br>ELBERTA  LTD.<br>P.O. BOX 175<br>JOHNSTON, SC  29832<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,536.76 |

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

---

**3.350** | **Nonpriority creditor's name and mailing address**

ELCO LABORATORIES INC
2545 PALMER AVE
UNIVERSITY PARK, IL  60484

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,066.60

---

**3.351** | **Nonpriority creditor's name and mailing address**

ELLIOT FAMILY LTD
P.O. BOX 220
DOUGLAS, GA  31534

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$49,586.65

---

**3.352** | **Nonpriority creditor's name and mailing address**

ELLISON, BARBARA
724 W WHITNEY AVE APT A
ALBANY, GA 31701

**Date or dates debt was incurred**

4/4/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.353** | **Nonpriority creditor's name and mailing address**

ELMER'S PRODUCTS INC.
6655 PEACHTREE DUNWOODY RD
ATLANTA, GA  30328

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$37,685.87

---

**3.354** | **Nonpriority creditor's name and mailing address**

EMERSON HEALTHCARE LLC
407 EAST LANCASTER AVE.
WAYNE, PA  19078

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$170,096.95

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.355 | **Nonpriority creditor's name and mailing address**<br><br>EMILIA PERSONAL CARE INC<br>555 SUN VALLEY DIVE<br>ROSWELL, GA 30076<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,844.88 |
| 3.356 | **Nonpriority creditor's name and mailing address**<br><br>EMSON<br>225 5TH AVE.SUITE 800<br>NEW YORK, NY 10001<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $359,436.00 |
| 3.357 | **Nonpriority creditor's name and mailing address**<br><br>ENERGIZER BRANDS  LLC<br>533 MARYVILLE UNIVERS. DR<br>ST LOUIS, MO 63141<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,125.20 |
| 3.358 | **Nonpriority creditor's name and mailing address**<br><br>ENERGY BEVERAGE<br>14373 CREOSOTE RD STE G<br>GULFPORT, MS 39503<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DIRECT STORE DELIVERY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $197.00 |
| 3.359 | **Nonpriority creditor's name and mailing address**<br><br>ENGIE INSIGHT SERVICES<br>1313 N ATLANTIC  STE 5000<br>SPOKANE, WA 99201<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CORPORATE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,770.44 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.360 | **Nonpriority creditor's name and mailing address**<br><br>EOS PRODUCTS LLC<br>19 WEST 44TH STREET<br>NEW YORK, NY 10036<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,745.00 |
| 3.361 | **Nonpriority creditor's name and mailing address**<br><br>ERNST & YOUNG LLP<br>P.O. BOX 933514<br>ATLANTA, GA 31193<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CORPORATE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $59,500.00 |
| 3.362 | **Nonpriority creditor's name and mailing address**<br><br>ERX NETWORK<br>100 LEXINGTON STREET<br>FT WORTH, TX 76102<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>STORE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $70,002.84 |
| 3.363 | **Nonpriority creditor's name and mailing address**<br><br>ESI CASES & ACCESSORIES<br>44 E. 32ND STREET 6TH FL.<br>NEW YORK, NY 10016<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $53,585.10 |
| 3.364 | **Nonpriority creditor's name and mailing address**<br><br>ESI PROPERTIES LLC<br>639 W LAFAYETTE STREET<br>WINNFIELD, LA 71483<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,607.00 |

| Part 2: | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.365**

**Nonpriority creditor's name and mailing address**

ET BROWNE DRUG CO
440 SYLVAN AVE
ENGLEWOOD CLIFFS, NJ 76320

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,024.01

---

**3.366**

**Nonpriority creditor's name and mailing address**

ET BROWNE DRUG CO INC
440 SYLVAN AVE
ENGLEWOOD CLIFFS, NJ 76320

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$60,919.91

---

**3.367**

**Nonpriority creditor's name and mailing address**

ETHEREDGE, REBECCA
412 SUNNY SIDE DR
BOX SPRINGS, GA 31801

**Date or dates debt was incurred**

8/6/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.368**

**Nonpriority creditor's name and mailing address**

ETNA PRODUCTS CO INC
53 WEST 23RD STREET
NEW YORK, NY 10010

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,920.00

---

**3.369**

**Nonpriority creditor's name and mailing address**

EVANS DISPOSAL SERV INC
PO BOX 910
DUBLIN, GA 31040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,874.18

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.370 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,712.96 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

EXCELL MARKETING
PO BOX 1297
DES MOINES, IA  50305

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,712.96

---

3.371  **Nonpriority creditor's name and mailing address**

EXELL COMPANIES
P.O. BOX 5393
JACKSON, MS  39296

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$374.47

---

3.372  **Nonpriority creditor's name and mailing address**

EXPEDIENT/CONTINENTAL
1 ALLEGHENY SQ SUITE 600
PITTSBURGH, PA  15212

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,256.01

---

3.373  **Nonpriority creditor's name and mailing address**

EXPRESS EMPLOYMENT PROF.
EXPRESS SERVICES INC.
5740 GETWELL ROAD BLDG 6
SOUTHAVEN, MS  38672

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.374  **Nonpriority creditor's name and mailing address**

EZ PRODUCTS OF SOUTH FLORIDA, LLC
C/O SHRAIBERG, LANDAU & PAGE
ATTN PATRICK DORSEY, ESQ.
2385 NW EXECUTIVE CTR
BOCA RATON, FL  33431

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

Debtor  Fred's, Inc.  Case 19-11984-CTG  Doc 475  Filed 11/11/19  Page 117 of 379
(Name)
Case number (if known) 19-11984

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.375 | **Nonpriority creditor's name and mailing address**<br><br>EZP INTERNATIONAL<br>1800 N MILITARY TRAIL<br>BOCA RATON, FL  33431<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,067.23 |
| 3.376 | **Nonpriority creditor's name and mailing address**<br><br>F&M TOOL AND PLASTICS INC<br>163 PIONEER DRIVE<br>LEOMINISTER, MA  14530<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,695.48 |
| 3.377 | **Nonpriority creditor's name and mailing address**<br><br>FANTUS PAPER PRODUCTS<br>5730 NORTH TRIPP AVENUE<br>CHICAGO, IL  60646<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,253.44 |
| 3.378 | **Nonpriority creditor's name and mailing address**<br><br>FAULTLESS STARCH /BON AMI<br>1025 W 8TH STREET<br>KANSAS CITY, MO  64101<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,199.74 |
| 3.379 | **Nonpriority creditor's name and mailing address**<br><br>FEDEX FREIGHT<br>DEPT CH<br>PO BOX 10306<br>PALATINE, IL  60055-0306<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.380 | **Nonpriority creditor's name and mailing address**<br>FERRELLGAS<br>P.O. BOX 173940<br>DENVER, CO 80217<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CORPORATE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $765.88 |
| 3.381 | **Nonpriority creditor's name and mailing address**<br>FGX<br>500 GEORGE WASHINGTON HWY<br>SMITHFIELD, RI 02917<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.382 | **Nonpriority creditor's name and mailing address**<br>FGX INTERNATIONAL INC.<br>P.O. BOX 198271<br>ATLANTA, GA 30384<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DIRECT STORE DELIVERY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $174,446.10 |
| 3.383 | **Nonpriority creditor's name and mailing address**<br>FIBRO SOURCE USA INC.<br>989 OLD EAGLE SCHOOL RD<br>WAYNE, PA 19087<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,849.04 |
| 3.384 | **Nonpriority creditor's name and mailing address**<br>FIDELITY BANK<br>PO BOX 3377<br>WICHITA, KS 67201<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>STORE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,471.49 |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.385 | **Nonpriority creditor's name and mailing address**<br><br>FIELDS, THADDEUS<br>309 IVAN RD<br>MEMPHIS, TN  38109<br><br>**Date or dates debt was incurred**<br><br>1/31/2018<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS' COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.386 | **Nonpriority creditor's name and mailing address**<br><br>FILO AMERICA<br>6560 BANDINI BLVD<br>COMMERCE, CA  90040<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,984.08 |
| 3.387 | **Nonpriority creditor's name and mailing address**<br><br>FINE FABRICS GA INC.<br>6218 DAWSON BLVD<br>NORCROSS, GA  30093<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,468.10 |
| 3.388 | **Nonpriority creditor's name and mailing address**<br><br>FINE FABRICS GA, INC.<br>C/O JEANA KWON, LLC<br>2900 CHAMBLEE TUCKER RD.<br>BUILDING 5, SUITE 300<br>ATLANTA, GA  30341<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.389 | **Nonpriority creditor's name and mailing address**<br><br>FIRE KING COMMERCIAL<br>101 SECURITY PARKWAY<br>NEW ALBANY, IN  47150<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>STORE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,428.14 |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.390 | **Nonpriority creditor's name and mailing address**<br>FIRST CHOICE PROPERTY &<br>PO BOX 11325<br>JACKSON, TN  38308<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $61,309.63 |
|---|---|---|---|
| 3.391 | **Nonpriority creditor's name and mailing address**<br>FIRSTLINE INCORPORATED<br>10895 FALLSTONE ROAD<br>HOUSTON, TX  77099<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24,192.26 |
| 3.392 | **Nonpriority creditor's name and mailing address**<br>FISHER-PRICE<br>675 6TH AVE<br>NEW YORK, NY  10010<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,662.24 |
| 3.393 | **Nonpriority creditor's name and mailing address**<br>FJ HOLDINGS I LLC<br>607 N HILLCREST DR<br>BEVERLY HILLS, CA  90210<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DIRECT STORE DELIVERY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $41,725.12 |
| 3.394 | **Nonpriority creditor's name and mailing address**<br>FLANDERS CORPORATION<br>531 FLANDERS FILTERS RD<br>WASHINGTON, NC  27889<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,406.46 |

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.395 | **Nonpriority creditor's name and mailing address**<br><br>FLEXON INDUSTRIES<br>ONE FLEXON PLAZA<br>NEWARK, NJ 71140<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $105,476.10 |

| 3.396 | **Nonpriority creditor's name and mailing address**<br><br>FLOWERS BAKING COMPANY<br>P.O. BOX 842222<br>DALLAS, TX  75284<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DIRECT STORE DELIVERY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,227.59 |

| 3.397 | **Nonpriority creditor's name and mailing address**<br><br>FLOWERS FOODS SPECIALTY<br>5087 SOUTH ROYAL ATLANTA<br>TUCKER, GA 30084<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,238.80 |

| 3.398 | **Nonpriority creditor's name and mailing address**<br><br>FLP  LLC<br>2405 S ROOSEVELT ST.<br>TEMPE, AZ  85282<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,717.45 |

| 3.399 | **Nonpriority creditor's name and mailing address**<br><br>FOODWORLD ALABAMA  LLC<br>221 MAIN ST. #1645<br>LOS ALTOS, CA  94022<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24,593.62 |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.400** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

FORRESTER, CAROL
981 E. HWY. T
PORTAGEVILLE, MO 63873

**Date or dates debt was incurred**

11/10/2011

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.401** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

FORRESTER, VIRGINIA
750 N MENDENHALL RD
MEMPHIS, TN 38122

**Date or dates debt was incurred**

2/6/2003

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.402** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

FORTUNE 200 DEVELOPMENTS
C/O CONNER LAW GROUP
711 EAST CHERRY STREET
JESSUP, GA 31546

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.403** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25,826.38

FOUNDATION CONSUMER
1190 OMEGA DRIVE
PITTSBURGH, PA 15205

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.404** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $36,694.77

FPP ASSOCIATES LLC
4929 WILSHIRE BLVD
LOS ANGELES, CA 90010

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

| | | | |
|---|---|---|---|
| 3.405 | **Nonpriority creditor's name and mailing address**<br><br>FRANCIS P. VO<br>15965 MT JACKSON STREET<br>FOUNTAIN VALLEY, CA 92708<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,066.67 |
| 3.406 | **Nonpriority creditor's name and mailing address**<br><br>FRANKFORD CANDY LLC<br>9300 ASHTON ROAD<br>PHILADELPHIA, PA 19114<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,760.00 |
| 3.407 | **Nonpriority creditor's name and mailing address**<br><br>FRED'S ANDREWS LLC<br>116 PINE VALLEY ROAD<br>GRIFFIN, GA 30224<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,733.33 |
| 3.408 | **Nonpriority creditor's name and mailing address**<br><br>FRED'S BAMBERG LLC<br>116 PINE VALLEY ROAD<br>GRIFFIN, GA 30224<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,466.66 |
| 3.409 | **Nonpriority creditor's name and mailing address**<br><br>FREDS COMMERCIAL LLC<br>C/O RODNEY SLUSHER, PC<br>402 SOUTH PINE ST.<br>FLORENCE, AL 35630<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| 3.410 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16,500.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

FRED'S OF NATCHEZ  INC.
116 N. TEMPLE
NATCHEZ, MS  39120

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,500.00

---

**3.411  Nonpriority creditor's name and mailing address**

FREDS PARTNERS LLC
301 MILL ROAD  SUITE L6
HEWLETT, NY  11557

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$63,945.00

---

**3.412  Nonpriority creditor's name and mailing address**

FREUDENBERG HOUSEHOLD
2188 DIEHL ROAD
AURORA, IL  60502

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$104,040.98

---

**3.413  Nonpriority creditor's name and mailing address**

FRITO-LAY INC
P.O. BOX 643104
PITTSBURGH, PA  15264

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,881.75

---

**3.414  Nonpriority creditor's name and mailing address**

FRUIT OF THE EARTH  INC.
3325 W. TRINITY BLVD.
GRAND PRAIRIE, TX  75050

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,664.88

| **Part 2:** | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

| 3.415 | **Nonpriority creditor's name and mailing address**<br><br>FULTON COMMONS LLC<br>PO BOX 1509<br>COLLIERVILLE, TN 38027<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,040.68 |
| --- | --- | --- | --- |
| 3.416 | **Nonpriority creditor's name and mailing address**<br><br>FUNAI SERVICE CORP<br>2425 SPIEGEL DRIVE<br>GROVEPORY, OH 43125<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,321.12 |
| 3.417 | **Nonpriority creditor's name and mailing address**<br><br>FUND21-DURHAM LLC<br>19701 BETHEL CHURCH ROAD<br>CORNELIUS, NC 28031<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,200.00 |
| 3.418 | **Nonpriority creditor's name and mailing address**<br><br>FUNRISE INC<br>7811 LEMONA AVE<br>VAN NUYS, CA 91405<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,058.40 |
| 3.419 | **Nonpriority creditor's name and mailing address**<br><br>G & S METAL PRODUCTS<br>3330 E. 79TH STREET<br>CLEVELAND, OH 44127<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $60,821.43 |

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

| 3.420 | **Nonpriority creditor's name and mailing address**<br><br>G4S SECURE SOLUTIONS USA<br>1395 UNIVERSITY BOULEVARD<br>JUPITER, FL  33458<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>STORE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,143.80 |
| 3.421 | **Nonpriority creditor's name and mailing address**<br><br>GALDERMA LABORATORIES LP<br>5745 HARBOR NORTH<br>GAINESVILLE, GA  30504<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,961.63 |
| 3.422 | **Nonpriority creditor's name and mailing address**<br><br>GALLERIA FARMS LLC-POS<br>2601 N.W. 104TH CT<br>MIAMI, FL  33172<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DIRECT STORE DELIVERY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1.40 |
| 3.423 | **Nonpriority creditor's name and mailing address**<br><br>GANN'S INC<br>P O BOX 339<br>IUKA, MS  38852<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,600.00 |
| 3.424 | **Nonpriority creditor's name and mailing address**<br><br>GARCOA INC<br>26135 MUREAU ROAD<br>CALABASAS, CA  91302<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,710.13 |

Debtor Fred's, Inc. Case 19-11984-CTG   Doc 475   Filed 11/11/19   Page 127 of 379
(Name)
Case number (if known) 19-11984

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

**3.425** **Nonpriority creditor's name and mailing address**

GARDEN INNOVATIONS LLC
245 HULSEY RD
CLEVELAND, GA 30528

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

$41.63

---

**3.426** **Nonpriority creditor's name and mailing address**

GARLAND L NORTON
P.O. BOX 209
OLD FORT, NC 28762

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,515.00

---

**3.427** **Nonpriority creditor's name and mailing address**

GARLAND SALES
1800 ANTIOCH RD
DALTON, GA 30721

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,372.30

---

**3.428** **Nonpriority creditor's name and mailing address**

GARY MCALISTER
230 BREZEALE DRIVE
WILLIAMSTON, SC 29697

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,039.50

---

**3.429** **Nonpriority creditor's name and mailing address**

GATEWAY PLAZA  INC.
P.O. BOX 317
MARION, AL 36756

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,225.00

**Part 2:**    Additional Page

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.430 | **Nonpriority creditor's name and mailing address** | $53,100.00 |
| | GATEWAY SHOPPING CTR LLC | |
| | P.O. BOX 2308 | |
| | SANTA ROSA, CA 95405 | |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | |
|---|---|---|
| 3.431 | **Nonpriority creditor's name and mailing address** | $7,471.49 |
| | GE COMM. FINANCE BUSINESS | |
| | P.O. BOX 402363 | |
| | ATLANTA, GA 30384 | |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | |
|---|---|---|
| 3.432 | **Nonpriority creditor's name and mailing address** | $43,820.64 |
| | GEL SPICE CO.LLC | |
| | 48 HOOK ROAD | |
| | BAYONNE, NJ 70020 | |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | |
|---|---|---|
| 3.433 | **Nonpriority creditor's name and mailing address** | $3,064.18 |
| | GENERAL MILLS INC | |
| | 8245 TOURNAMENT DR | |
| | MEMPHIS, TN 38134 | |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | |
|---|---|---|
| 3.434 | **Nonpriority creditor's name and mailing address** | $820.00 |
| | GENESIS ELECTRIC MOTORS | |
| | 6330 118TH AVE N SUITE A | |
| | LARGO, FL 33733 | |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.435** | **Nonpriority creditor's name and mailing address**

GENIECO
2807 CLARKE RD.
MEMPHIS, TN  38115

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$52,790.40

---

**3.436** | **Nonpriority creditor's name and mailing address**

GEORGIA PACIFIC LLC
133 PEACHTREE STREET NE
ATLANTA, GA  30303

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$59,721.88

---

**3.437** | **Nonpriority creditor's name and mailing address**

GERICARE PHARMACEUTICALS
1650 63RD STREET
BROOKLYN, NY  11204

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$52,151.40

---

**3.438** | **Nonpriority creditor's name and mailing address**

GG DISTRIBUTING LLC
105 ROTHROCK DR
LONGVIEW, TX  75602

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,090.70

---

**3.439** | **Nonpriority creditor's name and mailing address**

GILDAN USA INC
1980 CLEMENTS FERRY RD
CHARLESTON, SC  29492

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$143,136.50

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.440 | **Nonpriority creditor's name and mailing address**<br><br>GILES FIRE PROT. CO. INC<br>3749 GETWELL COVE<br>MEMPHIS, TN 38118<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>STORE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,206.00 |

| 3.441 | **Nonpriority creditor's name and mailing address**<br><br>GILL ENTERPRISES<br>C/O SANDERS, MORGAN, CLARKE<br>701 SOUTH STREET<br>PO BOX 2308<br>MOUNTAIN HOME, AR 72654<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.442 | **Nonpriority creditor's name and mailing address**<br><br>GILL ENTERPRISES LLC<br>P.O. BOX 71507<br>SALT LAKE CITY, UT 84171<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $47,059.80 |

| 3.443 | **Nonpriority creditor's name and mailing address**<br><br>GILL RAGON OWENS, PA<br>425 WEST CAPITOL AVE STE 37800<br>LITTLE ROCK, AR 72201<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.444 | **Nonpriority creditor's name and mailing address**<br><br>GILSTER-MARY LEE CORP.<br>1037 STATE ST.<br>CHESTER, IL 62233<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $105,669.97 |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.445 | **Nonpriority creditor's name and mailing address**<br><br>GK EQUITIES LLC<br>309 HIGHWAY 310<br>CALERA, AL  35040<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,597.67 |

| 3.446 | **Nonpriority creditor's name and mailing address**<br><br>GLAXOSMITHKLINE<br>5250 E. RAINES RD<br>MEMPHIS, TN  38118<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $198,591.14 |

| 3.447 | **Nonpriority creditor's name and mailing address**<br><br>GLOBAL EQUIPMENT CO. INC<br>29833 NETWORK PLACE<br>CHICAGO, IL  60673<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>STORE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,647.94 |

| 3.448 | **Nonpriority creditor's name and mailing address**<br><br>GLOBAL MERCHANDISE LLC<br>301 FOURTH STREET<br>ANNAPOLIS, MD  21403<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $89,280.00 |

| 3.449 | **Nonpriority creditor's name and mailing address**<br><br>GLOBAL MERCHANDISE, LLC<br>C/O INTEGRAL BUSINESS COUNSEL<br>3826 DELASHMUTT DRIVE<br>HAYMARKET, VA  20169<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|
| 3.450 | **Nonpriority creditor's name and mailing address**<br><br>GLOBAL-SWIBO/TNP<br>P.O. BOX 1168<br>SAPULPA, OK 74067<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DIRECT STORE DELIVERY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $80,952.00 |
| 3.451 | **Nonpriority creditor's name and mailing address**<br><br>GOJO INDUSTRIES INC<br>ONE GOJO PLAZA<br>AKRON, OH 44311<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $32,590.90 |
| 3.452 | **Nonpriority creditor's name and mailing address**<br><br>GOLD EAGLE COMPANY<br>4400 S. KILDARE RD.<br>CHICAGO, IL 60632<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,255.63 |
| 3.453 | **Nonpriority creditor's name and mailing address**<br><br>GOLDEN EAGLE SALES LLC<br>P.O. BOX 37<br>FULTON, MS 38843<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,807.50 |
| 3.454 | **Nonpriority creditor's name and mailing address**<br><br>GOODING AND GOODING, P.A.<br>ATTN MARK B. TINSLEY<br>PO BOX 1000<br>ALLENDALE, SC 29810<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.455**

**Nonpriority creditor's name and mailing address**

GOODY PRODUCTS
400 GALLERIA PARKWAY
ATLANTA, GA 30339

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$250.00

---

**3.456**

**Nonpriority creditor's name and mailing address**

GORJIAN HOLLYWOOD LLC
60 CUTTERMILL ROAD
GREAT NECK, NY 11021

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$450.00

---

**3.457**

**Nonpriority creditor's name and mailing address**

GORJIAN VANCLEAVE LLC
60 CUTTERMILL RD
GREAT NECK, NY 11021

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$97,191.00

---

**3.458**

**Nonpriority creditor's name and mailing address**

GRANT THORNTON LLP
100 E. WISCONSIN AVENUE
MILWAUKEE, WI 53020

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$665,373.51

---

**3.459**

**Nonpriority creditor's name and mailing address**

GRAY, MARLENA
121 ISBERTO DRIVE
BRAXTON, MS 39044

**Date or dates debt was incurred**

3/6/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $96,133.80 |
|---|---|---|---|
| | GREAT AMERICAN<br>16444 N 91ST STREET<br>SCOTTSDALE, AZ 85260 | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAREHOUSE EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNKNOWN |
|---|---|---|---|
| | GREAT AMERICAN MERCHANDISE & EVENTS, LLC<br>C/O MARY STOWE<br>16444 N 9TH ST<br>SCOTTSDALE, AZ 85260 | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $44,773.23 |
|---|---|---|---|
| | GREENWELL SPRINGS<br>3471 MAIN HIGHWAY (622)<br>MIAMI, FL 33133 | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>RENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,158.00 |
|---|---|---|---|
| | GREG S CURRY<br>155 TIMBERLAND DRIVE ST<br>GREENSBURG, LA 70441 | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>RENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,800.00 |
|---|---|---|---|
| | GREGORY L EDGIN<br>225 LOBLOLLY LANE<br>LEXINGTON, TN 38351 | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>RENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.465 | **Nonpriority creditor's name and mailing address**<br><br>GREGORY LEE BLACKBURN<br>P.O. BOX 188<br>MCKENZIE, TN 38201<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,800.00 |
| 3.466 | **Nonpriority creditor's name and mailing address**<br><br>GRIFFIN, SCOTTY<br>613 FOOTHILLS TRACE<br>CHELSEA, AL 35043<br><br>**Date or dates debt was incurred**<br><br>9/6/2019<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS' COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.467 | **Nonpriority creditor's name and mailing address**<br><br>GRIMSLEY PROPERTIES LLC<br>1216 COLUMBUS ST W<br>FAYETTE, AL 35555<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,800.00 |
| 3.468 | **Nonpriority creditor's name and mailing address**<br><br>GUARDIAN DRUG COMPANY<br>2 CHARLES CT.<br>DAYTON, NJ 88100<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,211.75 |
| 3.469 | **Nonpriority creditor's name and mailing address**<br><br>GULF DISTRIBUTING CO<br>3217 MESSER AIRPORT HWY<br>BIRMINGHAM, AL 35222<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DIRECT STORE DELIVERY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $398.30 |

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.470 | **Nonpriority creditor's name and mailing address**<br>GWENLYN BUTLER<br>242 WEST DURHAM STREET<br>LANDRUM, SC 29356<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,850.00 |
| 3.471 | **Nonpriority creditor's name and mailing address**<br>H & P LEASING  INC.<br>P.O. BOX 6257<br>JACKSON, MS  39288<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>STORE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $401.25 |
| 3.472 | **Nonpriority creditor's name and mailing address**<br>H G HILL REALTY CO<br>3011 ARMORY DRIVE STE 130<br>NASHVILLE, TN  37204<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,479.21 |
| 3.473 | **Nonpriority creditor's name and mailing address**<br>H.E.R. ACCESSORIES<br>10 WEST 33RD STREET<br>NEW YORK, NY  10001<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,064.00 |
| 3.474 | **Nonpriority creditor's name and mailing address**<br>H3 SPORTGEAR<br>2875 WHIPTAIL LOOP EAST<br>CARISBAD, CA  92010<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DIRECT STORE DELIVERY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,481.25 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.475 | **Nonpriority creditor's name and mailing address**<br><br>HALEY O'NEAL<br>JOHNSON, RATLIFF & WAIDE, PLLC<br>ATTN DANIEL M. WAIDE<br>1300 HARDY STREET, PO BOX 17738<br>HATTIESBURG, MS 39404<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.476 | **Nonpriority creditor's name and mailing address**<br><br>HALEY, MICHAEL<br>894 VEAZEY RD<br>SENATOBIA, MS 38668<br><br>**Date or dates debt was incurred**<br><br>9/18/2015<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>WORKERS' COMPENSATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.477 | **Nonpriority creditor's name and mailing address**<br><br>HALLMARK MARKETING<br>P.O. BOX 73642<br>CHICAGO, IL 60673<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DIRECT STORE DELIVERY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $282,344.22 |
| 3.478 | **Nonpriority creditor's name and mailing address**<br><br>HAMILTON BEACH BRANDS INC<br>4421 WATERFRONT DR<br>GLEN ALLEN, VA 23060<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $16,167.52 |
| 3.479 | **Nonpriority creditor's name and mailing address**<br><br>HARDEMAN-POUNDERS I  LLC<br>164  ANA DRIVE<br>FLORENCE, AL 35630<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $22,999.98 |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.480** **Nonpriority creditor's name and mailing address**

HARPER COLLINS PUBLISHERS
53 GLENMAURA NATIONAL BOULEVARD
SUITE 300
MOOSIE, PA  18507

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.481** **Nonpriority creditor's name and mailing address**

HARPERCOLLINS CHRISTIAN
501 NELSON PLACE
NASHVILLE, TN  37214

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,544.57

---

**3.482** **Nonpriority creditor's name and mailing address**

HARRIS TEA COMPANY
ATTN JANE SHELLEY
344 NEW ALBANY RD.
MOORESTOWN, NJ  08057

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.483** **Nonpriority creditor's name and mailing address**

HARRY EDWARD HADDAD

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
FRANCHISE AGREEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,747.20

---

**3.484** **Nonpriority creditor's name and mailing address**

HARTZ MOUNTAIN CORP
400 PLAZA DRIVE
SECAUCUS, NJ  70940

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$143,778.60

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.485**  **Nonpriority creditor's name and mailing address**

HASBRO INC
1027 NEWPORT AVE
PAWTUCKET, RI  28610

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$51,300.61

---

**3.486**  **Nonpriority creditor's name and mailing address**

HAYES, LELAND
3291 HWY 438 W
LINDEN, TN  37096

**Date or dates debt was incurred**

5/6/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.487**  **Nonpriority creditor's name and mailing address**

HDS TRADING CORP
1305 JERSEY AVE
NORTH BRUNSWICK, NJ  89020

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,471.54

---

**3.488**  **Nonpriority creditor's name and mailing address**

HEINZ NORTH AMERICA
9160 HWY 64-B148
LAKELAND, TN  38002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,906.04

---

**3.489**  **Nonpriority creditor's name and mailing address**

HENKEL CORPORATION
60 DANBURY ROAD
WILTON, CT  68970

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$56,426.53

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.490 | **Nonpriority creditor's name and mailing address**<br><br>HERSHEY CHOCOLATE U.S.A.<br>100 CRYSTAL DRIVE<br>HERSHEY, PA 17033<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,413.50 |
| 3.491 | **Nonpriority creditor's name and mailing address**<br><br>HERVEY SQUARE LTD PARTNER<br>3402 TEXAS BLVD.<br>TEXARKANA, TX 75503<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,701.25 |
| 3.492 | **Nonpriority creditor's name and mailing address**<br><br>HFC PRESTIGE INTL U.S.<br>350 5TH AVE<br>NEW YORK, NY 10018<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24,746.99 |
| 3.493 | **Nonpriority creditor's name and mailing address**<br><br>HG GLOBAL LLC<br>6750 DANIEL BURNHAM DRIVE<br>PORTAGE, IN 46368<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,924.00 |
| 3.494 | **Nonpriority creditor's name and mailing address**<br><br>HIGH RIDGE BRANDS<br>333 LUDLOW STEET<br>STAMFORD, CT 69020<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25,530.38 |

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.495 | **Nonpriority creditor's name and mailing address**<br><br>HIGI SH LLC<br>150 NORTH WACKER DRIVE<br>CHICAGO, IL 60606<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>STORE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $98,530.18 |
| 3.496 | **Nonpriority creditor's name and mailing address**<br><br>HINES NUT COMPANY<br>990 S SAINT PAUL STREET<br>DALLAS, TX 75201<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,100.00 |
| 3.497 | **Nonpriority creditor's name and mailing address**<br><br>HOLLYWOOD BEAUTY<br>1575 WEST 165TH STREET<br>MIAMI, FL 33169<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,380.60 |
| 3.498 | **Nonpriority creditor's name and mailing address**<br><br>HOME DYNAMIX LLC<br>100 PORETE AVE<br>NORTH ALRINGTON, NJ 70315<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $182,309.50 |
| 3.499 | **Nonpriority creditor's name and mailing address**<br><br>HOME FASHIONS INTL INC.<br>C/O HOME FASHIONS INTL<br>315 5TH AVE SUITE 601<br>NEW YORK, NY 10016<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.500 | **Nonpriority creditor's name and mailing address**<br><br>HOME PROD INTL-NA INC<br>135 S. LASALLE<br>CHICAGO, IL 60674<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,701.00 |
|---|---|---|---|
| 3.501 | **Nonpriority creditor's name and mailing address**<br><br>HOMEOLAB USA INC<br>1200 RUE BEAULAC<br>ST-LAURENT, QC H4R 1R7<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,561.00 |
| 3.502 | **Nonpriority creditor's name and mailing address**<br><br>HOODENPYLE FAMILY<br>1940 INDEPENDENCE AVE<br>VIERA, FL 32940<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,750.00 |
| 3.503 | **Nonpriority creditor's name and mailing address**<br><br>HOOVER INC.<br>7005 COCHRAN RD<br>GLENWILLOW, OH 44139<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,350.00 |
| 3.504 | **Nonpriority creditor's name and mailing address**<br><br>HOPKINS MANUFACTURING<br>428 PEYTON STREET<br>EMPORIA, KS 66801<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,899.96 |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| 3.505 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,188.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
HOPKINSVILLE MILLING CO.
P.O. BOX 669
HOPKINSVILLE, KY 42241

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,188.00

---

3.506 **Nonpriority creditor's name and mailing address**
HOSLICH, AUDRALEE
1465 LOCK SIX RD
HARTSVILLE, TN 37074

**Date or dates debt was incurred**
11/29/2008

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.507 **Nonpriority creditor's name and mailing address**
HOUSE OF CHEATHAM INC
1445 ROCK MOUNTAIN BLVD
STONE MOUNTAIN, GA 30083

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$37,243.60

---

3.508 **Nonpriority creditor's name and mailing address**
HOYU AMERICA CO
6265 PHYLLIS DR.
CYPRESS, CA 90630

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,137.65

---

3.509 **Nonpriority creditor's name and mailing address**
HP INDUSTRIES INC.
3059 FOREST HILL IRENE RD
GERMANTOWN, TN 38138

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$662.40

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

---

**3.510** | **Nonpriority creditor's name and mailing address**

HUBBARDJR., WILLIAM
2970 PATEVILLE RD
CORDELE, GA 31015

**Date or dates debt was incurred**

5/9/2018

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.511** | **Nonpriority creditor's name and mailing address**

HUGHES NETWORK SYSTEMS
11717 EXPLORATION LANE
GERMANTOWN, MD 20876

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$164,661.04

---

**3.512** | **Nonpriority creditor's name and mailing address**

HUMCO HOLDING GROUP  INC.
ALAN FYKE
DEPT. 723
DENVER, CO 80291-0723

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$35,078.49

---

**3.513** | **Nonpriority creditor's name and mailing address**

HUTTON PROPERTIES-
115 W. MADISON STREET
PULASKI, TN 38478

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,264.00

---

**3.514** | **Nonpriority creditor's name and mailing address**

HY-KO PRODUCTS CO.
60 MEADOW LANE
NORTHFIELD, OH 44067

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$864.00

---

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.515**

**Nonpriority creditor's name and mailing address**

HYLAND'S
1165 E 230TH STREET
CARSON, CA  90745

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,623.48

---

**3.516**

**Nonpriority creditor's name and mailing address**

IDAHOAN FOODS LLC
357 CONSTITUTION WAY
IDAHO FALLS, ID  83402

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,176.74

---

**3.517**

**Nonpriority creditor's name and mailing address**

IDEA NUOVA INC
302 5TH AVENUE
NEW YORK, NY  10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.518**

**Nonpriority creditor's name and mailing address**

IDEASTREAM CONSUMER
812 HURON ROAD
CLEVELAND, OH  44115

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,127.76

---

**3.519**

**Nonpriority creditor's name and mailing address**

IDEAVILLAGE PRODUCTS CORP
155 US HIGHWAY 46 WEST
 WAYNE, NJ  74700

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$94,062.39

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

**3.520** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $232,593.44
Check all that apply.

IGLOO CORP.
777 IGLOO ROAD
KATY, TX 77494

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
WAREHOUSE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.521** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21,216.67
Check all that apply.

I-HEALTH INC
55 SEBETHE DRIVE
CROMWELL, CT 64160

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
WAREHOUSE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.522** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $120,824.50
Check all that apply.

ILLINOIS TOOL WORKS INC
6925 PORTWEST DRIVE
HOUSTON, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
WAREHOUSE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.523** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $71.63
Check all that apply.

IMPERIAL SUPPLIES LLC
PO BOX 23910
GREEN BAY, WI 54305

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CORPORATE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.524** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,533.10
Check all that apply.

