# EXHIBIT C

## Intellectual Property

| Type | Description |
|---|---|
| Trademark | FRED'S PHARMACY, Reg/App. #4768067, Serial # 86438768 |
| Trademark | FRED'S PHARMACY, Reg/App. #4755948, Serial # 86438827 |
| Trademark | FRED'S SPECIALTY PHARMACY, Reg/App. #4755923, Serial # 86438384 |
| Trademark | EIRIS, Reg/App. #4791149, Serial # 86015349 |
| Trademark | FRED'S PHARMACY, Reg/App. #4525908, Serial # 86111625 |
| Trademark | FRED'S, Reg/App. #4525879, Serial # 86098487 |
| Trademark | FRED'S LAB TESTED LAB TESTED FOR QUALITY, FRED TESTED FOR SATISFACTION, Reg/App. #5022690, Serial # 85307164 |
| Trademark | RIGHT VALUE, Reg/App. #4941579, Serial # 85571786 |
| Trademark | GETMORE REWARDS, Reg/App. #4379870, Serial # 85810059 |
| Trademark | GETWELL DRUG & DOLLAR, Reg/App. #4379869, Serial # 85810055 |
| Trademark | SMARTBUCKS, Reg/App. #4383554, Serial # 85799482 |
| Trademark | FRED'S, Reg/App. #4771053, Serial # 85490900 |
| Trademark | FRED'S, Reg/App. #4771052, Serial # 85490885 |
| Trademark | FRED'S SUPER DOLLAR, Reg/App. #4252832, Serial # 85490864 |
| Trademark | LTE, Reg/App. #4808710, Serial # 85405836 |
| Trademark | FREDDIE O'S, Reg/App. #3991103, Serial # 85049893 |
| Trademark | LIVING TRADITIONS, Reg/App. #4135998, Serial # 77983010 |
| Trademark | SAND TRACKS, Reg/App. #3948727, Serial # 77875835 |
| Trademark | FTQ FRED'S THIRST QUENCHER,  Serial # 77826186 |
| Trademark | FRED'S HOMETOWN DISCOUNT STORE, Reg/App. #3671957, Serial # 77563743 |
| Trademark | FRED'S, Reg/App. #3605714, Serial # 77563725 |
| Trademark | M&E, Reg/App. #4444008, Serial # 77321915 |
| Trademark | JOYFUL TRADITIONS, Reg/App. #3793634, Serial # 77358071 |
| Trademark | FRED'S CANINE CUISINE, Reg/App. #3728746, Serial # 76660564 |
| Trademark | FRED'S KITTY CUISINE, Reg/App. #3609091, Serial # 76660563 |
| Trademark | FRED'S SUPER DOLLAR, Reg/App. #2054283, Serial # 75012953 |
| Trademark | SOUTHERN EXPRESSIONS, Reg/App. #2312164, Serial # 75212903 |
| Trademark | MISSISSIPPI RIVER BLUES, Reg/App. #2388059, Serial # 75212900 |
| Trademark | FRED'S XPRESS PHARMACY, Reg/App. #2054225, Serial # 75004127 |
| Trademark | FRED'S SUPER DOLLAR STORE RX, Reg/App. #2054224, Serial # 75004125 |
| Trademark | FRED'S, Reg/App. #3051906, Serial # 74436026 |
| Trademark | FRED'S YOUR KEY TO VALUE, Reg/App. #972584, Serial # 72422115 |
| Trademark | FUR LOVE, Serial # 87281924 |
| Trademark | MAXX PLAY, Serial # 87274879 |

| Type | Description |
| --- | --- |
| Trademark | PET CENTRE FUR LOVE & Design, Serial # 87274823 |
| Trademark | PET CENTRE FUR LOVE & Design, Reg/App. #5532009, Serial # 87977790 |
| Trademark | PADDY CAKES, Reg/App. #5525465, Serial # 87198352 |
| Trademark | AQUA WAVE, Reg/App. #5566534, Serial # 87316742 |
| Trademark | PRICELO, Serial # 87097870 |
| Trademark | MY FIT, Reg/App. #5330124, Serial # 86605811 |
| Trademark | FRED'S PHARMACY, Serial # 86696087 |
| Trademark | FRED'S PHARMACY, Serial # 86695779 |
| Trademark | FRED'S, Reg/App. #5105931, Serial # 86682660 |
| Trademark | FRED'S PHARMACY, Reg/App. #5105930, Serial # 86682653 |
| Trademark | LIL MISS IMAGINATION, Reg/App. #5110614, Serial # 86656855 |
| Trademark | BOUNCE BACK BUCKS, Reg/App. #4866073, Serial # 86600823 |
| Trademark | FILL 90, Serial # 87822814 |
| Trademark | REEVES-SAIN Logo, Reg/App. #4844544, Serial # 86542362 |
| Trademark | REEVES-SAIN , Reg/App. #4849838, Serial # 86542361 |
| Trademark | SPECIALTY PHARMACY WITH A PERSONAL TOUCH, Reg/App. #5208031, Serial # 87121561 |
| Trademark | REEVES-SAIN , Reg/App. #46138 |
| Trademark | REEVES-SAIN (design) , Reg/App. #46135 |
| Social Media | Facebook Page; approximately 40,000 followers |
| Social Media | Facebook Page; approximately 1,000 followers |
| Customer Lists | The data maintained by the Debtors for customers who opted in through the Fred's website to receive marketing messages, and Fred's Rewards Club Loyalty Program member data; the database contains customer phone numbers and emails |
| Web Domain | Domain Address: fredsinc.com |
| Ticker Symbol | NASDAQ Listing Ticker Symbol: FRED |