IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Fred's, Inc., *et al.*[1] | ) Case No. 19-11984 (CSS) |
| Debtors. | ) Jointly Administered |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON DECEMBER 17, 2019 AT 2:00 P.M. (EASTERN STANDARD TIME)

ADJOURNED/RESOLVED MATTERS

1. Motion of Mary Dickenson for Relief from the Automatic Stay (D.I. 470, Filed 11/8/19).

    Objection Deadline: November 27, 2019 at 4:00 p.m. (EST), extended to December 6 2019 for the Debtors; further extended to December 23, 2019 for the Debtors.

    Responses Received: None as of the filing of this Agenda.

    Related Pleading: None as of the filing of this Agenda.

    Status: This matter has been adjourned to the hearing on January 7, 2020 at 11:00 a.m. (EST).

2. Motion of Bradley Raney for Relief from the Automatic Stay (D.I. 471, Filed 11/8/19).

    Objection Deadline: November 27, 2019 at 4:00 p.m. (EST), extended to December 6 2019 for the Debtors; further extended to December 23, 2019 for the Debtors.

    Responses Received: None as of the filing of this Agenda.

    Related Pleading: None as of the filing of this Agenda.

    Status: This matter has been adjourned to the hearing on January 7, 2020 at 11:00 a.m. (EST).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Fred's Stores of Tennessee, Inc. (9888); Fred's Inc. (4010); National Equipment Management and Leasing, Inc. (4296); National Pharmaceutical Network, Inc. (9687); Reeves-Sain Drug Store, Inc. (4510); Summit Properties-Jacksboro, LLC (9161); Summit Properties-Bridgeport, LLC (2200); and 505 N. Main Opp, LLC (5850). The Debtors' address is 43000 New Getwell Road, Memphis, TN 38118.

3. Motion of Dr. Marlon Doucet for Relief from the Automatic Stay (D.I. 511, Filed 11/14/19).

   Objection Deadline: December 2, 2019 at 4:00 p.m. (EST), extended to December 11 2019 for the Debtors; further extended to December 30, 2019 for the Debtors.

   Responses Received: None as of the filing of this Agenda.

   Related Pleading: None as of the filing of this Agenda.

   Status: This matter has been adjourned to the hearing on January 7, 2020 at 11:00 a.m. (EST).

4. Debtors' Motion for an Order (I) Establishing Bar Dates for Filing Proofs of Claims and (II) Approving the Form and Manner of Notice Thereof (D.I. 528, Filed 11/18/19).

   Objection Deadline: December 2, 2019 at 4:00 p.m. (EST).

   Responses Received: None.

   Related Pleading:

   a) Certificate of No Objection Regarding Motion for an Order (I) Establishing Bar Dates for Filing Proofs of Claims and (II) Approving the Form and Manner of Notice Thereof (D.I. 572, Filed 12/3/19); and

   b) Order (I) Establishing Bar Dates for Filing Proofs of Claims and (II) Approving the Form and Manner of Notice Thereof (D.I. 573, Entered 12/4/19).

   Status: An order has been signed. No hearing is necessary.

MATTER UNDER CERTIFICATION

5. Debtors' Motion for Entry of an Order Establishing Notice and Objection Procedures for Transfers of Debtor's Equity Securities, and Granting Related Relief (D.I. 458, Filed 11/5/19).

   Objection Deadline: December 10, 2019 at 4:00 p.m. (EST).

   Responses Received: None.

   Related Pleading:

   a) Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Establishing Notice and Objection Procedures for Transfers of Debtor's Equity Securities, and Granting Related Relief (D.I. 588, Filed 12/11/19).

Status:  A certificate of no objection has been filed.

Dated: December 13, 2019
Wilmington, Delaware

*/s/ Joseph C. Barsalona II*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Matthew B. Harvey (No. 5186)
Joseph C. Barsalona II (No. 6102)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@mnat.com
       aremming@mnat.com
       mharvey@mnat.com
       jbarsalona@mnat.com

- and –

Adam L. Shiff (admitted *pro hac vice*)
Robert M. Novick (admitted *pro hac vice*)
Matthew B. Stein (admitted *pro hac vice*)
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212 506-1800
Email: AShiff@kasowitz.com
       RNovick@kasowitz.com
       MStein@kasowitz.com

*Counsel for Debtors and*
*Debtors In Possession*