# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| FRED'S, INC., *et al.*,[1] | ) ) | Case No. 19-11984 (CSS) |
| Debtors. | ) ) ) ) | Jointly Administered |

## NOTICE OF RESCHEDULED HEARING DATE

PLEASE TAKE NOTICE that the omnibus hearing previously scheduled to be held in the above-captioned chapter 11 cases on **January 7, 2020 at 11:00 a.m. (ET)** before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 has been rescheduled and will now commence on **January 9, 2020 at 10:00 a.m. (ET)**.

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Fred's, Inc. (4010); Fred's Stores of Tennessee, Inc. (9888); National Equipment Management and Leasing, Inc. (4296); National Pharmaceutical Network, Inc. (9687); Reeves-Sain Drug Store, Inc. (4510); Summit Properties-Jacksboro, LLC (9161); Summit Properties-Bridgeport, LLC (2200); and 505 N. Main Opp, LLC (5850). The Debtors' address is 2001 Bryan Street, Suite 1550, Dallas, Texas 75201.

| | |
|---|---|
| Dated: December 27, 2019<br>Wilmington, Delaware | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Joseph C. Barsalona II*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Matthew B. Harvey (No. 5186)<br>Joseph C. Barsalona II (No. 6102)<br>1201 North Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dabbott@mnat.com<br>         aremming@mnat.com<br>         mharvey@mnat.com<br>         jbarsalona@mnat.com<br><br>- and –<br><br>Adam L. Shiff (admitted *pro hac vice*)<br>Robert M. Novick (admitted *pro hac vice*)<br>Matthew B. Stein (admitted *pro hac vice*)<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 506-1700<br>Facsimile: (212 506-1800<br>Email: AShiff@kasowitz.com<br>         RNovick@kasowitz.com<br>         MStein@kasowitz.com<br><br>*Counsel for Debtors and Debtors in Possession* |

13390432.1