IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Fred's, Inc., *et al.*[1] | ) Case No. 19-11984 (CSS) |
| Debtors. | ) Jointly Administered |

NOTICE OF **AMENDED**[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 9, 2020 AT 10:00 A.M. (EASTERN STANDARD TIME)

**WITH PERMISSION FROM THE COURT, THIS HEARING HAS BEEN CANCELLED.**

RESOLVED/ADJOURNED MATTERS

1. Motion of Mary Dickenson for Relief from the Automatic Stay (D.I. 470, Filed 11/8/19).

    Objection Deadline: November 27, 2019 at 4:00 p.m. (EST), extended to December 6 2019 for the Debtors; further extended to December 23, 2019 for the Debtors.

    Responses Received: None.

    Related Pleading:

    a) Certificate of Counsel Regarding Order Approving Stipulation Between the Debtors and Mary Dickenson Modifying Automatic Stay (D.I. 678, Filed 1/3/20); and

    b) Order Approving Stipulation Between the Debtors and Mary Dickenson Modifying Automatic Stay (D.I. 680, Entered 1/6/20).

    Status: An order has been signed. No hearing is necessary.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Fred's Stores of Tennessee, Inc. (9888); Fred's Inc. (4010); National Equipment Management and Leasing, Inc. (4296); National Pharmaceutical Network, Inc. (9687); Reeves-Sain Drug Store, Inc. (4510); Summit Properties-Jacksboro, LLC (9161); Summit Properties-Bridgeport, LLC (2200); and 505 N. Main Opp, LLC (5850). The Debtors' address is 6625 Lenox Park, Suite 200, Memphis, TN 38115.

[2] **Amended items are in bold.**

2. Motion of Dr. Marlon Doucet for Relief from the Automatic Stay (D.I. 511, Filed 11/14/19).

   Objection Deadline: December 2, 2019 at 4:00 p.m. (EST), extended to December 11 2019 for the Debtors; further extended to December 30, 2019 for the Debtors; further extended to January 21, 2020 for the Debtors.
   Responses Received: None.

   Related Pleading: None.

   Status: This matter has been adjourned to the hearing scheduled for January 28, 2020 at 11:00 a.m. (EST).

3. Debtors' Motion for Entry of an Order (I) Extending the Debtors' Time to File Notices of Removal of Claims and Causes of Action Related to the Debtors' Chapter 11 Cases and (II) Granting Related Relief (D.I. 578, Filed 12/9/19).

   Objection Deadline: December 23, 2019 at 4:00 p.m. (EST).

   Responses Received: None.

   Related Pleading:

   a) Certificate of No Objection Regarding Debtors' Motion for Entry of an Order (I) Extending the Debtors' Time to File Notices of Removal of Claims and Causes of Action Related to the Debtors' Chapter 11 Cases and (II) Granting Related Relief (D.I. 645, Filed 12/26/19); and

   b) Order (I) Extending the Debtors' Time to File Notices of Removal of Claims and Causes of Action Related to the Debtors' Chapter 11 Cases and (II) Granting Related Relief (D.I. 647, Entered 12/27/19).

   Status: An order has been entered. No hearing is necessary.

4. Debtors' Motion to Amend Case Caption (D.I. 620, Filed 12/17/19).

   Objection Deadline: December 30, 2019 at 4:00 p.m. (EST).

   Responses Received: None.

   Related Pleading:

   a) Certificate of No Objection Regarding Debtors' Motion to Amend Case Caption (D.I. 672, Filed 12/31/19); and

    b)    Order Authorizing the Modification of the Caption in the Debtors' Jointly Administered Cases (D.I. 673, Entered 1/2/20).

    Status:  An order has been entered.  No hearing is necessary.

5.    Motion of the Official Committee of Unsecured Creditors Pursuant to Bankruptcy Rule 2004 for an Order Directing the Production of Documents from, and Authorizing the Examination of, Certain Former Fred's Employees (D.I. 634, Filed 12/23/19).

    Objection Deadline:  December 31, 2019 at 4:00 p.m. (EST).

    Responses Received:  None.

    Related Pleading:

    a)    Certification of Counsel Regarding Stipulation Between the Debtors and the Official Committee of Unsecured Creditors Regarding Motion of the Official Committee of Unsecured Creditors Pursuant to Bankruptcy Rule 2004 for an Order Directing the Production of Documents from, and Authorizing the Examination of, Certain Former Fred's Employees (D.I. 659, Filed 12/30/19); and

    b)    Order Approving Stipulation (D.I. 661, Entered 12/30/19).

    Status:  This matter has been adjourned to the hearing scheduled for January 28, 2020 at 11:00 a.m. (EST).

MATTER UNDER CERTIFICATION

6.    Motion of Bradley Raney for Relief from the Automatic Stay (D.I. 471, Filed 11/8/19).

    Objection Deadline:  November 27, 2019 at 4:00 p.m. (EST), extended to December 6 2019 for the Debtors; further extended to December 23, 2019 for the Debtors.

    Responses Received:  None.

    Related Pleading:

    a)    Certificate of Counsel Regarding Order Approving Stipulation Between the Debtors and Bradley Raney Modifying the Automatic Stay (D.I. 679, Filed 1/3/20)**; and**

    b)    **Order Approving Stipulation Between the Debtors and Bradley Raney Modifying Automatic Stay (D.I. 692, Entered 1/7/20).**

    Status:  **An order has been signed.  No hearing is necessary.**

MATTER GOING FORWARD

7. Debtors' Motion for Entry of an Order, Pursuant to Section 363 of the Bankruptcy Code, (I) Authorizing the Sale of Certain Intellectual Property Free and Clear of Liens, Claims, Encumbrances, and Other Interests and (II) Granting Related Relief (D.I. 549, Filed 11/25/19).

   Objection Deadline:  December 9, 2019 at 4:00 p.m. (EST).

   Responses Received:  None.

   Related Pleading:

   a) Certification of Counsel Regarding Order Pursuant To 11 U.S.C. § 332 Directing the Appointment of a Consumer Privacy Ombudsman (D.I. 623, Filed 6/23/19);

   b) Notice of Successful Bidder and Purchase Agreement (D.I. 627, Filed 12/20/19);

   c) Order Pursuant to 11 U.S.C. § 332 Directing the Appointment of A Consumer Privacy Ombudsman (D.I. 660, Entered 12/30/19); and

   d) Notice of Appointment of Consumer Privacy Ombudsman (D.I. 664, Filed 12/30/19).

   Status:  **This matter has been adjourned to the hearing scheduled for January 28, 2020 at 11:00 a.m. (EST).**

Dated: January **8**, 2020
       Wilmington, Delaware

                                                */s/ Joseph C. Barsalona II*
Derek C. Abbott (No. 3376)
Andrew R. Remming (No. 5120)
Matthew B. Harvey (No. 5186)
Joseph C. Barsalona II (No. 6102)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: dabbott@mnat.com
       aremming@mnat.com
       mharvey@mnat.com
       jbarsalona@mnat.com

- and –

Adam L. Shiff (admitted *pro hac vice*)
Robert M. Novick (admitted *pro hac vice*)
Matthew B. Stein (admitted *pro hac vice*)
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212 506-1800
Email: AShiff@kasowitz.com
       RNovick@kasowitz.com
       MStein@kasowitz.com

*Counsel for Debtors and
Debtors In Possession*