**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: FRED'S, INC., et al.                    Case No. **19-11984 (CSS)**

Reporting Period: **November 3, 2019 to November 30, 2019**

**MONTHLY OPERATING REPORT**
**File with Court and submit copy to United States Trustee within 20 days after end of month**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | ✓ | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | ✓ | | |
|    Schedule of Professional Fees Paid | MOR-1b | ✓ | | |
|     Copies of bank statements | | | | |
|     Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | ✓ | | |
| Balance Sheet | MOR-3 | ✓ | | |
| Status of Postpetition Taxes | MOR-4 | ✓ | | |
|    Copies of IRS Form 6123 or payment receipt | | | | |
|    Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | ✓ | | |
|    Listing of aged accounts payable | MOR-4 | ✓ | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | ✓ | | |
| Debtor Questionnaire | MOR-5 | ✓ | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____          _____
Signature of Debtor                                               Date


_____          _____
Signature of Joint Debtor                                        Date


/s/ Mark Renzi_____          1/10/2020_____
Signature of Authorized Individual*                          Date


_Mark Renzi_____          _Chief Restructuring Officer_____
Printed Name of Authorized Individual                     Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**FRED'S, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**
**For period from November 3, 2019 to November 30, 2019**

| ($ in 000's)<br>Cash Flow Summary | Current<br>Month | Cumulative |
|---|---|---|
| **Receipts** | | |
| FS Collections | 15 | 28,296 |
| Rx Collections [1] | 4,468 | 29,173 |
| Asset Sales | 28,413 | 45,734 |
| Other Collections | 797 | 2,719 |
| **Total Cash Receipts** | 33,694 | 105,922 |
| | | |
| **Disbursements** | | |
| FS Merchandise | (232) | (830) |
| RX Merchandise | - | (10,670) |
| Payroll and Other Employee Obligations | (1,664) | (11,838) |
| Rent | (918) | (2,085) |
| Sales Tax | (855) | (3,966) |
| Utilities | (993) | (2,223) |
| Other Operating Disbursements | (1,986) | (10,098) |
| Third Party Rx Reimbursement | (1,702) | (2,634) |
| Other Non-Operating Disbursements | (3,619) | (23,750) |
| **Total Cash Disbursements** | (11,968) | (68,094) |
| | | |
| **Net Cash Flow [2]** | 21,726 | 37,828 |

*(1) The Company collected pharmacy proceeds on behalf 3rd party buyers for sold pharmacies during this period; generally a one week delay from collecting to disbursing those proceeds*

*(2) The Company was operating under cash collateral during this period and cash was used to pay down the DIP loan.*

**FRED'S, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Total Disbursements by Filed Legal Entity (unaudited, in thousands)**

**For period from November 3, 2019 to November 30, 2019**

| Legal Entity | Case Number | Disbursements |
|---|---|---|
| Fred's, Inc. | 19-11984 | $  11,051 |
| Fred's Stores of Tennessee, Inc. | 19-11982 | $  918 |
| 505 N. Main Opp, LLC | 19-11983 | - |
| National Equipment Management and Leasing, Inc. | 19-11985 | - |
| National Pharmaceutical Network, Inc. | 19-11986 | - |
| Summit Properties – Bridgeport, LLC | 19-11987 | - |
| Summit Properties – Jacksboro, LLC | 19-11988 | - |
| Reeves-Sain Drug Store, Inc. | 19-11989 | - |

