IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Fred's, Inc., *et al.*[1] | ) ) ) | Case No. 19-11984 (CSS) |
| Debtors. | ) ) ) | Jointly Administered |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 28, 2020 AT 11:00 A.M. (EASTERN STANDARD TIME)

RESOLVED/ADJOURNED MATTERS

1. Motion of Dr. Marlon Doucet for Relief from the Automatic Stay (D.I. 511, Filed 11/14/19).

   Objection Deadline: December 2, 2019 at 4:00 p.m. (EST), extended to December 11 2019 for the Debtors; further extended to December 30, 2019 for the Debtors; further extended to January 21, 2020 for the Debtors; further extended to February 18, 2020 for the Debtors.

   Responses Received: None.

   Related Pleading: None.

   Status: This matter has been adjourned to the hearing scheduled for February 25, 2020 at 10:00 a.m. (EST).

2. Motion of the Official Committee of Unsecured Creditors Pursuant to Bankruptcy Rule 2004 for an Order Directing the Production of Documents from, and Authorizing the Examination of, Certain Former Fred's Employees (D.I. 634, Filed 12/23/19).

   Objection Deadline: December 31, 2019 at 4:00 p.m. (EST), extended to January 14, 2020 at 4:00 p.m. (EST) for the Debtors; further extended to February 18, 2020 at 4:00 p.m. (EST).

   Responses Received: None.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Fred's Stores of Tennessee, Inc. (9888); Fred's Inc. (4010); National Equipment Management and Leasing, Inc. (4296); National Pharmaceutical Network, Inc. (9687); Reeves-Sain Drug Store, Inc. (4510); Summit Properties-Jacksboro, LLC (9161); Summit Properties-Bridgeport, LLC (2200); and 505 N. Main Opp, LLC (5850).  The Debtors' address is 6625 Lenox Park, Suite 200, Memphis, TN 38115.

Related Pleading:

a)     Order Approving Stipulation (D.I. 661, Entered 12/30/19).

Status: This matter has been adjourned to the hearing scheduled for February 25, 2020 at 10:00 a.m. (EST).

3. Debtors' Motion for Entry of an Order Pursuant to § 365 of the Bankruptcy Code (I) Authorizing the Debtors to Assume an Unexpired Lease (as Amended) of Non-Residential Real Property and (II) Establishing Cure Amounts Related Thereto (D.I. 666, Filed 12/30/19).

   Objection Deadline: January 13, 2020 at 4:00 p.m. (EST), extended to January 17, 2020 at 4:00 p.m. (EST) for the Committee.

   Responses Received: None.

   Related Pleading:

   a)     Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Pursuant to § 365 of the Bankruptcy Code (I) Authorizing the Debtors to Assume an Unexpired Lease (as Amended) of Non-Residential Real Property and (II) Establishing Cure Amounts Related Thereto (D.I. 751, Filed 1/21/20); and

   b)     Order Authorizing the Debtors to Assume an Unexpired Lease (as Amended) of Non-Residential Real Property and (II) Establishing Cure Amounts Related Thereto (D.I. 760, Entered 1/22/20).

   Status: An order has been signed. No hearing is necessary.

4. Debtors' Motion for Entry of an Order Authorizing the Debtors to Abandon Jacksboro, TX Property (D.I. 681, Filed 1/6/20).

   Objection Deadline: January 21, 2020 at 4:00 p.m. (EST).

   Responses Received: None.

   Related Pleading:

   a)     Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing the Debtors to Abandon Jacksboro, TX Property (D.I. 765, Filed 1/23/20); and

   b)     Order Authorizing the Debtors to Abandon the Jacksboro Property and Granting Related Relief (D.I. 770, Entered 1/23/20).

   Status: An order has been entered. No hearing is necessary.

5.     Debtors' Motion for Entry of an Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof (D.I. 686, Filed 1/6/20).

        Objection Deadline: January 21, 2020 at 4:00 p.m. (EST).

        Responses Received: None.

        Related Pleading:

        a)    Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending Their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof (D.I. 766, Filed 1/23/20); and

        b)    Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof (D.I. 769, Entered 1/23/20).

        Status: An order has been entered. No hearing is necessary.

