**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: <u>FRED'S, INC., et al.</u>  Case No. <u>**19-11984 (CSS)**</u>
Reporting Period: **December 1, 2019 to January 4, 2020**

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | ✓ | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | ✓ | | |
|    Schedule of Professional Fees Paid | MOR-1b | ✓ | | |
|    Copies of bank statements | | | | |
|    Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | ✓ | | |
| Balance Sheet | MOR-3 | ✓ | | |
| Status of Postpetition Taxes | MOR-4 | ✓ | | |
|    Copies of IRS Form 6123 or payment receipt | | | | |
|    Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | ✓ | | |
|    Listing of aged accounts payable | MOR-4 | ✓ | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | ✓ | | |
| Debtor Questionnaire | MOR-5 | ✓ | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____     _____
Signature of Debtor                         Date

_____     _____
Signature of Joint Debtor                   Date

/s/ Mark Renzi                              2/4/2020
Signature of Authorized Individual*         Date

Mark Renzi                                  Chief Restructuring Officer
Printed Name of Authorized Individual       Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**FRED'S, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**
**For period from December 1, 2019 to January 4, 2020**

| ($ in 000's) Cash Flow Summary | Current Month | Cumulative |
|---|---:|---:|
| **Receipts** | | |
| FS Collections | - | 28,296 |
| Rx Collections [1] | 2,839 | 32,012 |
| Asset Sales | 15,070 | 60,803 |
| Other Collections | 1,459 | 4,178 |
| **Total Cash Receipts** | 19,367 | 125,289 |
| **Disbursements** | | |
| FS Merchandise | (26) | (856) |
| RX Merchandise | - | (10,670) |
| Payroll and Other Employee Obligations | (343) | (12,180) |
| Rent | (73) | (2,158) |
| Sales Tax | (5) | (3,971) |
| Utilities | (195) | (2,418) |
| Other Operating Disbursements | (826) | (10,924) |
| Third Party Rx Reimbursement | (3,605) | (6,239) |
| Other Non-Operating Disbursements | (3,847) | (27,597) |
| **Total Cash Disbursements** | (8,920) | (77,014) |
| **Net Cash Flow [2]** | 10,447 | 48,275 |

*(1) The Company collected pharmacy proceeds on behalf 3rd party buyers for sold pharmacies during this period; generally a one week delay from collecting to disbursing those proceeds.*

*(2) The Company was operating under cash collateral over the cumulative period and cash was used to pay down the DIP loan.*

**FRED'S, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Total Disbursements by Filed Legal Entity (unaudited, in thousands)**

**For period from December 1, 2019 to January 4, 2020**

| Legal Entity | Case Number | Disbursements |
|---|---|---|
| Fred's, Inc. | 19-11984 | $ 8,847 |
| Fred's Stores of Tennessee, Inc. | 19-11982 | $ 73 |
| 505 N. Main Opp, LLC | 19-11983 | $ - |
| National Equipment Management and Leasing, Inc. | 19-11985 | $ - |
| National Pharmaceutical Network, Inc. | 19-11986 | $ - |
| Summit Properties – Bridgeport, LLC | 19-11987 | $ - |
| Summit Properties – Jacksboro, LLC | 19-11988 | $ - |
| Reeves-Sain Drug Store, Inc. | 19-11989 | $ - |