IMPERIAL TOY CORP.
16641 ROSCOE PLACE
LOS ANGELES, CA 90051

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
WAREHOUSE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.525 | **Nonpriority creditor's name and mailing address**<br><br>IMPLUS FOOTCARE  LLC<br>2100 TW ALEXANDER DRIVE<br>DURHAM, NC  27709<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $38,028.40 |
| 3.526 | **Nonpriority creditor's name and mailing address**<br><br>IN DEMAND MARKETING LLC<br>1911 PALOMAR OAKS WAY<br>CARLSBAD, CA  92008<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $41,814.80 |
| 3.527 | **Nonpriority creditor's name and mailing address**<br><br>INA INTERNATIONAL LTD.<br>824 41 AVE NE<br>CALGARY, AB  T2E 3R3<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $88,000.00 |
| 3.528 | **Nonpriority creditor's name and mailing address**<br><br>INCOMM HEALTHCARE & AFFINITY INC<br>901 S MARQUETTE AVE STE 2750<br>MINNEAPOLIS, MN  55402<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.529 | **Nonpriority creditor's name and mailing address**<br><br>INCREDIBLE SOLUTIONS  INC<br>1052 MAHONING AVE.<br>WARREN, OH  44483<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $62,865.00 |

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

| | | | |
|---|---|---|---|
| 3.530 | **Nonpriority creditor's name and mailing address**<br><br>INDEPENDENT FURNITURE<br>3609 WEST JACKSON STREET<br>TUPELO, MS  38801<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,356.46 |
| 3.531 | **Nonpriority creditor's name and mailing address**<br><br>INFIRST USA<br>10 SAUGATUCK AVENUE<br>WESTPORT, CT  68800<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,470.12 |
| 3.532 | **Nonpriority creditor's name and mailing address**<br><br>INKOLOGY LLC<br>PO BOX 3883<br>CAROL STREAM, IL  60132<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $144.00 |
| 3.533 | **Nonpriority creditor's name and mailing address**<br><br>INOVATEX  LLC<br>6625 ARROYO SPRINGS ST<br>LAS VEGAS, NV  89113<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,226.30 |
| 3.534 | **Nonpriority creditor's name and mailing address**<br><br>INSPIRED BEAUTY BRANDS<br>P.O. BOX 453<br>GREAT NECK, NY  11022<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $818.58 |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.535 | **Nonpriority creditor's name and mailing address**<br><br>INTEGRITY SYSTEMS<br>95 BROOKS WAY<br>OAKLAND, TN  38060<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>STORE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,870.00 |
| 3.536 | **Nonpriority creditor's name and mailing address**<br><br>INTELLIGRATED SYSTEMS LLC<br>7901 INNOVATION WAY<br>MASON, OH  45040<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CORPORATE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,547.06 |
| 3.537 | **Nonpriority creditor's name and mailing address**<br><br>INTEPLAST GROUP CORP.<br>9 PEACH TREE HILL ROAD<br>LIVINGSTON, NJ  70390<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>STORE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $37,461.00 |
| 3.538 | **Nonpriority creditor's name and mailing address**<br><br>INTEPLAST GROUP LTD<br>9 PEACH TREE HILL ROAD<br>LIVINGSTON, NJ  70390<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CORPORATE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,579.92 |
| 3.539 | **Nonpriority creditor's name and mailing address**<br><br>INTERFACE<br>C/O LEWIS RICE ATTORNEYS<br>600 WASHINGTON AVENUE<br>SUITE 2500<br>ST. LOUIS, MO  63101<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

**3.540** **Nonpriority creditor's name and mailing address**

INTERFACE SECURITY
P.O. BOX 15519
HATTIESBURG, MS  39404

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$68,911.03

---

**3.541** **Nonpriority creditor's name and mailing address**

INTERNATIONAL INTIMATES
31 WEST 34 STREET
NEW YORK, NY  10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$62,399.67

---

**3.542** **Nonpriority creditor's name and mailing address**

INTERNATIONAL INTIMATES INC.
31 WEST 34 STREET
9TH FLOOR
NEW YORK, NY  10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.543** **Nonpriority creditor's name and mailing address**

INVENTEL LLC
300 ROUNDHILL DRIVE STE 1
ROCKAWAY, NJ  78660

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,697.00

---

**3.544** **Nonpriority creditor's name and mailing address**

ION SECURITY AND
3401 W MARSHALL AVE
LONGVIEW, TX  75604

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,415.43

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.545 | **Nonpriority creditor's name and mailing address**<br>IPS INDUSTRIES  INC.<br>12641 166TH STREET<br>CERRITOS, CA  90703<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | $184,758.60 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.546 | **Nonpriority creditor's name and mailing address**<br>IRON MOUNTAIN<br>1000 CAMPUS DRIVE<br>COLLEGEVILLE, PA  19426<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | $366.18 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.547 | **Nonpriority creditor's name and mailing address**<br>IRONHORSE INC<br>21002 HIGHWAY 49<br>SAUCIER, MS  39574<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | $4,072.32 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.548 | **Nonpriority creditor's name and mailing address**<br>IRWIN NATURALS<br>5310 BEETHOVEN ST<br>LOS ANGELES, CA  90066<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | $18,393.54 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.549 | **Nonpriority creditor's name and mailing address**<br>ISAF PROPERTIES GROUP LLC<br>629 AIRPORT RD SUITE A<br>LAWRENCEVILLE, GA  30076<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | $42,425.90 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.550 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
| | ISAF PROPERTIES GROUP LLC | Check all that apply. | |
| | 629 AIRPORT RD SUITE A | ☒ Contingent | |
| | LAWRENCEVILLE, GA 30076 | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | LITIGATION | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.551 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,975.52 |
| | ISCHOLAR INC | Check all that apply. | |
| | 250 HEARTLAND BLVD | ☐ Contingent | |
| | EDGEWOOD, NY 11717 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | WAREHOUSE EXPENSE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.552 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $530.96 |
| | J.A. FULMER & SONS | Check all that apply. | |
| | 3745 LAMAR | ☐ Contingent | |
| | MEMPHIS, TN 38118 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | STORE EXPENSE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.553 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,301.44 |
| | J.STRICKLAND | Check all that apply. | |
| | 10420 DESOTO RD. | ☐ Contingent | |
| | OLIVE BRANCH, MS 38654 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | WAREHOUSE EXPENSE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.554 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,030.01 |
| | J2 GLOBAL COMMUNICATIONS | Check all that apply. | |
| | PO BOX 51873 | ☐ Contingent | |
| | LOS ANGELES, CA 90051 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | CORPORATE EXPENSE | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.555**

**Nonpriority creditor's name and mailing address**

JACK HILL
P.O. BOX 486
REIDSVILLE, GA  30453

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,333.32

---

**3.556**

**Nonpriority creditor's name and mailing address**

JACKSON RENTAL PROPERTIES
321 1/2 NEWBERRY ST. SW
AIKEN, SC  29801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,200.00

---

**3.557**

**Nonpriority creditor's name and mailing address**

JACKSON, ATIYA
42 TWIN FOUNTAIN RD
MONROEVILLE, AL  36460

**Date or dates debt was incurred**

4/27/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.558**

**Nonpriority creditor's name and mailing address**

JAKKS PACIFIC INC.
12/F WHARF T&T CENTRE
7 CANTON RD TSIM SHA TSUI
KOWLOON
HONG KONG
CHINA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$301,146.53

---

**3.559**

**Nonpriority creditor's name and mailing address**

JAMES A WAYNE
2608 N LAURENT
VICTORIA, TX  77901

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,248.33

| **Part 2:** | Additional Page | |

| | | Amount of claim |
|---|---|---|

| 3.560 | **Nonpriority creditor's name and mailing address**<br><br>JAMES A. MARTENS<br>2530 SCOTTSVILLE RD<br>BOWLING GREEN, KY  42104<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,000.00 |
| 3.561 | **Nonpriority creditor's name and mailing address**<br><br>JAMES E. PICKERING &<br>P.O. BOX 606<br>COLLINS, MS  39428<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,416.67 |
| 3.562 | **Nonpriority creditor's name and mailing address**<br><br>JAMES FAMILY PROPERTIES<br>P.O. BOX 1509<br>ROGERS, AR  72757<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,216.67 |
| 3.563 | **Nonpriority creditor's name and mailing address**<br><br>JAMES L. PEACH  SR.<br>P.O. BOX 664<br>CAMDEN, TN  38320<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,760.00 |
| 3.564 | **Nonpriority creditor's name and mailing address**<br><br>JAMES S. HENDERSON<br>P.O. BOX 9909<br>GREENWOOD, MS  38930<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,010.42 |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| 3.565 | **Nonpriority creditor's name and mailing address**<br>JAMIE MOTTER<br>EEOC REGIONAL OFFICE<br>ST. LOUIS DISTRICT OFFICE<br>1222 SPRUCE STREET<br>ST. LOUIS, MS  63103<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.566 | **Nonpriority creditor's name and mailing address**<br>JANICE S. HAMMONS<br>P.O. BOX 54403<br>PEARL, MS  39288<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,625.00 |
| 3.567 | **Nonpriority creditor's name and mailing address**<br>JARDEN CONSUMER SOLUTIONS<br>2381 NW EXECUTIVE CTR DR<br>BOCA RATON, FL  33431<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $60,773.36 |
| 3.568 | **Nonpriority creditor's name and mailing address**<br>JA-RU  INC.<br>P.O. BOX 5970<br>ATLANTA, GA  30350<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,332.12 |
| 3.569 | **Nonpriority creditor's name and mailing address**<br>JASCO PRODUCTS COMPANY<br>10 E MEMORIAL ROAD<br>OKLAHOMA CITY, OK  73114<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,611.10 |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.570** **Nonpriority creditor's name and mailing address**

JASWANT S. GILL
P.O. BOX 2817
DANVILLE, CA 94526

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,774.32

---

**3.571** **Nonpriority creditor's name and mailing address**

JAY IMPORT COMPANY
224 FIFTH AVENUE
NEW YORK, NY 10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,442.04

---

**3.572** **Nonpriority creditor's name and mailing address**

J-B WELD COMPANY
1130 COMO ST
SULPHER SPRINGS, TX 75482

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,685.51

---

**3.573** **Nonpriority creditor's name and mailing address**

JBDT DEERFOOT LLC
767 DEER VALLEY ROAD
SAN RAFAEL, CA 94903

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,110.15

---

**3.574** **Nonpriority creditor's name and mailing address**

JDA SOFTWARE INC
14400 N 87TH ST
SCOTTSDALE, AZ 85260

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$531,332.40

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.575 | **Nonpriority creditor's name and mailing address**<br><br>JDA SOFTWARE INC<br>14400 N 87TH ST<br>SCOTTSDALE, AZ 85260<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
|---|---|---|---|
| 3.576 | **Nonpriority creditor's name and mailing address**<br><br>JE PREMIER INC<br>1355 TERRELL MILL ROAD<br>MARIETTA, GA 30067<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,136.32 |
| 3.577 | **Nonpriority creditor's name and mailing address**<br><br>JEFF MOUNCE<br>P.O. BOX 93<br>VARDAMAN, MS 38878<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,200.00 |
| 3.578 | **Nonpriority creditor's name and mailing address**<br><br>JEL SERT CO.<br>ROUTE 59 & CONDE STREET<br>WEST CHICAGO, IL 60185<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $48,047.82 |
| 3.579 | **Nonpriority creditor's name and mailing address**<br><br>JELMAR LLC<br>5550 W TOUHY AVE<br>SKOKIE, IL 60077<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,328.63 |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.580 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,038.74 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

JF LABS
7401 S. PULASKI RD
CHICAGO, IL  60629

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,038.74

---

3.581  **Nonpriority creditor's name and mailing address**

JFL ENTERPRISES  INC.
4900 TRAIN AVENUE
CLEVELAND, OH  44012

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$87,611.76

---

3.582  **Nonpriority creditor's name and mailing address**

JIM MYERS
P.O. BOX 489
MONTEAGLE, TN  37356

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,066.67

---

3.583  **Nonpriority creditor's name and mailing address**

JIMMY R SMITH
P.O. BOX 418
VIDALIA, LA  71373

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,117.90

---

3.584  **Nonpriority creditor's name and mailing address**

JLJ HOME FURNISHINGS
5918 LANCASTER HWY
FT LAWN, SC  29714

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$77,366.04

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| 3.585 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,728.47 |
|---|---|---|---|

3.585 **Nonpriority creditor's name and mailing address**
JM PRODUCTS-ISOPLUS LLC
21841 WYOMING
OAK PARK, MI  48237

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,728.47

---

3.586 **Nonpriority creditor's name and mailing address**
JM SMUCKER LLC
39198 TREASURY CENTER
CORDOVA, TN  38108

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$160,894.88

---

3.587 **Nonpriority creditor's name and mailing address**
JOBELLE COFFEE
P.O. BOX 371
VIDALIA, GA  30475

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$200.00

---

3.588 **Nonpriority creditor's name and mailing address**
JOE K FAUGHT TRUST
1240 BRIARWOOD DR NE
ATLANTA, GA  30306

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,350.00

---

3.589 **Nonpriority creditor's name and mailing address**
JOEPAM LLC
18 KNIGHTSBRIDGE LANE
HILTON HEAD, SC  29928

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,000.00

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|
| 3.590 | **Nonpriority creditor's name and mailing address**<br><br>JOHN C GRIFFIN<br>79 LABELLE DRIVE<br>MOUNT IDA, AR  71957<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,250.00 |
| 3.591 | **Nonpriority creditor's name and mailing address**<br><br>JOHNNIE L & IVA P CORETTI<br>229 SHERIDAN LANE<br>BIRMINGHAM, AL  35216<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,366.66 |
| 3.592 | **Nonpriority creditor's name and mailing address**<br><br>JOHNSON & JOHNSON<br>199 GRANDVIEW RD<br>SKILLMAN, NJ  85580<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $336,813.45 |
| 3.593 | **Nonpriority creditor's name and mailing address**<br><br>JOINER, MARY<br>1011 BOULDER DRIVE<br>SOUTHAVEN, MS  38671<br><br>**Date or dates debt was incurred**<br>7/16/2019<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS' COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.594 | **Nonpriority creditor's name and mailing address**<br><br>JONES NATURALS LLC<br>4960 28TH AVE.<br>ROCKFORD, IL  61109<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $59,843.05 |

**Part 2:** Additional Page

| | | Amount of claim |
| --- | --- | --- |

| 3.595 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $322.80 |
| --- | --- | --- | --- |

3.595 **Nonpriority creditor's name and mailing address**

JORDAN MFG. CO.
721 FIRST ST.
MONTICELLO, IN  47960

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$322.80

---

3.596 **Nonpriority creditor's name and mailing address**

JOSEPH H GOBLE
4211 MISTY MORNING WAY
GAINESVILLE, GA  30506

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,400.00

---

3.597 **Nonpriority creditor's name and mailing address**

JTM LLC
P.O. BOX DRWR. 67
TUPELO, MS  38802

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,328.88

---

3.598 **Nonpriority creditor's name and mailing address**

JUANITA CLEVELAND
1879 N COLEY ROAD
TUPELO, MS  38801

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,566.33

---

3.599 **Nonpriority creditor's name and mailing address**

JUDE  INC.
165 OAK HOLLOW LANE
WETUMPKA, AL  36093

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,474.66

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |
| **3.600** | **Nonpriority creditor's name and mailing address**<br>JULIA STOREY<br>SUITE 100<br>FORT LAUDERDALE, FL 33301<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,900.00 |
| **3.601** | **Nonpriority creditor's name and mailing address**<br>JUST BORN INC.<br>1300 STEFKO BLVD<br>BETHLEHEM, PA 18017<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $332.64 |
| **3.602** | **Nonpriority creditor's name and mailing address**<br>JUST INVENTORY SOLUTIONS<br>P.O. BOX 283<br>GUILDERLAND CENTER, NY 12085<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $37,454.40 |
| **3.603** | **Nonpriority creditor's name and mailing address**<br>JVCKENWOOD USA<br>P.O. BOX 22745<br>LONG BEACH, CA 90810<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $111,421.25 |
| **3.604** | **Nonpriority creditor's name and mailing address**<br>K&Y INTIMATE/SWIM LLC<br>230 WEST 38TH STREET<br>NEW YORK, NY 10018<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $73,944.95 |

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.605 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,741.36 |
|---|---|---|---|
| | K.C. PHARMACEUTICALS  INC<br>3201 PRODUCER WAY<br>POMONA, CA  91768 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAREHOUSE EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.606 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $42,194.75 |
|---|---|---|---|
| | KAI USA LTD<br>3 BROOKE ROAD<br>BOYLSTON, MA  15050 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAREHOUSE EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.607 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|
| | KALISTA, JAMIE<br>1069 COUNTY ROAD 821<br>SALTILLO, MS  38866 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred**<br>2/16/2015 | **Basis for the claim:**<br>WORKERS' COMPENSATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.608 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $56,823.41 |
|---|---|---|---|
| | KAO BRANDS COMPANY<br>1016 POPLAR SUITE 106/221<br>COLLIERVILLE, TN  38017 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAREHOUSE EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.609 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $49,478.62 |
|---|---|---|---|
| | KAPPA BOOK PUBLISHERS LLC<br>SUITE 6198 BUTLER PIKE<br>BLUE BELL, PA  19422 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAREHOUSE EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.610** **Nonpriority creditor's name and mailing address**

KARLIN FOODS
1845 OAK ST. STE. 19
NORTHFIELD, IL 60093

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,914.18

---

**3.611** **Nonpriority creditor's name and mailing address**

KAR'S NUTS
1200 EAST 14 MILE ROAD
MADISON HEIGHTS, MI 48071

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,116.54

---

**3.612** **Nonpriority creditor's name and mailing address**

KATAYON MOROVATI
4779 COLLINS AVE APT 2505
MIAMI BEACH, FL 33140

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,175.00

---

**3.613** **Nonpriority creditor's name and mailing address**

KAZ INC.
1100 E JOSEPHINE
CHALMETTE, LA 70043

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,481.84

---

**3.614** **Nonpriority creditor's name and mailing address**

KELLOGG COMPANY
ONE KELLOGG SQUARE
BATTLE CREEK, MI 49016

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$65,948.58

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.615**

**Nonpriority creditor's name and mailing address**

KELTNER PROPERTIES CORP
14 RIVERWOOD PLACE
MAUMELLE, AR 72113

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,559.00

---

**3.616**

**Nonpriority creditor's name and mailing address**

KENNEY MANUFACTURING COMPANY
1000 JEFFERSON BOULEVARD
WARWICK, RI 02886

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.617**

**Nonpriority creditor's name and mailing address**

KENNEY MFG.
1000 JEFFERSON BLVD
WARWICK, RI 28860

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,381.63

---

**3.618**

**Nonpriority creditor's name and mailing address**

KENT PRECICION FOODS
11456 OLDE CABIN ROAD
ST LOUIS, MO 63141

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,318.06

---

**3.619**

**Nonpriority creditor's name and mailing address**

KENYA CORE  LLC
P.O. BOX 121704
CLERMONT, FL 34712

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,426.66

**Part 2:**   Additional Page

|  |  | Amount of claim |
|---|---|---|

**3.620**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|

KERIN MOTORS
C/O LAWRENCE M. MAGDOVITZ
8342 MACON ROAD
CORDOVA, TN  38018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.621**

KERIN MOTORS INC
PO BOX 997
CLARKSDALE, MS  38614

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,333.34

---

**3.622**

KEY SHOPPING CENTER  INC.
P.O. BOX 559
RUSSELL SPRINGS, KY  42642

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,853.18

---

**3.623**

KIDS PREFERRED LLC
81 TWIN RIVERS DR
EAST WINDSOR, NJ  85200

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,922.00

---

**3.624**

KIK CP-PRESTIGE
909 MAGNOLIA AVENUE
AUBURNDALE, FL  33823

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,675.58

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

**3.625** | **Nonpriority creditor's name and mailing address**

KIK CUSTOM PRODUCTS
909 MAGNOLIA AVENUE
AUBURNDALE, FL  33823

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$280,141.44

---

**3.626** | **Nonpriority creditor's name and mailing address**

KIMBERLY-CLARK
401 NORHT LAKE STREET
NEENAH, WI  54956

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$101,536.54

---

**3.627** | **Nonpriority creditor's name and mailing address**

KITTRICH CORPORATION
1585 W. MISSION BLVD
POMONA, CA  91766

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,571.83

---

**3.628** | **Nonpriority creditor's name and mailing address**

KITTRICH CORPORATION
1585 W. MISSION BOULEVARD
PONOMA, CA  91766

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.629** | **Nonpriority creditor's name and mailing address**

KMIG II LLC
332 HWY 12 WEST
KOSCIUSKO, MS  39090

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,583.33

---

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|
| 3.630 | **Nonpriority creditor's name and mailing address**<br>KMS INC<br>811 E. WATERMAN<br>WICHITA, KS 67202<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.631 | **Nonpriority creditor's name and mailing address**<br>KOBAYASHI HEALTHCARE INTL<br>131 W SOUTH RANGE ROAD<br>NORTH LIMA, OH 44452<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,228.40 |
| 3.632 | **Nonpriority creditor's name and mailing address**<br>KOMODO INTERNATIONAL CORP<br>18405 S. SANTA FE AVENUE<br>RANCHO DOMINGUEZ, CA 90221<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19.80 |
| 3.633 | **Nonpriority creditor's name and mailing address**<br>KOST USA INC<br>1000 TENNESSEE AVE<br>CINCINNATI, OH 45229<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $151,974.52 |
| 3.634 | **Nonpriority creditor's name and mailing address**<br>KRAFT BEVERAGE DIVISION<br>22541 NETWORK PLACE<br>CHICAGO, IL 60673<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,062.50 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.635 | **Nonpriority creditor's name and mailing address** <br> KRAFT FOODS <br> P.O. BOX 3230 <br> WILKES BARRE, PA  18773 <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> WAREHOUSE EXPENSE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $106,204.19 |
| 3.636 | **Nonpriority creditor's name and mailing address** <br> KROME MINING PARTNERS <br> 1700 NW 66TH AVENUE <br> SUITE 102 <br> PLANTATION, FL  33313 <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> LITIGATION <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | UNKNOWN |
| 3.637 | **Nonpriority creditor's name and mailing address** <br> KSE MANUFACTURING <br> 175 S LESTER AVE <br> SIDNEY, OH  45365 <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> CORPORATE EXPENSE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $785.62 |
| 3.638 | **Nonpriority creditor's name and mailing address** <br> KSF ACQUISITION CORP <br> 11780 US HWY ONE <br> PALM BEACH GARDENS, FL  33408 <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> WAREHOUSE EXPENSE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $20,859.65 |
| 3.639 | **Nonpriority creditor's name and mailing address** <br> KSF ACQUISITION DBA SLIMFAST <br> C/O GARNER & CONNER PLLC <br> ATTN: CHRISTOPHER W. CONNER <br> 250 HIGH STREET, P.O. BOX 5059 <br> MARYVILLE, TN  37802-5059 <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> LITIGATION <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | UNKNOWN |

| Part 2: | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.640 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $118.68 |
| | KW TEXTILE INC | ☐ Contingent | |
| | 659 EXCHANGE STREET | ☐ Unliquidated | |
| | BUFFALO, NY 14210 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | DIRECT STORE DELIVERY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.641 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN |
| | L J VENTURES LLC | ☑ Contingent | |
| | C/O J P PROPERTIES INC. | ☑ Unliquidated | |
| | 135 PARKSIDE CLOSE | ☑ Disputed | |
| | ALPARETTA, GA 30022-1437 | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.642 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,782.90 |
| | L. FRANCES CARAMEL | ☐ Contingent | |
| | 2500 N. LYNNDALE DRIVE | ☐ Unliquidated | |
| | APPLETON, WI 54914 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | DIRECT STORE DELIVERY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.643 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,868.74 |
| | LABOR FINDERS OF TN. INC | ☐ Contingent | |
| | 11426 NORTH JOG ROAD | ☐ Unliquidated | |
| | PALM BEACH GARDENS, FL 33418 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | STAFFING AGENCY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.644 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN |
| | LACONS, BENJAMIN | ☑ Contingent | |
| | PO BOX 214 | ☑ Unliquidated | |
| | NEWBERRY, SC 29108 | ☑ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 8/13/2019 | WORKERS' COMPENSATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.645 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,389.67 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
LACR  LLC
1879 N COLEY RD
TUPELO, MS  38801

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,389.67

---

**Nonpriority creditor's name and mailing address** 3.646
LAFAYETTE BAY PRODUCTS
2500 SHADYWOOD RD.  #700
ORONO, MN  55331

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$58,855.14

---

**Nonpriority creditor's name and mailing address** 3.647
LAGUNA SALADA
1410 SOUTH WASHINGTON ST
MARION, AL  36756

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,670.40

---

**Nonpriority creditor's name and mailing address** 3.648
LAKEY ENTERPRISES INC
C/O MYERS LAW GROUP
ATTN WILLIAM P MYERS
175 E COMMERCE ST; PO BOX 876
HERNANDO, MS  38632

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**Nonpriority creditor's name and mailing address** 3.649
LAKEY ENTERPRISES INC.
248 COUNTRY CLUB DRIVE
SENATOBIA, MS  38668

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.650 | **Nonpriority creditor's name and mailing address**<br>LAMAR E. MYRICK & WIFE<br>HIGHWAY 528 WEST<br>HEIDELBERG, MS  39439<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,045.00 |
| --- | --- | --- | --- |
| 3.651 | **Nonpriority creditor's name and mailing address**<br>LANGFORD, JULIE<br>762 KERR ADAMS MILLS RD<br>LOUISVILLE, MS  39339<br><br>**Date or dates debt was incurred**<br>4/10/2010<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS' COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.652 | **Nonpriority creditor's name and mailing address**<br>LANGLEY EMPIRE CANDLE<br>2925 FAIRFAX TRAFFICWAY<br>KANSAS CITY, KS  66115<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $852.60 |
| 3.653 | **Nonpriority creditor's name and mailing address**<br>LARRY W. & JANET K.STAGGS<br>911 OLD HIGHWAY 64 EAST<br>WAYNESBORO, TN  38485<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,431.38 |
| 3.654 | **Nonpriority creditor's name and mailing address**<br>LC INDUSTRIES<br>4500 EMPEROR BLVD<br>DURHAM, NC  27703<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,299.20 |

**Part 2:**  Additional Page

| | | Amount of claim |
|---|---|---|

---

**3.655**  **Nonpriority creditor's name and mailing address**

LEAF
P.O. BOX 742647
CINCINNATI, OH  45274

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

$357.25

---

**3.656**  **Nonpriority creditor's name and mailing address**

LEEMASTER, DEBORAH
PO BOX 7062
OXFORD, AL  36203

**Date or dates debt was incurred**

11/30/2018

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**

☒ No
☐ Yes

UNKNOWN

---

**3.657**  **Nonpriority creditor's name and mailing address**

LEGILITY
112 WESTWOOD PLACE
BRENTWOOD, TN  37027

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

$34,650.50

---

**3.658**  **Nonpriority creditor's name and mailing address**

LEGILITY
112 WESTWOOD PLACE
SUITE 350
BRENTWOOD, TN  37027

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

UNKNOWN

---

**3.659**  **Nonpriority creditor's name and mailing address**

LEN-LEE  INC.
1155 N. MAIN STREET
MANON, NC  28752

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**

☒ No
☐ Yes

$29,148.00

---

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.660**   **Nonpriority creditor's name and mailing address**

LEVINSOHN TEXTILE CO INC
230 5TH AVENUE
NEW YORK, NY  10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,016.80

---

**3.661**   **Nonpriority creditor's name and mailing address**

LEWIS, LISA
306 FREDRICK STREET
SARDIS, MS  38666

**Date or dates debt was incurred**

3/26/2004

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.662**   **Nonpriority creditor's name and mailing address**

LEWIS, LISA
3127 GREENFIELD ROAD 65
PEARL, MS  39208

**Date or dates debt was incurred**

7/24/2002

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.663**   **Nonpriority creditor's name and mailing address**

LEXMARK INTERNTIONAL  INC
PO BOX 402285
ATLANTA, GA  30384

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$51,598.72

---

**3.664**   **Nonpriority creditor's name and mailing address**

LIBBEY INC.
PO BOX 10060
TOLEDO, OH  43699

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,681.94

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.665 | **Nonpriority creditor's name and mailing address**<br><br>LIBERTY MANAGEMENT CO<br>830 S PRESA STREET<br>SAN ANTONIO, TX 78210<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,115.58 |

| 3.666 | **Nonpriority creditor's name and mailing address**<br><br>LICENSE 2 PLAY TOYS LLC<br>PO BOX 485<br>SYOSSET, NY 11791-0485<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.667 | **Nonpriority creditor's name and mailing address**<br><br>LINEBERRY PROPERTIES INC<br>P.O. BOX 1767<br>MT JULIET, TN 37121<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22,480.93 |

| 3.668 | **Nonpriority creditor's name and mailing address**<br><br>LIQUI-MARK<br>30 DAVIDS DRIVE<br>PO BOX 18015<br>HAUPPAUGE, NY 11788<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.669 | **Nonpriority creditor's name and mailing address**<br><br>LIQUI-MARK CORP.<br>P.O.BOX 18015<br>HAUPPAUGE, NY 11788<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,872.32 |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.670 | **Nonpriority creditor's name and mailing address**<br><br>LIVE OAK CENTER<br>426 SW COMMERCE DR.<br>LAKE CITY, FL 32025<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,058.40 |
| 3.671 | **Nonpriority creditor's name and mailing address**<br><br>LL FREDS MCLEANSBORO LLC<br>629 CAMINO DE LOS MARES<br>SAN CLEMENTE, CA 92673<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,033.34 |
| 3.672 | **Nonpriority creditor's name and mailing address**<br><br>LL FREDS OAKLAND CITY LLC<br>629 CAMINO DE LOS MARES<br>SAN CLEMENTE, CA 92673<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,333.33 |
| 3.673 | **Nonpriority creditor's name and mailing address**<br><br>LNK INTERNATIONAL<br>60 ARKAY DRIVE<br>HAUPPAUGE, NY 11788<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100,937.40 |
| 3.674 | **Nonpriority creditor's name and mailing address**<br><br>LONE STAR EQUITIES  INC.<br>P.O. BOX 71<br>FALLSTON, NC 28042<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21,137.50 |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| 3.675 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |

**Nonpriority creditor's name and mailing address**
LONE STAR EQUITIES INC.
1609-A WEST VERNON AVE.
KINSTON, NC  28504

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **UNKNOWN**

---

3.676 **Nonpriority creditor's name and mailing address**
LORNA VILLAGE LLC
6961 PEACHTREE INDUS BLVD
NORCROSS, GA  30092

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$21,364.50**

---

3.677 **Nonpriority creditor's name and mailing address**
LOUIS WIENER
P.O. BOX 681955
PRATTVILLE, AL  36068

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$36,600.00**

---

3.678 **Nonpriority creditor's name and mailing address**
LOUISIANA FISH FRY
5267 PLANK ROAD
BATON ROUGE, LA  70805

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$90,111.87**

---

3.679 **Nonpriority creditor's name and mailing address**
LOWE ELECTRIC SUPPLY
PO BOX 4767
MACON, GA  31208

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: **$117.29**

| **Part 2:** | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |
| 3.680 | **Nonpriority creditor's name and mailing address**<br><br>LP SOFTWARE INC<br>7000 W 11TH ST<br>WORTH, IL  60482<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CORPORATE EXPENSE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,500.00 |
| 3.681 | **Nonpriority creditor's name and mailing address**<br><br>LSI GRAPHICS  LLC<br>PO BOX 372 DEPT 210<br>MEMPHIS, TN  38101<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CORPORATE EXPENSE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $3,197.00 |
| 3.682 | **Nonpriority creditor's name and mailing address**<br><br>LUSTER PRODUCTS<br>1104 WEST 43RD STREET<br>ATLANTA, GA  30331<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $68,727.59 |
| 3.683 | **Nonpriority creditor's name and mailing address**<br><br>LUV N' CARE<br>3030 AURORA AVE<br>MONROE, LA  71211<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $7,411.60 |
| 3.684 | **Nonpriority creditor's name and mailing address**<br><br>MAC SALES<br>C/O BAKER, BRAVERMAN & BARBADORO<br>300 CROWN COLONY DR STE 500<br>QUINCY, MA  02169<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.685** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

MAC WHOLESALE
140 LAUREL STREET
AMAY MACWHOLESALE.NET
EAST BRIDGEWATER, MA 02333

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.686** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $92,341.40

MADISON INDUSTRIES
P.O. BOX 429
CHESTERFIELD, MO 63060

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
WAREHOUSE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.687** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20,878.19

MAGIC VIDEO INC
475 RIVERFRONT DRIVE
READING, PA 19602

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
DIRECT STORE DELIVERY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.688** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,485.21

MAGNOLIA BEVERAGE COMPANY
2668 SAINT ANDREW ST
MERIDIAN, MS 39301

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
DIRECT STORE DELIVERY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.689** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,950.00

MAINETTI USA
DEPT AT 40190
ATLANTA, GA 31192-0190

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
STORE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.690 | **Nonpriority creditor's name and mailing address** MAISTO INTERNATIONAL INC 7751 CHERRY AVE FONTANA, CA  92336 **Date or dates debt was incurred** VARIOUS **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** WAREHOUSE EXPENSE **Is the claim subject to offset?** ☒ No ☐ Yes | $2,032.90 |
| 3.691 | **Nonpriority creditor's name and mailing address** MAJOR MCALISTER  LLC 2404 E. ANDERSON HWY WILLIAMSON, SC  29697 **Date or dates debt was incurred** VARIOUS **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** RENT **Is the claim subject to offset?** ☒ No ☐ Yes | $13,566.66 |
| 3.692 | **Nonpriority creditor's name and mailing address** MALL GIFT/PREHOLDING 3567 PARKWAY LANE NORCROSS, GA  30092 **Date or dates debt was incurred** VARIOUS **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** DIRECT STORE DELIVERY **Is the claim subject to offset?** ☒ No ☐ Yes | $96,523.73 |
| 3.693 | **Nonpriority creditor's name and mailing address** MANTHAN SOFTWARE SERVICES #40/4  LAVELLE ROAD BANGALORE  INDIA, FC  56000 **Date or dates debt was incurred** VARIOUS **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** CORPORATE EXPENSE **Is the claim subject to offset?** ☒ No ☐ Yes | $11,500.00 |
| 3.694 | **Nonpriority creditor's name and mailing address** MARGARET GREEN FORD 1701 SCOTTSVILLE RD BOWLING GREEN, KY  42104 **Date or dates debt was incurred** VARIOUS **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** RENT **Is the claim subject to offset?** ☒ No ☐ Yes | $36,080.91 |

**Part 2:**   Additional Page

| | | Amount of claim |
|---|---|---|

| 3.695 | **Nonpriority creditor's name and mailing address**<br><br>MARIBEL VERA LINEBERRY<br>P.O. BOX 2215<br>MOUNT JULIET, TN  37121<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,070.15 |
| 3.696 | **Nonpriority creditor's name and mailing address**<br><br>MARION PEPSI COLA BOTTLIN<br>PO BOX 18241F<br>ST LOUIS, MO  63150<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DIRECT STORE DELIVERY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $160.37 |
| 3.697 | **Nonpriority creditor's name and mailing address**<br><br>MARK RAY  INC.<br>6000 POPLAR AVE STE 400<br>MEMPHIS, TN  38119<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,270.27 |
| 3.698 | **Nonpriority creditor's name and mailing address**<br><br>MARKETOUCH MEDIA INC<br>5718 WESTHEIMER RD #980<br>HOUSTON, TX  77057<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>STORE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30,734.32 |
| 3.699 | **Nonpriority creditor's name and mailing address**<br><br>MARKS GROUP  LLC<br>8 JAMESON PLACE<br>WEST CALDWELL, NJ  70060<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,708.17 |

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.700 | **Nonpriority creditor's name and mailing address**<br>MARKWINS BEAUTY PRODUCTS<br>22067 FERRERO PKWY<br>CITY OF INDUSTRY, CA 91789<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $110,723.08 |
| 3.701 | **Nonpriority creditor's name and mailing address**<br>MARS PETCARE US INC<br>315 COOL SPRINGS BLVD<br>FRANKLIN, TN 37067<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $221,016.96 |
| 3.702 | **Nonpriority creditor's name and mailing address**<br>MARVIN E. WILLIAMS<br>P.O. BOX 606<br>BELZONI, MS 39038<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>RENT<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,000.00 |
| 3.703 | **Nonpriority creditor's name and mailing address**<br>MATADOR DISTRIBUTING  LLC<br>200 BERING DRIVE<br>HOUSTON, TX 77057<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>DIRECT STORE DELIVERY<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,130.60 |
| 3.704 | **Nonpriority creditor's name and mailing address**<br>MATTEL SALES CORP<br>333 CONTINENTAL BLVD<br>EL SEGUNDO, CA 90245<br>**Date or dates debt was incurred**<br>VARIOUS<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $33,568.22 |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.705** | **Nonpriority creditor's name and mailing address**

MAURIN-OGDEN LTD PROP.
109 NORTH PARK BLVD
COVINGTON, LA 70433

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$61,205.10

---

**3.706** | **Nonpriority creditor's name and mailing address**

MAX SALES
2331 S. TUBEWAY
COMMERCE, CA 90040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.707** | **Nonpriority creditor's name and mailing address**

MAXELL CORPORATION OF
3 GARRET MOUNTAIN PLAZA
WOODLAND PARK, NJ 74240

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$58,662.87

---

**3.708** | **Nonpriority creditor's name and mailing address**

MAYBELLINE GARNIER
P.O. BOX 8805
LITTLE ROCK, AR 72231

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$353,107.62

---

**3.709** | **Nonpriority creditor's name and mailing address**

MAYFIELD DAIRY FARMS
P.O. BOX 933321
ATLANTA, GA 31193

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,945.57

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.710** **Nonpriority creditor's name and mailing address**
MAYFLOWER AR HOLDINGS LLC
2439 KUSER RD
HAMILTON, NJ 86900

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,156.94

---

**3.711** **Nonpriority creditor's name and mailing address**
MAZEL COMPANY L.P.
31000 AURORA RD
SOLON, OH 44139

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,360.08

---

**3.712** **Nonpriority creditor's name and mailing address**
MBA CORP.
PO BOX 11227
MEMHPIS, TN 38111

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.713** **Nonpriority creditor's name and mailing address**
MC GROUP
8959 TYLER BLVD
MENTOR, OH 44060

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$108,037.79

---

**3.714** **Nonpriority creditor's name and mailing address**
MCCALL FARMS INC
6615 S IRBY STREET
EFFINGHAM, SC 29541

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$52,129.97

Debtor  Fred's, Inc.  Case 19-11984-CTG  Doc 475  Filed 11/11/19  Page 185 of 379
       (Name)
                                          Case number (if known) 19-11984

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.715**

**Nonpriority creditor's name and mailing address**

MCCARTHY INDUSTRIES
180 TURNPIKE ROAD
WESTBORO, MA 15810

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,152.00

---

**3.716**

**Nonpriority creditor's name and mailing address**

MCILHENNY COMPANY
HWY 329
AVERY ISLAND, LA 70513

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,013.76

---

**3.717**

**Nonpriority creditor's name and mailing address**

MCKEE FOODS CORPORATION
P.O. BOX 750
COLLEGEDALE, TN 37315

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

$38,031.57

---

**3.718**

**Nonpriority creditor's name and mailing address**

MCLAWRENCE FOODS OF
3300 FORSYTHE AVE SUITE B
MONROE, LA 71201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,688.00