**FRED'S, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Bank Reconciliations (unaudited)**
**Values in $**

| Debtor Name | Name of Institution | Type of Account | Account Number (last 4 digits) | Account balance as of 11/30 |
|---|---|---|---|---|
| Fred's, Inc. | Regions Bank | Pharmacy Lockbox | 7214 | 656,438 |
| Fred's, Inc. | Regions Bank | Payroll | 5469 | - |
| Fred's, Inc. | Regions Bank | Master | 5477 | 77,245 |
| Fred's, Inc. | Regions Bank | Master Funding | 4352 | - |
| Fred's, Inc. | Regions Bank | Controlled Disbursement | 3377 | - |
| Fred's, Inc. | Regions Bank | Alcohol | 2440 | - |
| Fred's, Inc. | Regions Bank | Sales Tax | 2459 | - |
| Fred's, Inc. | Regions Bank | Import Customs | 5899 | - |
| Fred's, Inc. | Regions Bank | TN Lottery | 4565 | - |
| Fred's, Inc. | Regions Bank | AR Lottery | 4638 | - |
| Fred's, Inc. | Regions Bank | GA Lottery | 4654 | - |
| Fred's, Inc. | Regions Bank | TX Lottery | 3132 | - |
| Fred's, Inc. | Regions Bank | FL Lottery | 5750 | - |
| Fred's, Inc. | Regions Bank | KY Lottery | 3430 | - |
| Fred's, Inc. | Regions Bank | MO Lottery | 3449 | - |
| Fred's, Inc. | Regions Bank | NC Education Lottery | 3457 | - |
| Fred's, Inc. | Bank of America | Import Letters of Credit | 3162 | 11,420 |
| Fred's, Inc. | Bank of America | EDI | 4407 | 96,793 |
| Fred's, Inc. | MetaBank | Payroll Pay Cards | 0011 | 17,881 |
| Fred's, Inc. | Regions Bank | Pharmacy Escrow Acct | 5963 | 350,000 |
| Fred's, Inc. | Regions Bank | Stub Rent Escrow Acct | 5920 | 84,788 |
| Fred's, Inc. | Regions Bank | Utility Escrow Acct | 5742 | 359,271 |
| Fred's, Inc. | Regions Bank | Asset Disposition | 4585 | 22,002,646 |
| Fred's Stores of Tennessee, Inc. | Anderson Brothers Bank | Store Operating | 0502 | 5,739 |
| Fred's Stores of Tennessee, Inc. | Arvest Bank | Store Operating | 0017 | 1,332 |
| Fred's Stores of Tennessee, Inc. | Bancorp South | Store Operating | 0828 | 3,711 |
| Fred's Stores of Tennessee, Inc. | Bank of Dudley | Store Operating | 9392 | 2,537 |
| Fred's Stores of Tennessee, Inc. | Bank of Early | Store Operating | 0759 | 6,434 |
| Fred's Stores of Tennessee, Inc. | Bank of Montgomery | Store Operating | 8617 | 2,205 |
| Fred's Stores of Tennessee, Inc. | Bank of Morton | Store Operating | 0318 | 5,000 |
| Fred's Stores of Tennessee, Inc. | Bank of Ripley | Store Operating | 4384 | 5,770 |
| Fred's Stores of Tennessee, Inc. | Bank of The Ozarks | Store Operating | 6901 | 1,732 |
| Fred's Stores of Tennessee, Inc. | Bank of Wiggins | Store Operating | 7738 | 1,508 |
| Fred's Stores of Tennessee, Inc. | Bank of Winona | Store Operating | 0663 | 773 |
| Fred's Stores of Tennessee, Inc. | Bank Plus | Store Operating | 7511 | 1,359 |
| Fred's Stores of Tennessee, Inc. | Bank Plus | Store Operating | 0738 | 130 |
| Fred's Stores of Tennessee, Inc. | Bank Plus | Store Operating | 1586 | 3,168 |
| Fred's Stores of Tennessee, Inc. | Bank Plus | Store Operating | 3391 | 1,479 |