**MATTERS GOING FORWARD**

6.     Debtors' Motion for Entry of an Order, Pursuant to Section 363 of the Bankruptcy Code, (I) Authorizing the Sale of Certain Intellectual Property Free and Clear of Liens, Claims, Encumbrances, and Other Interests and (II) Granting Related Relief (D.I. 549, Filed 11/25/19).

        Objection Deadline: December 9, 2019 at 4:00 p.m. (EST).

        Responses Received: None.

        Related Pleading:

        a)    Certification of Counsel Regarding Order Pursuant To 11 U.S.C. § 332 Directing the Appointment of a Consumer Privacy Ombudsman (D.I. 623, Filed 6/23/19);

        b)    Notice of Successful Bidder and Purchase Agreement (D.I. 627, Filed 12/20/19);

        c)    Order Pursuant to 11 U.S.C. § 332 Directing the Appointment of A Consumer Privacy Ombudsman (D.I. 660, Entered 12/30/19); and

        d)    Notice of Appointment of Consumer Privacy Ombudsman (D.I. 664, Filed 12/30/19).

        Status: This matter is going forward.

7.    Debtors' Motion for Entry of an Order (I) Approving Debtors' Wind-Down Key Employee Retention Plan, (II) Granting Administrative Expense Priority Status to All Payments to be Made by the Debtors Pursuant Thereto and (III) Granting Related Relief (D.I. 711, Filed 1/10/20).

Objection Deadline: January 21, 2020 at 4:00 p.m. (EST), extended to January 22, 2020 at 4:00 p.m. (EST) for the Committee, further extended to January 24, 2020 at 12:00 p.m. (EST) for the Committee.

Responses Received:

a)    Informal comments from the Official Committee of Unsecured Creditors (the "Committee").

Related Pleading:

a)    Order Shortening Notice and Objection Periods for the Debtors' Motion for Entry of an Order (I) Approving Debtors' Wind-Down Key Employee Retention Plan , (II) Granting Administrative Expense Priority Status to All Payments to be Made by the Debtors Pursuant Thereto and (III) Granting Related Relief (D.I. 714, Entered 1/13/20).

Status: The Debtors and the Committee are discussing a consensual resolution to this matter. This matter is going forward.

FEE APPLICATIONS

8.    Interim Fee application hearing.

Related Pleadings:

a)    See Exhibit A attached hereto;

b)    Certification of Counsel Regarding First Omnibus Order Granting Interim Allowance of Fees and Expenses for Certain Professionals (D.I. 764, Filed 1/23/20); and

c)    First Omnibus Order Granting Interim Allowance of Fees and Expenses for Certain Professionals (D.I. 767, Entered 1/23/20).

Responses Received: None.

Status: The Interim Fee binder was delivered to the Court on January 21, 2020. An order has been entered. No hearing is necessary.

Dated: January 24, 2020
      Wilmington, Delaware

                                  */s/ Joseph C. Barsalona II*
                                  Derek C. Abbott (No. 3376)
                                  Andrew R. Remming (No. 5120)
                                  Joseph C. Barsalona II (No. 6102)
                                  Joseph P. Halsey (No. 6667)
                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                  1201 N. Market Street, 16th Floor
                                  P.O. Box 1347
                                  Wilmington, Delaware 19899-1347
                                  Telephone: (302) 658-9200
                                  Facsimile: (302) 658-3989
                                  Email: dabbott@mnat.com
                                            aremming@mnat.com
                                            mharvey@mnat.com
                                            jbarsalona@mnat.com
                                            jhalsey@mnat.com

                                  - and –

                                  Adam L. Shiff (admitted *pro hac vice*)
                                  Robert M. Novick (admitted *pro hac vice*)
                                  Matthew B. Stein (admitted *pro hac vice*)
                                  KASOWITZ BENSON TORRES LLP
                                  1633 Broadway
                                  New York, New York 10019
                                  Telephone: (212) 506-1700
                                  Facsimile: (212 506-1800
                                  Email: AShiff@kasowitz.com
                                            RNovick@kasowitz.com
                                            MStein@kasowitz.com

                                  *Counsel for Debtors and*
                                  *Debtors In Possession*