**FRED'S, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Bank Reconciliations (unaudited)**
**Values in $**

| Debtor Name | Name of Institution | Type of Account | Account Number (last 4 digits) | Account balance as of 1/4 |
|---|---|---|---|---|
| Fred's, Inc. | Regions Bank | Pharmacy Lockbox | 7214 | - |
| Fred's, Inc. | Regions Bank | Payroll | 5469 | - |
| Fred's, Inc. | Regions Bank | Master | 5477 | 298,404 |
| Fred's, Inc. | Regions Bank | Master Funding | 4352 | 942,847 |
| Fred's, Inc. | Regions Bank | Controlled Disbursement | 3377 | - |
| Fred's, Inc. | Regions Bank | Alcohol | 2440 | - |
| Fred's, Inc. | Regions Bank | Sales Tax | 2459 | - |
| Fred's, Inc. | Regions Bank | Import Customs | 5899 | - |
| Fred's, Inc. | Regions Bank | TN Lottery | 4565 | - |
| Fred's, Inc. | Regions Bank | AR Lottery | 4638 | - |
| Fred's, Inc. | Regions Bank | GA Lottery | 4654 | - |
| Fred's, Inc. | Regions Bank | TX Lottery | 3132 | - |
| Fred's, Inc. | Regions Bank | FL Lottery | 5750 | - |
| Fred's, Inc. | Regions Bank | KY Lottery | 3430 | - |
| Fred's, Inc. | Regions Bank | MO Lottery | 3449 | - |
| Fred's, Inc. | Regions Bank | NC Education Lottery | 3457 | - |
| Fred's, Inc. | Bank of America | Import Letters of Credit | 3162 | - |
| Fred's, Inc. | Bank of America | EDI | 4407 | 95,674 |
| Fred's, Inc. | MetaBank | Payroll Pay Cards | 0011 | 16,752 |
| Fred's, Inc. | Regions Bank | Pharmacy Escrow Acct | 5963 | - |
| Fred's, Inc. | Regions Bank | Stub Rent Escrow Acct | 5920 | 84,788 |
| Fred's, Inc. | Regions Bank | Utility Escrow Acct | 5742 | 359,271 |
| Fred's, Inc. | Regions Bank | Asset Disposition | 4585 | 30,341,751 |
| Fred's Stores of Tennessee, Inc. | Colony Bank | Store Operating | 3410 | 2,295 |
| Fred's Stores of Tennessee, Inc. | BB&T | Store Operating | 4848 | 9,689 |
| Fred's Stores of Tennessee, Inc. | Concordia Bank | Store Operating | 8829 | 1,167 |
| Fred's Stores of Tennessee, Inc. | Extraco Bank | Store Operating | 0926 | 2,353 |
| Fred's Stores of Tennessee, Inc. | First Guaranty Bank | Store Operating | 5568 | 4,766 |
| Fred's Stores of Tennessee, Inc. | First Guaranty Bank | Store Operating | 2625 | 1,196 |
| Fred's Stores of Tennessee, Inc. | First Guaranty Bank | Store Operating | 1161 | 7,238 |
| Fred's Stores of Tennessee, Inc. | First Security Bank | Store Operating | 8030 | 4,233 |
| Fred's Stores of Tennessee, Inc. | Mount Vernon Bank | Store Operating | 0473 | 1,973 |
| Fred's Stores of Tennessee, Inc. | Tippins Bank & Trust Co | Store Operating | 9797 | 3,023 |
| Fred's Stores of Tennessee, Inc. | Valley National Bank | Store Operating | 6008 | 11,499 |

NOTE: Account Balances provided as of 1/4/2020 or date of latest account activity

**FRED'S, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Total Disbursements to Retained Professionals (unaudited, in thousands)**

**For period from December 1, 2019 to January 4, 2020**

| Retained Professionals | Role | Current Month Disbursements | Cumulative Disbursements |
|---|---|---:|---:|
| Morris, Nichols, Arsht & Tunnell LLP | Debtor Counsel | 245 | 391 |
| Akin Gump Strauss | Debtor Counsel | 228 | 512 |
| Kasowitz Benson Torres LLP | Debtor Counsel | 1,309 | 1,309 |
| Berkeley Research Group | Debtor Financial Advisor | 654 | 1,097 |
| Epiq Corporate Restructuring LLC | Claims Agent | 137 | 463 |
| Alarez & Marsal LLC | UCC Financial Advisor | 325 | 325 |
| Lowenstein Sandler LLP | UCC Counsel | 587 | 735 |
| Womble Bond Dickinson | UCC Counsel | 42 | 42 |
| Total | | $ 3,527 | $ 4,874 |

**FRED'S, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**MOR 2 - CONSOLIDATED STATEMENTS OF OPERATIONS (unaudited, in thousands)**

**For period from December 1, 2019 to January 4, 2020**

| | |
|---|---:|
| Net sales [1] | (2,461) |
| Cost of goods sold [2] | 790 |
| **Gross profit** | **(3,251)** |
| | |
| Depreciation and amortization | - |
| Selling, general and administrative expenses | 3,953 |
| **Operating income (loss)** | **(7,204)** |
| | |
| Gain (loss) from disposal of assets/liabilities | - |
| Interest expense (income) | (0) |
| **Income (loss) before income taxes** | **(7,203)** |
| | |
| Provision (benefit) for income taxes | - |
| **Net income (loss) from continuing operations** | **(7,203)** |
| | |
| Net income (loss) from discontinued operations | - |
| **Net income (loss)** | **(7,203)** |