---

**3.719**

**Nonpriority creditor's name and mailing address**

MCLEMORE BROTHERS RENTAL
204 FAIR AVENUE
WINNSBORO, LA 71295

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$975.00

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.720 | **Nonpriority creditor's name and mailing address**<br><br>MCSUNLEY LLC<br>4824 SOCIALVILLE FOSTER<br>MASON, OH  45040<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,711.20 |
| 3.721 | **Nonpriority creditor's name and mailing address**<br><br>MEDFORD STREET REALTY<br>5 VIA ALICIA<br>SANTA BARABAR, CA  93108<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $29,749.98 |
| 3.722 | **Nonpriority creditor's name and mailing address**<br><br>MEDICAL BILLING OF<br>P.O. BOX 3457<br>LITTLE ROCK, AR  72203<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,000.00 |
| 3.723 | **Nonpriority creditor's name and mailing address**<br><br>MEDICAL BILLING OF ARKANSAS LLC<br>PO BOX 3457<br>LITTLE ROCK, AR  72203<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.724 | **Nonpriority creditor's name and mailing address**<br><br>MEDLINE INDUSTRIES<br>C/O THE CKB FIRM<br>ATTN MICHAEL S BAIM<br>30 N LASALLE ST STE 1520<br>CHICAGO, IL  60602<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.725 | **Nonpriority creditor's name and mailing address**<br><br>MEDLINE INDUSTRIES INC<br>ONE MEDLINE PLACE<br>MUNDELEIN, IL  60060<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $194,959.08 |
| 3.726 | **Nonpriority creditor's name and mailing address**<br><br>MEDTECH LAB OTC<br>6300 STONEWOOD DR. #100<br>PLANO, TX  75024<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $213,628.62 |
| 3.727 | **Nonpriority creditor's name and mailing address**<br><br>MEDTURN  INC.<br>PO BOX 752176<br>CHARLOTTE, NC  28275<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>STORE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,193.25 |
| 3.728 | **Nonpriority creditor's name and mailing address**<br><br>MEGATOYS<br>6443 E SLAUSON AVENUE<br>COMMERCE, CA  90040<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $167,551.04 |
| 3.729 | **Nonpriority creditor's name and mailing address**<br><br>MENTHOLATUM COMPANY<br>707 STERLING DRIVE<br>ORCHARD PARK, NY  14127<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25,121.03 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.730 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $84,537.60 |
| | MERCHANT FACTORS CORP<br>250 PASSAIC STREET<br>NEWARK, NJ 71040 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAREHOUSE EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.731 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50,272.00 |
| | MERCHSOURCE  LLC.<br>7755 IRIVNE CENTER DR<br>FOOTHILL RANCH, CA 92610 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAREHOUSE EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.732 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,877.03 |
| | MERIDIAN COCA COLA<br>2016 HIGHWAY 45 N<br>MERIDIAN, MS 39301 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>DIRECT STORE DELIVERY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.733 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23,281.50 |
| | MERIDIAN GROUP  LLC<br>8 JAMESON PLACE<br>WEST CALDWELL, NJ 70060 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>RENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.734 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24,749.98 |
| | MHL MANAGEMENT LLC<br>PO BOX 538594<br>ATLANTA, GA 30353 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>RENT | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.735 | **Nonpriority creditor's name and mailing address**<br><br>MICHAEL J. HILLSMAN<br>1006 W. TAFT. #350<br>SAPULPA, OK  74066<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,458.00 |
| 3.736 | **Nonpriority creditor's name and mailing address**<br><br>MICHAEL REED<br>813 SOUTH LAMAR<br>OXFORD, MS  38655<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,300.00 |
| 3.737 | **Nonpriority creditor's name and mailing address**<br><br>MICHELANGELO ROCCO<br>3025 HIGHLAND PARKWAY<br>DOWNERS GROVE, IL  60515<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CORPORATE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $63,673.83 |
| 3.738 | **Nonpriority creditor's name and mailing address**<br><br>MIDDLESBORO COCA-COLA<br>1324 CUMBERLAND AVE<br>MIDDLESBORO, KY  40965<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DIRECT STORE DELIVERY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,811.15 |
| 3.739 | **Nonpriority creditor's name and mailing address**<br><br>MIDLAND PARKSIDE LLC<br>P.O. BOX 645495<br>CINCINNATI, OH  45264<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $33,735.00 |

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

| | | Amount of claim |
|---|---|---|
| 3.740 | **Nonpriority creditor's name and mailing address** <br><br> MID-SOUTH SEPTIC SERVICE <br> 11284 GULFSTREAM RD <br> ARLINGTON, TN  38002 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> CORPORATE EXPENSE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $100.00 |
| 3.741 | **Nonpriority creditor's name and mailing address** <br><br> MIKELL, AMMIE <br> PO BOX 1057 <br> MILLEN, GA  30442 <br><br> **Date or dates debt was incurred** <br><br> 7/31/2019 <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> WORKERS' COMPENSATION <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | UNKNOWN |
| 3.742 | **Nonpriority creditor's name and mailing address** <br><br> MILAN PACIFIC USA LLC <br> P.O. BOX 638 <br> BENTONVILLE, AR  72712 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> WAREHOUSE EXPENSE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $4,737.68 |
| 3.743 | **Nonpriority creditor's name and mailing address** <br><br> MILITTI SALES & <br> 4454 SOUTH 67TH STREET <br> OMAHA, NE  68117 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> WAREHOUSE EXPENSE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $22,436.74 |
| 3.744 | **Nonpriority creditor's name and mailing address** <br><br> MILL CREEK ICE COMPANY <br> 275 CR 956 <br> IUKA, MS  38852 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> DIRECT STORE DELIVERY <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $464.00 |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.745** **Nonpriority creditor's name and mailing address**
MINI SYSTEMS HOLDING CO
P.O. BOX 520
SARDIS, MS  38666

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,104.06

---

**3.746** **Nonpriority creditor's name and mailing address**
MINSKY SALEMI INC
1166 ISLAND POINT DR
LAKE PROVIDENCE, LA 71254

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,500.00

---

**3.747** **Nonpriority creditor's name and mailing address**
MIO/PREHOLDING
3567 PARKWAY LANE
NORCROSS, GA  30092

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☑ No
☐ Yes

$287,869.44

---

**3.748** **Nonpriority creditor's name and mailing address**
MIRACLE PRODUCTS LLC
3200 E TRENT AVE
SPOKANE, WA  99202

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,143.00

---

**3.749** **Nonpriority creditor's name and mailing address**
MISSISSIPPI REGIONAL HOUSING
AUTHORITY
PO BOX 419
NEWTON, MS  39345

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.750** | **Nonpriority creditor's name and mailing address** | | UNKNOWN
| MITCHELL, GENEVA | **As of the petition filing date, the claim is:** |
| 283 COOPERS FORD ROAD | Check all that apply. |
| TYLERTOWN, MS 39667 | ☑ Contingent |
| | ☑ Unliquidated |
| **Date or dates debt was incurred** | ☑ Disputed |
| 7/4/2002 | **Basis for the claim:** |
| | WORKERS' COMPENSATION |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

**3.751** | **Nonpriority creditor's name and mailing address** | | UNKNOWN
| MITCHELL, RUTH | **As of the petition filing date, the claim is:** |
| 11705 SHONTO ST | Check all that apply. |
| MOSS POINT, MS 39562 | ☑ Contingent |
| | ☑ Unliquidated |
| **Date or dates debt was incurred** | ☑ Disputed |
| 5/18/2006 | **Basis for the claim:** |
| | WORKERS' COMPENSATION |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

**3.752** | **Nonpriority creditor's name and mailing address** | | UNKNOWN
| MMI PROFESSIONAL SERVICES, INC. | **As of the petition filing date, the claim is:** |
| 4717 FLETCHER AVENUE | Check all that apply. |
| FORT WORTH, TX 76107 | ☑ Contingent |
| | ☑ Unliquidated |
| **Date or dates debt was incurred** | ☑ Disputed |
| VARIOUS | **Basis for the claim:** |
| | LITIGATION |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

**3.753** | **Nonpriority creditor's name and mailing address** | | $262.80
| MOBILE MINI INC | **As of the petition filing date, the claim is:** |
| 4646 E VAN BUREN ST | Check all that apply. |
| PHOENIX, AZ 85008 | ☐ Contingent |
| | ☐ Unliquidated |
| **Date or dates debt was incurred** | ☐ Disputed |
| VARIOUS | **Basis for the claim:** |
| | STORE EXPENSE |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

**3.754** | **Nonpriority creditor's name and mailing address** | | $17,535.00
| MODE TRANSPORTATION  LLC | **As of the petition filing date, the claim is:** |
| 6007 PRIMACY PKWY | Check all that apply. |
| MEMPHIS, TN 38119 | ☐ Contingent |
| | ☐ Unliquidated |
| **Date or dates debt was incurred** | ☐ Disputed |
| VARIOUS | **Basis for the claim:** |
| | SHIPMENTS/TRANSPORTATION |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.755** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $136,954.97

MONDELEZ INTERNATIONAL
25988 NETWORK PLACE
CHICAGO, IL 60673

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAREHOUSE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.756** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,790.56

MONTGOMERY BUFFALO ROCK
P.O. BOX 2247
BIRMINGHAM, AL 35202

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
DIRECT STORE DELIVERY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.757** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

MORGAN & MORGAN, PLLC
ATTN MARTIN JELLIFFE
4450 OLD CANTON RD STE 200
JACKSON, MS 39211

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.758** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,763.16

MORGAN FOODS INC
90 W. MORGAN STREET
AUSTIN, IN 47102

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAREHOUSE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.759** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

MORGAN, GLENDA
2019 SUGAR TREE DR
LEWISBURG, TN 37091

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
12/18/2018

**Basis for the claim:**
WORKERS' COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.760**

**Nonpriority creditor's name and mailing address**

MORRIS JACK DRIMMER
1255 RAQUET CLUB DRIVE
AUBURN, CA 95603

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,657.87

---

**3.761**

**Nonpriority creditor's name and mailing address**

MOUNT VERNON HOLDINGS LLC
2439 KUSER RD
HAMILTON, NJ 86900

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,886.57

---

**3.762**

**Nonpriority creditor's name and mailing address**

MOUNTAIN VIEW INDUSTRIES
110 MOUNTAIN VIEW IND LN
CLOVER, SC 29710

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,638.00

---

**3.763**

**Nonpriority creditor's name and mailing address**

MR. BRUCE KIRK
5936 HWY 349 S.
POTTS CAMP, MS 38659

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,400.00

---

**3.764**

**Nonpriority creditor's name and mailing address**

MR. ROBERT CANADA
35 PARKWAY
HERNANADO, MS 38632

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,944.00

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.765** | **Nonpriority creditor's name and mailing address**
MRS. DORIS FERGUSON
1841 OLD WEST POINT ROAD
COLUMBUS, MS  39701

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,000.00

---

**3.766** | **Nonpriority creditor's name and mailing address**
MSC HOLDING CO
PO BOX 80063
CITY OF INDUSTRY, CA  91716

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4.00

---

**3.767** | **Nonpriority creditor's name and mailing address**
MT. OLIVE PICKLES
PO BOX 609
MT. OLIVE, NC  28365

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,099.15

---

**3.768** | **Nonpriority creditor's name and mailing address**
MULLIS LTG & ELECTRIC
700 KELLAN RD.
DUBLIN, GA  31021

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,004.40

---

**3.769** | **Nonpriority creditor's name and mailing address**
MULTIPET INTERNATIONAL
265 WEST COMMERCIAL AVE
MOONACHIE, NJ  70740

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,816.00

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.770**

**Nonpriority creditor's name and mailing address**

MURFREESBORO PURE MILK
P.O. BOX 1526
MURFREESBORO, TN 37133

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

$127.27

---

**3.771**

**Nonpriority creditor's name and mailing address**

MURRAY, MIKE
4736 GOSSBURG RD
BEECHGROVE, TN 37018-3015

**Date or dates debt was incurred**

3/29/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.772**

**Nonpriority creditor's name and mailing address**

MURRAY'S WORLDWIDE INC.
3939 WHITEBROOK DRIVE
MEMPHIS, TN 38118

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,168.88

---

**3.773**

**Nonpriority creditor's name and mailing address**

MVP GROUP INTERNATIONAL
1031 LEGRAND BLVD.
CHARLESTON, SC 29492

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,215.40

---

**3.774**

**Nonpriority creditor's name and mailing address**

MY IMPORTS USA  LLC
115 ENTERPRISE AVE S
SECAUCUS, NJ 70940

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,152.00

| Part 2: | Additional Page |
| | |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.775 | **Nonpriority creditor's name and mailing address**<br><br>NANCE, JOSHUA<br>2094 COUNTY ROAD 33<br>FYFFE, AL 35971<br><br>**Date or dates debt was incurred**<br><br>8/24/2012<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS' COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.776 | **Nonpriority creditor's name and mailing address**<br><br>NARESH PARBHOO<br>101 E WASHINGTON STREET<br>GREENVILLE, SC 29601<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,523.34 |
| 3.777 | **Nonpriority creditor's name and mailing address**<br><br>NATIONAL CAP<br>1101 KEEN DRIVE<br>WAYCROSS, GA 31503<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,622.08 |
| 3.778 | **Nonpriority creditor's name and mailing address**<br><br>NATIONAL COMMECIAL<br>10 LEDGES MAIN<br>HUNTSVILLE, AL 35802<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22,800.00 |
| 3.779 | **Nonpriority creditor's name and mailing address**<br><br>NATIONAL HEALTH<br>P.O. BOX 120494<br>DALLAS, TX 75312<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>STORE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $126,033.66 |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.780** | **Nonpriority creditor's name and mailing address**
NATIONAL SECURITY & TRUST
P.O. BOX 11407
BIRMINGHAM, AL  35246

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,617.16

---

**3.781** | **Nonpriority creditor's name and mailing address**
NATUREPLEX
C/O THE TANSEY LAW FIRM, PLLC
PO BOX 770935
MEMPHIS, TN  38177

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.782** | **Nonpriority creditor's name and mailing address**
NATUREPLEX LLC
11085 AIRPORT RD
OLIVE BRANCH, MS  38654

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,157.68

---

**3.783** | **Nonpriority creditor's name and mailing address**
NAVAJO MFG
5330 FOX STREET
DENVER, CO  80216

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,477.43

---

**3.784** | **Nonpriority creditor's name and mailing address**
NAXA ELECTRONICS INC.
2320 EAST 49TH STREET
VERNON, CA  90058

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,321.37

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.785**   **Nonpriority creditor's name and mailing address**

NCB FLORIDA REAL ESTATE
3100 W END AVE. STE. 1070
NASHVILLE, TN  37203

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,333.35

---

**3.786**   **Nonpriority creditor's name and mailing address**

NCH CORPORATION/PARTSMSTR
PO BOX 971342
DALLAS, TX  75397

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,847.51

---

**3.787**   **Nonpriority creditor's name and mailing address**

NEOTERIC COSMETICS INC
4880 HAVANNA STREET
DENVER, CO  80239

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,672.40

---

**3.788**   **Nonpriority creditor's name and mailing address**

NESTLE
3060 COUNTRY KNOU LANE
ST. CHARLES, MO  63303

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$822.81

---

**3.789**   **Nonpriority creditor's name and mailing address**

NEW WORLD PASTA
85 SHANNON ROAD
HOUSTON, TX  77252

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,200.08

---

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.790 | **Nonpriority creditor's name and mailing address**<br>NEWELL BRANDS, INC.<br>C/O REGISTERED AGENT<br>6655 PEACHTREE DUNWOODY ROAD<br>ATLANTA, GA 30328<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.791 | **Nonpriority creditor's name and mailing address**<br>NEWTON MEDICAL CENTER<br>DARNEL QUICK RECOVERY<br>4134 HIGHWAY 278 NE<br>PO BOX 2416<br>COVINGTON, GA 30015<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.792 | **Nonpriority creditor's name and mailing address**<br>NEXAIR LLC<br>P.O. BOX 125<br>MEMPHIS, TN 38101<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>STORE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $782.66 |
| 3.793 | **Nonpriority creditor's name and mailing address**<br>NEXSTAR BROADCASTING<br>1401 CAPITOL AVE STE 104<br>LITTLE ROCK, AR 72201<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>STORE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,750.00 |
| 3.794 | **Nonpriority creditor's name and mailing address**<br>NEXTECH SOLUTIONS LLC<br>9054 VALLEY CREST LANE<br>GERMANTOWN, TN 38138<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>STORE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,928.76 |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.795 | **Nonpriority creditor's name and mailing address**<br><br>NFI CONSUMER PRODUCTS<br>501 5TH STREET<br>BRISTOL, TN  37620<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,344.14 |
| 3.796 | **Nonpriority creditor's name and mailing address**<br><br>NIAGARA BOTTLING LLC<br>2560 PHILADELPHIA STREET<br>ONTARIO, CA  91761<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,157.04 |
| 3.797 | **Nonpriority creditor's name and mailing address**<br><br>NICHOLAS, JOHN<br>12882 WEBB RD<br>PEA RIDGE, AR  72751<br><br>**Date or dates debt was incurred**<br><br>6/10/2019<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS' COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.798 | **Nonpriority creditor's name and mailing address**<br><br>NICHOLS, JANICE<br>21891 SMITH RD<br>BAY MINETTE, AL  36507<br><br>**Date or dates debt was incurred**<br><br>10/4/2003<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS' COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.799 | **Nonpriority creditor's name and mailing address**<br><br>NIELSEN BAINBRIDGE GROUP<br>12201 TECHNOLOGY BLVD.<br>AUSTIN, TX  78727<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $53,253.62 |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.800**

**Nonpriority creditor's name and mailing address**

NITEO PRODUCTS LLC
P.O. BOX 191629
DALLAS, TX  75219

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$984.20

---

**3.801**

**Nonpriority creditor's name and mailing address**

NITRO DISTRIBUTING INC
1420 RICHARDSON STREET
SAN BERNADINO, CA  92408

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,276.56

---

**3.802**

**Nonpriority creditor's name and mailing address**

NORCOM INC
200 WILSON RD
GRIFFIN, GA  30223

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.803**

**Nonpriority creditor's name and mailing address**

NORMERICA INTERNATIONAL
300 - 1599 HURONTARIO ST
PORT CREDIT, ON  L5G 4S1
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,937.92

---

**3.804**

**Nonpriority creditor's name and mailing address**

NORRIS, DEBORAH
PO BOX 32
ROCKLEDGE, GA  30454-0032

**Date or dates debt was incurred**

6/26/2009

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.805** | **Nonpriority creditor's name and mailing address**
NORTH HILLS  LLC
3047 WALTON WAY
AUGUSTA, GA  30909

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,670.66

---

**3.806** | **Nonpriority creditor's name and mailing address**
NORTHPOINT TRADING
347 FIFTH AVE. STE. 201
NEW YORK, NY  10016

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$35,826.00

---

**3.807** | **Nonpriority creditor's name and mailing address**
NOVEL BRANDS LLC
333B ROUTE 46 WEST
FAIRFIELD, NJ  70040

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,245.50

---

**3.808** | **Nonpriority creditor's name and mailing address**
NOVEL BRANDS, LLC
333 B RT 46 W
SUITE 140
FAIRFIELD, NJ  07004

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.809** | **Nonpriority creditor's name and mailing address**
NOVELTY  INC.
351 W MUSKEGON DRIVE
GREENFIELD, IN  46140

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,520.00

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| 3.810 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
NOVELTY INC.
351 W MUSKEGON DRIVE
GREENFIELD, IN  46140

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNKNOWN

---

**3.811**

**Nonpriority creditor's name and mailing address**
NOVICK, SONYA
1525 HWY 133N
CROSSETT, AR  71635

**Date or dates debt was incurred**
9/12/2018

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNKNOWN

---

**3.812**

**Nonpriority creditor's name and mailing address**
NOVUS MEDIA LLC
TWO CARLSON PARKWAY
PLYMOUTH, MN  55447

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $615,210.13

---

**3.813**

**Nonpriority creditor's name and mailing address**
NUCKLES AND SON LLC
310 NORTH CULBERHOUSE
JONESBORO, AR  72401

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $2,392.40

---

**3.814**

**Nonpriority creditor's name and mailing address**
NUCKOLLS AND BAIRD
600 NUCKOLLS RD
BOLIVAR, TN  38008

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $4,000.00

| Part 2: | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.815** **Nonpriority creditor's name and mailing address**

NVE INC
15 WHITE HALL ROAD
ANDOVER, NJ 78210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$73,288.80

---

**3.816** **Nonpriority creditor's name and mailing address**

NY ACCESS. / JORDAN ACCES
411 5TH AVENUE
NEW YORK, NY 10001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,073.60

---

**3.817** **Nonpriority creditor's name and mailing address**

NYGALA CORPORATION
5768 HAYES ROAD
ARLINGTON, TN 38002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,510.44

---

**3.818** **Nonpriority creditor's name and mailing address**

O NEAL, CHARLOTTE
11594 OLD HIGHWAY 61 N APT 14C
ROBINSONVILLE, MS 38664-9753

**Date or dates debt was incurred**

2/11/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.819** **Nonpriority creditor's name and mailing address**

OAK FARMS DAIRIES
P.O. BOX 200300
DALLAS, TX 75320

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,984.90

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

---

**3.820**

**Nonpriority creditor's name and mailing address**

OAK THICKET SHOPPING CTR
PO BOX 44287
SHREVEPORT, LA  71134

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,889.88

---

**3.821**

**Nonpriority creditor's name and mailing address**

OBERTO SAUSAGE CO
7060 S 238TH ST
KENT, WA  98032

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,109.84

---

**3.822**

**Nonpriority creditor's name and mailing address**

OFFICE DEPOT
P.O. BOX 633301
CINCINNATI, OH  45263

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,413.43

---

**3.823**

**Nonpriority creditor's name and mailing address**

OHM LABORATORIES  INC.
86 CREEKWOOD DR.
BORDENTOWN, NJ  85050

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,633.95

---

**3.824**

**Nonpriority creditor's name and mailing address**

OIL DRI CORPORATION OF
410 N MICHIGAN AVE
CHICAGO, IL  60611

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,950.80

---

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.825** **Nonpriority creditor's name and mailing address**

OLDCASTLE ARCHITECTURAL
375 NORTHRIDGE ROAD
ATLANTA, GA 30350

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$125,844.04

---

**3.826** **Nonpriority creditor's name and mailing address**

OMAHA DISTRIBUTING CO.
13737 CHANDLER RD
OMAHA, NE 68138

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,805.28

---

**3.827** **Nonpriority creditor's name and mailing address**

ONE SOURCE INTERNATIONAL
1703 N 13TH STREET
ROGERS, AR 72756

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,838.63

---

**3.828** **Nonpriority creditor's name and mailing address**

ONE STEP UP LTD
1410 BROADWAY
NEW YORK, NY 10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$165,398.69

---

**3.829** **Nonpriority creditor's name and mailing address**

ONTEL PRODUCTS
21 LAW DRIVE
FAIRFIELD, NJ 70040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$52,163.04

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| 3.830 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,172.68 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
ORALABS  INC.
18685 E PLAZA DRIVE
PARKER, CO  80134

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,172.68

---

3.831 **Nonpriority creditor's name and mailing address**
ORANGE BAY PROPERTIES
P.O. BOX 320222
FLOWOOD, MS  39232

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$80,000.00

---

3.832 **Nonpriority creditor's name and mailing address**
ORELLANA, TRESIA
207 RIVER TRAIL
HEBER SPRINGS, AR  72543

**Date or dates debt was incurred**
7/5/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.833 **Nonpriority creditor's name and mailing address**
ORKIN  INC.
3326 GOODMAN ROAD E
SOUTHAVEN, MS  38672

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,121.87

---

3.834 **Nonpriority creditor's name and mailing address**
ORKIN-NATIONAL ACCOUNTS
P.O. BOX 638898
CINCINNATI, OH  45263

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$200.00

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.835** | **Nonpriority creditor's name and mailing address**

ORLY SHOE CORPORATION
15 W 34TH STREET
NEW YORK, NY 10001

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,466.26

---

**3.836** | **Nonpriority creditor's name and mailing address**

ORT LLC
2101 FARMERSVILLE HGWY
RUSTON, LA 71270

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,533.34

---

**3.837** | **Nonpriority creditor's name and mailing address**

OSCEOLA PROPERTIES &
1700 NW 66 AVE #102
PLANTATION, FL 33313

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,956.88

---

**3.838** | **Nonpriority creditor's name and mailing address**

OSCEOLA PROPERTY AND INVESTMENTS
1700 NW 66TH AVENUE
SUITE 102
PLANTATION, FL 33313

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.839** | **Nonpriority creditor's name and mailing address**

OURPET'S COMPANY
1300 EAST STREET
FAIRPORT HARBOR, OH 44077

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,830.00

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.840** **Nonpriority creditor's name and mailing address**
OZARKS COCA COLA-DR PEPPR
1777 N PACKER ROAD
SPRINGFIELD, MO 65803

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

$91.40

---

**3.841** **Nonpriority creditor's name and mailing address**
OZWEST INC
4614 SW KELLY AVE.
PORTLAND, OR 97239

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$822.54

---

**3.842** **Nonpriority creditor's name and mailing address**
P & E TRANSPORT INC
4811 GAULT AVE NORTH
FORT PAYNE, AL 35967

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,930.00

---

**3.843** **Nonpriority creditor's name and mailing address**
P & L DEVELOPMENTS LLC
609-2 CANTIAGUE ROCK RD
WESTBURY, NY 11590

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$280,702.26

---

**3.844** **Nonpriority creditor's name and mailing address**
PACER TECHNOLOGY/SUPER
3281 GUASTI ROAD
ONTARIO, CA 91761

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,872.72

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.845**   **Nonpriority creditor's name and mailing address**

PACIFIC COAST PRODUCERS
631 N CLUFF AVENUE
LODI, CA 95240

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$117,027.39

---

**3.846**   **Nonpriority creditor's name and mailing address**

PACIFIC MANAGEMENT
C/O HOLT NEY ZATCOFF & WASSERMAN
100 GALLERIA PKWY STE 1800
ATLANTA, GA 30339-5960

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.847**   **Nonpriority creditor's name and mailing address**

PACON CORPORATION
2525 N. CASALOMA
APPLETON, WI 54913

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,472.55

---

**3.848**   **Nonpriority creditor's name and mailing address**

PANACEA PRODUCTS CORP.
2711 INTERNATIONAL STREET
COLUMBUS, OH 43228

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,998.00

---

**3.849**   **Nonpriority creditor's name and mailing address**

PANASONIC ENERGY
706 JAMIE WAY NE
WOODSTOCK, GA 30188

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$52,850.59

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.850 | **Nonpriority creditor's name and mailing address**<br><br>PANTIES PLUS  INC.<br>180 MADISON AVE 20TH FLR<br>NEW YORK, NY  10016<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $54,357.34 |
| 3.851 | **Nonpriority creditor's name and mailing address**<br><br>PANTIES PLUS INC.<br>ATTN JOEY HANAN<br>180 MADISON AVE 20TH FL<br>NEW YORK, NY  10016<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.852 | **Nonpriority creditor's name and mailing address**<br><br>PARAMOUNT RX INC<br>2054 KILDAIRE FARM RD<br>CARY, NC  27518<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>STORE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21.60 |
| 3.853 | **Nonpriority creditor's name and mailing address**<br><br>PARFUMS DE COEUR<br>6 HIGH RIDGE PARK<br>STAMFORD, CT  69050<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,012.45 |
| 3.854 | **Nonpriority creditor's name and mailing address**<br><br>PARIS ACCESSORIES  INC.<br>1385 BROADWAY<br>NEW YORK, NY  10018<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,116.80 |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.855** | **Nonpriority creditor's name and mailing address**

PARLATO, FRED
2519 DUBLIN EASTMAN RD
DEXTER, GA  31019

**Date or dates debt was incurred**

9/17/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.856** | **Nonpriority creditor's name and mailing address**

PARTNERS IN ELDORADO
C/O SOUTHERN ILLINOIS LAW CENTER
813 WEST MAIN ST.
CARBONDALE, IL  62901

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.857** | **Nonpriority creditor's name and mailing address**

PATCH PRODUCTS
1400 E INMAN PARKWAY
BELOIT, WI  53511

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,713.07

---

**3.858** | **Nonpriority creditor's name and mailing address**

PATRICIA T. FULWILER
70 TUXEDO TERRACE
ATLANTA, GA  30342

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,166.00

---

**3.859** | **Nonpriority creditor's name and mailing address**

PATTERSON, KAY
80 BURGESS DRIVE
ODENVILLE, AL  35120

**Date or dates debt was incurred**

10/5/2009

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.860** | **Nonpriority creditor's name and mailing address**

PATTON, VERONICA
1307 WILLOW DRIVE
COLUMBIA, MS  39429

**Date or dates debt was incurred**

10/15/2018

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.861** | **Nonpriority creditor's name and mailing address**

PAULA A COGGIN
104 D NORTHWOOD DRIVE
CENTRE, AL  35960

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,400.00

---

**3.862** | **Nonpriority creditor's name and mailing address**

PB ARKANSAS HOLDINGS LLC
2439 KUSER RD.
HAMILTON, NJ  08690

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.863** | **Nonpriority creditor's name and mailing address**

PDX  INC.
P.O. BOX 120494
DALLAS, TX  75312

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$256,203.13

---

**3.864** | **Nonpriority creditor's name and mailing address**

PEANUT BUTTER*JELLIES*
7401 TRADE PORT DRIVE
LOUISVILLE, KY  40258

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,528.56

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.865** **Nonpriority creditor's name and mailing address**

PEM-AMERICA INC.
70 WEST 36TH STREET
NEW YORK, NY 10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $3,166.80
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.866** **Nonpriority creditor's name and mailing address**

PENTEL OF AMERICA LIMITED
C/O LEVY, DIAMOND, BELLO & ASSOCIATES
PO BOX 352
MILFORD, CT 06460

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** UNKNOWN
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.867** **Nonpriority creditor's name and mailing address**

PENTEL OF AMERICA LTD
2715 COLUMBIA STREET
TORRANCE, CA 90503

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $7,418.88
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.868** **Nonpriority creditor's name and mailing address**

PEPPERS UNLIMITED
PO BOX 211
ST MARTINSVILLE, LA 70582

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $3,254.16
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.869** **Nonpriority creditor's name and mailing address**

PEPSI AMERICA
1 PEPSI WAY
SOMERS, NY 10589

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $9,116.59
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.870 | **Nonpriority creditor's name and mailing address**<br><br>PEPSI COLA OF LUVERNE<br>PO BOX 226<br>LUVERNE, AL 36049<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DIRECT STORE DELIVERY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,251.93 |
| 3.871 | **Nonpriority creditor's name and mailing address**<br><br>PEPSI COLA-CHICAGO<br>P.O. BOX 75960<br>CHICAGO, IL 60675<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DIRECT STORE DELIVERY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $32,610.89 |
| 3.872 | **Nonpriority creditor's name and mailing address**<br><br>PEPSI-COLA BOTTLING CO<br>P O BOX 3830<br>FLORENCE, SC 29502<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DIRECT STORE DELIVERY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $420.70 |
| 3.873 | **Nonpriority creditor's name and mailing address**<br><br>PEPSI-COLA BOTTLING CO.<br>P.O. BOX 3886<br>FLORENCE, SC 29502<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DIRECT STORE DELIVERY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,368.61 |
| 3.874 | **Nonpriority creditor's name and mailing address**<br><br>PEPSI-COLA HICKORY NC<br>P.O. BOX 550<br>HICKORY, NC 28603<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DIRECT STORE DELIVERY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,995.60 |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.875 | **Nonpriority creditor's name and mailing address**<br><br>PEPSI-COLA WINFIELD<br>1766 BANKHEAD HWY<br>WINFIELD, AL 35594<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DIRECT STORE DELIVERY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $203.60 |

| 3.876 | **Nonpriority creditor's name and mailing address**<br><br>PERENNIAL LAWN &<br>2125 STRATFORD ROAD<br>MURFREESBORO, TN 37129<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>STORE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $150.00 |

| 3.877 | **Nonpriority creditor's name and mailing address**<br><br>PERIO INC<br>6156 WILCOX ROAD<br>DUBLIN, OH 43016<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,288.84 |

| 3.878 | **Nonpriority creditor's name and mailing address**<br><br>PERLIS INVESTMENTS LLC<br>P.O. BOX 1097<br>CORDELE, GA 31010<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24,912.34 |

| 3.879 | **Nonpriority creditor's name and mailing address**<br><br>PERLIS INVESTMENTS LLC<br>PO BOX 1097<br>CORDELE, GA 31010<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

| 3.880 | **Nonpriority creditor's name and mailing address**<br><br>PET DAIRY<br>BOX 60498<br>CHARLOTTE, NC  28260<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DIRECT STORE DELIVERY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,877.91 |

| 3.881 | **Nonpriority creditor's name and mailing address**<br><br>PET KING<br>182-20 LIBERTY AVENUE<br>JAMAICA, NY  11412<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $32,877.37 |

| 3.882 | **Nonpriority creditor's name and mailing address**<br><br>PETERSON, ALETHIA<br>300 BYRAM DRIVE APT.54C<br>BYRAM, MS  39272<br><br>**Date or dates debt was incurred**<br><br>9/27/2016<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS' COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.883 | **Nonpriority creditor's name and mailing address**<br><br>PETTY, SOPHIA<br>2407 ELLIS RD<br>SHELBY, NC  28150<br><br>**Date or dates debt was incurred**<br><br>7/13/2019<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS' COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.884 | **Nonpriority creditor's name and mailing address**<br><br>PFIZER INC<br>9289 OAKENGATE COVE<br>CORDOVA, TN  38016<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $333,219.60 |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.885 | **Nonpriority creditor's name and mailing address**<br>PFIZER INC<br>9289 OAKENGATE COVE<br>CORDOVA, TN  38016<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.886 | **Nonpriority creditor's name and mailing address**<br>PH BEAUTY LABS INC<br>1964 WESTWOOD BLVD<br>LOS ANGELES, CA  90025<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,026.95 |
| 3.887 | **Nonpriority creditor's name and mailing address**<br>PHARMACY AUTOMATION<br>146 S PINNACLE DRIVE<br>ROMEOVILLE, IL  60446<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>STORE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22,580.80 |
| 3.888 | **Nonpriority creditor's name and mailing address**<br>PHARMAVITE LLC<br>8510 BALBOA BLVD<br>NORTHRIDGE, CA  91325<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $76,484.29 |
| 3.889 | **Nonpriority creditor's name and mailing address**<br>PHARMAVITE LLC<br>ATTN CHRISTINE BURDICK-BELL, VP & GC<br>8510 BALBOA BLVD STE 300<br>NORTHRIDGE, CA  91325<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.890** | **Nonpriority creditor's name and mailing address**
PHIL REED PROPERTIES LTD
3106 HIGHLANDS ROAD
FRANKLIN, NC  28734

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,086.66

---

**3.891** | **Nonpriority creditor's name and mailing address**
PHILIPS LIGHTING
818 SW 3RD AVE #3
PORTLAND, OR  97204

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,990.82

---

**3.892** | **Nonpriority creditor's name and mailing address**
PHONG NGUYEN
1098 WEST REMINGTON DR
SUNNYVALE, CA  94087

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,000.00

---

**3.893** | **Nonpriority creditor's name and mailing address**
PIC CORP
1101-1107 W ELIZABETH AVE
LINDEN, NJ  70360

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,041.32

---

**3.894** | **Nonpriority creditor's name and mailing address**
PILOT CORPORATION OF
3855 REGENT BLVD
JACKSONVILLE, FL  32224

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,899.25

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

---

**3.895**

**Nonpriority creditor's name and mailing address**

PINNACLE FOODS
205 OAK SHADOW WAY
FAYETTEVILLE, GA  30215

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,824.66

---

**3.896**

**Nonpriority creditor's name and mailing address**

PINNACLE PROPANE EXPRESS
1375 TRI STATE PARKWAY
GURNEE, IL  60031

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

$49,881.20

---

**3.897**

**Nonpriority creditor's name and mailing address**

PIPING ROCK HEALTH
3900 VETERANS MEMORIAL
BOHEMIA, NY  11716

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$239,882.05

---

**3.898**

**Nonpriority creditor's name and mailing address**

PITNEY BOWES
PO BOX 371874
PITTSBURG, PA  15250

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$139.00

---

**3.899**

**Nonpriority creditor's name and mailing address**

PITNEY BOWES INC
PO BOX 371896
PITTSBURGH, PA  15250

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$322.29

---

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.900**

**Nonpriority creditor's name and mailing address**

PLANTATION PRODUCTS
202 S WASHINGTON ST
NORTON, MA  02766

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.54

---

**3.901**

**Nonpriority creditor's name and mailing address**

POLLY M HOWELL
1271 MEADOW LANE
DARIEN, GA  31305

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,450.00

---

**3.902**

**Nonpriority creditor's name and mailing address**

POPLARVILLE 2013 LLC
PO BOX 320033
FLOWOOD, MS  39232

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,438.08

---

**3.903**

**Nonpriority creditor's name and mailing address**

POPZ USA
577 INTERNATIONAL DR.
BENNETTSVILLE, SC  29512

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,350.40

---

**3.904**

**Nonpriority creditor's name and mailing address**

PORTLAND STATION  LLC
P.O. BOX 1450
MINNEAPOLIS, MN  55485

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$42,072.24

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.905 | **Nonpriority creditor's name and mailing address**<br><br>POST CONSUMER BRANDS  LLC<br>2503 S. HANLEY ROAD<br>ST LOUIS, MO  63144<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $37,951.80 |
|---|---|---|
| 3.906 | **Nonpriority creditor's name and mailing address**<br><br>POUNDERS & ASSOCIATES<br>164 ANA DR<br>FLORENCE, AL  35630<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.907 | **Nonpriority creditor's name and mailing address**<br><br>PPA INDUSTRIES  INC<br>420 3RD AVE NW<br>HICKORY, NC  28601<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $113,972.80 |
| 3.908 | **Nonpriority creditor's name and mailing address**<br><br>PPS DATA  LLC<br>5421 S. ST. STREET  #2<br>MURRAY, UT  84107<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CORPORATE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,825,501.26 |
| 3.909 | **Nonpriority creditor's name and mailing address**<br><br>PRARIE FARMS DAIRY  INC<br>3744 STAUTON ROAD<br>EDWARDSVILLE, IL  62025<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DIRECT STORE DELIVERY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,197.77 |

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.910 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,247.14 |
|---|---|---|---|

PRECISION DOOR SERVICE OF
1716 SHELBY OAKS DR
MEMPHIS, TN  38134

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.911 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $24,352.77 |
|---|---|---|---|

PREMIER BRANDS OF AMERICA
31 SOUTH ST. SUITE 2-S
MOUNT VERNON, NY  10550

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.912 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15,925.90 |
|---|---|---|---|

PREMIER NUTRITION CORP
5905 CHRISTIE AVE
EMERYVILLE, CA  94608

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.913 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $168.40 |
|---|---|---|---|

PREMIUM BEVERAGE CO INC
928 N RAILROAD AVE
OPELIKA, AL  36801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.914 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,865.46 |
|---|---|---|---|

PREMIUM GUARD INC.
90 BROAD STREET  STE 1504
NEW YORK, NY  10004

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.915** | **Nonpriority creditor's name and mailing address**

PREMIUM WATERS
2100 SUMMER STREET NE
MINNEAPOLIS, MN  55413

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,810.24

---

**3.916** | **Nonpriority creditor's name and mailing address**

PRESCOTT DEVELOPMENT INC
C/O EVANS PETREE PC
ATTN JOSEPH GETZ
1000 RIDGEWAY LOOP 200
MEMPHIS, TN  38120

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.917** | **Nonpriority creditor's name and mailing address**

PRESCOTT LAND DEVELOPMENT
P.O. BOX 713
MARION, AR  72364

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,227.60

---

**3.918** | **Nonpriority creditor's name and mailing address**

PRESCOTT LAND DEVELOPMENT LLC
PO BOX 713
MARION, AR  72364

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.919** | **Nonpriority creditor's name and mailing address**