| Fred's Stores of Tennessee, Inc. | Bank South | Store Operating | 2673 | 1,335 |
| Fred's Stores of Tennessee, Inc. | Bankfirst Financial Services | Store Operating | 4205 | 7,520 |
| Fred's Stores of Tennessee, Inc. | Banterra Bank | Store Operating | 6801 | 1,921 |
| Fred's Stores of Tennessee, Inc. | Cadence Bank | Store Operating | 2705 | 4,312 |
| Fred's Stores of Tennessee, Inc. | Cadence Bank | Store Operating | 8694 | 2,865 |
| Fred's Stores of Tennessee, Inc. | Caldwell Bank & Trust | Store Operating | 9751 | 1,256 |
| Fred's Stores of Tennessee, Inc. | CB&S Bank | Store Operating | 9793 | 1,844 |
| Fred's Stores of Tennessee, Inc. | CB&S Bank | Store Operating | 4813 | 2,702 |
| Fred's Stores of Tennessee, Inc. | Centennial Bank | Store Operating | 3515 | 954 |
| Fred's Stores of Tennessee, Inc. | Century Next Bank | Store Operating | 2128 | 1,135 |
| Fred's Stores of Tennessee, Inc. | Century Next Bank | Store Operating | 8784 | 3,706 |
| Fred's Stores of Tennessee, Inc. | Chester County Bank | Store Operating | 4427 | 1,849 |
| Fred's Stores of Tennessee, Inc. | Citizens Bank | Store Operating | 2495 | 586 |
| Fred's Stores of Tennessee, Inc. | Citizens Bank | Store Operating | 7897 | 10,362 |
| Fred's Stores of Tennessee, Inc. | City National Bank | Store Operating | 8174 | 2,566 |
| Fred's Stores of Tennessee, Inc. | Colony Bank | Store Operating | 3410 | 2,349 |
| Fred's Stores of Tennessee, Inc. | Commercial State Bank | Store Operating | 5801 | 604 |
| Fred's Stores of Tennessee, Inc. | Concordia Bank | Store Operating | 8829 | 1,227 |
| Fred's Stores of Tennessee, Inc. | Concordia Bank & Trust Co | Store Operating | 7288 | 3,167 |
| Fred's Stores of Tennessee, Inc. | Cornerstone Bank | Store Operating | 0096 | 1,907 |
| Fred's Stores of Tennessee, Inc. | Delta Bank | Store Operating | 9366 | 2,930 |
| Fred's Stores of Tennessee, Inc. | Farmer State Bank | Store Operating | 6013 | 16,760 |
| Fred's Stores of Tennessee, Inc. | Farmers & Merchants Bank | Store Operating | 6822 | 45,036 |
| Fred's Stores of Tennessee, Inc. | Farmers & Merchants Bank | Store Operating | 7301 | 3,795 |
| Fred's Stores of Tennessee, Inc. | First Bank | Store Operating | 6219 | (879) |
| Fred's Stores of Tennessee, Inc. | First Choice Bank | Store Operating | 1139 | 3,589 |
| Fred's Stores of Tennessee, Inc. | First Citizens | Store Operating | 5539 | 4,015 |
| Fred's Stores of Tennessee, Inc. | First Citizens | Store Operating | 4001 | 1,678 |
| Fred's Stores of Tennessee, Inc. | First Citizens | Store Operating | 3001 | 2,482 |
| Fred's Stores of Tennessee, Inc. | First Citizens Bank | Store Operating | 2927 | 1,755 |
| Fred's Stores of Tennessee, Inc. | First Farmers & Merchants | Store Operating | 5274 | 2,109 |
| Fred's Stores of Tennessee, Inc. | First Farmers & Merchants Bank | Store Operating | 0360 | 974 |
| Fred's Stores of Tennessee, Inc. | First Guaranty Bank | Store Operating | 5568 | 4,766 |