(1) Includes adjustments for prior period pharmacy sales based on prescription price corrections
(2) Includes DIR fees charged for pharmacy transactions; fees generally charged 90 days post-transaction

**FRED'S, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**MOR 3 - CONSOLIDATED BALANCE SHEETS (unaudited, in thousands)**

|  | As of Jan. 4 2020 |
|---|---:|
| **ASSETS** | |
| Current assets: | |
| Cash and cash equivalents [1] | 32,189 |
| Inventories | - |
| Receivables, less allowance for doubtful accounts of $1,974 | 2,338 |
| Other non-trade receivables | 18,255 |
| Prepaid expenses and other current assets | 699 |
| Total current assets | 53,481 |
| Property and equipment, less accumulated depreciation and | 55 |
| Goodwill | - |
| Intangible assets, net | - |
| Other noncurrent assets, net | 11,053 |
| **Total assets** | **64,589** |
| | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | |
| Current liabilities: | |
| Accounts payable | 58,355 |
| Current portion of indebtedness | 68 |
| Accrued expenses and other | 11,987 |
| Total current liabilities | 70,409 |
| Long-term portion of indebtedness | 14,388 |
| Other noncurrent liabilities | 5,135 |
| Total liabilities | 89,933 |
| | |
| Shareholders' equity: | |
| Preferred stock, nonvoting, no par value | - |
| Preferred stock, Series A junior participating nonvoting, no par value | - |
| Preferred stock, Series C junior participating voting, no par value | - |
| Common stock, Class A voting, no par value | 128,131 |
| Common stock, Class B nonvoting, no par value | - |
| Treasury Stock, at cost | (10,826) |
| Retained earnings | (143,204) |
| Accumulated other comprehensive income | 555 |
| Total shareholders' equity | (25,344) |
| **Total liabilities and shareholders' equity** | **64,589** |

(1) Cash includes pharmacy proceeds the Company collected on behalf of 3rd party buyers for sold pharmacies that had not been disbursed as of 1/4/20; the Company generally holds 1-2 weeks of 3rd party pharmacy proceeds before disbursing funds.
Note: This does not include potential lease rejection damages.

**FRED'S, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**MOR - 4 Status of Post Petition Taxes**

The Debtors continue to pay post-petition taxes as they become due and are current on those payments.
If payments become past due the Debtors will include a schedule in the MOR listing past due post-petition taxes.

**FRED'S, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Summary of Unpaid Post-Petition Debts (unaudited, in Thousands)**

| Post-Petition Debts Aging Amount | Total |
|---|---:|
| Current | 28 |
| 0 - 30 Days Old | 184 |
| 31 - 60 Days Old | 124 |
| 61 - 90 Days Old | 317 |
| 91+ Days Old | 204 |
| **Total Post-Petition Debts** | **857** |

**FRED'S, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Trade Receivable Aging (unaudited, in Thousands)**

| Trade Receivable Aging Amount | Credit Card | Pharmacy | Total | Allowance for Doubtful Accounts | Total, less Allowance for Doubtful Accounts |
|---|---|---|---|---|---|
| Current | - | - | - | - | - |
| 0 - 30 Days Old | - | 4,312 | 4,312 | 1,974 | 2,338 |
| 31 - 60 Days Old | - | - | - | - | - |
| 61 - 90 Days Old | - | - | - | - | - |
| 91+ Days Old | - | - | - | - | - |
| Total Trade Receivable | - | 4,312 | 4,312 | 1,974 | 2,338 |

**FRED'S, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Questionnaire**

|  | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below.<br><br>*During this period, the debtors liquidated FF&E for amounts below normal course pricing. The Dublin DC and owned stores were also sold to third-party buyers.* | X |  |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. |  | X |
| 3. Have all post-petition tax returns been filed timely? If no, provide an explanation below. | X |  |
| 4. Are workers compensation, general liability, and other necessary insurance coverages in effect? If no, provide an explanation below. | X |  |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. |  | X |

| Account Name | Purpose | Business | Acct Number | Bank Name | Date |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**FRED'S, INC., et al.**
**DEBTORS AND DEBTORS IN POSSESSION**
**Questionnaire**