PRESSMAN TOY CORP
725 JOYCE KILMER AVE
BRUNSWICK, NJ  89010

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,092.58

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| 3.920 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|
| | PRESTIGE CONSUMER HEALTHCARE<br>C/O ALTUS GLOBAL TRADE SOLUTIONS<br>PO BOX 1389<br>KENNER, LA 70063 | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.921 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,348.00 |
|---|---|---|---|
| | PRETZELS INC.<br>123 HARVEST ROAD<br>BLUFFTON, IN 46714 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAREHOUSE EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.922 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14.09 |
|---|---|---|---|
| | PRIMROSE CANDY<br>4111 W. PARKER AVE.<br>CHICAGO, IL 60639 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAREHOUSE EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.923 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,608.38 |
|---|---|---|---|
| | PRINCE OF PEACE<br>751 NORTH CANYONS PKWY.<br>LIVERMORE, CA 94551 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAREHOUSE EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.924 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|
| | PRO-4 MARKETING LLC<br>C/O MARTIN, TATE, MORROW & MARSTON<br>INTERNATIONAL PAPER PLACE TOWER II,<br>6410 POPLAR AVENUE, SUITE 1000<br>MEMPHIS, TN 38119 | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Fred's, Inc. | Case 19-11984-CTG    Doc 475    Filed 11/11/19    Page 227 of 379 |
|--------|--------------|------------------------------|

(Name)    Case number (if known) 19-11984

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|-----------------|

| 3.925 | **Nonpriority creditor's name and mailing address**<br>PRODUCTS PLUS INC.<br>6550 BREM LANE SUITE A<br>GILROY, CA 95020<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,010.00 |
| 3.926 | **Nonpriority creditor's name and mailing address**<br>PROFUSION COSMETICS<br>5491 SCHAEFER AVE<br>CHINO, CA 91710<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DIRECT STORE DELIVERY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $956.20 |
| 3.927 | **Nonpriority creditor's name and mailing address**<br>PROGRAPHIC SYSTEMS<br>2000 MALLORY LANE<br>FRANKLIN, TN 37067<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CORPORATE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $98.80 |
| 3.928 | **Nonpriority creditor's name and mailing address**<br>PROMOTIONS IN MOTION<br>246 KNIGHT DRIVE<br>SALTILLO, MS 38866<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,079.50 |
| 3.929 | **Nonpriority creditor's name and mailing address**<br>PROVEAUX, JUDY<br>4298 HUNTERS CHAPEL ROAD<br>BAMBERG, SC 29003<br><br>**Date or dates debt was incurred**<br>6/3/2019<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS' COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.930**

**Nonpriority creditor's name and mailing address**

PRYM CONSUMER USA INC
13315 CAROWINDS BLVD.
CHARLOTTE, NC  28273

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,804.32

---

**3.931**

**Nonpriority creditor's name and mailing address**

PUERTO, RAMON
4511 TOWILER
MEMPHIS, TN  38122

**Date or dates debt was incurred**

4/14/2014

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.932**

**Nonpriority creditor's name and mailing address**

PURITY DAIRIES  INC.
P.O. BOX 935522
ATLANTA, GA  31193

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☑ No
☐ Yes

$434.65

---

**3.933**

**Nonpriority creditor's name and mailing address**

QUAD GRAPHICS INC
DBA QUAD GRAPHICS MKTG LL
3840 ROSIN CT STE 120
SACRAMENTO, CA  95834

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.934**

**Nonpriority creditor's name and mailing address**

QUAD LLC
ATTN DAVID G CONSTIEN
7707 T ST
LITTLE ROCK, AR  72227

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.935 | **Nonpriority creditor's name and mailing address**<br><br>QUALITY HOME PRODUCTS<br>8701 JANE STREET<br>VAUGHAN, ON  L4K 2M6<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35,283.60 |
| 3.936 | **Nonpriority creditor's name and mailing address**<br><br>QUEEN CITY CANDY<br>601 RUDOLPH WAY<br>LAWRENCEBURG, IN  47025<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $134.52 |
| 3.937 | **Nonpriority creditor's name and mailing address**<br><br>QUEENS BLVD COMMONS  LLC<br>48 EAST OLD COUNTRY ROAD<br>MINEOLA, NY  11501<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,333.34 |
| 3.938 | **Nonpriority creditor's name and mailing address**<br><br>R & S PROPERTIES<br>1278 OLD BELLS ROAD<br>JACKSON, TN  38305<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $75.00 |
| 3.939 | **Nonpriority creditor's name and mailing address**<br><br>R & W DEVELOPMENT<br>P.O. BOX 563<br>PINE PRAIRIE, LA  70576<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,900.00 |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.940**

**Nonpriority creditor's name and mailing address**

RACK SERVICE CO. INC.
P.O. BOX 4727
MONROE, LA 71211

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,497.85

---

**3.941**

**Nonpriority creditor's name and mailing address**

RADIATOR SPECIALTY CO.
1420 LEISURE CREST COURT
CORDOVA, TN 38018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,897.27

---

**3.942**

**Nonpriority creditor's name and mailing address**

RALLY AUTOMOTIVE LLC
2695 LAMARVILLE DR
JUPITER, FL 33458

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,000.00

---

**3.943**

**Nonpriority creditor's name and mailing address**

RANDY F LAVOI
6946 KEEL ROAD
SULPHUR, LA 70665

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,100.00

---

**3.944**

**Nonpriority creditor's name and mailing address**

RANIR LLC
4701 E. PARIS SE
GRAND RAPIDS, MI 49612

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,535.68

| Part 2: | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.945** **Nonpriority creditor's name and mailing address**

RARITAN PHARMACEUTICALS
8 JOANNA COURT
EAST BRUNSWICK, NJ 88160

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,105.44

---

**3.946** **Nonpriority creditor's name and mailing address**

RAUCH-MILLIKEN INTERNATIONAL
PO BOX 8390
METAIRIE, LA 70011

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.947** **Nonpriority creditor's name and mailing address**

RAY LEWIS CORPORATION
PO BOX 610
DEQUEEN, AR 71832

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,669.44

---

**3.948** **Nonpriority creditor's name and mailing address**

RAY OR BRENDA MILLER
1930 HERROD LANE
HARTSVILLE, TN 37074

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,666.66

---

**3.949** **Nonpriority creditor's name and mailing address**

RB HEALTH (US) LLC
399 INTERPACE PARKWAY
PARSIPPANY, NJ 70540

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$397,950.98

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.950** **Nonpriority creditor's name and mailing address**

RCI MGMT CO LLC
60 BROAD STREET
NEW YORK, NY  10004

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,499.82

---

**3.951** **Nonpriority creditor's name and mailing address**

RDO PROPERTIES LLC
115 KINGSWOOD DR
FAYETTEVILLE, GA  30215

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,133.34

---

**3.952** **Nonpriority creditor's name and mailing address**

RE TRANSPORTATION INC
P.O. BOX 2153
BIRMINGHAM, AL  35287

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$125,312.63

---

**3.953** **Nonpriority creditor's name and mailing address**

REBOX CORP-US WAREHOUSES
7500 CH DE LA
ST LAURENT, QC  H4T1E7
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,612.00

---

**3.954** **Nonpriority creditor's name and mailing address**

RECKITT BENCKISER
399 INTERPACE PARKWAY
PARSIPPANY, NJ  70540

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$677,243.42

**Part 2:** Additional Page

|  |  | Amount of claim |
|---|---|---|

| 3.955 | **Nonpriority creditor's name and mailing address**<br><br>RED DEVIL INC<br>4175 WEBB STREET<br>PRYOR, OK 74361<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,632.04 |

| 3.956 | **Nonpriority creditor's name and mailing address**<br><br>REDDY ICE<br>PO BOX 730201<br>DALLAS, TX 75373<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DIRECT STORE DELIVERY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,526.95 |

| 3.957 | **Nonpriority creditor's name and mailing address**<br><br>REDI FORM INC.<br>555 AIRLINE DRIVE<br>COPPELL, TX 75019<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,204.00 |

| 3.958 | **Nonpriority creditor's name and mailing address**<br><br>REESE PHARMACEUTICAL<br>10617 FRANK AVE.<br>CLEVELAND, OH 44106<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,319.96 |

| 3.959 | **Nonpriority creditor's name and mailing address**<br><br>REEVEMARK LLC<br>261 MADISON AVE STE 602<br>NEW YORK, NY 10016<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CORPORATE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,837.50 |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| 3.960 | **Nonpriority creditor's name and mailing address**<br>REFLEXIS SYSTEMS INC<br>3 ALLIED DRIVE  SUITE 220<br>DEDHAM, MA  20260<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CORPORATE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,869.33 |

| 3.961 | **Nonpriority creditor's name and mailing address**<br>REGENCY MANAGEMENT  INC<br>P.O. BOX 311132<br>ENTERPRISE, AL  36330<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21,333.30 |

| 3.962 | **Nonpriority creditor's name and mailing address**<br>REGENT BABY PRODUCTS<br>182-20 LIBERTY AVE<br>JAMAICA, NY  11412<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28,916.39 |

| 3.963 | **Nonpriority creditor's name and mailing address**<br>REGENT PRODUCTS<br>8999 PALMER STREET<br>RIVER GROVE, IL  60171<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,191.38 |

| 3.964 | **Nonpriority creditor's name and mailing address**<br>REHKOPF BROTHERS  A TEXAS<br>P.O. BOX 3777<br>WAKE VILLAGE, TX  75501<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,983.34 |

| Part 2: | Additional Page | |
|---|---|---|
| | | **Amount of claim** |

| 3.965 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $29,739.30 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
RENFRO CORPORATION
661 LINVILLE RD.
MT. AIRY, NC 27030

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $29,739.30

---

3.966 **Nonpriority creditor's name and mailing address**
RENPURE LLC
5314 SHORELINE DRIVE
MOUND, MN 55364

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $11,266.12

---

3.967 **Nonpriority creditor's name and mailing address**
RENT A SPACE COLUMBUS LLC
406 WILKINS WISE ROAD
COLUMBUS, MS 39705

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $1,000.00

---

3.968 **Nonpriority creditor's name and mailing address**
REPUBLIC PLASTICS LTD
355 SCHUMANN  ROAD
MCQUEENEY, TX 78123

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $45,849.77

---

3.969 **Nonpriority creditor's name and mailing address**
RETAIL TECH
1501 PARK ROAD
CHANHASSEN, MN 55317

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $382,635.32

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.970 | **Nonpriority creditor's name and mailing address**<br><br>RETAIL TECH INC<br>ATTN KATHY ISHAM<br>1501 PARK RD<br>CHANHASSEN, MN  55317<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN |
| 3.971 | **Nonpriority creditor's name and mailing address**<br><br>REVLON CONSUMER PRODUCTS<br>831 JAMES STREET<br>JACKSONVILLE, FL  32205<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $67,387.32 |
| 3.972 | **Nonpriority creditor's name and mailing address**<br><br>REYNOLDS CONSUMER<br>1900 W FIELD COURT<br>LAKE FOREST, IL  60045<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $384,051.94 |
| 3.973 | **Nonpriority creditor's name and mailing address**<br><br>RFP ATLAS SALES  LLC<br>5300 CURETON FEERY RD.<br>CATAWBA, SC  29704<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $51,451.00 |
| 3.974 | **Nonpriority creditor's name and mailing address**<br><br>RGIS INVENTORY SPECIALIST<br>P O BOX 77631<br>DETROIT, MI  48277<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>STORE EXPENSE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,000.00 |

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.975 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,850.00 |
|---|---|---|---|

3.975   **Nonpriority creditor's name and mailing address**

RICHARD AND LAURA C SMITH
104 WOODBRIDGE DR.
NEWTON, MS  39345

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,850.00

---

3.976   **Nonpriority creditor's name and mailing address**

RICHARD H SAIN
2719 JAMES EDMON CT
MURFREESBORO, TN  37129

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTEREST ON PROMISSORY NOTE

**Is the claim subject to offset?**
☒ No
☐ Yes

$75,743.00

---

3.977   **Nonpriority creditor's name and mailing address**

RICHARDSON, HILLARY
238 HARTFIELD DR.
MEDINA, TN  38355

**Date or dates debt was incurred**

10/19/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.978   **Nonpriority creditor's name and mailing address**

RICOLA USA INC.
6 CAMPUS DRIVE
PARSIPPANY, NJ  70540

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,053.04

---

3.979   **Nonpriority creditor's name and mailing address**

RICOS PRODUCTS CO INC
830 S PRESA STREET
DOUG BAKER
SAN ANTONIO, TX  78210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.980 | **Nonpriority creditor's name and mailing address**<br><br>RIVERSIDE SHOPPING<br>1086 WOODHAVEN<br>BATON ROUGE, LA  70815<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,812.65 |
| 3.981 | **Nonpriority creditor's name and mailing address**<br><br>RNDC OF SOUTH CAROLINA<br>410 FOSTER BROTHERS DR<br>WEST COLUMBIA, SC  29172<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>DIRECT STORE DELIVERY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $864.80 |
| 3.982 | **Nonpriority creditor's name and mailing address**<br><br>ROBERT A TURNER<br>PO BOX 53<br>ANDREWS, NC  28901<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,000.00 |
| 3.983 | **Nonpriority creditor's name and mailing address**<br><br>ROBERT B ERLICH<br>751 PALISADE AVE 211<br>TEANECK, NJ  76660<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $60,000.00 |
| 3.984 | **Nonpriority creditor's name and mailing address**<br><br>ROBERT HALF INTERNATIONAL<br>12400 COLLECTIONS CENTER<br>CHICAGO, IL  60693<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CORPORATE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,893.55 |

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.985** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,341.67

ROBERT N. GRAHAM  LLC.
P.O. BOX 1207
PURVIS, MS  39475

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.986** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,322.51

ROBERT WHITE TRUST
413 TENNESSEE AVENUE N
PARSONS, TN  38363

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.987** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $35,292.53

ROBINSON HOME PRODUCTS
170 LAWERENCE BELL DRIVE
WILLIAMSVILLE, NY  14221

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAREHOUSE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.988** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20,685.00

RONALD W. BAKER
P.O. BOX 55
TALLADEGA, AL  35161

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.989** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,200.00

RONNIE SHELTON
220 HUCKLEBERRY HILLS
COLUMBUS, MS  39705

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.990 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|
| | ROSE, RHONDA<br>P.O. BOX 581<br>OAKLAND, TN  38060 | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred**<br>2/19/2009 | **Basis for the claim:**<br>WORKERS' COMPENSATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.991 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|
| | ROSENTHAL & ROSENTHAL<br>C/O OTTERBOURG ATTORNEYS AT LAW<br>230 PARK AVENUE<br>NEW YORK, NY  10169 | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.992 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $87,440.70 |
|---|---|---|---|
| | ROSENTHAL & ROSENTHAL INC<br>128 WEST 36TH STREET<br>NEW YORK, NY  10018 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAREHOUSE EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.993 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $115,125.82 |
|---|---|---|---|
| | ROTARY CORPORATION/ DBA<br>801 W BARNARD STREET<br>GLENNVILLE, GA  30427 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAREHOUSE EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.994 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19,614.80 |
|---|---|---|---|
| | ROYAL APPLIANCE MFG  CO.<br>7005 COCHRAN RD.<br>GLENWILLOW, OH  44139 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAREHOUSE EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.995 | **Nonpriority creditor's name and mailing address**<br>ROYAL DELUXE ACCESSORIES<br>2563 BRUNSWICK AVENUE<br>LINDEN, NJ  70360<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,479.50 |
| 3.996 | **Nonpriority creditor's name and mailing address**<br>ROYAL OAK SALES  INC.<br>6202 INDUSTRIAL BLVD<br>GREENVILLE, TX  75402<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $90,175.20 |
| 3.997 | **Nonpriority creditor's name and mailing address**<br>RR DONNELLEY<br>14100 LEAR RD<br>RENO, NV  89506<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CORPORATE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $26,235.76 |
| 3.998 | **Nonpriority creditor's name and mailing address**<br>RSC DEVELOPMENT LLC<br>P.O. BOX 1908<br>ATHENS, GA  30603<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,933.34 |
| 3.999 | **Nonpriority creditor's name and mailing address**<br>RTC INDUSTRIES  INC.<br>1045 PAYSPHERE CIRCLE<br>CHICAGO, IL  60674<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>STORE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,152.04 |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1000 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $486,751.04 |
|---|---|---|---|

| 3.1000 | **Nonpriority creditor's name and mailing address**<br>RUBBERMAID INCORPORATED<br>9999 EAST 121 STREET<br>FISHERS, IN  46037<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $486,751.04 |
| 3.1001 | **Nonpriority creditor's name and mailing address**<br>RUCKER, TERRENCE<br>233 CYRPRESS WOOD COVE<br>APT 202<br>MEMPHIS, TN  38109<br><br>**Date or dates debt was incurred**<br>5/4/2015<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS' COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.1002 | **Nonpriority creditor's name and mailing address**<br>RUHREN, AUGUST<br>613 SUMMITT AVE<br>ANDERSON, SC  29621<br><br>**Date or dates debt was incurred**<br>4/21/2008<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS' COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.1003 | **Nonpriority creditor's name and mailing address**<br>RUSH DIRECT  INC<br>890 N WOOD DALE ROAD<br>WOOD DALE, IL  60191<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,317.60 |
| 3.1004 | **Nonpriority creditor's name and mailing address**<br>RUSSELL SUPERMARKET  INC.<br>415 CALDWELL DRIVE<br>WARRIOR, AL  35180<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,250.00 |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

**3.1005** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$103,272.80**

RUST-OLEUM CORPORATION
11 HAWTHORN PARKWAY
VERON HILLS, IL  60061

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAREHOUSE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1006** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$115,947.41**

S LICHTENBERG & CO INC
295 5TH AVE SUITE 918
NEW YORK, NY  10016

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAREHOUSE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1007** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$207,738.94**

S. C. JOHNSON
1525 HOWE STREET
RACINE, WI  53403

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAREHOUSE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1008** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,330.81**

SAFETY-KLEEN SYSTEMS  INC
P.O. BOX 650509
DALLAS, TX  75265

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CORPORATE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1009** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$11,000.00**

SALES AFFILIATES  LLC
5836 STAGE RD
BARTLETT, TN  38134

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CORPORATE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

| 3.1010 | **Nonpriority creditor's name and mailing address**<br><br>SALTER PROPERTIES  LLC<br>P.O. BOX 1778<br>CONWAY, AR  72033<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,032.62 |
| --- | --- | --- | --- |
| 3.1011 | **Nonpriority creditor's name and mailing address**<br><br>SAM MARTIN WELL DRILLING<br>2911 HWY. 441 SOUTH<br>RENTZ, GA  31076<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CORPORATE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $127.00 |
| 3.1012 | **Nonpriority creditor's name and mailing address**<br><br>SAND SPRINGS LLC<br>2100 SOUTH OCEAN BLVD.<br>PALM BEACH, FL  33480<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,850.99 |
| 3.1013 | **Nonpriority creditor's name and mailing address**<br><br>SARAMAX APPAREL GROUP<br>1372 BROADWAY<br>NEW YORK, NY  10018<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $49,380.32 |
| 3.1014 | **Nonpriority creditor's name and mailing address**<br><br>SAVORY TIME PET TREATS<br>710 GRAVES AVENUE<br>OXNARD, CA  93030<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $75,201.84 |

**Part 2:** Additional Page

| | Amount of claim |
| --- | --- |

**3.1015** | **Nonpriority creditor's name and mailing address**

SCHROEDER & TREMAYNE INC.
8500 VALCOUR AVE
ST. LOUIS, MO 63123

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,491.73

---

**3.1016** | **Nonpriority creditor's name and mailing address**

SCI INTERNATIONAL INC
5902 ENTERPRISE COURT
FREDERICK, MD 21703

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,923.20

---

**3.1017** | **Nonpriority creditor's name and mailing address**

SCOTT PET PRODUCTS
1543 US-41
ROCKVILLE, IN 47876

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,281.92

---

**3.1018** | **Nonpriority creditor's name and mailing address**

SCOTT'S LIQUID GOLD INC.
4880 HAVANA STREET
DENVER, CO 80239

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,116.80

---

**3.1019** | **Nonpriority creditor's name and mailing address**

SCOTT'S REAL
320 CANTERBURY DRIVE
EVANS, GA 30809

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,666.68

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.1020**  **Nonpriority creditor's name and mailing address**

SCRG II  LLC
55 MIDTOWN PARK EAST
MOBILE, AL  36606

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,689.26

---

**3.1021**  **Nonpriority creditor's name and mailing address**

SCRIPTCYCLE LLC
34 WALL STREET  5TH FL
ASHEVILLE, NC  28801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,946.50

---

**3.1022**  **Nonpriority creditor's name and mailing address**

SCRIPTPRO USA INC.
P.O. BOX 809004
KANSAS CITY, MO  64180

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,003.25

---

**3.1023**  **Nonpriority creditor's name and mailing address**

SCRUTCHINS, MARCUS
115 LARSEN ST
DUBLIN, GA  31021

**Date or dates debt was incurred**

6/27/2018

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.1024**  **Nonpriority creditor's name and mailing address**

SEARCY SQUARE  LLC
P.O. BOX 1697
JONESBORO, AR  72403

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,000.00

---

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.1025 | **Nonpriority creditor's name and mailing address**<br><br>SEASONAL DESIGNS INC<br>1595 SHIELDS DR<br>WAUKEGAN, IL 60085<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $46,139.76 |
| 3.1026 | **Nonpriority creditor's name and mailing address**<br><br>SECOND AVENUE PARTNERS<br>P.O. BOX 1508<br>GREENVILLE, SC 29602<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,000.00 |
| 3.1027 | **Nonpriority creditor's name and mailing address**<br><br>SECURITY EQUIPMENT CORP<br>747 SUN PARK DRIVE<br>FENTON, MO 63026<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,763.12 |
| 3.1028 | **Nonpriority creditor's name and mailing address**<br><br>SEENA INTERNATIONAL INC<br>ATTN RICK SINGH<br>1140 MOTOR PARKWAY, STE A<br>HAUPPAUGE, NY 11788<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.1029 | **Nonpriority creditor's name and mailing address**<br><br>SELECT BRANDS<br>C/O BRYAN CAVE LEIGHTON PAISNER LP<br>1 KANSAS CITY PL<br>1200 MAIN ST STE 3800<br>KANSAS CITY, MO 64105-2122<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.1030 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $222,926.81 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**
SELECT BRANDS  INC.
10817 RENNER BLVD.
LENEXA, KS  66219

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.1031 **Nonpriority creditor's name and mailing address**
SENTRY INDUSTRIES
PO BOX 885
HILLBURN, NY  10931

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.1032 **Nonpriority creditor's name and mailing address**
SENTRY INDUSTRIES INC.
P.O. BOX 885
HILLBURN, NY  10931

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$230,813.30

---

3.1033 **Nonpriority creditor's name and mailing address**
SERGEANT'S PET CARE
10077 SOUTH 134TH STREET
OMAHA, NE  68134

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$57,706.88

---

3.1034 **Nonpriority creditor's name and mailing address**
SHALOM INTERNATIONAL CORP
1050 AMBOY AVENUE
PERTH AMBOY, NJ  88610

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,109.82

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.1035** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN

SHANE, GLENDA
302 POPLAR ST
GREENFIELD, TN  38230

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

8/23/2017

**Basis for the claim:**
WORKERS' COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1036** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $59,981.21

SHAW MATERIAL HANDLING
PO BOX 415000
NASHVILLE, TN  37241

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CORPORATE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1037** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $570.21

SHRED-IT USA
28161 N KEITH DRIVE
LAKE FOREST, IL  60045

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
STORE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1038** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $70,399.64

SHURTECH BRANDS LLC
P.O. BOX 2228
HICKORY, NC  28603

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
WAREHOUSE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1039** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,619.13

SIBLEY INVESTMENTS  LLC
P.O. BOX 566
BASTROP, LA  71220

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1040 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $36,535.92 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
SIDCO REAL ESTATE LLC
PO BOX 40146
BATON ROUGE, LA  70835

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,535.92

---

3.1041 **Nonpriority creditor's name and mailing address**
SIEMENS INDUSTRY INC
7004 BEE CAVES RD BLDG 2
AUSTIN, TX  78746

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,147.06

---

3.1042 **Nonpriority creditor's name and mailing address**
SIFFRON
8181 DARROW ROAD
TWINSBURG, OH  44087

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,352.18

---

3.1043 **Nonpriority creditor's name and mailing address**
SIFFRON
ATTN MICHELLE KENNEDY
8181 DARROW ROAD
TWINSBURG, OH  44087

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.1044 **Nonpriority creditor's name and mailing address**
SIGMA SUPPLY INC
PO BOX 20980
HOT SPRINGS, AR  71901

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,199.20

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1045** | **Nonpriority creditor's name and mailing address**

SILLY STRING PRODUCTS
21205 LITTLE TREE DRIVE
WATERTOWN, NY  13601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,657.60

---

**3.1046** | **Nonpriority creditor's name and mailing address**

SIMS, TERESA
135 EVERETT WATSON ROAD
DOVER, TN  37058

**Date or dates debt was incurred**

8/29/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.1047** | **Nonpriority creditor's name and mailing address**

S-L SNACKS NATIONAL  LLC
P.O. BOX 32368
CHARLOTTE, NC  28232

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,788.12

---

**3.1048** | **Nonpriority creditor's name and mailing address**

SMART TEMPS  LLC
11001 BREN ROAD EAST
MINNETONKA, MN  55343

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$564.00

---

**3.1049** | **Nonpriority creditor's name and mailing address**

SMITHERMAN-CLARK LTD CO.
P.O. BOX 6412
HOT SPRINGS, AR  71902

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,100.00

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1050**    **Nonpriority creditor's name and mailing address**

SMP INVESTMENTS  INC.
9479 N.C. HWY 127
HICKORY, NC  28601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,850.02

---

**3.1051**    **Nonpriority creditor's name and mailing address**

SMS ASSIST LLC
875 N MICHIGAN AVE
CHICAGO, IL  60611

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$109,171.54

---

**3.1052**    **Nonpriority creditor's name and mailing address**

SMS ASSIST LLC
ATTN GENERAL COUNSEL
875 N MICHIGAN AVE, STE 2800
CHICAGO, IL  60611-4636

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.1053**    **Nonpriority creditor's name and mailing address**

SNAPPY POPCORN CO INC
610 MAIN STREET
BREDA, IA  51436

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,649.60

---

**3.1054**    **Nonpriority creditor's name and mailing address**

SOCIUS CARE LLC
3939 ROYAL DRIVE
KENNESAW, GA  30144

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,907.31

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1055 | **Nonpriority creditor's name and mailing address**<br><br>SOCK & ACCESSORY BRANDS<br>129 NC HIGHWAY 801S<br>ADVANCE, NC  27006<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $64,049.10 |
| 3.1056 | **Nonpriority creditor's name and mailing address**<br><br>SOD HARRISON LLC<br>4520 MAIN ST STE 1000<br>KANSAS CITY, MO  64111<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,723.82 |
| 3.1057 | **Nonpriority creditor's name and mailing address**<br><br>SOFIDEL AMERICA<br>500 W OFFICE CENTER DRIVE<br>FT. WASHINGTON, PA  19034<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $92,233.60 |
| 3.1058 | **Nonpriority creditor's name and mailing address**<br><br>SOFIDEL AMERICA CORPORATION<br>500 W OFFICE CENTER DR STE 200<br>FT. WASHINGTON, PA  19034<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.1059 | **Nonpriority creditor's name and mailing address**<br><br>SOPUS PRODUCTS<br>700 MILAM ST.<br>HOUSTON, TX  77002<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $77,587.00 |

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.1060**

**Nonpriority creditor's name and mailing address**

SOUTH DELTA PLANNING AND
P.O. BOX 1776
GREENVILLE, MS 38702

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,800.00

---

**3.1061**

**Nonpriority creditor's name and mailing address**

SOUTHEAST INVESTMENT
342 COOL SPRINGS BLVD.
FRANKLIN, TN 37067

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,000.00

---

**3.1062**

**Nonpriority creditor's name and mailing address**

SOUTHEASTERN MILLS  INC.
100 E 1ST AVE
ROME, AL 30161

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,660.87

---

**3.1063**

**Nonpriority creditor's name and mailing address**

SOUTHERN INDEPENDENT BANK
C/O AUGHTMAN LAW FIRM
1772 PLATT PL
MONTGOMERY, AL  36117

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.1064**

**Nonpriority creditor's name and mailing address**

SOUTHERN SEASONINGS INC
206 BURGESS DRIVE
BROUSSARD, LA  70518

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,410.02

**Part 2:**  Additional Page

| | Amount of claim |
| --- | --- |

---

**3.1065**  **Nonpriority creditor's name and mailing address**

SOUTHLAND INVEST PARTNERS
40 SOUTH MAIN STREET
MEMPHIS, TN  38103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**

☒ No
☐ Yes

$16,040.62

---

**3.1066**  **Nonpriority creditor's name and mailing address**

SPANGLER CANDY CO
1121 POPLAR VIEW LANE N
COLLIERVILLE, TN  38017

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

$37.68

---

**3.1067**  **Nonpriority creditor's name and mailing address**

SPARK INNOVATORS
41 KULICK ROAD
FAIRFIELD, NJ  07004

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**

☒ No
☐ Yes

UNKNOWN

---

**3.1068**  **Nonpriority creditor's name and mailing address**

SPARK INNOVATORS
41 KULICK ROAD
FAIRFIELD, NJ  70040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

$29,912.13

---

**3.1069**  **Nonpriority creditor's name and mailing address**

SPARTAN BRANDS INC.
220 EAST 23RD STREET
NEW YORK, NY  10010

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**

☒ No
☐ Yes

$18,020.31

---

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.1070 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $85,708.80 |
|---|---|---|---|

3.1070  **Nonpriority creditor's name and mailing address**

SPECIALTY PRODUCTS
225 INDUSTRIAL RD
FITCHBURG, MA  14200

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$85,708.80

---

3.1071  **Nonpriority creditor's name and mailing address**

SPIN MASTER INC
450 FRONT STREET W
TORONTO, ON  M5V 1B6
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,767.20

---

3.1072  **Nonpriority creditor's name and mailing address**

SPIRIT MASTER TRUST
2727 NORTH HARWOOD STREET
DALLAS, TX  75201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.1073  **Nonpriority creditor's name and mailing address**

SPIRIT REALTY CAPITAL INC
16767 N PERIMETER STE 210
SCOTTSDALE, AZ  85260

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,958.33

---

3.1074  **Nonpriority creditor's name and mailing address**

SPRAYCO
35601 VERONICA STREET
LIVONIA, MI  48150

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$42,067.20

| **Part 2:** | Additional Page |

|  |  | Amount of claim |
|---|---|---|

**3.1075** **Nonpriority creditor's name and mailing address**

SPRAYCO CONSUMER PRODUCTS
35601 VERONICA STREET
LIVONIA, MI 48150

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.1076** **Nonpriority creditor's name and mailing address**

STACEY DEBORD
262 POPS DRIVE
DUNLAP, TN 37327

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,800.00

---

**3.1077** **Nonpriority creditor's name and mailing address**

STAFFORD 1001 SLAPPEY LLC
P.O. BOX 186
TIFTON, GA 31793

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,816.86

---

**3.1078** **Nonpriority creditor's name and mailing address**

STANCO METAL PRODUCTS INC
800 LEXINGTON
CARROLLTON, MS 38917

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,427.20

---

**3.1079** **Nonpriority creditor's name and mailing address**

STAPLES BUSINESS CREDIT
P.O. BOX 105638
ATLANTA, GA 30348

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,900.84

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.1080 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|
| | STAPLES INC.<br>STAPLES CONTRACT & COMMER LLC.<br>PO BOX 105638<br>ATLANTA, GA 30348-5638 | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.1081 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52,613.89 |
|---|---|---|---|
| | STAR CANDLE COMPANY LLC<br>300 INDUSTRIAL AVE<br>RIDGEFIELD PARK, NJ 76600 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAREHOUSE EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.1082 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.05 |
|---|---|---|---|
| | STAR RIDE KIDS<br>1384 BROADWAY FLOOR 14<br>NEW YORK, NY 10018 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAREHOUSE EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.1083 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $79,336.56 |
|---|---|---|---|
| | STAR SNACK CO. INC.<br>111 PORT JERSEY BLVD.<br>JERSEY CITY, NJ 73050 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAREHOUSE EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.1084 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|---|
| | STATE OF MISSISSIPPI<br>OFFICE OF THE ATTORNEY GENERAL<br>550 HIGH ST STE 1200<br>JACKSON, MS 39205 | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

**Part 2:** Additional Page

| | Amount of claim |
| --- | --- |

3.1085 **Nonpriority creditor's name and mailing address**

STEPHEN PHILLIP PANNELL
1879 N COLEY RD
TUPELO, MS 38801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$88,922.26

---

3.1086 **Nonpriority creditor's name and mailing address**

STERLING BUILDING
6064 APPLETREE DRIVE #4
MEMPHIS, TN 38115

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,700.00

---

3.1087 **Nonpriority creditor's name and mailing address**

STICE HILL HOLDING LC
7650 OLD HAMMOND HIGHWAY
BATON ROUGE, LA 70809

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$49,568.71

---

3.1088 **Nonpriority creditor's name and mailing address**

STOKES, LATONIA
PO BOX 2244
CLARKSDALE, MS 38614

**Date or dates debt was incurred**

7/24/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.1089 **Nonpriority creditor's name and mailing address**

STORE CAPITAL CORPORATION
P.O. BOX 145404
CINCINNATI, OH 45250

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$113,175.41

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

3.1090 **Nonpriority creditor's name and mailing address**

STORE SUPPLY WAREHOUSE
12955 ENTERPRISE WAY
BRIDGETON, MO  63044

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,248.48

---

3.1091 **Nonpriority creditor's name and mailing address**

STOUT STUFF LLC
1402 SW SUSANA STREET
BENTONVILLE, AR  72712

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$29,409.52

---

3.1092 **Nonpriority creditor's name and mailing address**

STRATAS FOODS LLC
1610 CENTURY CENTER
MEMPHIS, TN  38134

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,230.85

---

3.1093 **Nonpriority creditor's name and mailing address**

STRATEGIC MERCHANDE GROUP
1536 FIRST STREET
NEWTON FALLS, OH  44444

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$90,656.00

---

3.1094 **Nonpriority creditor's name and mailing address**

STRENGTH OF NATURE
64 ROSS ROAD
SAVANNAH, GA  31405

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$123,335.05

---

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

---

**3.1095** **Nonpriority creditor's name and mailing address**

STRIBLING INVESTMENTS LLC
P O BOX 320033
FLOWOOD, MS 39232

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,683.36

---

**3.1096** **Nonpriority creditor's name and mailing address**

STURM'S FOODS
P.O.BOX 603
BRANDON, MS 39043

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,394.03

---

**3.1097** **Nonpriority creditor's name and mailing address**

SUMMIT LABS INC
17010 S HALSTED STREET
HARVEY, IL 60426

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$35,532.16

---

**3.1098** **Nonpriority creditor's name and mailing address**

SUMMIT PROPERTIES LLC
P.O. BOX 891
BRYANT, AR 72089

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,166.66

---

**3.1099** **Nonpriority creditor's name and mailing address**

SUN MAID GROWERS OF CALIF
7901-2 EAST RIVERSIDE DR
AUSTIN, TX 78744

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,458.51

---

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.1100** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,160.74

SUNCAST CORPORATION
701 N. KIRK RD.
BATAVIA, IL 60510

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
WAREHOUSE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1101** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21,900.00

SUNDEEP S GILL AS SUNDEEP
3418 ASHBOURNE CIRCLE
SAN RAMON, CA 94583

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $31,536.52

SUNNY DELIGHT BEVERAGES
10300 ALLIANCE RD
CINCINNATI, OH 45230

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
WAREHOUSE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,725.96

SUN-PINE CORP.
P.O. BOX 287
BRANDON, MS 39043

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
WAREHOUSE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $157,920.52

SUNSHINE MILLS INC.
500 6TH STREET
RED BAY, AL 35582

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
WAREHOUSE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

**3.1105** | **Nonpriority creditor's name and mailing address**

SUNWISE LLC
15893 WAYLAND DR
CHARLOTTE, NC  28277

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$55,000.00

---

**3.1106** | **Nonpriority creditor's name and mailing address**

SUPER-PUFFT SNACKS CORP.
880 GANG COURT
MISSISSAUGA, ON  L5S 1N8
CANADA

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$132,454.05

---

**3.1107** | **Nonpriority creditor's name and mailing address**

SUTTON SQUARE  LLC
5801 CONGRESS AVE
BOCA RATON, FL  33487

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,700.00

---

**3.1108** | **Nonpriority creditor's name and mailing address**

SWAINSBORO RETAIL I  LLC
1810 WATER PLACE
ATLANTA, GA  30339

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$56,758.31

---

**3.1109** | **Nonpriority creditor's name and mailing address**

SWANSON DEVELOPMENTS  LP
1188 PARK AVE.
MURFREESBORO, TN  37129

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,692.94

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

| 3.1110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,444.61 |
|---|---|---|---|

**3.1110** **Nonpriority creditor's name and mailing address**
T.W. GARNER FOOD CO.
2820 BRANSFORD AVE. 37204
WINSTON SALEM, NC  27115

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,444.61

---

**3.1111** **Nonpriority creditor's name and mailing address**
TALKING RAIN BEVERAGE
30520 SE 84TH STREET
PRESTON, WA  98050

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,200.00

---

**3.1112** **Nonpriority creditor's name and mailing address**
TALKING TABLES INC
404 FIFTH AVE  3RD FLOOR
NEW YORK, NY  10018

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,886.03

---

**3.1113** **Nonpriority creditor's name and mailing address**
TALKING TABLES INC
404 FIFTH AVE 3RD FLOOR
NEW YORK, NY  10018-7510

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.1114** **Nonpriority creditor's name and mailing address**
TAM-AM FOODS INC
P.O. BOX 698
BELZONI, MS  39038

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,185.03

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.1115** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $55,494.38
*Check all that apply.*

TARO PHARMACEUTICALS USA
1579 HALISPORT LAKE DRIVE
KENNESAW, GA 30152

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1116** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN
*Check all that apply.*