**FRED'S, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Bank Reconciliations (unaudited)**
**Values in $**

| Debtor Name | Name of Institution | Type of Account | Account Number (last 4 digits) | Account balance as of 11/30 |
|---|---|---|---|---|
| Fred's Stores of Tennessee, Inc. | First Guaranty Bank | Store Operating | 7389 | 3,218 |
| Fred's Stores of Tennessee, Inc. | First Guaranty Bank | Store Operating | 2625 | 910 |
| Fred's Stores of Tennessee, Inc. | First Guaranty Bank | Store Operating | 1161 | 1,304 |
| Fred's Stores of Tennessee, Inc. | First National Bank of Wynne | Store Operating | 0901 | 1,757 |
| Fred's Stores of Tennessee, Inc. | First Security Bank | Store Operating | 0193 | 3,723 |
| Fred's Stores of Tennessee, Inc. | First Security Bank | Store Operating | 9973 | 1,476 |
| Fred's Stores of Tennessee, Inc. | First Security Bank | Store Operating | 5693 | 1,389 |
| Fred's Stores of Tennessee, Inc. | First State Bank | Store Operating | 8883 | 2,059 |
| Fred's Stores of Tennessee, Inc. | FNBC | Store Operating | 9890 | 1,080 |
| Fred's Stores of Tennessee, Inc. | German American Bank | Store Operating | 8401 | 2,769 |
| Fred's Stores of Tennessee, Inc. | Gibsland Bank & Trust | Store Operating | 6231 | 1,273 |
| Fred's Stores of Tennessee, Inc. | Gibsland Bank & Trust | Store Operating | 5901 | 4,152 |
| Fred's Stores of Tennessee, Inc. | Glennville Bank | Store Operating | 8454 | 3,161 |
| Fred's Stores of Tennessee, Inc. | Hancock Bank | Store Operating | 5810 | 6,489 |
| Fred's Stores of Tennessee, Inc. | Iberia Bank | Store Operating | 1953 | 6,309 |
| Fred's Stores of Tennessee, Inc. | JD Bank | Store Operating | 8193 | 3,151 |
| Fred's Stores of Tennessee, Inc. | Mckenzie Banking Co | Store Operating | 3153 | 1,668 |
| Fred's Stores of Tennessee, Inc. | Merchants & Farmers Bank | Store Operating | 2565 | 1,010 |
| Fred's Stores of Tennessee, Inc. | Merchants & Farmers Bank | Store Operating | 1095 | 2,981 |
| Fred's Stores of Tennessee, Inc. | Metro Bank | Store Operating | 3131 | 3,079 |
| Fred's Stores of Tennessee, Inc. | Morgantown Bank & Trust | Store Operating | 3301 | 1,364 |
| Fred's Stores of Tennessee, Inc. | Mount Vernon Bank | Store Operating | 0473 | 1,978 |
| Fred's Stores of Tennessee, Inc. | Northeast Georgia Bank | Store Operating | 5697 | 3,339 |
| Fred's Stores of Tennessee, Inc. | Peoples Bank | Store Operating | 5520 | 1,844 |
| Fred's Stores of Tennessee, Inc. | Peoples Trust Bank | Store Operating | 0345 | 5,099 |
| Fred's Stores of Tennessee, Inc. | Piggott State Bank | Store Operating | 3085 | 1,314 |
| Fred's Stores of Tennessee, Inc. | Pinnacle Bank | Store Operating | 4780 | 954 |
| Fred's Stores of Tennessee, Inc. | Planters First Bank | Store Operating | 2882 | 2,850 |