TARTT, DEANN
2180 BETHEL CHURCH ROAD
HOLCOMB, MS 38940

**Date or dates debt was incurred**

1/29/2019

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1117** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN
*Check all that apply.*

TAYLOR, MAXINE
2008 WELCH LN
HAZLEHURST, MS 39083

**Date or dates debt was incurred**

2/16/2017

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1118** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23,046.54
*Check all that apply.*

TC HEARTLAND LLC
14390 CLAY TERRACE BLVD
CARMEL, IN 46032

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1119** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25,591.87
*Check all that apply.*

TEC LABORATORIES INC.
P.O. BOX 308
MARBLE HILL, GA 30148

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

| | Amount of claim |
| --- | --- |

---

3.1120 **Nonpriority creditor's name and mailing address**

TECH PAC LLC
1340 TREAT BLVD
WALNUT CREEK, CA  94597

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$74,330.56

---

3.1121 **Nonpriority creditor's name and mailing address**

TECHNICAL CHEMICAL
3327 PIPELINE ROAD
CLEBURNE, TX  76033

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,981.67

---

3.1122 **Nonpriority creditor's name and mailing address**

TED AND RICKY MACKEY
P.O. BOX 145
RUSSELLVILLE, AR  72811

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$959.66

---

3.1123 **Nonpriority creditor's name and mailing address**

TELEBRANDS
79 TWO BRIDGES ROAD
FAIRFIELD, NJ  70040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,501.22

---

3.1124 **Nonpriority creditor's name and mailing address**

TELLA-TECH  INC.
3325 HOLLYWOOD BLVD
HOLLYWOOD, FL  33021

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,804.19

---

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.1125 Nonpriority creditor's name and mailing address**

TERMINIX
PO BOX 742592
CINCINNATI, OH  45274-2592

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.1126 Nonpriority creditor's name and mailing address**

TERRY DEVELOPMENT LLC
2088 OLD TAYLOR RD
OXFORD, MS  38655

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$41,249.61

---

**3.1127 Nonpriority creditor's name and mailing address**

TERRY TURNER
THE CRONE LAW FIRM
ATTN LAURA BAILEY
88 UNION AVE 14TH FL
MEMPHIS, TN  38103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.1128 Nonpriority creditor's name and mailing address**

TEU SERVICES INC.
228 WASHINGTON STREET
KERVILLE, TX  78028

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.1129 Nonpriority creditor's name and mailing address**

THE BAZAAR  INC.
1900 N. 5TH AVENUE
RIVER GROVE, IL  60171

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,332.40

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

| 3.1130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $48,322.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
THE CIT GROUP/COMMERCIAL
666 5TH AVE
NEW YORK, NY  10001

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,322.00

---

**Nonpriority creditor's name and mailing address**
3.1131   THE CITY OF GUIN  ALABAMA
P.O. BOX 249
GUIN, AL  35563

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,883.34

---

**Nonpriority creditor's name and mailing address**
3.1132   THE CLIFTON TRIGG TRUST
101 GREENBRIAR CIRCLE
CROSSETT, AR  71635

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,333.34

---

**Nonpriority creditor's name and mailing address**
3.1133   THE GERSON COMPANY
1450 S. LONE ELM ROAD
OLATHE, KS  66061

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$105,409.70

---

**Nonpriority creditor's name and mailing address**
3.1134   THE HYGENIC CORPORATION
1245 HOME AVENUE
AKRON, OH  44310

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,103.83

**Part 2:** Additional Page

|  | Amount of claim |
|---|---|

---

**3.1135** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,727.20

THE LILLY COMPANY
P.O. BOX 1000 DEPT #184
MEMPHIS, TN  38148

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CORPORATE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1136** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19,415.04

THE MASTER GARDNER CO.
5770 NORTH BLACKSTOCK RD.
SPARTANBURG, SC  29303

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
WAREHOUSE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1137** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $31,275.00

THE PERKINS CORPORATION
P.O. BOX 490
MCKENZIE, TN  38201

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1138** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $400.11

THE RIPLEY CO LTD
537 MARKET ST. STE. 400
CHATTANOOGA, TN  37402

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1139** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,300.00

THE SHOPPING SPOT
P O BOX 44287
SHREVEPORT, LA  71134

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1140**

**Nonpriority creditor's name and mailing address**

THE SOUTHEAST CO  INC
PO BOX 949
LEEDS, AL  35094

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$46,509.97

---

**3.1141**

**Nonpriority creditor's name and mailing address**

THE TEMPLES CO.
P.O. BOX 405
VIDALIA, GA  30475

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,950.00

---

**3.1142**

**Nonpriority creditor's name and mailing address**

THE UNITED STATES PLAYING
300 GAP WAY
ERLINGER, KY  41018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,983.82

---

**3.1143**

**Nonpriority creditor's name and mailing address**

THE VESTED GROUP
138 GRIFFIN ROAD
RUSTON, LA  71270

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,833.00

---

**3.1144**

**Nonpriority creditor's name and mailing address**

THE VILLAGE SHOPPING
P.O. BOX 549
CUTHBERT, GA  39840

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,754.00

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.1145** | **Nonpriority creditor's name and mailing address**

THE WILLOW BEND
P.O. BOX 121704
CLERMONT, FL  34712

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,837.68

---

**3.1146** | **Nonpriority creditor's name and mailing address**

THEODORE ZALLER
C/O PAUL KENT BRAMLETT LAW OFFICES
PO BOX 150734
NASHVILLE, TN  37215

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.1147** | **Nonpriority creditor's name and mailing address**

THERESA W BISHOP
102 S. HOLLY
MONTEREY, TN  38574

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,500.00

---

**3.1148** | **Nonpriority creditor's name and mailing address**

THOMAS WYATT BROUGHTON
310 LONGLEAF CIRCLE
MONROEVILLE, AL  36460

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,200.34

---

**3.1149** | **Nonpriority creditor's name and mailing address**

THOMAS, ANDREW
119 SHAWN MOORE LN
GASON, SC  29053

**Date or dates debt was incurred**

12/27/2018

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

**Part 2:** Additional Page

| | Amount of claim |
|---|---|

---

**3.1150** **Nonpriority creditor's name and mailing address**

THOMSON REUTERS
PO BOX 6016
CAROL STREAM, IL 60197

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,500.00

---

**3.1151** **Nonpriority creditor's name and mailing address**

THUNDER ROAD LAND AND
310 BUCKNER ROAD
MAYNARDVILLE, TN 37807

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,400.00

---

**3.1152** **Nonpriority creditor's name and mailing address**

TIFFANY TAYLOR ET AL.
C/O PITTMAN DUTTON & HELLUMS PC
2001 PARKE PL NORTH 1100
BIRMINGHAM, AL 35203

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.1153** **Nonpriority creditor's name and mailing address**

TIGER ACCESSORY GROUP
6700 WILDLIFE WAY
LONG GROVE, IL 60047

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,508.61

---

**3.1154** **Nonpriority creditor's name and mailing address**

TILLMAN, LATOYA
439 MCRAE MILAN ROAD LOT 2
MCRAE, GA 31055

**Date or dates debt was incurred**

7/21/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.1155** | **Nonpriority creditor's name and mailing address**

TIM RHODES PROPERTIES LLC
707 NORTH BROADWAY STREET
FLORENCE, AL  35630

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,800.00

---

**3.1156** | **Nonpriority creditor's name and mailing address**

TIPPAH UNION  INC.
6000 POPLAR AVE STE 400
MEMPHIS, TN  38119

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,645.83

---

**3.1157** | **Nonpriority creditor's name and mailing address**

TMP INTERNATIONAL
1711 W GREENTREE DRIVE
TEMPE, AZ  85284

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$152.10

---

**3.1158** | **Nonpriority creditor's name and mailing address**

TONY CHACHERE'S
519 N.LOMBARD STREE
OPELOUSAS, LA  70570

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,751.68

---

**3.1159** | **Nonpriority creditor's name and mailing address**

TOP CHEMICAL CO.
703 INDUSTRIAL BLVD.
DUBLIN, GA  31040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$274.32

---

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.1160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,002.67 |
| --- | --- | --- | --- |

TOP HITS INC
360 HASTINGS LN
BUFFALO GROVE, IL 60089

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1161 | **Nonpriority creditor's name and mailing address** | | $15,900.00 |
| --- | --- | --- | --- |

TOWER CAPTIAL HOLDINGS
P.O. BOX 14151
BATON ROUGE, LA 70898

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1162 | **Nonpriority creditor's name and mailing address** | | $17,537.74 |
| --- | --- | --- | --- |

TOWER LABORATORIES
107 BEECHRIDGE WAY
GREENVILLE, SC 29707

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1163 | **Nonpriority creditor's name and mailing address** | | $171.00 |
| --- | --- | --- | --- |

TRANSNATIONAL FOODS INC.
1110 BRICKELL AVE
MIAMI, FL 33131

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1164 | **Nonpriority creditor's name and mailing address** | | $15,589.00 |
| --- | --- | --- | --- |

TRENDSTAR CORPORATION
136 FAIRFIELD ROAD
FAIRFIELD, NJ 70040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

### 3.1165 Nonpriority creditor's name and mailing address

TRI COASTAL DESIGN
49 W 37TH STREET
NEW YORK, NY 10018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,577.80

---

### 3.1166 Nonpriority creditor's name and mailing address

TRI SALES MARKETING
130 WATER STREET
NORWALK, CT 68540

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,970.00

---

### 3.1167 Nonpriority creditor's name and mailing address

TRI STATE DISTRIUTION
P.O. BOX 505525
ST LOUIS, MO 63150

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,402.42

---

### 3.1168 Nonpriority creditor's name and mailing address

TRIANGLE WHOLESALERS
7000 JAMESON RD.
MIDLAND, GA 31820

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

$213.50

---

### 3.1169 Nonpriority creditor's name and mailing address

TRINTECH INC
15851 DALLAS PARKWAY
DALLAS, TX 75001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,847.26

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.1170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,500.00 |
|---|---|---|---|

3.1170

**Nonpriority creditor's name and mailing address**

TRIPLE C LAND COMPANY LLC
1550 ALLARDT TINCH ROAD
JAMESTOWN, TN  38556

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,500.00

---

3.1171

**Nonpriority creditor's name and mailing address**

TRISTAR PRODUCTS INC
2620 WESTVIEW DRIVE
WYOMISSING, PA  19610

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,737.75

---

3.1172

**Nonpriority creditor's name and mailing address**

TRIUMPH HOSIERY
4624 N. 46TH AVE.
HOLLYWOOD, FL  33020

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,525.00

---

3.1173

**Nonpriority creditor's name and mailing address**

TROY A BYRAN SOLE MBR
505 GRAND OAK DRIVE
ANDALUSIA, AL  36421

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$51,000.00

---

3.1174

**Nonpriority creditor's name and mailing address**

T-SHIRT INTERNATIONAL INC
1560 E MORELAND BLVD.
WAUKESHA, WI  53186

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$92,456.00

| Debtor | Fred's, Inc. | | | | |
|---|---|---|---|---|---|
| | (Name) | | | Case number (if known) 19-11984 | |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.1175**

**Nonpriority creditor's name and mailing address**

TTM HOLDINGS LLC AND
1505 LAKES PARKWAY          .
LAWRENCEVILLE, GA  30043

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$47,906.96

---

**3.1176**

**Nonpriority creditor's name and mailing address**

TURF CARE SUPPLY CORPORAT
50 PEARL ROAD SUITE 200
BRUNSWICK, OH  44212

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

$43.54

---

**3.1177**

**Nonpriority creditor's name and mailing address**

TURNER DAIRY
2040 MADISON AVE
MEMPHIS, TN  38104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,644.02

---

**3.1178**

**Nonpriority creditor's name and mailing address**

TURTLE WAX  INC
2250 W. PINEHURST BLVD.
ADDISON, IL  60101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$123,804.68

---

**3.1179**

**Nonpriority creditor's name and mailing address**

TY INC
P.O. BOX 5934
CHICAGO, IL  60680

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$50,470.30

---

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1180** **Nonpriority creditor's name and mailing address**

TYDEN BROOKS
409 HOOSIER DRIVE
ANGOLA, IN  46703

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,287.42

---

**3.1181** **Nonpriority creditor's name and mailing address**

TYUS, CHERRY
4957 ROSEFIELD ROAD
MEMPHIS, TN  38118

**Date or dates debt was incurred**

6/13/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.1182** **Nonpriority creditor's name and mailing address**

U P ENTERPRISE
P.O. BOX 696
CARTHAGE, NC  28327

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,749.07

---

**3.1183** **Nonpriority creditor's name and mailing address**

UNILEVER HPC - USA
5250 E. RAINES RD.
MEMPHIS, TN  38118

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$462,821.50

---

**3.1184** **Nonpriority creditor's name and mailing address**

UNION CITY COCA COLA
1915 REELFOOT AVE
UNION CITY, TN  38261

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,327.07

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.1185** **Nonpriority creditor's name and mailing address**

UNION UNDERWEAR CO.INC
1 FRUIT OF THE LOOM DR
BOWLING GREEN, KY 42103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$272,472.51

---

**3.1186** **Nonpriority creditor's name and mailing address**

UNIPLAST INDUSTRIES INC.
1-5 PLANT ROAD
HASBROUCK HEIGHTS, NJ 76040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$31,689.25

---

**3.1187** **Nonpriority creditor's name and mailing address**

UNIQUE INDUSTRIES  INC.
4750 LEAGUE ISLAND BLVD
PHILADELPHIA, PA 19112

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,688.80

---

**3.1188** **Nonpriority creditor's name and mailing address**

UNITED EXCHANGE CORP.
5836 CORPORATE AVE
CYPRRESS, CA 90630

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,680.04

---

**3.1189** **Nonpriority creditor's name and mailing address**

UNITED RENTALS NORTH AMER
PO BOX 840514
DALLAS, TX 75284

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,223.67

---

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1190 | **Nonpriority creditor's name and mailing address**<br><br>UNITED SUGARS CORP<br>8000 WEST 78TH SREET<br>EDINA, MN 55439<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $31,594.71 |
| 3.1191 | **Nonpriority creditor's name and mailing address**<br><br>UNIVERS WORKPLACE BENEFIT<br>897 12TH ST<br>HAMMONTON, NJ 80370<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CORPORATE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,533.28 |
| 3.1192 | **Nonpriority creditor's name and mailing address**<br><br>UNIVERSAL BEAUTY PRODUCTS<br>500 WALL STREET<br>GLENDALE HEIGHTS, IL 60139<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,228.00 |
| 3.1193 | **Nonpriority creditor's name and mailing address**<br><br>UNIVERSAL CHARGE ACCOUNTS<br>665 RODI ROAD<br>PITTSBURGH, PA 15235<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>STORE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,676.90 |
| 3.1194 | **Nonpriority creditor's name and mailing address**<br><br>UNIVERSAL SECURITY<br>11407 CRONHILL DR<br>OWINGS MILLS, MD 21117<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,669.72 |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.1195** | **Nonpriority creditor's name and mailing address**

UPS
P.O. BOX 7247-0244
PHILADELPHIA, PA  19170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.45

---

**3.1196** | **Nonpriority creditor's name and mailing address**

UPSTREAM SHOPPING CENTER
340 VINCENT AVE.
METARIE, LA  70005

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,537.68

---

**3.1197** | **Nonpriority creditor's name and mailing address**

US ALLIANCE PAPER INC
101 HEARTLAND BLVD
EDGEWOOD, NY  11717

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,297.86

---

**3.1198** | **Nonpriority creditor's name and mailing address**

US NONWOVENS CORP
100 EMJAY BLVD
BRENTWOOD, NY  11717

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,177.88

---

**3.1199** | **Nonpriority creditor's name and mailing address**

UTZ QUALITY FOODS  LLC
FKA GOLDEN FLAKE SNACK
HANOVER, PA  17331

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,554.43

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.1200** **Nonpriority creditor's name and mailing address**

UXC ECLIPSE (USA) LLC
1775 TYSONS BLVD.
TYSONS, VA 22102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,207,487.41

---

**3.1201** **Nonpriority creditor's name and mailing address**

V M CLEVELAND
1879 COLEY ROAD
TUPELO, MS 38801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,450.72

---

**3.1202** **Nonpriority creditor's name and mailing address**

V&V LIMITED LIABILITY CO
2214 SOUTH CHURCH AVE.
LOUISVILLE, MS 39339

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,200.00

---

**3.1203** **Nonpriority creditor's name and mailing address**

VALENTINE PHARMACY INC
160 STARLIGHT POINT
NATCHITOCHES, LA 71457

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,800.00

---

**3.1204** **Nonpriority creditor's name and mailing address**

VALUE SMART PRODUCTS
3651 PEACHTREE PKWY
SUWANEE, GA 30024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,048.08

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.1205** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,100.33

VAN ZYVERDEN INC
8079 VAN ZYVERDEN RD
MERIDIAN, MS  39305

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
DIRECT STORE DELIVERY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1206** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $86,724.00

VAN ZYVERDEN INC.
PO BOX 550
MERIDIAN, MS  39302

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
WAREHOUSE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1207** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $26,387.35

VANILLA/PREHOLDING
3567 PARKWAY LANE
NORCROSS, GA  30092

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
DIRECT STORE DELIVERY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1208** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $874.64

VAXSERVE  INC
12566 COLLECTION CTR DR.
CHICAGO, IL  60693

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
STORE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1209** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,133.34

VERA AMANDA L BYRD
535 BROOKWOOD POINT PLACE
SIMPSONVILLE, SC  29681

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.1210**

**Nonpriority creditor's name and mailing address**

VERIDIAN HEALTHCARE LLC
1175 LAKESIDE DR.
GURNEE, IL 60031

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$66,886.30

---

**3.1211**

**Nonpriority creditor's name and mailing address**

VERISK CRIME ANALYTICS
PO BOX 27508
NEW YORK, NY 10087

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,384.00

---

**3.1212**

**Nonpriority creditor's name and mailing address**

VERIZON WIRELESS
ONE VERIZON WAY
BASKING RIDGE, NJ 79200

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$145,270.85

---

**3.1213**

**Nonpriority creditor's name and mailing address**

VERTIV SERVICES INC.
610 EXECUTIVE CAMPUS DR
WESTERVILLE, OH 43082

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,594.99

---

**3.1214**

**Nonpriority creditor's name and mailing address**

VESTCOM ELEC IMAGING SERVICES INC.
PO BOX 34838
NEWARK, NJ 07189-4838

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

Debtor  Fred's, Inc.  Case 19-11984-CTG  Doc 475  Filed 11/11/19  Page 285 of 379
(Name)
Case number (if known) 19-11984

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | **Amount of claim** |
|---|---|---|

---

**3.1215**   **Nonpriority creditor's name and mailing address**

VIETTI FOODS CO. INC.
636 SOUTHGATE AVENUE
NASHVILLE, TN 37203

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,335.60

---

**3.1216**   **Nonpriority creditor's name and mailing address**

VIGO IMPORTING COMPANY
4701 WEST COMANCHE AVE
TAMPA, FL 33614

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,510.88

---

**3.1217**   **Nonpriority creditor's name and mailing address**

VILLAGE WEST LLC
742 N BROAD ST
CAIRO, GA 39828

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,350.00

---

**3.1218**   **Nonpriority creditor's name and mailing address**

VITAL RECORDS CONTROL
1001C CENTRE POINTE DR
LA VERGNE, TN 37086

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$81,866.97

---

**3.1219**   **Nonpriority creditor's name and mailing address**

VMCPP LLC
1879 N COLEY ROAD
TUPELO, MS 38801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$59,093.56

| **Part 2:** | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.1220 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,925.84 |
|---|---|---|---|
| | VOORTMAN<br>4475 N SERVICE ROAD<br>BURLINGTON, ON  L7L 4X7<br>CANADA | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAREHOUSE EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.1221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|
| | VOORTMAN COOKIES LIMITED<br>4475 N SERVICE ROAD<br>BURLINGTON, ON  L7L 4X7 | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.1222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $180.00 |
|---|---|---|---|
| | VSC FIRE & SECURITY  INC.<br>P.O. BOX 1370<br>CABOT, AR  72023 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>STORE EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.1223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $112,152.96 |
|---|---|---|---|
| | VTECH COMMUNICATIONS INC.<br>9590 SW GEMINI DRIVE<br>BEAVERTON, OR  97008 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAREHOUSE EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.1224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $44,713.51 |
|---|---|---|---|
| | W E BASSETT COMPANY<br>75 ENTERPRISE STE 300<br>ALISO VIEJO, CA  92656 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>WAREHOUSE EXPENSE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.1225** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,266.66
*Check all that apply.*

W. H. SLEDGE
P.O. BOX 216
BYRON, GA 31008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1226** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22,916.68
*Check all that apply.*

W.H.P. LLC
P.O. BOX 531203
BIRMINGHAM, AL 35253

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1227** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN
*Check all that apply.*

WALKER, LINDA
207 TUCKER PLACE
ABERDEEN, MS 39730

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
7/31/2018

**Basis for the claim:**
WORKERS' COMPENSATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1228** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,811.50
*Check all that apply.*

WALLER LANSDEN DORTCH &
511 UNION STREET STE 2700
NASHVILLE, TN 37219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CORPORATE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1229** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,750.03
*Check all that apply.*

WAREHOUSE HOME FURNISHING
1851 TELFAIR STREET
DUBLIN, GA 31021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**  Additional Page

| | Amount of claim |
|---|---|

| 3.1230 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $259,432.55 |
|---|---|---|---|

3.1230 **Nonpriority creditor's name and mailing address**

WARREN OIL COMPANY INC.
P.O. BOX 1507
DUNN, NC  28335

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$259,432.55

---

3.1231 **Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT
PO BOX 9001315
LOUISVILLE, KY  40290-1315

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.1232 **Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT NATIONAL
P.O. BOX 930580
ATLANTA, GA  31193

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$242,090.04

---

3.1233 **Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT OF
88 JOYCE LANE
RUSSELLVILLE, AR  72802

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
STORE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$870.12

---

3.1234 **Nonpriority creditor's name and mailing address**

WATCH US INC
4450 DIXIE HWY
FAIRFIELD, OH  45014

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,333.54

| **Part 2:** | Additional Page | | | |
| --- | --- | --- | --- | --- |

| | | | | Amount of claim |
| --- | --- | --- | --- | --- |

**3.1235**   **Nonpriority creditor's name and mailing address**

WDD  LLC
P.O. BOX 1727
AUSTIN, TX  78768

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,521.12

---

**3.1236**   **Nonpriority creditor's name and mailing address**

WDGROUP
1036 WAVERLEY STREET
WINNIPEG, MB  R3T 0P3
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
MANUFACTURING

**Is the claim subject to offset?**
☒ No
☐ Yes

$500.00

---

**3.1237**   **Nonpriority creditor's name and mailing address**

WEATHERFORD CUSHION CO.
2105 LUCAS ROAD
WEATHERFORD, TX  76085

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,971.42

---

**3.1238**   **Nonpriority creditor's name and mailing address**

WEAVER POPCORN COMPANY
642 KING HAROLD CT
OVIEDO, FL  32765

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,331.32

---

**3.1239**   **Nonpriority creditor's name and mailing address**

WEBB, LAKEISHA
624 MARCUS STREET
DUBLIN, GA  31021

**Date or dates debt was incurred**

6/27/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1240** | **Nonpriority creditor's name and mailing address**
WEBSTER, MARY KAY
311 CO HWY 405
GUIN, AL  35563

**Date or dates debt was incurred**
1/2/2003

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.1241** | **Nonpriority creditor's name and mailing address**
WEEKS & LEO CO INC
4000 NW 100TH ST
URBANDALE, IA  50322

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,010.24

---

**3.1242** | **Nonpriority creditor's name and mailing address**
WEIMAN PRODUCTS LLC
755 TRI STATE PARKWAY
GURNEE, IL  60031

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,689.56

---

**3.1243** | **Nonpriority creditor's name and mailing address**
WEINER, WEISS & MADISON
ATTORNEYS FOR LESSSOR
330 MARSHALL STREET
SUITE 1000
SHREVEPORT, LA  71101

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.1244** | **Nonpriority creditor's name and mailing address**
WELCH'S FOODS INC
300 BAKER AVE SUITE 101
CONCORD, MA  17420

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$39,038.77

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.1245 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,844.88 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

WELLS & WEST COMMERCIAL
P.O. BOX 129
MURPHY, NC  28906

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

**$7,844.88**

---

3.1246 **Nonpriority creditor's name and mailing address**

WELLS FARGO BANK
2 LOGAN SQUARE 100 N 18TH
PHILADELPHIA, PA  19103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

**$19,600.00**

---

3.1247 **Nonpriority creditor's name and mailing address**

WELLS FARGO BANK N.A.
550 SOUTH 4TH STREET
N9310-076
ATTN RUSTY COPSEY
MINNEAPOLIS, MN  55415-1529

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

**UNKNOWN**

---

3.1248 **Nonpriority creditor's name and mailing address**

WEST SIDE PLAZA  LLC
C/O SMACKOVER STATE BANK
DRAWER 107
SMACKOVER, AR  71762

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

**$14,000.00**

---

3.1249 **Nonpriority creditor's name and mailing address**

WESTERN KENTUCKY COKE CO
PO BOX 3090
BOWLING GREEN, KY  42102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
DIRECT STORE DELIVERY

**Is the claim subject to offset?**
☒ No
☐ Yes

**$297.60**

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.1250 | **Nonpriority creditor's name and mailing address**<br><br>WESTGATE HOLDING LLC<br>435 GIROD STREET<br>MANDEVILLE, LA 70448<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21,462.51 |
| 3.1251 | **Nonpriority creditor's name and mailing address**<br><br>WESTMART LLC<br>106 ST NAZAIRE ROAD<br>BROUSSARD, LA 70518<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,016.25 |
| 3.1252 | **Nonpriority creditor's name and mailing address**<br><br>WESTPORT CORPORATION<br>331 CHANGEBRIDGE ROAD<br>PINE BROOK, NJ 70589<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $412.46 |
| 3.1253 | **Nonpriority creditor's name and mailing address**<br><br>WHIT MIDDLECOFF<br>145 COUNTRY CLUB ROAD<br>SOMERVILLE, TN 38068<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,500.00 |
| 3.1254 | **Nonpriority creditor's name and mailing address**<br><br>WHITE, SHIRLEY<br>204 LAUREL ST<br>EAST DUBLIN, GA 31027<br><br>**Date or dates debt was incurred**<br><br>2/15/2018<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS' COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1255** | **Nonpriority creditor's name and mailing address**

WHITMOR INC
8680 SWINNEA ROAD
SOUTHHAVEN, MS  38671

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,591.32

---

**3.1256** | **Nonpriority creditor's name and mailing address**

WICKER, WAYNE
117 CAMI ST
EAST DUBLIN, GA  31027

**Date or dates debt was incurred**

9/26/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.1257** | **Nonpriority creditor's name and mailing address**

WILLERT HOME PRODUCTS
4044 PARK AVE
ST.LOUIS, MO  63110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,279.04

---

**3.1258** | **Nonpriority creditor's name and mailing address**

WILLIAM B. JONES
P.O. BOX 933
JACKSON, GA  30233

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,200.01

---

**3.1259** | **Nonpriority creditor's name and mailing address**

WILLIAM BROOKS JESSUP
112 PLEMMONS DRIVE
ST SIMONS ISLAND, GA  31522

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,013.00

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1260 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
WILLIAMS, VANESSA
509 ALABAMA STREET
DUBLIN, GA 31021

**Date or dates debt was incurred**
8/5/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.1261
**Nonpriority creditor's name and mailing address**
WILLINGHAM, TAMARA
103 CRANBERRY DRIVE
BROUSSARD, LA 70518

**Date or dates debt was incurred**
8/16/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

3.1262
**Nonpriority creditor's name and mailing address**
WILSON & WILSON S/C
109 MCCULLY AVE
LOUISVILLE, MS 39339

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,148.14

---

3.1263
**Nonpriority creditor's name and mailing address**
WILSON SPORTING GOODS
8750 WEST BRYN MAWR AVE
CHICAGO, IL 60631

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,271.68

---

3.1264
**Nonpriority creditor's name and mailing address**
WILSON, CAROLYN
76 L PAC CEMENTARY RD
BISHOPVILLE, SC 29010

**Date or dates debt was incurred**
9/29/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1265 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,486.20 |

WINSUPPLY OF DUBLIN
505 AIRPORT RD.
DUBLIN, GA  31021

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CORPORATE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1266 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $198,713.80 |

WIRELESS/PREHOLDING
3567 PARKWAY LANE
NORCROSS, GA  30092

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
DIRECT STORE DELIVERY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1267 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $132,913.20 |

WISE FOODS INC
320 HIGHLAND DRIVE
BIRMINGHAM, AL  35242

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
WAREHOUSE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1268 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,262.44 |

WOEBER MUSTARD
1966 COMMERCE CIRCLE
SPRINGFIELD, OH  45504

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
WAREHOUSE EXPENSE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1269 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,403.99 |

WOLFF INVESTMENTS COMPANY
1109 SHIRLEY RD
BUNKIE, LA  71322

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
RENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.1270 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

**3.1270**

**Nonpriority creditor's name and mailing address**

WOODLEY, DELORIS
7696 FAULKNER LANE APT 8
SOUTHAVEN, MS  38671

**Date or dates debt was incurred**

3/21/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.1271**

**Nonpriority creditor's name and mailing address**

WORKING SOLUTIONS LLC
PO BOX 3802
MERIDIAN, MS  39303-3802

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.1272**

**Nonpriority creditor's name and mailing address**

WORKING SOLUTIONS OF MEMPHIS LLC
6064 APPLE TREE DR STE 11
MEMPHIS, TN  38115

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.1273**

**Nonpriority creditor's name and mailing address**

WORLD AND MAIN (CRANBURY)
324A HALF ACRE ROAD
CRANBURY, NJ  85120

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$281,479.67

---

**3.1274**

**Nonpriority creditor's name and mailing address**

WORLD TECH TOYS
PO BOX 467
DES MOINES, IA  50302

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,025.00

**Part 2:**   Additional Page

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.1275 | **Nonpriority creditor's name and mailing address**<br><br>WORTH RENTAL LLC<br>302 GUNSMOKE ROAD<br>SUMNER, GA  31789<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,025.00 |
| 3.1276 | **Nonpriority creditor's name and mailing address**<br><br>WORX TOYS<br>3416 FAIMONT AVENUE<br>NAPERVILLE, IL  60564<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAREHOUSE EXPENSE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $29,553.72 |
| 3.1277 | **Nonpriority creditor's name and mailing address**<br><br>WQZX<br>P.O. BOX 67<br>GREENVILLE, AL  36037<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>MEDIA<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $600.00 |
| 3.1278 | **Nonpriority creditor's name and mailing address**<br><br>WRIGHT, ALICE<br>404 ROOSELVELT STREET<br>DUBLIN, GA  31021<br><br>**Date or dates debt was incurred**<br><br>10/3/2019<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>WORKERS' COMPENSATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.1279 | **Nonpriority creditor's name and mailing address**<br><br>WTP RETAIL LLC<br>PO BOX 1212<br>GREY, GA  31032<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>RENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,466.66 |

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.1280** | **Nonpriority creditor's name and mailing address**

XEROX CORPORATION
P.O. BOX 802555
CHICAGO, IL 60680

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$294.63

---

**3.1281** | **Nonpriority creditor's name and mailing address**

YASH TECHNOLOGIES INC
605 17TH AVENUE
EAST MOLINE, IL 61244

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CORPORATE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$51,406.00

---

**3.1282** | **Nonpriority creditor's name and mailing address**

YAZOOVILLE COMMONS LLC
48 EAST OLD COUNTRY RD
MINEOLA, NY 11501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,975.01

---

**3.1283** | **Nonpriority creditor's name and mailing address**

YENKIN MAJESTIC PAINT COR
1920 LEONARD AVENUE
COLUMBUS, OH 43219

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$91,082.20

---

**3.1284** | **Nonpriority creditor's name and mailing address**

YOUNG, TRACY
101 OLYMPIC CIRCLE
OCEAN SPRINGS, MS 39564

**Date or dates debt was incurred**

2/11/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS' COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1285** | **Nonpriority creditor's name and mailing address**

YOUNTS PROPERTIES INC
P.O. BOX 1767
SIMPSONVILLE, SC 29681

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$53,680.16

---

**3.1286** | **Nonpriority creditor's name and mailing address**

ZAK DESIGNS INC.
1603 S. GARFIELD RD.
AIRWAY HEIGHTS, WA 99001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,632.22

---

**3.1287** | **Nonpriority creditor's name and mailing address**

ZAK DESIGNS INC.
ATTN PETE TASHIE
1603 S GARFIELD RD
AIRWAY HEIGHTS, WA 99001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.1288** | **Nonpriority creditor's name and mailing address**

ZARBEE'S INC
11650 S. STATE ST.
DRAPER, UT 84020

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,292.62

---

**3.1289** | **Nonpriority creditor's name and mailing address**

ZEBRA PEN CORPORATION
242 RARITAN CENTER PKWY
EDISON, NJ 88370

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,603.52

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

3.1290 **Nonpriority creditor's name and mailing address**

ZWANENBERG FOOD GROUP INC
8918 HERTFORD PLACE WEST
CORDOVA, TN  38018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAREHOUSE EXPENSE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,736.45

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.    Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | $1,259,558.06 |
| 5b. | Total claims from Part 2 | 5b. + | $45,425,018.58 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $46,684,576.64 |

| Fill in this information to identify the case: |
|---|

Debtor    Fred's, Inc.