| Fred's Stores of Tennessee, Inc. | Priority One Bank | Store Operating | 2258 | 1,969 |
| Fred's Stores of Tennessee, Inc. | Queensborough National Bank & Trust Co | Store Operating | 6601 | 4,382 |
| Fred's Stores of Tennessee, Inc. | Queensborough National Bank & Trust Co | Store Operating | 7343 | 4,539 |
| Fred's Stores of Tennessee, Inc. | Renasant Bank | Store Operating | 1226 | 3,336 |
| Fred's Stores of Tennessee, Inc. | Renasant Bank | Store Operating | 4205 | 1,242 |
| Fred's Stores of Tennessee, Inc. | Richton Bank and Trust Co | Store Operating | 2262 | 1,626 |
| Fred's Stores of Tennessee, Inc. | Sabine State | Store Operating | 1535 | 1,698 |
| Fred's Stores of Tennessee, Inc. | Sabine State Bank & Trust Co | Store Operating | 0583 | 7,119 |
| Fred's Stores of Tennessee, Inc. | Security State Bank | Store Operating | 3456 | 2,436 |
| Fred's Stores of Tennessee, Inc. | Signature Bank of Arkansas | Store Operating | 0010 | 720 |
| Fred's Stores of Tennessee, Inc. | Simmons First | Store Operating | 1696 | 2,748 |
| Fred's Stores of Tennessee, Inc. | Simmons First Bank | Store Operating | 0944 | 1,342 |
| Fred's Stores of Tennessee, Inc. | South Crest | Store Operating | 2024 | 2,822 |
| Fred's Stores of Tennessee, Inc. | South State Bank | Store Operating | 8401 | 5,277 |
| Fred's Stores of Tennessee, Inc. | Southern Bank & Trust | Store Operating | 1102 | 1,699 |
| Fred's Stores of Tennessee, Inc. | Suntrust | Store Operating | 6390 | 880 |
| Fred's Stores of Tennessee, Inc. | TD Bank | Store Operating | 0141 | 6,895 |
| Fred's Stores of Tennessee, Inc. | Tensas State Bank | Store Operating | 1820 | 4,783 |
| Fred's Stores of Tennessee, Inc. | The Bank of Eastman | Store Operating | 8464 | 4,161 |
| Fred's Stores of Tennessee, Inc. | The Heritage Bank | Store Operating | 6965 | 795 |
| Fred's Stores of Tennessee, Inc. | The Heritage Bank | Store Operating | 4468 | 3,763 |
| Fred's Stores of Tennessee, Inc. | The Heritage Bank | Store Operating | 8388 | 2,838 |
| Fred's Stores of Tennessee, Inc. | Tippins Bank & Trust Co | Store Operating | 9797 | 3,023 |
| Fred's Stores of Tennessee, Inc. | Trustmark National Bank | Store Operating | 7279 | 3,770 |
| Fred's Stores of Tennessee, Inc. | Trustmark National Bank | Store Operating | 0192 | 3,425 |
| Fred's Stores of Tennessee, Inc. | Trustmark National Bank | Store Operating | 5999 | 5,655 |
| Fred's Stores of Tennessee, Inc. | Trustmark National Bank | Store Operating | 1891 | 3,194 |
| Fred's Stores of Tennessee, Inc. | United Community Bank | Store Operating | 9868 | 7,231 |
| Fred's Stores of Tennessee, Inc. | United Community Bank | Store Operating | 4323 | 917 |
| Fred's Stores of Tennessee, Inc. | Valley National Bank | Store Operating | 6008 | 9,631 |
| Fred's Stores of Tennessee, Inc. | Wells Fargo | Store Operating | 3460 | 30,318 |