United States Bankruptcy Court for the:   District of Delaware

Case number   19-11984
(if known)

☐ Check if this is an
amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases     04/19

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT STATEMENT OF WORK | 3 CLOUD SOLUTIONS 3025 HIGHLAND PARKWAY, STE 525 DOWNERS GROVE, IL 60515 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT STATEMENT OF WORK | 3CLOUD LLC ATTN ACCOUNTS RECEIVABLE 3025 HIGHLAND PKWY, STE 525 DOWNERS GROVE, IL 60515 |
| | **State the term remaining** | 10/31/2021 | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) CSP RESALE ADDENDUM | 3CLOUD LLC ATTN ACCOUNTS RECEIVABLE 3025 HIGHLAND PKWY, STE 525 DOWNERS GROVE, IL 60515 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) CHANGE ORDER | 3CLOUD LLC ATTN ACCOUNTS RECEIVABLE 3025 HIGHLAND PKWY, STE 525 DOWNERS GROVE, IL 60515 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) MANAGED SERVICES ADDENDUM OT THE MASTER SERVICES AGREEMENT | 3CLOUD LLC ATTN ACCOUNTS RECEIVABLE 3025 HIGHLAND PKWY, STE 525 DOWNERS GROVE, IL 60515 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) CSP SERVICE AGREEMENT | 3CLOUD LLC ATTN ACCOUNTS RECEIVABLE 3025 HIGHLAND PKWY, STE 525 DOWNERS GROVE, IL 60515 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) STATEMENT OF WORK DOCUMENT 2-3 | 3CLOUD LLC ATTN ACCOUNTS RECEIVABLE 3025 HIGHLAND PKWY, STE 525 DOWNERS GROVE, IL 60515 |
| | **State the term remaining**   10/31/2021 | | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) STATEMENT OF WORK DOCUMENT 2-2 | 3CLOUD LLC ATTN ACCOUNTS RECEIVABLE 3025 HIGHLAND PKWY, STE 525 DOWNERS GROVE, IL 60515 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT CSP SERVICE AGREEMENT | 3CLOUD LLC ATTN MICHAELANGELO ROCCO, CEO 3025 HIGHLAND PKWY, STE 525 DOWNERS GROVE, IL 60515 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT MASTER SERVICES AGREEMENT | 3CLOUD LLC ATTN MICHAELANGELO ROCCO, CEO 3025 HIGHLAND PKWY, STE 525 DOWNERS GROVE, IL 60515 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT MASTER SERVICES AGREEMENT DTD 3/1/2018 | 3CLOUD LLC ATTN MICHAELANGELO ROCCO, CEO 3025 HIGHLAND PKWY, STE 525 DOWNERS GROVE, IL 60515 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) MASTER SERVICES AGREEMENT | 3CLOUD LLC ATTN MICHAELANGELO ROCCO, CEO 3025 HIGHLAND PKWY, STE 525 DOWNERS GROVE, IL 60515 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | IT / SOFTWARE AGREEMENT FRED'S WEB PORTAL STATEMENT OF WORK DTD 1/26/2017 | 8TH DAY SOFTWARE AND CONSULTING LLC 1055 N HOUSTON LEVEE ROAD SUITE 100 CORDOVA, TN 38018 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) 2006-2009 JEWELRY, SUNGLASSES, & READING GLASS AGREEMENT TERMS DTD 2/1/2006 | AAI FOSTERGRANT P.O. BOX 198271 ATLANTA, GA 30384-8271 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) STREET DATE PROGRAM DTD 7/24/2013 | ACTIVISION PUBLISHING INC ATTN BRIAN HODOUS 3100 OCEAN PARK BLVD SANTA MONICA, CA 90405 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT MARKETING AGREEMENT DTD 11/1/2018 | ADBALL COMPANY LLC 444 CALVERT DR GALLATIN, TN 37066 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.17** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT ADDENDUM TO MAJOR ACCOUNTS AGREEMENT DTD 3/14/2019 | ADP LLC ATTN GARRY CAPERS, SVP COMP SVCS ONE ADP BOULEVARD ROSELAND, NJ 07068 |
| **2.18** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining** 3/14/2021<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT MAJOR ACCOUNTS AGREEMENT | ADP LLC ATTN GENERAL COUNSEL - MAJOR ACCTS ONE ADP BOULEVARD ROSELAND, NJ 07068 |
| **2.19** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) ENDOR AGREEMENT DTD 5/18/2015 | ADVANCE BEAUTY CARE INC PO BOX 18180 MEMPHIS, TN 38181 |
| **2.20** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT AMENDMENT NO.4 TO MEDICARE PART D PHARMACY NETWORK AGREEMENT | AETNA HEALTH MANAGEMENT LLC P.O. BOX 67103 HARRISBURG, PA 17106-7103 |
| **2.21** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECURITIES / STOCK PURCHASE AGREEMENT REGISTRATION & RIGHTS AGREEMENT DTD 5/24/2017 | ALDEN GLOBAL CAPITAL LLC ATTN HEATH FREEMAN 885 THIRD AVE NEW YORK, NY 10022 |
| **2.22** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT AMENDED & RESTATED COOPERATION AGREEMENT DTD 8/11/2017 | ALDEN GLOBAL CAPITAL LLC ATTN HEATH FREEMAN 885 THIRD AVE NEW YORK, NY 10022 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT COOPERATION AGREEMENT DTD 4/21/2017 | ALDEN GLOBAL CAPITAL LLC<br>ATTN HEATH FREEMAN<br>885 THIRD AVE<br>NEW YORK, NY  10022 |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIALITY / NDAS / INDEMNIFICATION CONFIDENTIALITY AGREEMENT DTD 10/6/2017 | ALDEN GLOBAL CAPITAL LLC<br>ATTN HEATH FREEMAN<br>885 THIRD AVE, 34TH FL<br>NEW YORK, NY  10022 |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONFIDENTIALITY / NDAS / INDEMNIFICATION CONFIDENTIALITY AGREEMENT DTD 10/6/2017 | ALDEN GLOBAL CAPITAL LLC<br>ATTN HEATH FREEMAN<br>885 THIRD AVE, 34TH FL<br>NEW YORK, NY  10022 |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECURITIES / STOCK PURCHASE AGREEMENT REGISTRATION & RIGHTS AGREEMENT DTD 5/24/2017 | ALDEN GLOBAL CAPITAL LLC<br>C/O OLSHAN FROME WOLOSHY LLP<br>ATTN STEVE WOLOSKY ESQ & ANDREW M FREEDMAN, ESQ<br>1325 AVE OF THE AMERICAS<br>NEW YORK, NY  10019 |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT AMENDED & RESTATED COOPERATION AGREEMENT DTD 8/11/2017 | ALDEN GLOBAL CAPITAL LLC<br>C/O OLSHAN FROME WOLOSKY LLP<br>ATTN STEVE WOLOSKY, ESQ & ANDREW M FREEDMAN, ESQ<br>1325 AVE OF THE AMERICAS<br>NEW YORK, NY  10019 |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT COOPERATION AGREEMENT DTD 4/21/2017 | ALDEN GLOBAL CAPITAL LLC<br>C/O OLSHAN FROME WOLOSKY LLP<br>ATTN STEVE WOLOSKY, ESQ & ANDREW M FREEDMAN, ESQ<br>1325 AVE OF THE AMERICAS<br>NEW YORK, NY  10019 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) PART 2 SHIPPING TERMS AND INSTRUCTIONS | ALWAYS HOME INTERNATIONAL ATTN JORDAN STEINBERG, PRES 560 ROUTE 303 ORANGEBURG, NY  10962 |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSING AGREEMENT ADA SEAL OF ACCEPTANCE LICENSE AGREEMENT FOR CONSUMER PRODUCTS | AMERICAN DENTAL ASSOCIATION ATTN KATHLEEEN T O'LOUGHLIN, DMD, MPH, EXECUTIVE DIRECTOR/COO 211 EAST CHICAGO AVE CHICAGO, IL  60611-2678 |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSING AGREEMENT ADDENDUM FOR PRIVATE LABEL PRODUCTS | AMERICAN DENTAL ASSOCIATION ATTN KATHLEEEN T O'LOUGHLIN, DMD, MPH, EXECUTIVE DIRECTOR/COO 211 EAST CHICAGO AVE CHICAGO, IL  60611-2678 |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSING AGREEMENT FOR OVER-THE-COUNTER PRODUCTS RESUBMISSION FORM DTD 3/16/2013 | AMERICAN DENTAL ASSOCIATION ATTN KATHLEEEN T O'LOUGHLIN, DMD, MPH, EXECUTIVE DIRECTOR/COO 211 EAST CHICAGO AVE CHICAGO, IL  60611-2678 |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSING AGREEMENT ADA SEAL OF ACCEPTANCE LICENSE AGREEMENT FOR CONSUMER PRODUCTS | AMERICAN DENTAL ASSOCIATION ATTN KATHLEEEN T O'LOUGHLIN, DMD, MPH, EXECUTIVE DIRECTOR/COO 211 EAST CHICAGO AVE CHICAGO, IL  60611-2678 |
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSING AGREEMENT ADDENDUM FOR PRIVATE LABEL PRODUCTS | AMERICAN DENTAL ASSOCIATION ATTN KATHLEEEN T O'LOUGHLIN, DMD, MPH, EXECUTIVE DIRECTOR/COO 211 EAST CHICAGO AVE CHICAGO, IL  60611-2678 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSING AGREEMENT FOR OVER-THE-COUNTER PRODUCTS RESUBMISSION FORM DTD 3/16/2013 | AMERICAN DENTAL ASSOCIATION ATTN KATHLEEEN T O'LOUGHLIN, DMD, MPH, EXECUTIVE DIRECTOR/COO 211 EAST CHICAGO AVE CHICAGO, IL 60611-2678 |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT AMENDMENT TO HUB PHARMACY PARTICIPATION AGREEMENT | ASPN PHARMACIES LLC ATTN GENERAL COUNSEL 100 CAMPUS DR, STE 300 FLORHAM PARK, NJ 07932 |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT AMENDMENT TO HUB PHARMACY PARTICIPATION AGREEMENT | ASPN PHARMACIES LLC ATTN GENERAL COUNSEL 100 CAMPUS DR, STE 300 FLORHAM PARK, NJ 07932 |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT AMENDMENT TO HUB PHARMACY PARTICIPATION AGREEMENT | ASPN PHARMACIES LLC ATTN GENERAL COUNSEL 100 CAMPUS DR, STE 300 FLORHAM PARK, NJ 07932 |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT AMENDMENT TO HUB PHARMACY PARTICIPATION AGREEMENT | ASPN PHARMACIES LLC ATTN GENERAL COUNSEL 100 CAMPUS DR, STE 300 FLORHAM PARK, NJ 07932 |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT HUB PHARMACY PARTICIPATION AGREEMENT | ASPN PHARMACIES LLC ATTN GENERAL COUNSEL 100 CAMPUS DR, STE 300 FLORHAM PARK, NJ 07932 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>HUB PHARMACY PARTICIPATION AGREEMENT | ASPN PHARMACIES LLC<br>ATTN GENERAL COUNSEL<br>100 CAMPUS DR, STE 300<br>FLORHAM PARK, NJ 07932 |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>STATEMENT OF WORK | ASYLAS<br>ATTN ALYSIA HORN, COO<br>1900 PATTERSON ST, STE 101<br>NASHVILLE, TN 37205 |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>STATEMENT OF WORK | ASYLAS<br>ATTN ALYSIA HORN, COO<br>1900 PATTERSON ST, STE 101<br>NASHVILLE, TN 37205 |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT<br>ASYSCO SERVICE LEVEL AGREEMENT | ASYSCO<br>ATTN JAYSON B GOLDMAN, PRESIDENT<br>403 WESTPARK CT, STE 140<br>PEACHTREE CITY, GA 30269 |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT<br>ASYSCO SERVICE LEVEL AGREEMENT | ASYSCO<br>ATTN JAYSON B GOLDMAN, PRESIDENT<br>GRAMSBERGERSTRAAT 79<br>COEVORDEN 7742 VG<br>NETHERLANDS |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS)<br>AT&T CORPORATE DIGITAL ADVANTAGE AGREEMENT VERSION 10-A | AT&T<br>ATTN ASSISTANT VP<br>2180 LAKE BLVD, 7 FL<br>ATLANTA, GA 30319 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY / NDAS / INDEMNIFICATION MUTUAL NON DISCLOSURE AGREEMENT | AVALARA INC 255 S KING ST #1800 SEATTLE, WA 98104 |
| | **State the term remaining** | 1/3/2021 | |
| | **List the contract number of any government contract** | | |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT SALES ORDER TERMS AND CONDITIONS | AVALARA INC 255 S KING ST #1800 SEATTLE, WA 98104 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT CONTRACT SUMMARY AND APPROVAL REQUEST | AVALARA ATTN TRACY JONES 225 S KING ST, #1800 SEATLE, WA 98104 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT NON-EXCLUSIVE LICENSE AGREEMENT | BADDOUR INC ATTN CHIEF FINANCIAL OFFICER 4300 NEW GETWELL MEMPHIS, TN 38118 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | IT / SOFTWARE AGREEMENT NON-EXCLUSIVE LICENSE AGREEMENT | BADDOUR INC ATTN JOSEPH H ROSS 4300 NEW GETWELL RD PO BOX 18356 MEMPHIS, TN 38118 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | IT / SOFTWARE AGREEMENT NON-EXCLUSIVE LICENSE AGREEMENT | BADDOUR INC ATTN JOSEPH H ROSS 4300 NEW GETWELL RD PO BOX 18356 MEMPHIS, TN 38118 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.53 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT<br>NON-EXCLUSIVE LICENSE AGREEMENT | BADDOUR INC<br>ATTN JOSEPH H ROSS<br>4300 NEW GETWELL RD<br>PO BOX 18356<br>MEMPHIS, TN  38118 |
| 2.54 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSING AGREEMENT<br>NON-EXCLUSIVE LICENSE AGREEMENT | BADDOUR INC<br>ATTN JOSEPH H ROSS<br>4300 NEW GETWELL RD<br>PO BOX 18356<br>MEMPHIS, TN  38118 |
| 2.55 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSING AGREEMENT<br>NON-EXCLUSIVE LICENSE AGREEMENT | BADDOUR INC<br>ATTN JOSEPH H ROSS<br>4300 NEW GETWELL RD<br>PO BOX 18356<br>MEMPHIS, TN  38118 |
| 2.56 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>SUPPLEMENT TO TRACK CONTRACT<br>DTD 5/26/1977 | BADDOUR WHOLESALE DRY GOODS COMPANY<br>4300 NEW GETWELL RD<br>PO BOX 18356<br>MEMPHIS, TN  38118 |
| 2.57 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>TRACK: FRISCO-INDUSTRY<br>OWNERSHIP DTD 6/14/1971 | BADDOUR WHOLESALE DRY GOODS COMPANY<br>4300 NEW GETWELL RD<br>PO BOX 18356<br>MEMPHIS, TN  38118 |
| 2.58 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE: EQUIPMENT<br>INVOICE DTD 1/1/2017 | BHS INC<br>PO BOX 703<br>COLUMBUS, MS  39703 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT AGREEMENT EMPLOYMENT AGREEMENT DTD 3/17/2017 | BLACK, KENNETH C |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) STREET DATE PROGRAM DTD 7/24/2013 | BLIZZARD ENTERTAINMENT INC ATTN BRIAN HODOUS 16215 ALTON PKWY IRVINE, CA 82618 |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT AGREEMENT SETTLEMENT AGREEMENT | BLOOM, BERNICE 9104 RASPBERRY LANE CORDOVA, TN 38016 |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT AGREEMENT SEPARATION AGREEMENT AND GENERAL RELEASE | BLOOM, MICHAEL 115 GREEN ST CANTON, MA 02021 |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) PRIVATE LABEL MERCHANDISE AGREEMENT | BOSS PET PRODUCTS INC ATTN WILLIAM E DONZE, PRESIDENT 16485 ROCKSIDE RD MAPLE HTS, OH 44137 |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSING AGREEMENT TAX FACTORY/LOCATOR UPGRADE SUPPORT AGREEMENT | BUSINESS SOFTWARE INC 155 TECHNOLOGY PKWY, STE 100 NORCROSS, GA 30092 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.65** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT SUPPORT AGREEMENT | BUSINESS SOFTWARE INC 155 TECHNOLOGY PKWY, STE 100 NORCROSS, GA 30092 |
| **2.66** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CUSTOMER AGREEMENT BUSINESS ASSOCIATE AGREEMENT | BUXTON CO ATTN DAVID GLOVER CFO 2651 S POLARIS DR FORT WORTH, TX 76137 |
| **2.67** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT RENEWAL PROPOSAL DTD 2/16/17 | BUXTON CO ATTN DAVID GLOVER CFO 2651 S POLARIS DR FORT WORTH, TX 76137 |
| **2.68** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT TELECOMMUNICATIONS SERVICE AGREEMENT | C SPIRE 1018 HIGHLAND COLONY PKWY SUITE 300 RIDGELAND, MS 39157 |
| **2.69** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**   1/8/2020<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) C&S-TERM SHEET PILOT PROGRAM FOR FRED'S INC | C&S WHOLESALE GROCERS INC 7 CORPORATE DR KEENE, NH 03431 |
| **2.70** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT AGREEMENT LETTER | CACHET CREATIONS INC ATTN HAROLD MATZNER PRESIDENT 90 UNION ST MINEOLA, NY 11501 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.71** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE: EQUIPMENT <br> EQUIPMENT LEASE AGREEMENT | CANON FINANCIAL SERVICES INC <br> PO BOX 4004 <br> CAROL STREAM, IL  60197-4004 |
| **2.72** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT <br> LETTER AGREEMENT - AGGREGATE <br> COST ANALYSIS DTD 3/1/2019 | CARDINAL HEALTH 110 LLC <br> 7200 CARDINAL PLACE <br> DUBLIN, OH  43017 |
| **2.73** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining**  12/31/2021 <br><br> **List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, <br> MERCHANDISE, PO'S) <br> AMENDED & RESTATED PRIME VENDOR <br> AGREEMENT | CARDINAL HEALTH 110 LLC <br> ATTN JAMES L SCOTT, SVP NATL MARKETS <br> 7000 CARDINAL PLACE <br> DUBLIN, OH  43017 |
| **2.74** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining**  12/31/2021 <br><br> **List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, <br> MERCHANDISE, PO'S) <br> AMENDED & RESTATED PRIME VENDOR <br> AGREEMENT | CARDINAL HEALTH 110 LLC <br> ATTN JAMES L SCOTT, SVP NATL MARKETS <br> 7000 CARDINAL PLACE <br> DUBLIN, OH  43017 |
| **2.75** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining**  12/31/2021 <br><br> **List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, <br> MERCHANDISE, PO'S) <br> AMENDED & RESTATED PRIME VENDOR <br> AGREEMENT | CARDINAL HEALTH 110 LLC <br> ATTN JAMES L SCOTT, SVP NATL MARKETS <br> 7000 CARDINAL PLACE <br> DUBLIN, OH  43017 |
| **2.76** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining**  12/31/2021 <br><br> **List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, <br> MERCHANDISE, PO'S) <br> AMENDED & RESTATED PRIME VENDOR <br> AGREEMENT | CARDINAL HEALTH 112 LLC <br> ATTN JAMES L SCOTT, SVP NATL MARKETS <br> 7000 CARDINAL PLACE <br> DUBLIN, OH  43017 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) AMENDED & RESTATED PRIME VENDOR AGREEMENT | CARDINAL HEALTH 112 LLC ATTN JAMES L SCOTT, SVP NATL MARKETS 7000 CARDINAL PLACE DUBLIN, OH 43017 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) AMENDED & RESTATED PRIME VENDOR AGREEMENT | CARDINAL HEALTH 112 LLC ATTN JAMES L SCOTT, SVP NATL MARKETS 7000 CARDINAL PLACE DUBLIN, OH 43017 |
| | **State the term remaining** | 12/31/2021 | |
| | **List the contract number of any government contract** | | |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT SERVICE ACTIVIATION AGREEMENT ADDENDUM | CAREERBUILDER LLC 200 NORTH LASALLE STREET SUITE 1100 CHICAGO, IL 60601 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT MASTER SERVICES & COOPERATION AGREEMENT | CAROLINA COUPON CLEARING INC D/B/A CAROLINA SERVICES COMPANY INC ATTN GENERAL COUNSEL 635 VINE ST WINSTON-SALEM, NC 27101 |
| | **State the term remaining** | 4/6/2020 | |
| | **List the contract number of any government contract** | | |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT MASTER SERVICES & COOPERATION AGREEMENT | CAROLINA COUPON CLEARING INC D/B/A CAROLINA SERVICES COMPANY INC ATTN PRESIDENT 635 VINE ST WINSTON-SALEM, NC 27101 |
| | **State the term remaining** | 4/6/2020 | |
| | **List the contract number of any government contract** | | |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) SALVAGE DEALER AGREEMENT | CAROLINA LOGISTICS SERVICES LLC ATTN ROBERY ZOMAK, PRESIDENT 635 VINE ST WINSTON-SALEM, NC 27101 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS) LETTER OF AGENCY | CASCADE SETTLEMENT SERVICES LLC D/B/A SPECTRUM SETTLEMENT RECOVERY; F/K/A CLAIMCO LLC 100 SHORELINE HWY, B-125 MILL VALLEY, CA  94111 |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS) LETTER OF AGENCY | CASCADE SETTLEMENT SERVICES LLC D/B/A SPECTRUM SETTLEMENT RECOVERY; F/K/A CLAIMCO LLC 100 SHORELINE HWY, B-125 MILL VALLEY, CA  94111 |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS) FIRST AMENDMENT TO SERVICES AGREEMENT DTD 9/4/15 | CASCADE SETTLEMENT SERVICES LLC D/B/A SPECTRUM SETTLEMENT RECOVERY; F/K/A CLAIMCO LLC 100 SHORELINE HWY, B-125 MILL VALLEY, CA  94111 |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT SUBLICENSE AGREEMENT | CATALYST INTL INC ATTN DAVID H JACOBSON 8989 N DEERWOOD DR MILWAUKEE, WI  53223 |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT COMPOSITE AGREEMENT DTD 2/24/1997 | CATALYST INTL INC ATTN SEAN P MCGOWAN, PRESIDENT/COO 8989 N DEERWOOD DR MILWAUKEE, WI  53223 |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT ADDENDUM # 1 DTD 6/30/2003 | CATALYST INTL INC ATTN SEAN P MCGOWAN, PRESIDENT/COO 8989 N DEERWOOD DR MILWAUKEE, WI  53223 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT<br>COMPOSITE AGREEMENT DTD 2/24/1997 | CATALYST INTL INC<br>ATTN SEAN P MCGOWAN, PRESIDENT/COO<br>8989 N DEERWOOD DR<br>MILWAUKEE, WI  53223 |
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S)<br>WARRANTY & INDEMNITY AGREEMENT | CCBCC OPERATIONS LLC<br>4115 COCA-COLA PLAZA<br>CHARLOTTE, NC  28211 |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>STATEMENT OF WORK DTD 12/5/2013 | CGI TECHNOLOGIES AND SOLUTIONS INC<br>ATTN MICHAEL WENDLAND, VP CONSULTING<br>1603 E 19 ST, STE 150<br>EDMOND, OK  73013 |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S)<br>PALLET POOL PROGRAM DTD 2/7/2003 | CHEP USA<br>ATTN KEITH NORDER<br>NY |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S)<br>INTERNATIONAL BUYING SERVICES AGREEMENT | CIXI HOMEASE ELECTRICAL PRODUCTS CO LTD<br>198 N DANSHAN RD<br>CIXI<br>CHINA |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS)<br>CLAIM SERVICE AGREEMENT | CLAIMS COMPENSATION BUREAU LLC<br>1100 E HECTOR ST, STE 250<br>CONSHOHOCKEN, PA  19428 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS) CLAIM SERVICE AGREEMENT | CLAIMS COMPENSATION BUREAU LLC 1100 E HECTOR ST, STE 250 CONSHOHOCKEN, PA 19428 |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS) CLAIM SERVICE AGREEMENT | CLAIMS COMPENSATION BUREAU LLC 1100 E HECTOR ST, STE 250 CONSHOHOCKEN, PA 19428 |
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS) CLAIM SERVICE AGREEMENT | CLAIMS COMPENSATION BUREAU LLC 1100 E HECTOR ST, STE 250 CONSHOHOCKEN, PA 19428 |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT CLAIM SERVICE AGREEMENT | CLAIMS COMPENSATION BUREAU LLC 1110 E HECTOR ST, STE 250 CONSHOHOCKEN, PA 19428 |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS) CLAIM SERVICE AGREEMENT | CLAIMS COMPENSATION BUREAU LLC 1110 E HECTOR ST, STE 250 CONSHOHOCKEN, PA 19428 |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS) CLAIM SERVICE AGREEMENT | CLAIMS COMPENSATION BUREAU LLC ATTN BRAD HEFFLER, MANAGING DIRECTOR 1100 E HECTOR ST, STE 250 CONSHOHOCKEN, PA 19428 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS) CLAIM SERVICE AGREEMENT | CLAIMS COMPENSATION BUREAU LLC<br>ATTN BRAD HEFFLER, MANAGING DIRECTOR<br>1100 E HECTOR ST, STE 250<br>CONSHOHOCKEN, PA  19428 |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS) CLAIM SERVICE AGREEMENT | CLAIMS COMPENSATION BUREAU LLC<br>ATTN BRAD HEFFLER, MANAGING DIRECTOR<br>1100 E HECTOR ST, STE 250<br>CONSHOHOCKEN, PA  19428 |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT BUSINESS SERVIVE ORDER AGREEMENT | COMCAST BUSINESS<br>1701 JOHN F. KENNEDY BLVD.<br>PHILADEPHIA, PA  19103 |
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT BUSINESS SERVICE AGREEMENT | COMCAST<br>1701 JOHN F. KENNEDY BLVD.<br>PHILADEPHIA, PA  19103 |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**   7/1/2020<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) EXCLUSIVE CONTRACT PERSONAL CARE SECTION | CONAIR CORPORATION<br>1 CUMMINGS POINT RD<br>STAMFORD, CT  06904 |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) FOOD & DRUG GUARANTY & INDEMNITY AGREEMENT DTD 4/15/2014 | CONOPCO INC<br>D/B/A UNILEVER |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | IT / SOFTWARE AGREEMENT SOFTWARE LICENSE AGREEMENT | CONVERGEPOINT 1011 HWY 6 S, STE 105 HOUSTON, TX  77077-1031 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) QUOTE NUMBE CP-1218-1004 | CONVERGEPOINT 1011 HWY 6 S, STE 105 HOUSTON, TX  77077-1031 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) STANDARD LICENSING AGREEMENT | CONVERGEPOINT 1011 HWY 6 S, STE 105 HOUSTON, TX  77077-1031 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT CONVERSANT DATA MATCH TEST AGREEMENT | CONVERSANT LLC ATTN IN-HOUSE COUNSEL 101 N WACKER DR, STE 2300 CHICAGO, IL  60606 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT COUPONS MICROSITE AND SERVICES AGREEMENT | COUPONS.COM INC ATTN LEGAL DEPARTMENT 400 LOGUE AVE MOUNTAIN VIEW, CA  94043 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | IT / SOFTWARE AGREEMENT CONTRACT SUMMARY AND APPROVAL REQUEST | CROSSCAP MEDIA SERVICES INC ATTN KC BUSHERT, CEO 311 CALIFORNIA ST, STE 320 SAN FRANCISCO, CA  94104 |
| | **State the term remaining** | 1/28/2022 | |
| | **List the contract number of any government contract** | | |

         (Name)                                                Case number (if known) 19-11984

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.113** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>IT / SOFTWARE AGREEMENT<br>MASTER SERVICES AGREEMENT<br><br>**State the term remaining** 1/28/2022<br><br>**List the contract number of any government contract** | CROSSCAP MEDIA SERVICES INC<br>ATTN KC BUSHERT, CEO<br>311 CALIFORNIA ST, STE 320<br>SAN FRANCISCO, CA  94104 |
| **2.114** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>IT / SOFTWARE AGREEMENT<br>STATEMENT OF WORK DTD 1/28/2019<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CROSSCAP MEDIA SERVICES INC<br>ATTN KC BUSHERT, CEO<br>311 CALIFORNIA ST, STE 320<br>SAN FRANCISCO, CA  94104 |
| **2.115** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>IT / SOFTWARE AGREEMENT<br>MASTER SERVICES AGREEMENT<br><br>**State the term remaining** 1/28/2022<br><br>**List the contract number of any government contract** | CROSSCAP MEDIA SERVICES INC<br>ATTN KC BUSHERT, CEO<br>311 CALIFORNIA ST, STE 320<br>SAN FRANCISCO, CA  94104 |
| **2.116** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>SERVICE AGREEMENT<br>MASTER SERVICES AGREEMENT DTD 1/28/2019<br><br>**State the term remaining** 1/28/2022<br><br>**List the contract number of any government contract** | CROSSCAP MEDIA SERVICES INC<br>ATTN KC BUSHERT, CEO<br>311 CALIFORNIA ST, STE 320<br>SAN FRANCISCO, CA  94104 |
| **2.117** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>SERVICE AGREEMENT<br>STATEMENT OF WORK<br><br>**State the term remaining** 1/28/2022<br><br>**List the contract number of any government contract** | CROSSCAP MEDIA SERVICES INC<br>ATTN KC BUSHERT, CEO<br>311 CALIFORNIA ST, STE 320<br>SAN FRANCISCO, CA  94104 |
| **2.118** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>IT / SOFTWARE AGREEMENT<br>TELECOMMUNICATIONS SERVICE AGREEMENT<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CS DATA |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT TELECOMMUNICATIONS SERVICE AGREEMENT | CSPIRE 1018 HIGHLAND COLONY PKWY SUITE 300 RIDGELAND, MS  39157 |
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT TELECOMMUNICATIONS SERVICE AGREEMENT | CSPIRE 1018 HIGHLAND COLONY PKWY SUITE 300 RIDGELAND, MS  39157 |
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) TELECOMMUNICATIONS SERVICE AGREEMENT | CSPIRE 1018 HIGHLAND COLONY PKWY SUITE 300 RIDGELAND, MS  39157 |
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) TELECOMMUNICATIONS SERVICE AGREEMENT | CSPIRE 1018 HIGHLAND COLONY PKWY SUITE 300 RIDGELAND, MS  39157 |
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE / SALES AGREEMENT ASSET PURCHASE AGREEMENT DTD 7/25/2019 | CVS PHARMACY INC ATTN LEGAL DEPT-ACQUISITIONS ONE CVS DR WOONSOCKET, RI  02895 |
| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT W-9 TAXPAYER INDENTIFICATION FORM | D MASONS SOFTWARE LLC 1605 MAIN ST, STE 610 SARASOTA, FL  34236 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.125 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE: EQUIPMENT<br>EQUIPMENT LEASE AGREEMENT | DANKA OFFICE IMAGING COMPANY<br>D/B/A DANKA FINANCIAL SERVICES<br>1638 SYCAMORE VIEW<br>MEMPHIS, TN 38134 |
| 2.126 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**  3/13/2020<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT<br>MANAGED SERVICES PROPOSAL DTD<br>2/5/2019 | DATA MASONS SOFTWARE LLC<br>ATTN BRIAN LYNCH, BUSINESS DEV MGR<br>1605 MAIN ST, STE 610<br>SARASOTA, FL 34236 |
| 2.127 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT<br>MASTER SOFTWARE LICENSE AND<br>PROFESSIONAL SERVICES<br>AGREEMENT | DATA MASONS SOFTWARE LLC<br>ATTN BRIAN LYNCH, BUSINESS DEV MGR<br>1605 MAIN ST, STE 610<br>SARASOTA, FL 34236 |
| 2.128 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT<br>CONTRACT SUMMARY AND APPROVAL<br>REQUEST | DATA MASONS SOFTWARE LLC<br>ATTN BRIAN LYNCH, BUSINESS DEV MGR<br>1605 MAIN ST, STE 610<br>SARASOTA, FL 34236 |
| 2.129 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**  3/13/2020<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS,<br>MERCHANDISE, PO'S)<br>MANAGED SERVICES PROPOSAL DTD<br>2/5/2019 | DATA MASONS SOFTWARE LLC<br>ATTN BRIAN LYNCH, BUSINESS DEV MGR<br>1605 MAIN ST, STE 610<br>SARASOTA, FL 34236 |
| 2.130 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS,<br>MERCHANDISE, PO'S)<br>VANTAGE POINT EDI PROPOSAL DTD<br>2/5/2019 | DATA MASONS SOFTWARE LLC<br>ATTN BRIAN LYNCH, BUSINESS DEV MGR<br>1605 MAIN ST, STE 610<br>SARASOTA, FL 34236 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.131 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>BUSINESS ASSOCIATE AGREEMENT | DATAFILE TECHNOLOGIES LLC<br>4100 N MULBERRY DRIVE STE 300<br>KANSAS CITY, MO  64116 |
| 2.132 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>MASTER SERVICE AGREEMENT | DATAFILE TECHNOLOGIES LLC<br>4100 N MULBERRY DRIVE STE 300<br>KANSAS CITY, MO  64116 |
| 2.133 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>RELEASE OF INFORMATION ADDENDUM | DATAFILE TECHNOLOGIES LLC<br>4100 N MULBERRY DRIVE STE 300<br>KANSAS CITY, MO  64116 |
| 2.134 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>STATEMENT OF WORK DTD 5/29/2019 | DATAMAX SERVICES INC<br>730 LANDWEHR RD<br>NORTHBROOK, IL 60062 |
| 2.135 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**  7/31/2021<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT<br>STATEMENT OF WORK DTD 6/25/2019 | DATAMAX SERVICES<br>6251 PARK OF COMMERCE, BLVD B<br>BOCA RATON, FL  33487 |
| 2.136 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**  7/31/2021<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT<br>STATEMENT OF WORK DTD 7/10/2019 | DATAMAX SERVICES<br>6251 PARK OF COMMERCE, BLVD B<br>BOCA RATON, FL  33487 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) INVOICE FOR DAMAGE THROWAWAY MERCHANDISE DTD 7/27/2017 | DAYTON NUT SPECIALTIES INC ATTN STANLEY MASCHINO, PRESIDENT 45 N PIONEER BLVD SPRINGBORO, OH 45065 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT SOLUTION PROPOSAL | DONNELLY FINANCIAL LLC |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | IT / SOFTWARE AGREEMENT MICROSOFT DYNAMICS 365 FOR FINANCE AND OPERATIONS SOW | DXC TECHNOLOGY 1775 TYSONS BLVD TYSONS, VA 22102 |
| | **State the term remaining** | 12/1/2019 | |
| | **List the contract number of any government contract** | | |
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS) QUOTE NO Q006620 DTD 4/30/2017 | EAGLE TECHNOLOGY MANAGEMENT 5825 COUNCIL ST NE CEDAR RAPIDS, IA 52402 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT PURCHASING SERVICE AGREEMENT | EBRIDGE BUSINESS SOLUTIONS LLC 7501 NEW LA GRANGE RD # 200 LOUISVILLE, KY 40222 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT CONTRACT SUMMARY AND APPROVAL REQUEST | EBS 5113 26TH ROAD NORTH ARLINGTON, VA 22207 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT<br>INTEGRATION AGREEMENT | ELSEVIER INC<br>ATTN BRIAN DAVIS, VP SALES<br>1600 JOHN F KENNEDY BLVD, STE 1800<br>PHILADELPHIA, PA  19103-2899 |
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT<br>INTEGRATION AGREEMENT | ELSEVIER INC<br>STTN LEGAL DEPT<br>1600 JOHN F KENNEDY BLVD, STE 1800<br>PHILADELPHIA, PA  19103-2899 |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S)<br>REBATE AGREEMENT | ENERGIZER HOUSEHOLD PRODUCTS<br>533 MARYVILLE UNIVERSITY DR<br>ST LOUIS, MO  63141 |
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S)<br>INSTRUCTIONS FOR PARTNERING WITH ENERGYSTAR | ENERGY STAR<br>C/O D & R INTL<br>1300 SPRING ST, STE 500<br>SILVER SPRING, MD  20910 |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>PARTNERSHIP AGREEMENT BETWEEN ENERGY STAR & FRED'S INC | ENERGY STAR<br>C/O ICF INTERNATIONAL<br>ATTN ELIZABETH CRAIG, DIRECTOR<br>1725 EYE ST NW, STE 1000<br>WASHINGTON, DC  20001 |
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S)<br>INSTRUCTIONS FOR PARTNERING WITH ENERGYSTAR | ENERGY STAR<br>C/O ICF INTL<br>1725 EYE ST NW, STE 1000<br>WASHINGTON, DC  20006 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.149** **State what the contract or lease is for and the nature of the debtor's interest** IT / SOFTWARE AGREEMENT CONSULTING AGREEMENT **State the term remaining** **List the contract number of any government contract** | ENVISION BUSINESS SOLUTIONS LLC ATTN ROBERT BARCUM 12601 S RIVERVIEW RD OKLAHOMA CITY, OK 73173 |
| **2.150** **State what the contract or lease is for and the nature of the debtor's interest** IT / SOFTWARE AGREEMENT STATEMENT OF WORK NO 2019-001 **State the term remaining** 12/31/2019 **List the contract number of any government contract** | ENVISION BUSINESS SOLUTIONS LLC ATTN ROBERT BARCUM 12601 S RIVERVIEW RD OKLAHOMA CITY, OK 73173 |
| **2.151** **State what the contract or lease is for and the nature of the debtor's interest** IT / SOFTWARE AGREEMENT CONSULTING AGREEMENT **State the term remaining** **List the contract number of any government contract** | ENVISION BUSINESS SOLUTIONS LLC ATTN ROBERT BARCUM 12601 S RIVERVIEW RD OKLAHOMA CITY, OK 73173 |
| **2.152** **State what the contract or lease is for and the nature of the debtor's interest** IT / SOFTWARE AGREEMENT STATEMENT OF WORK NO 2019-002 **State the term remaining** **List the contract number of any government contract** | ENVISION BUSINESS SOLUTIONS LLC ATTN ROBERT BARCUM 12601 S RIVERVIEW RD OKLAHOMA CITY, OK 73173 |
| **2.153** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENT CONSULTING AGREEMENT **State the term remaining** **List the contract number of any government contract** | ENVISION BUSINESS SOLUTIONS LLC ATTN ROBERT BARCUM 12601 S RIVERVIEW RD OKLAHOMA CITY, OK 73173 |
| **2.154** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENT STATEMENT OF WORK 2019-002 DTD 2/12/2019 **State the term remaining** **List the contract number of any government contract** | ENVISION BUSINESS SOLUTIONS LLC ATTN ROBERT BARCUM 12601 S RIVERVIEW RD OKLAHOMA CITY, OK 73173 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>CONSULTING AGREEMENT | ENVISION BUSINESS SOLUTIONS LLC<br>ATTN ROBERT BARCUM<br>12601 S RIVERVIEW RD<br>OKLAHOMA CITY, OK 73173 |
| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>CONSULTING AGREEMENT | ENVISION BUSINESS SOLUTIONS LLC<br>ATTN ROBERT BARCUM<br>12601 S RIVERVIEW RD<br>OKLAHOMA CITY, OK 73173 |
| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS)<br>CONSULTING AGREEMENT | ENVISION BUSINESS SOLUTIONS LLC<br>ATTN ROBERT BARCUM<br>12601 S RIVERVIEW RD<br>OKLAHOMA CITY, OK 73173 |
| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS)<br>STATEMENT OF WORK 2018-1 | ENVISION BUSINESS SOLUTIONS LLC<br>ATTN ROBERT BARCUM<br>12601 S RIVERVIEW RD<br>OKLAHOMA CITY, OK 73173 |
| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S)<br>CONSULTING AGREEMENT | ENVISION BUSINESS SOLUTIONS LLC<br>ATTN ROBERT BARCUM<br>12601 S RIVERVIEW RD<br>OKLAHOMA CITY, OK 73173 |
| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining** 12/31/2019<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>STATEMENT OF WORK NO 2019-001 | ENVISION BUSINESS SOLUTIONS LLC<br>ATTN STAN HUNT<br>8412 BRIDGE ST<br>NORTH RICHLAND HILLS, TX 76180 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.161 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT CONSULTING AGREEMENT | ENVISION BUSINESS SOLUTIONS LLC ATTN STAN HUNT 8412 BRIDGE ST NORTH RICHLAND HILLS, TX 76180 |
| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT CONSULTING AGREEMENT | ENVISION BUSINESS SOLUTIONS LLC ATTN STAN HUNT 8412 BRIDGE ST NORTH RICHLAND HILLS, TX 76180 |
| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS) CONSULTING AGREEMENT | ENVISION BUSINESS SOLUTIONS LLC ATTN STAN HUNT 8412 BRIDGE ST NORTH RICHMOND HILLS, TX 76180 |
| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining**   12/31/2019 <br><br> **List the contract number of any government contract** | IT / SOFTWARE AGREEMENT LETTER OF INTENT DTD 2/12/2019 | ENVISION BUSINESS SOLUTIONS LLC ATTN STAN HUNT, CEO 8412 BRIDGE ST NORTH RICHLAND HILLS, TX 76180 |
| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | IT / SOFTWARE AGREEMENT STATEMENT OF WORK 2019-002 DTD 2/12/2019 | ENVISION BUSINESS SOLUTIONS LLC ATTN STAN HUNT, CEO 8412 BRIDGE ST NORTH RICHLAND HILLS, TX 76180 |
| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | IT / SOFTWARE AGREEMENT CONSULTING AGREEMENT | ENVISION BUSINESS SOLUTIONS LLC ATTN STAN HUNT, CEO 8412 BRIDGE ST NORTH RICHLAND HILLS, TX 76180 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT<br>CONSULTING AGREEMENT | ENVISION BUSINESS SOLUTIONS LLC<br>ATTN STAN HUNT, CEO<br>8412 BRIDGE ST<br>NORTH RICHLAND HILLS, TX 76180 |
| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>CONSULTING AGREEMENT | ENVISION BUSINESS SOLUTIONS LLC<br>ATTN STAN HUNT, CEO<br>8412 BRIDGE ST<br>NORTH RICHLAND HILLS, TX 76180 |
| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S)<br>CONSULTING AGREEMENT | ENVISION BUSINESS SOLUTIONS LLC<br>ATTN STAN HUNT, CEO<br>8412 BRIDGE ST<br>NORTH RICHLAND HILLS, TX 76180 |
| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>STANDARD SERVICES AGREEMENT | EPIQ CORPORATE RESTRUCTURING LLC<br>ATTN ROBERT A HOPEN<br>777 3RD AVE, 12TH FL<br>NEW YORK, NY 10017 |
| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT<br>PROPOSAL FOR DATA MIGRATION AND SUPPORTDTD 5/15/2016 | ESIXOR LLC<br>ATTN WAYNE W WOODWARD, GENERAL MGR<br>8295 TOURNAMENT DR, STE 150<br>MEMPHIS, TN 38125 |
| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**  5/21/2022<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT<br>MASTER SERVICES AGREEMENT | ESIXOR LLC<br>ATTN WAYNE W WOODWARD, GENERAL MGR<br>8295 TOURNAMENT DR, STE 150<br>MEMPHIS, TN 38125 |

Case number (if known) 19-11984

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest** | IT / SOFTWARE AGREEMENT MASTER SERVICES AGREEMENT | EXISOR LLC ATTN WAYNE W WOODWARD 8295 TOURNAMENT DR, STE 150 MEMPHIS, TN  38125 |
| | **State the term remaining** | 5/21/2022 | |
| | **List the contract number of any government contract** | | |
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** | IT / SOFTWARE AGREEMENT MASTER SERVICES AGREEMENT | EXISOR LLC ATTN WAYNE W WOODWARD 8295 TOURNAMENT DR, STE 150 MEMPHIS, TN  38125 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** | IT / SOFTWARE AGREEMENT MASTER SERVICES AGREEMENT | EXISOR LLC ATTN WAYNE W WOODWARD 8295 TOURNAMENT DR, STE 150 MEMPHIS, TN  38125 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** | IT / SOFTWARE AGREEMENT FREDS DATA CENTER MIGRATION & SUPPORT DTD 5/15/2019 | EXISOR LLC ATTN WAYNE W WOODWARD 8295 TOURNAMENT DR, STE 150 MEMPHIS, TN  38125 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | IT / SOFTWARE AGREEMENT FREDS DATA CENTER MIGRATION & SUPPORT DTD 5/15/2019 | EXISOR LLC ATTN WAYNE W WOODWARD 8295 TOURNAMENT DR, STE 150 MEMPHIS, TN  38125 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | IT / SOFTWARE AGREEMENT DATA CENTER RELOCATION SCOPE OF SERVICES | EXISOR LLC ATTN WAYNE W WOODWARD 8295 TOURNAMENT DR, STE 150 MEMPHIS, TN  38125 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.179 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>TRADE SERVICES PROPOSAL | FEDEX TRADE NETWROKS TRADE SERVICES INC<br>P.O. BOX 660481<br>DALLAS, TX  75266 |
| 2.180 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT<br>PCI ENGAGEMENT LETTER DTD 6/13/2018 | FRAZIER & DEETER<br>ATTN SABRINA SERAFIN<br>222 2ND AVE S, STE 1840<br>NASHVILLE, TN  37201 |
| 2.181 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>AMENDED & RESTATED COOPERATION AGREEMENT DTD 8/11/2017 | FREEMAN, HEATH B<br>C/O ALDEN GLOBAL CAPITAL LLC<br>885 THIRD AVE<br>NEW YORK, NY  10022 |
| 2.182 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>COOPERATION AGREEMENT DTD 4/21/2017 | FREEMAN, HEATH B<br>C/O ALDEN GLOBAL CAPITAL LLC<br>885 THIRD AVE<br>NEW YORK, NY  10022 |
| 2.183 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>AMENDED & RESTATED COOPERATION AGREEMENT DTD 8/11/2017 | FREEMAN, HEATH B<br>C/O OLSHAN FROME WOLOSKY LLP<br>ATTN STEVE WOLOSKY, ESQ & ANDREW M FREEDMAN, ESQ<br>1325 AVE OF THE AMERICAS<br>NEW YORK, NY  10019 |
| 2.184 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>COOPERATION AGREEMENT DTD 4/21/2017 | FREEMAN, HEATH B<br>C/O OLSHAN FROME WOLOSKY LLP<br>ATTN STEVE WOLOSKY, ESQ & ANDREW M FREEDMAN, ESQ<br>1325 AVE OF THE AMERICAS<br>NEW YORK, NY  10019 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT SEPARATION AGREEMENT AND GENERAL RELEASE | GARDNER, MARY LOUISE 10297 SHEA WOODS DRIVE COLLIERVILLE, TN 38017 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS) MASTER SERVICES AGREEMENT FOR BUSINESS PROCESS SERVICES | GENPACT (UK) LIMITED ATTN GENERAL COUNSEL 66 BUCKINGHAM GATE, 4 FL LONDON  SW1E 6AU ENGLAND |
| | **State the term remaining** | 9/27/2023 | |
| | **List the contract number of any government contract** | | |
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | IT / SOFTWARE AGREEMENT SAAS SUBSCRIPTION AGREEMENT | GENPACT (UK) LIMITED ATTN TROY MERRIMAN, VP LEGAL 66 BUCKINGHAM GATE, 4 FL LONDON  SW1E 6AU ENGLAND |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE / SALES AGREEMENT ASSET PURCHASE AGREEMENT DTD 7/25/2019 | GEORGIA CVS PHARMACY LLC ATTN LEGAL DEPT-ACQUISITIONS ONE CVS DR WOONSOCKET, RI 02895 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT REVISED CUSTOMER BASELINE LOAD | GEORGIA POWER CO 241 RALPH MCGILL BLVD NE ATLANTA, GA 30308 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT SETTLEMENT AND PATENT LICENSE AGREEMENT | GEOTAG INC ATTN JOHN VEENSTRA, CEO 2591 DALLAS PKWY. STE 505 FRISCO, TX 75034-8564 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT EMPLOYMENT AGREEMENT DTD 3/17/2017 | GRIFFITH, DEREK |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.192 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT STATEMENT OF WORK | GXS COMPANY ATTN TANYA HORTON 4300 NEW GETWELL RD MEMPHIS, TN 38118-6898 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.193 | State what the contract or lease is for and the nature of the debtor's interest | IT / SOFTWARE AGREEMENT ORDER FORM NO. 1-191141597 | GXS INC ATTN GINA BAKER, VP SALES 9711 WASHINGTONIAN BLVD GAITHERSBURG, MD 20878 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | IT / SOFTWARE AGREEMENT SOW - BIZLINK UPGRADE SERVICE DTD 1/1/2014 | GXS INC ATTN GINA BAKER, VP SALES 9711 WASHINGTONIAN BLVD GAITHERSBURG, MD 20878 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT STATEMENT OF WORK DTD 2/1/2018 | GXS INC ATTN GINA BAKER, VP SALES 9711 WASHINGTONIAN BLVD GAITHERSBURG, MD 20878 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT AMENDMENT # 1 TO TSA CONTRACT S-16-25015 | HONEYWELL INTELLIGRATED ATTN BRIAN ROBINSON, ACC MANAGER 7901 INNOVATION HWY MASON, OH 45040 |
| | State the term remaining | 6/30/2020 | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.197** **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT GENERAL SERVICE AGREEMENT | HOT GRAPHICS PRINTING INC ATTN LYNN BLURTON, PRESIDENT 5241 ELMORE RD MEMPHIS, TN 38134 |
| **State the term remaining** 1/9/2021 | | |
| **List the contract number of any government contract** | | |
| **2.198** **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) EXHIBIT A | HRB DIGITAL LLC ATTN HEATHER WATTS, GM-DIGITAL ONE H&R BLOCK WAY KANSAS CITY, MO 64105 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.199** **State what the contract or lease is for and the nature of the debtor's interest** | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS) PHARMACY RECORDS | HUB ENTERPRISES INC ATTN LAKISHA M MALBROUGH PO BOX 3162 LAFAYETTE, LA 70502 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.200** **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT GATEKEEPER CLAIMS SERVICES AGREEMENT | HUB INTERNATIONAL OF CALIFORNIA INC 6101 W CENTINELA AVE STE 210 CULVER CITY, CA 90230 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.201** **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT GATEKEEPER CLAIMS SERVICES AGREEMENT | HUB INTERNATIONAL OF CALIFORNIA INC 6101 W CENTINELA AVE STE 210 CULVER CITY, CA 90230 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.202** **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT GATEKEEPER CLAIMS SERVICES AGREEMENT | HUB INTERNATIONAL OF CALIFORNIA INC 6101 W CENTINELA AVE STE 210 CULVER CITY, CA 90230 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.203 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT TERM SHEET DTD 8/3/2018 | HUGHES NETWORK SYSTEMS LLC ATTN PHILIP K O'BRIEN, VP LEGAL 11717 EXPLORATION LN GERMANTOWN, MD  20876 |
| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS) CONSULTING AGREEMENT | HYMA, PAT 15135 SNOWBERRY CT SPRING LAKE, MI  49456 |
| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) ACKNOWLEDGEMENT FORM | IHOUSE ENTERPRISE CO LTD STE 2603, LAWS COMMERCIAL PLAZA 788 CHEUNG SHA WAN RD LAI CHI KOK KOWLOON, HONG KONG CHINA |
| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining** 11/16/2019<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) INTERNATIONAL BUYING SERVICES AGREEMENT | IHOUSE ENTERPRISE CO LTD STE 2603, LAWS COMMERCIAL PLAZA 788 CHEUNG SHA WAN RD LAI CHI KOK KOWLOON, HONG KONG CHINA |
| 2.207 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT INFORMATION SERVICES AGREEMENT | IMS HEALTH INC 200 CAMPUS DR COLLEGEVILLE, PA  19426 |
| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) ACH/DIRECT DEPOSIT AUTORIZATION DTD 9/20/2018 | INA INTERNATIONAL LTD 1-1 HEREFORD ST BRAMPTON, ON  L6Y 0J7 CANADA |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.209 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT <br> SERVICE CONTRACT | INDICIA INC <br> ATTN DANIEL LEMIRE PRESIDENT <br> 3467 BOUL DES ENTREPRISE STE 103 <br> TERREBONNE, QC  J6X 4J9 <br> CANADA |
| 2.210 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | IT / SOFTWARE AGREEMENT <br> SAAS ORDER FORM | INFOR (US) INC <br> NW 7418 <br> PO BOX 1450 <br> MINNEAPOLIS, MN  55485-7418 |
| 2.211 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** 5/31/2020 <br><br> **List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) <br> ADDENDUM TO LICENSE AGREEMENT | INFOR (US) INC <br> NW 7418 <br> PO BOX 1450 <br> MINNEAPOLIS, MN  55485-7418 |
| 2.212 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** 5/31/2020 <br><br> **List the contract number of any government contract** | LICENSING AGREEMENT <br> ADDENDUM TO LICENSE AGREEMENT | INFOR US INC <br> PO BOX 1450 <br> MINNEAPOLIS, MN  55485-7418 |
| 2.213 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT <br> AMENDMENT TO GENERAL SERVICES AGREEMENT | INFORMATION PLANNING & MGMT SERVICE INC <br> D/B/A EJ CAIMEN |
| 2.214 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | IT / SOFTWARE AGREEMENT <br> SERVICE AGREEMENT | INFO-TECH RESEARCH GROUP INC <br> 3960 HOWARD HUGHES PARKWAY <br> SUITE 500 <br> LAS VEGAS, NV  89169 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.215 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT STATEMENT OF WORK | INFOWERKS DATA SERVICES INC ATTN JEFF DEITCH PRESIDENT 9793 BRADFORD ST LAS VEGAS, NV 89183 |
| 2.216 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | IT / SOFTWARE AGREEMENT ORDER FORM NO. 1-12381005 | INOVIS USA INC ATTN B J THIRKETTLE, CONTRACTS MGR 11720 AMBER PK DR, STE 100, PKWY 400 ALPHARETTA, GA 30009 |
| 2.217 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) BIZLINK ORDER FORM | INOVIS USA INC ATTN KENNETH B WILLIAMS, CFO 11720 AMBER PARK DR, STE 100, PKWY 400 ALPHARETTA, GA 30004-2271 |
| 2.218 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | IT / SOFTWARE AGREEMENT PO NO. JWS1-873834 DTD 10/12/2010 | INOVIS ATTN JASON E ELROD 11720 AMBER PK DR ALPHARETTA, GA 30009 |
| 2.219 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT DOCUMENT IMAGING SERVICES AGREEMENT | INSIGHT DISCOVERY LLC 80 MONROE AVE . SUITE 200 MEMPHIS, TN 38103 |
| 2.220 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | IT / SOFTWARE AGREEMENT NETWORK UPGRADE PROPOSAL DTD 8/7/2018 | INTERFACE SECURITY SYSTEMS ATTN SUSAN MCGREW, NTL ACCT EXEC 3773 CORP CENTER DR EARTH CITY, MO 63045 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT MASTER SERVICES AGREEMENT | INTESOURCE IN ATTN EDWARD BAUER, PRESIDENT 2111 E HIGHLAND AVE STE B375 PHOENIX, AZ 85016 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) PRIVATE LABEL MERCHANDISE AGREEMENT | J PHARMACEUTICALS LLC ATTN G. LEN SMITH, VP SALES/MARKETING 330 S EXECUTIVE DR, STE 202 BROOKFIELD, WI 53005 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) PRIVATE LABEL MERCHANDISE AGREEMENT | JAMES AUSTIN COMPANY ATTN JOHN AUSTIN, VP SALES 115 DOWNIEVILLE RD PO BOX 827 MARS, PA 16046-0827 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT EXHIBIT A FORM OF GENERAL RELEASE | JAMES, MIKE 7380 APPLING CLUB CIRCLE CORDOVA, TN 38016 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) CONSULTING SERVICES STATEMENT OF WORK 2018-00824 | JDA SOFTWARE INC 15059 N SCOTTSDALE RD, STE 400 SCOTTSDALE, AZ 85254-2666 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT MUTUAL TRAILER INTERCHANGE AGREEMENT | JNJ EXPRESS INC ATTN JOHN ENNIS JR, VP OPS 3935 OLD GETWELL RD MEMPHIS, TN 38118 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>QUOTE FOR SERVICE OF LIEBERT EQUIPMENT DTD 2/13/2006 | JOE POWELL & ASSOC<br>ATTN KEVIN THOMAS<br>5000 MILLER COURT EAST<br>NORCROSS, GA 30071 |
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT<br>EMPLOYMENT AGREEMENT DTD 3/17/2017 | KARST, DARREN |
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MAINTENANCE AGREEMENT<br>MAINTENANCE AGREEMENT | KONICA MINOLTA BUSINESS SOL USA INC<br>ATTN BRIAN WALLIS<br>100 WILLIAMS DR<br>RAMSEY, NJ 07446 |
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS)<br>ORDER PACKAGE ACCEPTANCE AGREEMENT | KONICA MINOLTA BUSINESS SOL USA INC<br>ATTN BRIAN WALLIS<br>100 WILLIAMS DR<br>RAMSEY, NJ 07446 |
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS)<br>SCOPE OF WORK VERSION 20110221NJ | KONICA MINOLTA BUSINESS SOLUTIONS<br>ATTN BILL PARKER<br>6991 APPLING FARMS RD, STE 106<br>MEMPHIS, TN 38133 |
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE: EQUIPMENT<br>PREMIER LEASE AGREEMENT | KONICA MINOLTA PREMIER FINANCE<br>ATTN MAGALIE GILBERT<br>1961 HIRST DR<br>MOBERLY, MO 65270 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE: EQUIPMENT <br> PREMIER LEASE AGREEMENT DTD 5/18/2017 | KONICA MINOLTA PREMIER FINANCE <br> ATTN MAGALIE GILBERT <br> 1961 HIRST DR <br> MOBERLY, MO 65270 |
| 2.234 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE: EQUIPMENT <br> PREMIER LEASE SUPPLEMENT | KONICA MINOLTA PREMIER FINANCE <br> ATTN MAGALIE GILBERT <br> 1961 HIRST DR <br> MOBERLY, MO 65270 |
| 2.235 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE: EQUIPMENT <br> ORDER AGREEMENT | KONICA MINOLTA PREMIER FINANCE <br> ATTN MAGALIE GILBERT <br> 1961 HIRST DR <br> MOBERLY, MO 65270 |
| 2.236 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE: EQUIPMENT <br> AMENDMENT TO MASTER PREMIER LEASE | KONICA MINOLTA PREMIER FINANCE <br> ATTN MAGALIE GILBERT <br> 1961 HIRST DR <br> MOBERLY, MO 65270 |
| 2.237 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE: EQUIPMENT <br> MASTER PREMIER LEASE AGREEMENT | KONICA MINOLTA PREMIER FINANCE <br> ATTN MAGALIE GILBERT <br> 1961 HIRST DR <br> MOBERLY, MO 65270 |
| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LEASE: EQUIPMENT <br> AMENDMENT TO PREMIER LEASE | KONICA MINOLTA PREMIER FINANCE <br> ATTN MAGALIE GILBERT <br> 1961 HIRST DR <br> MOBERLY, MO 65270 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) DELIVERY AND ACCEPTANCE CERTIFICATE | KONICA MINOLTA PREMIER FINANCE ATTN MAGALIE GILBERT 1961 HIRST DR MOBERLY, MO 65270 |
| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) PREMIER ADVANTAGE AGREEMENT | KONICA MINOLTA PREMIER FINANCE ATTN MAGALIE GILBERT 1961 HIRST DR MOBERLY, MO 65270 |
| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) ADDENDUM TO PREMIER ADVANTAGE AGREEMENT | KONICA MINOLTA PREMIER FINANCE ATTN MAGALIE GILBERT 1961 HIRST DR MOBERLY, MO 65270 |
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) DELIVERY AND ACCEPTANCE CERTIFICATE | KONICA MINOLTA PREMIER FINANCE ATTN MAGALIE GILBERT 1961 HIRST DR MOBERLY, MO 65270 |
| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) MASTER PREMIER LEASE SCHEDULE | KONICA MINOLTA PREMIER FINANCE ATTN MAGALIE GILBERT 1961 HIRST DR MOBERLY, MO 65270 |
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT AGREEMENT EMPLOYMENT AGREEMENT DTD 3/17/2017 | KONRAD, JOCELYN 30 HUNT LN CAMP HILL, PA 17011 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS) RETAINER INVOICE DTD 10/18/2016 | KROLL CYBER SECURITY LLC<br>300 HARMON MEADOW BLVD, STE 305<br>SEACAUCUS, NJ 07094 |
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS) STATEMENT OF WORK DTD 9/30/2016 | KROLL CYBER SECURITY LLC<br>300 HARMON MEADOW BLVD, STE 305<br>SEACAUCUS, NJ 07094 |
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS) STATEMENT OF WORK DTD 1/10/2017 | KROLL ONTRACK LLC<br>PO BOX 847681<br>DALLAS, TX 75284-5823 |
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT NON-EXCLUSIVE LICENSE AGREEMENT | LAWSON ASSOCIATES INC<br>ATTN NAT'L SALES MGR<br>2021 E HENNEPIN AVE<br>MINNEAPOLIS, MN 55413 |
| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT NON-EXCLUSIVE LICENSE AGREEMENT | LAWSON ASSOCIATES INC<br>ATTN NAT'L SALES MGR<br>2021 E HENNEPIN AVE<br>MINNEAPOLIS, MN 55413 |
| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSING AGREEMENT NON-EXCLUSIVE LICENSE AGREEMENT | LAWSON ASSOCIATES INC<br>ATTN NAT'L SALES MGR<br>2021 E HENNEPIN AVE<br>MINNEAPOLIS, MN 55413 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.251 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS) ADDENDUM TO LAWSON SOFTWARE PRODUCT LICENSE AGREEMENT | LAWSON ASSOCIATES INC<br>ATTN THOMAS J HENNIGAN, SALES DIRECTOR |
| 2.252 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT / SOFTWARE AGREEMENT PRODUCT SERVICE AGREEMENT | LAWSON ASSOCIATES INC<br>D/B/A LAWSON SOFTWARE<br>ATTN THOMAS J HENNIGAN, SALES DIRECTOR<br>1300 GODWARD ST<br>MINNEAPOLIS, MN  55413 |
| 2.253 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT / SOFTWARE AGREEMENT PRODUCT LICENSE AGREEMENT | LAWSON ASSOCIATES INC<br>D/B/A LAWSON SOFTWARE<br>ATTN THOMAS J HENNIGAN, SALES DIRECTOR<br>1300 GODWARD ST<br>MINNEAPOLIS, MN  55413 |
| 2.254 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT / SOFTWARE AGREEMENT ADDENDUM TO PRODUCT LICENSE AGREEMENT | LAWSON ASSOCIATES INC<br>D/B/A LAWSON SOFTWARE<br>ATTN THOMAS J HENNIGAN, SALES DIRECTOR<br>1300 GODWARD ST<br>MINNEAPOLIS, MN  55413 |
| 2.255 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT / SOFTWARE AGREEMENT NON-EXCLUSIVE LICENSE AGREEMENT | LAWSON ASSOCIATES INC<br>D/B/A LAWSON SOFTWARE<br>ATTN THOMAS J HENNIGAN, SALES DIRECTOR<br>1300 GODWARD ST<br>MINNEAPOLIS, MN  55413 |
| 2.256 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSING AGREEMENT PRODUCT LICENSE AGREEMENT DTD 8/19/1999 | LAWSON ASSOCIATES INC<br>D/B/A LAWSON SOFTWARE<br>ATTN THOMAS J HENNIGAN, SALES DIRECTOR<br>1300 GODWARD ST<br>MINNEAPOLIS, MN  55413 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSING AGREEMENT<br>ADDENDUM TO PRODUCT LICENSE AGREEMENT | LAWSON ASSOCIATES INC<br>D/B/A LAWSON SOFTWARE<br>ATTN THOMAS J HENNIGAN, SALES DIRECTOR<br>1300 GODWARD ST<br>MINNEAPOLIS, MN  55413 |
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSING AGREEMENT<br>ADDENDUM TO PRODUCT LICENSE AGREEMENT | LAWSON ASSOCIATES INC<br>D/B/A LAWSON SOFTWARE<br>ATTN THOMAS J HENNIGAN, SALES DIRECTOR<br>1300 GODWARD ST<br>MINNEAPOLIS, MN  55413 |
| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSING AGREEMENT<br>EXHIBIT A LICENSING AND PRICING TERMS FOR LAWSON-OWNED PRODUCTS UNDER THE PRODUCT LICENSE AGREEMENT | LAWSON ASSOCIATES INC<br>D/B/A LAWSON SOFTWARE<br>ATTN THOMAS J HENNIGAN, SALES DIRECTOR<br>1300 GODWARD ST<br>MINNEAPOLIS, MN  55413 |
| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSING AGREEMENT<br>EXHIBIT B LICENSING AND PRICING TERMS FOR THIRD PARTY-OWNED PRODUCTS UNDER THE PRODUCT LICENSE AGREEMENT | LAWSON ASSOCIATES INC<br>D/B/A LAWSON SOFTWARE<br>ATTN THOMAS J HENNIGAN, SALES DIRECTOR<br>1300 GODWARD ST<br>MINNEAPOLIS, MN  55413 |
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSING AGREEMENT<br>NON-EXCLUSIVE LICENSE AGREEMENT | LAWSON ASSOCIATES INC<br>D/B/A LAWSON SOFTWARE<br>ATTN THOMAS J HENNIGAN, SALES DIRECTOR<br>1300 GODWARD ST<br>MINNEAPOLIS, MN  55413 |
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSING AGREEMENT<br>NON-EXCLUSIVE LICENSE AGREEMENT | LAWSON ASSOCIATES INC<br>D/B/A LAWSON SOFTWARE<br>ATTN THOMAS J HENNIGAN, SALES DIRECTOR<br>1300 GODWARD ST<br>MINNEAPOLIS, MN  55413 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT LAWSON SOFTWARE PRODUCT LICENSE AGREEMENT | LAWSON ASSOCIATES INC D/B/A LAWSON SOFTWARE ATTN THOMAS J HENNIGAN, SALES DIRECTOR 1300 GODWARD ST MINNEAPOLIS, MN  55413 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.264 | **State what the contract or lease is for and the nature of the debtor's interest** | IT / SOFTWARE AGREEMENT RIDER 1 | LAWSON GROUP 20 CHENELL DR CONCORD, NH  03301 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.265 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT ADDENDUM TO PRODUCT LICENSE AGREEMENT | LAWSON SOFTWARE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.266 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT APPENDIX TO THE SUBLICENSE/SUPPORT NOTIFICATION FORM | LAWSON SOFTWARE |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest** | IT / SOFTWARE AGREEMENT PRODUCT ORDER FORM NO. 00003760.0 | LAWSON SOFTWARE AMERICAS INC |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS) PRODUCT ORDER FORM | LAWSON SOFTWARE AMERICAS INC ATTN DAVID SIEBERT, GM |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.269 | **State what the contract or lease is for and the nature of the debtor's interest** | IT / SOFTWARE AGREEMENT AMENDMENT NO 5 TO EDI NET SERVICES AGREEMENT DTD 4/18/209 | LIAISON TECHNOLOGIES INC ATTN ROB CONSOLI, VP SALES 3157 ROYAL DR, STE 200 ALPHARETTA, GA 30022 |
| | **State the term remaining** | 3/31/2020 | |
| | **List the contract number of any government contract** | | |
| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT AMENDMENT NO 5 TO EDI NET SERVICE AGREEMENT | LIAISON TECHNOLOGIES INC ATTN ROB CONSOLI, VP SALES 3157 ROYAL DR, STE 200 ALPHARETTA, GA 30022 |
| | **State the term remaining** | 3/31/2020 | |
| | **List the contract number of any government contract** | | |
| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) AMENDMENT NO 5 TO EDI*NET SERVICES AGREEMENT | LIAISON TECHNOLOGIES INC F/K/A NUBRIDGES INC ATTN LARRY MIELDEZIS, CRO 3157 ROYAL DR, STE 200 ALPHARETTA, GA 30022 |
| | **State the term remaining** | 3/31/2020 | |
| | **List the contract number of any government contract** | | |
| 2.272 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) AMENDMENT NO 5 TO EDI*NET SERVICES AGREEMENT | LIAISON TECHNOLOGIES INC F/K/A NUBRIDGES INC ATTN LARRY MIELDEZIS, CRO 3157 ROYAL DR, STE 200 ALPHARETTA, GA 30022 |
| | **State the term remaining** | 3/31/2020 | |
| | **List the contract number of any government contract** | | |
| 2.273 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT QUOTE FOR SERVICE OF LIEBERT EQUIPMENT DTD 2/13/2006 | LIEBERT GLOBAL SERVICES 610 EXECUTIVE CAMPUS DR WESTERVILLE, OH 43082 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.274 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT QUOTE FOR SERVICE OF LIEBERT EQUIPMENT DTD 2/13/2006 | LIEBERT GLOBAL SERVICES PO BOX 70474 CHICAGO, IL 60673 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) STANDARD TERMS LETTER DTD 5/1/2012 | L'OREAL CONSUMER PRODUCTS ATTN RICHARD MANDEL, CREDIT ANALYST 35 BROADWAY RD CRANBURY, NJ 08512 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT CONTRACT SUMMARY AND APPROVAL REQUEST DTD 7/24/2018 | LOYALTY LANE INC ATTN BILL GRAY, OWNER 3827 ROSWELL RD, STE 200 C MARIETTA, GA 30062 |
| | **State the term remaining** | 7/3/2020 | |
| | **List the contract number of any government contract** | | |
| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT CONTRACT SUMMARY AND APPROVAL REQUEST DTD 7/24/2018 | LOYALTY LANE INC ATTN BILL GRAY, OWNER 3827 ROSWELL RD, STE 200 C MARIETTA, GA 30062 |
| | **State the term remaining** | 7/3/2020 | |
| | **List the contract number of any government contract** | | |
| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) ORDER FORM & AGREEMENT DTD 8/15/2018 | LOYALTY LANE INC ATTN BILL GRAY, OWNER 3827 ROSWELL RD, STE 200 C MARIETTA, GA 30062 |
| | **State the term remaining** | 7/3/2020 | |
| | **List the contract number of any government contract** | | |
| 2.279 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) ORDER FORM & AGREEMENT DTD 8/15/2018 | LOYALTY LANE INC ATTN BILL GRAY, OWNER 3827 ROSWELL RD, STE 200 C MARIETTA, GA 30062 |
| | **State the term remaining** | 7/3/2020 | |
| | **List the contract number of any government contract** | | |
| 2.280 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT SUBSCRIPTION SERVICES AGREEMENT | MANTHAN SOFTWARE SERVICES PVT LTD ATTN SIVAKUMAR HARIHARAIYER, SVP 40/4 LAVALLE RD BANGALORE 560 001 INDIA |
| | **State the term remaining** | 3/1/2021 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.281**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> IT / SOFTWARE AGREEMENT <br> SUBSRIPTION SERVICES AGREEMENT <br><br> **State the term remaining**   2/28/2021 <br><br> **List the contract number of any government contract** | MANTHAN SOFTWARE SERVICES PVT LTD <br> C/O MANTHAN SYSTEMS PVT LTD <br> ATTN SANJIB KHEMKA <br> 40/4 LAVALLE RD <br> BANGALORE 560 001 <br> INDIA |
| **2.282**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> IT / SOFTWARE AGREEMENT <br> MANTHAN PROFESSIONAL SERVICES AGREEMENT <br><br> **State the term remaining**   2/28/2021 <br><br> **List the contract number of any government contract** | MANTHAN SOFTWARE SERVICES PVT LTD <br> C/O MANTHAN SYSTEMS PVT LTD <br> ATTN SANJIB KHEMKA <br> 40/4 LAVALLE RD <br> BANGALORE 560 001 <br> INDIA |
| **2.283**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> SERVICE AGREEMENT <br> SUBSCRIPTION SERVICES AGREEMENT <br><br> **State the term remaining**   3/1/2021 <br><br> **List the contract number of any government contract** | MANTHAN SOFTWARE SERVICES PVT LTD <br> C/O MANTHAN SYSTEMS PVT LTD <br> ATTN SANJIB KHEMKA <br> 40/4 LAVALLE RD <br> BANGALORE 560 001 <br> INDIA |
| **2.284**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> SERVICE AGREEMENT <br> PROFESSIONAL SERVICES AGREEMENT <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MANTHAN SOFTWARE SERVICES PVT LTD <br> C/O MANTHAN SYSTEMS PVT LTD <br> ATTN SANJIB KHEMKA <br> 40/4 LAVALLE RD <br> BANGALORE 560 001 <br> INDIA |
| **2.285**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> SERVICE AGREEMENT <br> SUBSCRIPTION SERVICES AGREEMENT <br><br> **State the term remaining**   3/1/2021 <br><br> **List the contract number of any government contract** | MANTHAN SOFTWARE SERVICES PVT LTD <br> C/O MANTHAN SYSTEMS PVT LTD <br> ATTN SANJIB KHEMKA <br> 40/4 LAVALLE RD <br> BANGALORE 560 001 <br> INDIA |
| **2.286**   **State what the contract or lease is for and the nature of the debtor's interest** <br><br> SERVICE AGREEMENT <br> PROFESSIONAL SERVICES AGREEMENT <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MANTHAN SOFTWARE SERVICES PVT LTD <br> C/O MANTHAN SYSTEMS PVT LTD <br> ATTN SANJIB KHEMKA <br> 40/4 LAVALLE RD <br> BANGALORE 560 001 <br> INDIA |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.287 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT SUBSCRIPTION SERVICES AGREEMENT<br><br><br>3/1/2021 | MANTHAN SOFTWARE SERVICES PVT LTD C/O MANTHAN SYSTEMS PVT LTD ATTN SANJIB KHEMKA 40/4 LAVALLE RD BANGALORE  560 001 INDIA |
| 2.288 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT PROFESSIONAL SERVICES AGREEMENT | MANTHAN SOFTWARE SERVICES PVT LTD C/O MANTHAN SYSTEMS PVT LTD ATTN SANJIB KHEMKA 40/4 LAVALLE RD BANGALORE  560 001 INDIA |
| 2.289 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT SUBSCRIPTION SERVICES AGREEMENT<br><br><br>3/1/2021 | MANTHAN SOFTWARE SERVICES PVT LTD C/O MANTHAN SYSTEMS PVT LTD ATTN SANJIB KHEMKA 40/4 LAVALLE RD BANGALORE  560 001 INDIA |
| 2.290 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT PROFESSIONAL SERVICES AGREEMENT | MANTHAN SOFTWARE SERVICES PVT LTD C/O MANTHAN SYSTEMS PVT LTD ATTN SANJIB KHEMKA 40/4 LAVALLE RD BANGALORE  560 001 INDIA |
| 2.291 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT PROFESSIONAL SERVICES AGREEMENT | MANTHAN SOFTWARE SERVICES PVT LTD C/O MANTHAN SYSTEMS PVT LTD ATTN SANJIB KHEMKA 40/4 LAVALLE RD BANGALORE  560 001 INDIA |
| 2.292 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT AMENDMENT #2 TO RXTOUCH SERVICE AGREEMENT | MARKETOUCH MEDIA INC ATTN CHARLES E RUSSO, PRES & CEO 5718 WESTHEIMER RD, STE 980 HOUSTON, TX  77057 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.293 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | IT / SOFTWARE AGREEMENT AMENDMENT #2 TO RXTOUCH SERVICE AGREEMENT | MARKETOUCH MEDIA INC ATTN CHARLES E RUSSO, PRES & CEO 5718 WESTHEIMER RD, STE 980 HOUSTON, TX 77057 |
| 2.294 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | IT / SOFTWARE AGREEMENT AMENDMENT #2 TO RXTOUCH SERVICE AGREEMENT | MARKETOUCH MEDIA INC ATTN CHARLES E RUSSO, PRES & CEO 5718 WESTHEIMER RD, STE 980 HOUSTON, TX 77057 |
| 2.295 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | IT / SOFTWARE AGREEMENT AMENDMENT #2 TO RXTOUCH SERVICE AGREEMENT | MARKETOUCH MEDIA INC ATTN CHARLES E RUSSO, PRES & CEO 5718 WESTHEIMER RD, STE 980 HOUSTON, TX 77057 |
| 2.296 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | SERVICE AGREEMENT RETOUCH SERVICE AGREEMENT DTD 1/12/2016 | MARKETOUCH MEDIA INC ATTN CHARLES E RUSSO, PRES & CEO 5718 WESTHEIMER RD, STE 980 HOUSTON, TX 77057 |
| 2.297 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | SERVICE AGREEMENT RETOUCH SERVICE AGREEMENT | MARKETOUCH MEDIA INC ATTN CHARLES E RUSSO, PRES & CEO 5718 WESTHEIMER RD, STE 980 HOUSTON, TX 77057 |
| 2.298 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | SERVICE AGREEMENT RXTOUCH SERVICE AGREEMENT TERMINATION DTD 8/23/2019 | MARKETOUCH MEDIA INC ATTN CHARLES E RUSSO, PRES & CEO 5718 WESTHEIMER RD, STE 980 HOUSTON, TX 77057 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.299 **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT RXTOUCH SERVICE AGREEMENT TERMINATION DTD 8/23/2019 | MARKETOUCH MEDIA INC ATTN CHARLES E RUSSO, PRES & CEO 5718 WESTHEIMER RD, STE 980 HOUSTON, TX 77057 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| 2.300 **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT RXTOUCH SERVICE AGREEMENT | MARKETOUCH MEDIA INC ATTN CHARLES E RUSSO, PRES & CEO 5718 WESTHEIMER RD, STE 980 HOUSTON, TX 77057 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| 2.301 **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT RXTOUCH SERVICE AGREEMENT | MARKETOUCH MEDIA INC ATTN CHARLES E RUSSO, PRES & CEO 5718 WESTHEIMER RD, STE 980 HOUSTON, TX 77057 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| 2.302 **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT RXTOUCH SERVICE AGREEMENT | MARKETOUCH MEDIA INC ATTN CHARLES E RUSSO, PRES & CEO 5718 WESTHEIMER RD, STE 980 HOUSTON, TX 77057 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| 2.303 **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT RXTOUCH SERVICE AGREEMENT | MARKETOUCH MEDIA INC ATTN CHARLES E RUSSO, PRES & CEO 5718 WESTHEIMER RD, STE 980 HOUSTON, TX 77057 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| 2.304 **State what the contract or lease is for and the nature of the debtor's interest** | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS) AMENDMENT # 2 TO SERVICE AGREEMENT DTD 10/31/2016 | MARKETOUCH MEDIA INC ATTN CHARLES E RUSSO, PRES & CEO 5718 WESTHEIMER RD, STE 980 HOUSTON, TX 77057 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.305 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS) LETTER OF AUTHORIZATION MOBILE APP | MARKETOUCH MEDIA INC <br> ATTN CHARLES E RUSSO, PRES & CEO <br> 5718 WESTHEIMER RD, STE 980 <br> HOUSTON, TX 77057 |
| 2.306 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** 1/1/2021 <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT PHARMACY PARTICIPATION AGREEMENT | MAXCARE LLC <br> ATTN PRESIDENT <br> 3000 E MEMORIAL RD <br> EDMOND, OK 73113 |
| 2.307 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** 1/1/2021 <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT PHARMACY PARTICIPATION AGREEMENT | MAXCARE LLC <br> PO BOX 16430 <br> OKLAHOMA CITY, OK 73113 |
| 2.308 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT PREFERRED SERVICE MAINTENANCE AGREEMENT DTD 4/28/2005 | MCKENNEYS <br> ATTN WALKER RUTLEDGE, PROJECT MGR <br> 1056 MORELAND INDUSTRIAL BLVD <br> ATLANTA, GA 30316 |
| 2.309 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT LETTER RE 4131 DELP ST DTD 4/14/2004 | MEMPHIS DISTRIBUTION SERVICES <br> ATTN MARK GUTHRIE <br> 1797 FLORIDA ST <br> MEMPHIS, TN 38109 |
| 2.310 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT ADDENDUM A | MEMPHIS DISTRIBUTION SERVICES <br> ATTN MARK GUTHRIE, OWNER <br> PO BOX 392450 <br> GERMANTOWN, TN 30108 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) VENDORHOLD PORTAL ACCESS AGREEMENT | MGA ENTERTAINMENT INC<br>ATTN ELLIE TROPE, VP/GEN COUNSEL<br>16380 ROSCOE BLVD, STE 100<br>VAN NUYS, CA 91406 |
| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS) LTL DROPPED TRAILER AGREEMENT | MILAN EXPRESS CO INC<br>610 LEONARD RD<br>DUNCAN, SC 29334 |
| 2.313 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS) LTL DROPPED TRAILER AGREEMENT | MILAN EXPRESS CO INC<br>610 LEONARD RD<br>DUNCAN, SC 29334 |
| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS) CONSUMER RESPONSE AGREEMENT | MMI PROFESSIONAL SERVICES INC<br>ATTN CHANDI GMUER<br>1417 FLETCHER AVE<br>FORT WORTH, TX 76107 |
| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT PRIORITY SEARCH AGREEMENT | MURDOCH MASON LLC<br>ATTN AARON CLEAVINGER, MANAGING PARTNER<br>1550 W EWEN DR, STE 300<br>FRANKLIN, TN 37067 |
| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT ENGAGEMENT LETTER | NAVIGANT CONSULTING<br>1180 PEACHTREE ST NE, STE 1900<br>ATLANTA, GA 30309 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.317 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUBSCRIPTION AGREEMENT | NEWTON SOFTWARE INC<br>ATTN AARON SMITH<br>505 MONTGOMERY ST, STE 2300<br>SAN FRANCISCO, CA 94111 |
| 2.318 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT<br>ORDER FORM AGREEMENT | NEWTON SOFTWARE INC<br>ATTN AARON SMITH<br>505 MONTGOMERY ST, STE 2300<br>SAN FRANCISCO, CA 94111 |
| 2.319 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT<br>NEWTON'S TECHNICAL FAQ | NEWTON SOFTWARE INC<br>ATTN AARON SMITH<br>505 MONTGOMERY ST, STE 2300<br>SAN FRANCISCO, CA 94111 |
| 2.320 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT<br>CONTRACT SUMMARY & APPROVAL REQUEST DTD 3/5/18 | NEWTON SOFTWARE INC<br>ATTN KELLY BOTHWELL, ACCOUNT EXEC<br>201 SPEAR ST, STE 220<br>SAN FRANCISCO, CA 94105 |
| 2.321 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S)<br>ASSIGNMENT OF RIGHTS AND OBLIGATIONS DTD 1/23/2013 | NEXTEP INC<br>ATTN TOM CROSS, SVP<br>PO BOX 11188<br>RENO, NV 89510 |
| 2.322 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining** 4/30/2021<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>RETAIL COOPERATION AGREEMENT | NIELSEN COMPANY US LLC, THE<br>ATTN CHIEF FINANCIAL OFFICER<br>150 N MARTINGALE RD<br>SCHAUMBURG, IL 60173 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.323 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>MASTER SERVICES AGREEMENT DTD 4/26/17 | NIELSEN COMPANY US LLC, THE<br>ATTN CHIEF FINANCIAL OFFICER<br>85 BROAD ST<br>NEW YORK, NY 10004 |
| 2.324 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>AMENDMENT 2 TO LOCAL SERVICE AGREEMENT ACNUS-1 | NIELSEN COMPANY US LLC, THE<br>ATTN CHIEF FINANCIAL OFFICER<br>85 BROAD ST<br>NEW YORK, NY 10004 |
| 2.325 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining** 4/30/2021<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>LOCAL SERVICE AGREEMENT NUMBER ACNUS-1 | NIELSEN COMPANY US LLC, THE<br>ATTN DAVID BOWMAN, MGR FINANCE<br>85 BROAD ST<br>NEW YORK, NY 10004 |
| 2.326 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>AMENDMENT NO 1 TO LOCAL SERVICE AGREEMENT ACNUS-1 | NIELSEN COMPANY US LLC, THE<br>ATTN DAVID BOWMAN, MGR FINANCE<br>85 BROAD ST<br>NEW YORK, NY 10004 |
| 2.327 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>MASTER SERVICES AGREEMENT DTD 4/26/17 | NIELSEN COMPANY US LLC, THE<br>ATTN LEGAL DEPT<br>85 BROAD ST<br>NEW YORK, NY 10004 |
| 2.328 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining** 5/1/2021<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>AMENDMENT NO 1 TO RETAIL COOPERATION AGREEMENT | NIELSEN COMPANY US LLC, THE<br>ATTN LEGAL DEPT<br>85 BROAD ST<br>NEW YORK, NY 10004 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.329 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT AMENDMENT NO 1 TO REIMBURSEMENT AGREEMENT | NIPRO DIAGNOSTICS INC <br> ATTN SCOTT VERNER, PRESIDENT & CEO <br> 2400 NW 55TH COURT <br> FORT LAUDERDALE, FL 33309 |
| 2.330 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT AMENDMENT NO 1 TO REIMBURSEMENT AGREEMENT | NIPRO DIAGNOSTICS INC <br> ATTN VP FINANCE & BUSINESS DEV <br> 2400 NW 55TH COURT <br> FORT LAUDERDALE, FL 33309 |
| 2.331 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS) PROPOSAL AND CONTRACT DTD 6/5/2008 | NORTH AMERICA ROOFING SVCS INC <br> ATTN DOUG FRANKEY, SR VP/CFO <br> 41 DOGWOOD RD <br> ASHEVILLE, NC 28806 |
| 2.332 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** 12/31/2019 <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT MEDIA PLANNIMNG & BUYING SERVICES DTD 11/7/2018 | NOVUS MEDIA LLC <br> ATTN CRO <br> 2 CARLSON PKWY <br> PLYMOUTH, MN 55447 |
| 2.333 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** 7/9/2020 <br><br> **List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) INSIGHT SOURCING GROUP MEMBER PARTICIPATION AGREEMENT | OFFICE DEPOT INC <br> ATTN OFFICE OF THE GENERAL COUNSEL <br> 6600 N MILITARY TRL <br> BOCA RATON, FL 33496 |
| 2.334 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) AMENDMENT CONTRACT EXTENSION DTD 4/24/2013 | OFFICEMAX CORPORATION <br> 6600 NORTH MILITARY TRAIL <br> BOCA RATON, FL 33496 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.335 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) AMENDMENT CONTRACT EXTENSION DTD 4/24/2013 | OFFICEMAX CORPORATION<br>6600 NORTH MILITARY TRAIL<br>BOCA RATON, FL 33496 |
| 2.336 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSING AGREEMENT<br>PRIVATE LABEL CUSTOMER AGREEMENT | OK KOSHER CERTIFICATION<br>ATTN RABBI DON YOEL LEVY, KASHRUTH ADMIN<br>391 TROY AVE<br>BROOKLYN, NY 11213 |
| 2.337 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT<br>CONTRACT SUMMARY & APPROVAL REQUEST DTD 2/1/2018 | OPEN TEXT GXS |
| 2.338 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>NOTICE AMENDMENT (REVISED) DTD 7/10/2014 | OPTUMRX INC<br>ATTN TIMOTHY WICKS, EVP<br>17900 VON KARMAN AVE<br>MAIL STOP CA016-0200<br>IRVINE, CA 92614 |
| 2.339 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining** 5/1/2021<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>NATIONAL PEST CONTROL SERVICE AGREEMENT | ORKIN LLC<br>2170 PIEDMONT RD NE<br>ATLANTA, GA 30324 |
| 2.340 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS) SERVICE AGREEMENT | PAETEC COMMUNICATIONS INC<br>ATTN SHELLIE ALLEN, REGIONAL DIR<br>ONE PAETEC PLAZA<br>600 WILLOWBROOK OFFICE PARK<br>FAIRPORT, NY 14450 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.341 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT PALLET MANAGEMENT PROPOSAL DTD 6/17/2015 | PALLET FACTORY INC, THE 3740 ARNOLD RD MEMPHIS, TN  38181 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.342 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT GENERIC DRUG PURCHASING SUPPORT DTD 1/7/2014 | PHSI ATTN FRED HAMLIN, DIR BUS DEV 968 PERRY HWY PITTSBURGH, PA  15237 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.343 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE: EQUIPMENT PITNEW BOWES GLOBAL FINANCIAL SERVICES LEASE AGREEMENT | PITNEY BOWES PO BOX 371896 PITTSBURGH, PA  15250-7896 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.344 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT 340B DIRECT PROGRAM ADMINISTRATION AGREEMENT DTD 7/27/2017 | PPS DATA LLC C/O PROVIDER PAY INC ATTN PRESIDENT 3949 S 700 E, STE 320 SALT LAKE CITY, UT  84107 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.345 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT 340B DIRECT PROGRAM ADMINISTRATION AGREEMENT DTD 7/27/2017 | PPS DATA LLC C/O ZIONS MANAGEMENT SERVICES COMPANY ATTN CORPORATE LEGAL SERVICES GATEWAY TOWER E, 10 E S TEMPLE, 11TH FL SALT LAKE CITY, UT  84133 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.346 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INITIAL DOCUMENT REQUEST -3 | PRA GOVERNMENT SERVICES 2317 3RD AVENUE NORTH SUITE 200 BIRMINGHAM, AL  35203 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.347 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT AGREEMENT TO PERFORM ACCOUNTS PAYABLE AUDIT | PRG-SCHULTZ USA INC 5029 E SUNRISE DR # 102 PHOENIX, AZ 85044 |
| 2.348 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT AMENDMENT DTD 9/17/2009 | PRG-SCHULTZ USA INC 5029 E SUNRISE DR # 102 PHOENIX, AZ 85044 |
| 2.349 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT AMENDMENT 2 | PRGX USA INC FKA PRG SCHULTZ USA INC |
| 2.350 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT AMENDMENT 2 | PRGX USA INC FKA PRG SCHULTZ USA INC |
| 2.351 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT SPECIALTY PHARMACY PARTIPATION AGREEMENT | PRIME THERAPEUTICS LLC ATTN PHARMACY NETWORK MANAGEMENT 1305 CORPORATE CENTER DR EAGAN, MD 55121 |
| 2.352 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT SPECIALTY PHARMACY PARTIPATION AGREEMENT | PRIME THERAPEUTICS LLC ATTN PHARMACY NETWORK MANAGEMENT PO BOX 64812 ST PAUL, MN 55164-0812 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.353 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT PROMOTIONAL SERVICES AGREEMENT | PRIZELOGIC LLC ATTN LEGAL 25200 TELEGRAPH RD, STE 405 SOUTHFIELD, MI  48033 |
| | **State the term remaining** | 5/16/2021 | |
| | **List the contract number of any government contract** | | |
| 2.354 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT LIMITED MOLD SURVEY DTD 10/24/2012 | PROFESSIONAL SERVICE INDUSTRIES INC ATTN STEVE SANDERS 2900 COMMERCE SQ E BIRMINGHAM, AL  36210 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.355 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT LIMITED MOLD SURVEY DTD 10/24/2012 | PROFESSIONAL SERVICE INDUSTRIES INC ATTN STEVE SANDERS 751 S 5TH ST NASHVILLE, TN  37206 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.356 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT RETENTION AGREEMENT | PUNCHES, COREY PO BOX 1855 SOUTHAVEN, MS  38671 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.357 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT INSPECTION/INSPECTION SERVICES | QC ASIA ATTN FRANK KERR RM 302, SANYU BUSINESS CENTER 66 DONGHUAN RD, ZHUCUN TIANHE, GUANGZHOU  510660 CHINA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.358 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) TERMS AND CONDITIONS DTD 2/6/2017 | QUAKER SALES & DISTRIBUTION INC 555 W MONROE ST CHICAGO, IL  60661 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.359 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | IT / SOFTWARE AGREEMENT STATEMENT OF WORK TO IMPLEMENT REFEXIS APPLICATIONS DTD 11/19/18 | REFLEXIS SYSTEMS INC ATTN MURALI VISWNATHAN 3 ALLIED DR, STE 400 DEDHAM, MA  02026 |
| 2.360 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining**  12/18/2023 <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT MASTER SERVICES AGREEMENT | REFLEXIS SYSTEMS INC ATTN MURALI VISWNATHAN 3 ALLIED DR, STE 400 DEDHAM, MA  02026 |
| 2.361 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SERVICE AGREEMENT REFLEXIS ORDER FORM # 1 TO MSA | REFLEXIS SYSTEMS INC ATTN MURALI VISWNATHAN 3 ALLIED DR, STE 400 DEDHAM, MA  02026 |
| 2.362 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) REFLEXIS ORDER FORM NO 1 TO MSA | REFLEXIS SYSTEMS INC ATTN MURALI VISWNATHAN 3 ALLIED DR, STE 400 DEDHAM, MA  02026 |
| 2.363 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) REFLEXIS ORDER FORM NO 1 TO MSA | REFLEXIS SYSTEMS INC ATTN MURALI VISWNATHAN 3 ALLIED DR, STE 400 DEDHAM, MA  02026 |
| 2.364 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) REFLEXIS ORDER FORM NO 1 TO MSA | REFLEXIS SYSTEMS INC ATTN MURALI VISWNATHAN 3 ALLIED DR, STE 400 DEDHAM, MA  02026 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.365** **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) REFLEXIS ORDER FORM NO 1 TO MSA | REFLEXIS SYSTEMS INC ATTN MURALI VISWNATHAN 3 ALLIED DR, STE 400 DEDHAM, MA  02026 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.366** **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT MASTER SERVICE AGREEMENT | REFLEXIS SYSTEMS INC ATTN SECRETARY 3 ALLIED DR, STE 400 DEDHAM, MA  02026 |
| **State the term remaining** 12/17/2023 | | |
| **List the contract number of any government contract** | | |
| **2.367** **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) MANUFACTURING SUPPLY AGREEMENT | REFRESCO BEVERAGES US INC ATTN GENERAL COUNSEL 8112 WOODLAND CENTER BLVD TAMPA, FL  33614 |
| **State the term remaining** 10/18/2020 | | |
| **List the contract number of any government contract** | | |
| **2.368** **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) MANUFACTURING SUPPLY AGREEMENT | REFRESCO BEVERAGES US INC ATTN GENERAL COUNSEL 8112 WOODLAND CTR BLVD TAMPA, FL  33614 |
| **State the term remaining** 10/18/2020 | | |
| **List the contract number of any government contract** | | |
| **2.369** **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) MANUFACTURING SUPPLY AGREEMENT | REFRESCO BEVERAGES US INC ATTN VP SALES 8112 WOODLAND CTR BLVD TAMPA, FL  33614 |
| **State the term remaining** 10/18/2020 | | |
| **List the contract number of any government contract** | | |
| **2.370** **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) MANUFACTURING SUPPLY AGREEMENT | REFRESCO BEVERAGES US INC ATTN VP, SALES 8112 WOODLAND CENTER BLVD TAMPA, FL  33614 |
| **State the term remaining** 10/18/2020 | | |
| **List the contract number of any government contract** | | |

(Name)    Case number (if known) 19-11984

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.371** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT RIDER TO RETAIL TECH INC STATEMENT OF WORK | RETAIL TECH INC ATTN KATHY ISHAM 1501 PARK RD CHANHASSEN, MN 55317 |
| **2.372** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) LEGAL NAME CHANGE NOTICE DTD 1/31/2012 | REYNOLD'S PRESTO PRODUCTS INC D/B/A PRESTO PRODUCTS ATTN DAN DEVALK, REGIONAL SALES MANAGER 670 N PERKINS ST APPLETON, WI 54914-3133 |
| **2.373** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) LEGAL NAME CHANGE NOTICE DTD 1/31/2012 | REYNOLD'S PRESTO PRODUCTS INC D/B/A PRESTO PRODUCTS ATTN DAN DEVALK, REGIONAL SALES MANAGER PO BOX 2399 APPLETON, WI 54912-2399 |
| **2.374** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSING AGREEMENT PROPOSAL FOR EXECUTION OF SMARTSPACE PILOT FOR FRED'S | RGIS LLC ATTN KEY ACCT MGR FOR FRED'S 1127 TOLLAND TURNPIKE, #301 MANCHESTER, CT 06042 |
| **2.375** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT EMPLOYMENT AGREEMENT DTD 3/19/2017 | RICHARDSEN, ERNIE |
| **2.376** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT SECOND SUPPLEMENTAL AGREEMENT | RJ CORMAN RAILROAD CO/TENN TERMINAL LLC 650 CORMAN WAY CLEARFIELD, PA 16830 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.377 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT COLLECTION NOTICE DTD 3/20/2008 | ROADWAY EXPRESS INS PO BOX 93151 CHICAGO, IL  60673-3151 |
| 2.378 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS) PROPOSAL - EDGAR/XBRL PRICING DTD 8/2/2015 | S2 FILINGS LLC 666 FIFTH AVE, 35 FL NEW YORK, NY  10103 |
| 2.379 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) PROFESSIONAL DSD SERVICES DTD 8/18/2018 | SALES AFFILIATES ATTN GARY W GREEN 5836 STAGE RD MEMPHIS, TN  38134 |
| 2.380 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT RETENTION AGREEMENT | SCALES, SIMON 824 POLO RUN DR COLLIERVILLE, TN  38017 |
| 2.381 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) INTERNATIONAL BUYING SERVICES AGREEMENT | SHANTOU DIHUA TRADING CO LTD ATTN KEVIN CHEN, SALES MGR NO 71 HENGSHAN RD, SHANTOU SHANTOU  515041 CHINA |
| 2.382 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS) MASTER SUBSCRIPTION AGREEMENT | SITE CONTROLS LLC ATTN DAN SHARPLIN, CEO 7004 BEE CAVE RD, BLDG 2, STE 200 AUSTIN, TX  78746 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.383 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT<br>SOFTWARE LICENSE AND SUPPORT AGREEMENT | SK GLOBAL SOFTWARE LLC<br>940 GEMINI ST, STE 200<br>HOUSTON, TX 77058 |
| 2.384 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT<br>TREASURY AUTOMATION SUITE IMPLEMENTATION SERVICES ESTIMATE DTD 1/14/2019 | SK GLOBAL SOFTWARE LLC<br>940 GEMINI ST, STE 200<br>HOUSTON, TX 77058 |
| 2.385 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT<br>CONTRACT SUMMARY AND APPROVAL REQUEST | SK GLOBAL SOFTWARE LLC<br>940 GEMINI ST, STE 200<br>HOUSTON, TX 77058 |
| 2.386 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSING AGREEMENT<br>SOFTWARE LICENSE AND SUPPORT AGREEMENT | SK GLOBAL SOFTWARE LLC<br>940 GEMINI ST, STE 200<br>HOUSTON, TX 77058 |
| 2.387 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LICENSING AGREEMENT<br>SOFTWARE LICENSE AND SUPPORT AGREEMENT | SK GLOBAL SOFTWARE LLC<br>940 GEMINI ST, STE 200<br>HOUSTON, TX 77058 |
| 2.388 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S)<br>TREASURY AUTOMATION SUITE IMPLEMENTATION SERVICES ESTIMATE DTD 1/14/2019 | SK GLOBAL SOFTWARE LLC<br>940 GEMINI ST, STE 200<br>HOUSTON, TX 77058 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.389 | State what the contract or lease is for and the nature of the debtor's interest | IT / SOFTWARE AGREEMENT QUOTE FOR SOFTWARE DTD 1/21/2019 | SK GLOBAL SOFTWARE PO BOX 733054 DALLAS, TX 75373-3054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.390 | State what the contract or lease is for and the nature of the debtor's interest | IT / SOFTWARE AGREEMENT QUOTE FOR SOFTWARE DTD 1/21/2019 | SK GLOBAL SOFTWARE PO BOX 733054 DALLAS, TX 75373-3054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.391 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT SERVICES AGREEMENT | SKB FACILITIES & MAINTENANCE INC 3865 VISCOUNT AVE #3 MEMPHIS, TN 38118 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.392 | State what the contract or lease is for and the nature of the debtor's interest | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) INDEPENDENT SALES CONTRACT AGREEMENT | SKINNY & CO LLC ATTN MATT GEDDIE, PRES 5762 W 74TH ST INDIANAPOLIS, IN 46278 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.393 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT SPECTRUM ENTERPRISE SERVICE AGREEMENT | SPECTRUM ENTERPRISE ATTN KYLE MILLER, ACCOUNT EXEC 12405 POWERSCOURT DR ST LOUIS, MO 63131 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.394 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT SPECTRUM CUSTOMER SERVICE ORDER | SPECTRUM ENTERPRISE ATTN KYLE MILLER, ACCOUNT EXEC 12405 POWERSCOURT DR ST LOUIS, MO 63131 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.395 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT SPECTRUM ENTERPRISE SERVICE AGREEMENT | SPECTRUM ENTERPRISE ATTN KYLE MILLER, ACCOUNT EXEC 12405 POWERSCOURT DR ST LOUIS, MO 63131 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.396 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT SPECTRUM CUSTOMER SERVICE ORDER | SPECTRUM ENTERPRISE ATTN KYLE MILLER, ACCOUNT EXEC 12405 POWERSCOURT DR ST LOUIS, MO 63131 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.397 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT SERVICE AGREEMENT | SPECTRUM SETTLEMENT RECOVERY LLC ATTN KASURA NASIKI 555 CALIFORNIA ST STE 1820 SAN FRANCISCO, CA 94101 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.398 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) VENDOR AGREEEMNT 7/30/2014 | SPIC AND SPAN CO ATTN RITA HOLMES 660 WHITE PLAINS RD TARRYTOWN, NY 10591 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.399 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) VENDOR AGREEEMNT 7/30/2014 | SPIC AND SPAN CO ATTN RITA HOLMES PO BOX 202493 DALLAS, TX 75320 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.400 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT SUPPLEMENT TO TRACK CONTRACT DTD 5/26/1977 | ST LOUIS -SAN FRANCISCO RAILWAY COMPANY |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.401 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT TRACK: FRISCO-INDUSTRY OWNERSHIP DTD 6/14/1971 | ST LOUIS -SAN FRANCISCO RAILWAY COMPANY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.402 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT EMPLOYMENT AGREEMENT DTD 3/20/2017 | STANIFORTH, KAREN |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.403 | State what the contract or lease is for and the nature of the debtor's interest | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) ADDENDUM DTD 4/10/2014 | STERILITE CORP ATTN GAIL A TUKIANEN 30 SCALES LN PO BOX 8001 TOWNSEND, MA  01469 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.404 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT CUSTOMER ENRICHMENT PROGRAM | STONEBRIDGE BENEFIT SERVICES INC 7 FARMINGTON RD AMHERST, NH  03031 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.405 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT STORE FIXTURES WAREHOUSE STANDARD AGREEMENT | STORE FIXTURES WAREHOUSE LLC 323 VICTOR REITER PKWY PORTLAND, TN  37148 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.406 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT STORE FIXTURES WAREHOUSE STANDARD AGREEMENT | STORE FIXTURES WAREHOUSE LLC 323 VICTOR REITER PKWY PORTLAND, TN  37148 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.407 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S)<br>VENDER AGREEMENT | SUPER IMPULSE USA LLC<br>ATTN ALAN DORFMAN<br>UNIT 512/513, 6TH FL, PENINSULA CTR,<br>67 MODY RD, TSIMSHATSUI EAST<br>KOWLOON, HONG KONG<br>CHINA |
| 2.408 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S)<br>CHANGING NAME FROM TOY CENTURY<br>LETTER DTD 9/18/2013 | SUPERWAY INTL LTD<br>ATTN SANDY LAM<br>UNIT 214, 2F, NEW E OCEAN CENTRE<br>NO 9 SCIENCE MUSEUM RD, TSIM SHA TSUI E<br>KOWLOON, HONG KONG<br>CHINA |
| 2.409 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | SERVICE AGREEMENT<br>LIMITED MOLD SURVEY DTD 10/24/2012 | SWP CONSTRUCTION SERVICES LLC<br>ATTN SCOTT POLZIN, PE<br>605 CHURCHHILL DOWNS LOOP<br>MOSCOW, TN 38057 |
| 2.410 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSING AGREEMENT<br>LICENSE & MAINTENANCE GENERAL<br>TERMS & CONDITION | SYMPHONYEYC SOLUTION HOLDING US LLC<br>1040 CROWN POINTE PKWY STE 905<br>ATLANTA, GA 30338 |
| 2.411 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT / SOFTWARE AGREEMENT<br>INVOICE DTD 6/22/2018 | TABLEAU SOFTWARE INC<br>ATTN DEANNA OLSEAD PUTTER<br>1621 N 34TH ST<br>SEATTLE, WA 98103 |
| 2.412 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MAINTENANCE AGREEMENT<br>INVOICE DTD 9/06/2017 | TABLEAU SOFTWARE INC<br>ATTN DEANNA OLSEAD PUTTER<br>1621 N 34TH ST<br>SEATTLE, WA 98103 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.413 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT PROPOSAL AGREEMENT | TACTICIAN CORPORATION<br>305 N MAIN ST<br>ANDOVER, MA 01810 |
| 2.414 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CUSTOMER AGREEMENT AMENDMENT TO THE UNIVERSAL AGREEEMENT | TALX CORPORATION<br>11432 LACKLAND RD<br>ST LOUIS, MO 63146 |
| 2.415 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT SCHEDULE A - ACA MGT, SERVICE PROVIDER, TERM & FEES FOR SVCS | TALX CORPORATION<br>11432 LACKLAND RD<br>ST LOUIS, MO 63146 |
| 2.416 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) LEASE RENEWAL DTD 12/10/2013 | TC HEARTLAND LLC<br>F/K/A HEARTLAND SWEETENERS LLC |
| 2.417 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT TELECOMMUNICATIONS SERVICE AGREEMENT | TELEPAK NETWORKS INC<br>D/B/A C SPIRE BUSINESS CO<br>ATTN JEREMY SMITH, SALES REP |
| 2.418 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) AMENDMENT NUMBER TWO | THE NIELSEN COMPANY LLC<br>ATTN LEGAL DEPT<br>85 BROAD ST<br>NEW YORK, NY 10004 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.419 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) AMENDMENT NUMBER ONE | THE NIELSEN COMPANY LLC<br>ATTN LEGAL DEPT<br>85 BROAD ST<br>NEW YORK, NY 10004 |
| 2.420 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>SOW - TERMS & CONDITIONS DTD 12/16/2016 | TRACESECURITY LLC<br>ATTN JASON WELLS, MANAGING DIR<br>6300 CORPORATE BLVD, STE 200<br>BATON ROUGE, LA 70805 |
| 2.421 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>CUSTOMER ENRICHMENT PROGRAM | TRANSAMERICA<br>DIRECT SOLUTIONS ORGANIZATION<br>2700 W PLANO PKWY<br>PLANO, TX 75075 |
| 2.422 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>SUBSCRIBER AGREEMENT | TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS INC<br>ATTN CREDENTIALING TEAM<br>4530 CONFERENCE WAY S<br>BOCA RATON, FL 33431 |
| 2.423 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>RECONCILIATION SERVICES AGREEMENT | TRINTECH INC<br>15851 DALLAS PKWY STE 855<br>ADDISON, TX 75001 |
| 2.424 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br>LICENSE AGREEMENT | TRINTECH INC<br>15851 DALLAS PKWY STE 855<br>ADDISON, TX 75001 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.425** **State what the contract or lease is for and the nature of the debtor's interest** | IT / SOFTWARE AGREEMENT MANAGED SECURITY SERVICED DTD 2/14/2019 | TRUSTWAVE HOLDINGS INC 70 W. MADISON ST. SUITE 600 CHICAGO, IL 60602 |

| | | | |
|---|---|---|---|
| **2.425** | **State what the contract or lease is for and the nature of the debtor's interest** | IT / SOFTWARE AGREEMENT MANAGED SECURITY SERVICED DTD 2/14/2019 | TRUSTWAVE HOLDINGS INC 70 W. MADISON ST. SUITE 600 CHICAGO, IL 60602 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.426** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT MANAGED SECURITY SERVICES ADDENDUM | TRUSTWAVE HOLDINGS INC 70 W. MADISON ST. SUITE 600 CHICAGO, IL 60602 |
| | **State the term remaining** | 3/14/2022 | |
| | **List the contract number of any government contract** | | |
| **2.427** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT MANAGED SECURITY SERVICES ADDENDUM DTD 3/27/2019 | TRUSTWAVE HOLDINGS INC 70 W. MADISON ST. SUITE 600 CHICAGO, IL 60602 |
| | **State the term remaining** | 3/14/2022 | |
| | **List the contract number of any government contract** | | |
| **2.428** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT CONTRACT SUMMARY AND APPROVAL REQUEST DTD 3/25/2019 | TRUSTWAVE HOLDINGS INC 70 W. MADISON ST. SUITE 600 CHICAGO, IL 60602 |
| | **State the term remaining** | 3/15/2022 | |
| | **List the contract number of any government contract** | | |
| **2.429** | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD PARTY SERVICE AGREEMENT (INDEPENDENT CONTRACTORS, FREIGHTS, LAWYERS, CONSULTANTS) PHARMACY RECORDS | USHER, RENE A 435 SUGAR RIDGE RD POWELL, MO 65730-9161 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.430** | **State what the contract or lease is for and the nature of the debtor's interest** | IT / SOFTWARE AGREEMENT MICROSOFT DYNAMICS 365 FOR FINANCE AND OPERATIONS SOW | UXC ECLIPSE LLC ATTN BRIAN DEMING, PRESIDENT 200 W 14 ST, 15 FLR NEW YORK, NY 10036 |
| | **State the term remaining** | 12/1/2019 | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.431 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT CONTRACT SUMMARY AND APPROVAL REQUEST DTD 6/19/2018 | UXC ECLIPSE LLC ATTN BRIAN DEMING, PRESIDENT 200 W 14 ST, 15 FLR NEW YORK, NY  10036 |
| 2.432 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT MASTER SERVICES AGREEMENT | UXC ECLIPSE LLC ATTN BRIAN DEMING, PRESIDENT 200 W 14 ST, 15 FLR NEW YORK, NY  10036 |
| 2.433 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT CLIENT SERVICES AGREEMENT | VACO MIDSOUTH 6000 POPULAR AVE STE 216 MEMPHIS, TN  38119 |
| 2.434 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE: EQUIPMENT PITNEW BOWES GLOBAL FINANCIAL SERVICES LEASE AGREEMENT | VALENTINE PHARMACY INC ATTN RHONNY K VALENTINE 116 JEFFERSON ST MANSFIELD, LA  71052-2602 |
| 2.435 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE: EQUIPMENT PITNEW BOWES GLOBAL FINANCIAL SERVICES LEASE AGREEMENT | VALENTINE PHARMACY PO BOX 1619 MANSFIELD, LA  71052-1619 |
| 2.436 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) RESCIND TERMINATION DTD 11/18/2010 | VALUELINK LLC C/O BANK OF AMERICA MERCHANT SERVICES ATTN JONATHAN STOUT 3975 NW 120TH AVE, MAIL STOP B-20 CORAL SPRINGS, FL  33065 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.437 | **State what the contract or lease is for and the nature of the debtor's interest** | IT / SOFTWARE AGREEMENT SOFTWARE SUBSCRIPTION AGREEMENT | VISUAL LEASE LLC ATTN MARC E BETESH, PRESIDENT 1000 US HWY 9 WOODBRIDGE, NJ 07095 |
| | **State the term remaining** | 12/31/2020 | |
| | **List the contract number of any government contract** | | |
| 2.438 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) SERVICE AGREEMENT | WAGEWORKS INC ATTN LEGAL DEPT 1100 PARK PL, 4 FL SAN MATEO, CA 94403 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.439 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) LETTER AGREEMENT DTD 4/29/2008 | WILEN MEDIA CORP 5 WELLWOOD AVE FARMINGDALE, NY 11735 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.440 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) AGREEMENT DTD 4/11/2014 | WORKING SOLUTIONS OF MEMPHIS LLC 6064 APPLE TREE DR #11 MEMPHIS, TN 38115 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.441 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) LETTER OF INTENT DTD 6/9/2005 | XPEDX ATTN DANIEL J WATKOSKE, VP NATL SALES 3630 PARK 42 DR SHARONVILLE, OH 45241 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.442 | **State what the contract or lease is for and the nature of the debtor's interest** | IT / SOFTWARE AGREEMENT STATEMENT OF WORK DTD 7/9/2018 | YASH TECHNOLOGIES INC ATTN KARTEEK PALLAKI 605 17TH AVE, AVE OF CITIES E MOLINE, IL 61224 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.443 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT STATEMENT OF WORK DTD 7/9/2018 | YASH TECHNOLOGIES INC ATTN KARTEEK PALLAKI 605 17TH AVE, AVE OF CITIES E MOLINE, IL  61224 |
| 2.444 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT CONSULTING SERVICES AGREEMENT | YASH TECHNOLOGIES INC ATTN REGHU NAIR, CONTRACTS MGR 605 17TH AVE EAST MOLINE, IL  61244 |
| 2.445 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR AGREEMENT (GOODS, MERCHANDISE, PO'S) CONSULTING SERVICES AGREEMENT | YASH TECHNOLOGIES INC ATTN REGHU NAIR, CONTRACTS MGR 605 17TH AVE EAST MOLINE, IL  61244 |
| 2.446 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT PRICE QUOTE DTD 6/3/2017 | ZOHO CORP ATTN ALLEN WOODS 4141 HACIENDA DR PLEASANTON, CA  94588 |
| 2.447 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT / SOFTWARE AGREEMENT SOFTWARE LICENSE AGREEMENT | ZOHO CORP ATTN ALLEN WOODS 4141 HACIENDA DR PLEASANTON, CA  94588 |

| Fill in this information to identify the case: |
|---|

Debtor     Fred's, Inc.

United States Bankruptcy Court for the:   District of Delaware

Case number   19-11984
(if known)

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                          4/19

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes.

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1 | 505 N. MAIN OPP, LLC | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | ACE AMERICAN INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.2 | 505 N. MAIN OPP, LLC | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | ARROWOOD INDEMNITY COMPANY | ☑ D ☐ E/F ☐ G |
| 2.3 | 505 N. MAIN OPP, LLC | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | BANK OF AMERICA / MERRILL LYNCH | ☑ D ☐ E/F ☐ G |
| 2.4 | 505 N. MAIN OPP, LLC | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | FIDELITY & DEPOSIT CO OF | ☑ D ☐ E/F ☐ G |
| 2.5 | 505 N. MAIN OPP, LLC | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | FIDELITY & DEPOSIT CO OF MARYLAND | ☑ D ☐ E/F ☐ G |
| 2.6 | 505 N. MAIN OPP, LLC | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | GELCO CORPORATION | ☑ D ☐ E/F ☐ G |
| 2.7 | 505 N. MAIN OPP, LLC | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | REGIONS BUSINESS CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.8 | 505 N. MAIN OPP, LLC | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | SAFETY NATIONAL CASUALTY | ☑ D ☐ E/F ☐ G |
| 2.9 | FRED'S STORES OF TENNESSEE, INC. | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | ACE AMERICAN INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.10 | FRED'S STORES OF TENNESSEE, INC. | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | ARROWOOD INDEMNITY COMPANY | ☑ D ☐ E/F ☐ G |
| 2.11 | FRED'S STORES OF TENNESSEE, INC. | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | BANK OF AMERICA / MERRILL LYNCH | ☑ D ☐ E/F ☐ G |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply |
| 2.12 | FRED'S STORES OF TENNESSEE, INC. | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | CARDINAL HEALTH INC | ☑ D ☐ E/F ☐ G |
| 2.13 | FRED'S STORES OF TENNESSEE, INC. | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | FIDELITY & DEPOSIT CO OF | ☑ D ☐ E/F ☐ G |
| 2.14 | FRED'S STORES OF TENNESSEE, INC. | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | FIDELITY & DEPOSIT CO OF MARYLAND | ☑ D ☐ E/F ☐ G |
| 2.15 | FRED'S STORES OF TENNESSEE, INC. | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | GELCO CORPORATION | ☑ D ☐ E/F ☐ G |
| 2.16 | FRED'S STORES OF TENNESSEE, INC. | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | REGIONS BUSINESS CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.17 | FRED'S STORES OF TENNESSEE, INC. | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | SAFETY NATIONAL CASUALTY | ☑ D ☐ E/F ☐ G |
| 2.18 | NATIONAL PHARMACEUTICAL NETWORK, INC. | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | ACE AMERICAN INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.19 | NATIONAL PHARMACEUTICAL NETWORK, INC. | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | ARROWOOD INDEMNITY COMPANY | ☑ D ☐ E/F ☐ G |
| 2.20 | NATIONAL PHARMACEUTICAL NETWORK, INC. | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | BANK OF AMERICA / MERRILL LYNCH | ☑ D ☐ E/F ☐ G |
| 2.21 | NATIONAL PHARMACEUTICAL NETWORK, INC. | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | CARDINAL HEALTH INC | ☑ D ☐ E/F ☐ G |
| 2.22 | NATIONAL PHARMACEUTICAL NETWORK, INC. | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | FIDELITY & DEPOSIT CO OF | ☑ D ☐ E/F ☐ G |
| 2.23 | NATIONAL PHARMACEUTICAL NETWORK, INC. | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | FIDELITY & DEPOSIT CO OF MARYLAND | ☑ D ☐ E/F ☐ G |
| 2.24 | NATIONAL PHARMACEUTICAL NETWORK, INC. | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | GELCO CORPORATION | ☑ D ☐ E/F ☐ G |
| 2.25 | NATIONAL PHARMACEUTICAL NETWORK, INC. | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | REGIONS BUSINESS CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.26 | NATIONAL PHARMACEUTICAL NETWORK, INC. | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | SAFETY NATIONAL CASUALTY | ☑ D ☐ E/F ☐ G |
| 2.27 | REEVES-SAIN DRUG STORE, INC. | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | ACE AMERICAN INSURANCE COMPANY | ☑ D ☐ E/F ☐ G |
| 2.28 | REEVES-SAIN DRUG STORE, INC. | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | ARROWOOD INDEMNITY COMPANY | ☑ D ☐ E/F ☐ G |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.29 | REEVES-SAIN DRUG STORE, INC. | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | BANK OF AMERICA / MERRILL LYNCH | ☑ D ☐ E/F ☐ G |
| 2.30 | REEVES-SAIN DRUG STORE, INC. | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | CARDINAL HEALTH INC | ☑ D ☐ E/F ☐ G |
| 2.31 | REEVES-SAIN DRUG STORE, INC. | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | FIDELITY & DEPOSIT CO OF | ☑ D ☐ E/F ☐ G |
| 2.32 | REEVES-SAIN DRUG STORE, INC. | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | FIDELITY & DEPOSIT CO OF MARYLAND | ☑ D ☐ E/F ☐ G |
| 2.33 | REEVES-SAIN DRUG STORE, INC. | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | GELCO CORPORATION | ☑ D ☐ E/F ☐ G |
| 2.34 | REEVES-SAIN DRUG STORE, INC. | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | REGIONS BUSINESS CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.35 | REEVES-SAIN DRUG STORE, INC. | 2001 BRYAN STREET SUITE 1550 DALLAS, TX 75201 | SAFETY NATIONAL CASUALTY | ☑ D ☐ E/F ☐ G |

Fill in this information to identify the case:

Debtor    Fred's, Inc.

United States Bankruptcy Court for the:    District of Delaware

Case number    19-11984
(if known)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    04/19

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/11/2019              ✖  /s/ Mark Renzi
            MM / DD / YYYY                 Signature of individual signing on behalf of debtor

                                        Mark Renzi
                                        Printed name

                                        Chief Restructuring Officer
                                        Position or relationship to debtor