NOTE: Account Balances provided as of 11/30 or date of latest account activity

**FRED'S, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Total Disbursements to Retained Professionals (unaudited, in thousands)**

**For period from November 3, 2019 to November 30, 2019**

| Retained Professionals | Role | Current Month Disbursements | Cumulative Disbursements |
|---|---|---:|---:|
| Morris, Nichols, Arsht & Tunnell LLP | Debtor Counsel | 146 | 146 |
| Akin Gump Strauss | Debtor Counsel | 284 | 284 |
| Epiq Corporate Restructuring LLC | Claims Agent | 326 | 326 |
| Lowenstein Sandler LLP | UCC Counsel | 148 | 148 |
| Berkeley Research Group | Debtor Financial Advisor | 444 | 444 |
| Total | | $ 1,347 | $ 1,347 |

**FRED'S, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**MOR 2 - CONSOLIDATED STATEMENTS OF OPERATIONS (unaudited, in thousands)**

**For period from November 3, 2019 to November 30, 2019**

| | |
|---|---:|
| Net sales | 749 |
| Cost of goods sold | (4,024) |
| **Gross profit** | **(3,275)** |
| | |
| Depreciation and amortization | 176 |
| Selling, general and administrative expenses | 16,262 |
| **Operating income (loss)** | **(19,712)** |
| | |
| Gain (loss) from disposal of assets/liabilities | 36,380 |
| Interest expense | 9 |
| **Income (loss) before income taxes** | **16,659** |
| | |
| Provision (benefit) for income taxes | - |
| **Net income (loss) from continuing operations** | **16,659** |
| | |
| Net income (loss) from discontinued operations | - |
| **Net income (loss)** | **16,659** |

**FRED'S, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**MOR 3 - CONSOLIDATED BALANCE SHEETS (unaudited, in thousands)**

| | Novemeber 30, 2019 |
|---|---:|
| **ASSETS** | |
| Current assets: | |
| Cash and cash equivalents | 24,048 |
| Inventories | - |
| Receivables, less allowance for doubtful accounts of $1,264 | 3,220 |
| Other non-trade receivables | 38,655 |
| Prepaid expenses and other current assets | 699 |
| Total current assets | 66,623 |
| Property and equipment, less accumulated depreciation and amortization | 2,743 |
| Goodwill | - |
| Intangible assets, net | - |
| Other noncurrent assets, net | 2,087 |
| **Total assets** | **71,453** |
| | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | |
| Current liabilities: | |
| Accounts payable | 56,999 |
| Current portion of indebtedness | 68 |
| Accrued expenses and other | 12,611 |
| Total current liabilities | 69,678 |
| Long-term portion of indebtedness | 14,388 |
| Other noncurrent liabilities | 5,525 |
| Total liabilities | 89,591 |
| | |
| Shareholders' equity: | |
| Preferred stock, nonvoting, no par value | - |
| Preferred stock, Series A junior participating nonvoting, no par value | - |
| Preferred stock, Series C junior participating voting, no par value | - |
| Common stock, Class A voting, no par value | 128,131 |
| Common stock, Class B nonvoting, no par value | - |
| Treasury Stock, at cost | (10,823) |
| Retained earnings | (136,001) |
| Accumulated other comprehensive income | 555 |
| Total shareholders' equity | (18,137) |
| **Total liabilities and shareholders' equity** | **71,453** |

Note: This does not include potential lease rejection damages.

**FRED'S, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**MOR - 4 Status of Post Petition Taxes**

The Debtors continue to pay post-petition taxes as they become due and are current on those payments.
If payments become past due the Debtors will include a schedule in the MOR listing past due post-petition taxes.

**FRED'S, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Summary of Unpaid Post-Petition Debts (unaudited, in Thousands)**

| Post-Petition Debts Aging Amount | Total |
|---|---|
| Current | 68 |
| 0 - 30 Days Old | 74 |
| 31 - 60 Days Old | 49 |
| 61 - 90 Days Old | 182 |
| 91+ Days Old | - |
| Total Post-Petition Debts | 372 |

**FRED'S, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Trade Receivable Aging (unaudited, in Thousands)**

| Trade Receivable Aging Amount | Credit Card | Pharmacy | Total | Allowance for Doubtful Accounts | Total, less Allowance for Doubtful Accounts |
|---|---|---|---|---|---|
| Current | - | - | - | - | - |
| 0 - 30 Days Old | 1 | 4,483 | 4,484 | (1,264) | 3,220 |
| 31 - 60 Days Old | - | - | - | - | - |
| 61 - 90 Days Old | - | - | - | - | - |
| 91+ Days Old | - | - | - | - | - |
| Total Trade Receivable | 1 | 4,483 | 4,484 | (1,264) | 3,220 |

**FRED'S, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Questionnaire**

| | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below.<br><br>*During this period, the debtors liquidated FF&E for amounts below normal course pricing. Pharmacy scripts, pharmacy inventory, and owned stores were also sold to third-party buyers.* | X | |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | | X |
| 3.  Have all post-petition tax returns been filed timely?  If no, provide an explanation below. | X | |
| 4.  Are workers compensation, general liability, and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

| Account Name | Purpose | Business | Acct Number | Bank Name | Date |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |