IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| Fred's, Inc., *et al.*[1] | ) Case No. 19-11984 (CSS) |
| Debtors. | ) Jointly Administered |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON FEBRUARY 25, 2020 AT 10:00 A.M. (EASTERN STANDARD TIME)

RESOLVED/ADJOURNED MATTERS

1. Motion of Dr. Marlon Doucet for Relief from the Automatic Stay (D.I. 511, Filed 11/14/19).

    Objection Deadline: December 2, 2019 at 4:00 p.m. (EST), extended to December 11, 2019 for the Debtors; further extended to December 30, 2019 for the Debtors; further extended to January 21, 2020 for the Debtors; further extended to March 23, 2020 at 4:00 p.m. (EDT) for the Debtors.

    Responses Received: None.

    Related Pleading: None.

    Status: This matter has been adjourned to the Omnibus hearing scheduled for March 30, 2020 at 10:00 a.m. (EST).

2. Motion of the Official Committee of Unsecured Creditors Pursuant to Bankruptcy Rule 2004 for an Order Directing the Production of Documents from, and Authorizing the Examination of, Certain Former Fred's Employees (D.I. 634, Filed 12/23/19).

    Objection Deadline: December 31, 2019 at 4:00 p.m. (EST), extended to January 14, 2020 at 4:00 p.m. (EST) for the Debtors; further extended to February 18, 2020 at 4:00 p.m. (EST) for the Debtors; further extended to March 23, 2020 at 4:00 p.m. (EDT) for the Debtors.

    Responses Received: None.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Fred's Stores of Tennessee, Inc. (9888); Fred's Inc. (4010); National Equipment Management and Leasing, Inc. (4296); National Pharmaceutical Network, Inc. (9687); Reeves-Sain Drug Store, Inc. (4510); Summit Properties-Jacksboro, LLC (9161); Summit Properties-Bridgeport, LLC (2200); and 505 N. Main Opp, LLC (5850). The Debtors' address is 6625 Lenox Park, Suite 200, Memphis, TN 38115.

Related Pleading:

a)     Order Approving Stipulation (D.I. 661, Entered 12/30/19).

Status: This matter has been adjourned to the Omnibus hearing scheduled for March 30, 2020 at 10:00 a.m. (EDT).

3. Motion of Pauline Carthern for Relief from the Automatic Stay (D.I. 757, Filed 1/22/2020).

Objection Deadline: February 10, 2020 at 4:00 p.m. (EST), extended to March 16, 2020 at 4:00 p.m. (EDT) for the Debtors.

Responses Received: None.

Related Pleading: None.

Status: This matter has been adjourned to the Omnibus hearing scheduled for March 30, 2020 at 10:00 a.m. (EDT).

4. Debtors' Second Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts *Nunc Pro Tunc* to January 23, 2020 and (II) Granting Related Relief (D.I. 773, Filed 1/23/20).

Objection Deadline: February 6, 2020 at 4:00 p.m. (EST).

Responses Received: None.

Related Pleading:

a)     Certificate of No Objection Regarding the Debtors' Second Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts *Nunc Pro Tunc* to January 23, 2020 and (II) Granting Related Relief (D.I. 812, Filed 2/07/20); and

b)     Order Granting Debtors' Second Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts *Nunc Pro Tunc* to January 23, 2020 and (II) Granting Related Relief (D.I. 826, Entered 2/12/20).

Status: An order has been entered. No hearing is necessary.

5.  Debtors' Application for an Order Authorizing the Retention and Employment of KPMG LLP as Service Provider to the Debtors for Tax Compliance and Tax Consulting Matters *Nunc Pro Tunc* to January 21, 2020 (D.I. 804, 2/04/2020).

    Objection Deadline:  February 18, 2020 at 4:00 p.m. (EST).

    Responses Received:  None.

    Related Pleading:

    a)  Certificate of No Objection Regarding Debtors' Application for an Order Authorizing the Retention and Employment of KPMG LLP as Service Provider to the Debtors for Tax Compliance and Tax Consulting Matters *Nunc Pro Tunc* to January 21, 2020 (D.I. 853, 02/19/2020); and

    b)  Order Authorizing the Debtors to Retain and Employ KPMG LLP as Service Provider for Tax Compliance and Tax Consulting Matters *Nunc Pro Tunc* to January 21, 2020 (D.I. 858, 2/21/20).

    Status:  An order has been entered. No hearing is necessary.

MATTERS GOING FORWARD:

6.  Debtors' Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Solicitation Materials and Procedures for Distribution Thereof, (IV) Approving Forms of Ballots and Establishing Procedures for Voting Plan, (V) Scheduling Hearing and Establishing Notice and Objection Procedures in Respect of Confirmation of Plan, and (VI) Granting Related Relief (D.I. 813, Filed 02/07/20).

    Objection Deadline:  February 18, 2020 at 4:00 p.m. (EST).

    Responses Received:

    a)  Informal comments received from the United States Securities Exchange Commission;

    b)  Informal comments from the Office of the United States Trustee for the District of Delaware;

    c)  Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Solicitation Materials and Procedures for Distribution Thereof, (IV) Approving Forms of Ballots and Establishing Procedures for Voting on Plan, (V) Scheduling Hearing and Establishing Notice

and Objection Procedures in Respect of Confirmation of Plan, and (VI) Granting Related Relief (D.I. 847, Filed 02/18/20); and

d) Objection of the Chubb Companies to the Proposed Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Debtors' Joint Plan (D.I. 851, Filed 2/19/20).

Related Pleading:

a) Joint Chapter 11 Plan for Fred's, Inc. and the Debtor Affiliates Set Forth Herein (D.I. 755, Filed 01/21/20);

b) Proposed Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Debtors' Joint Plan (D.I. 756, Filed 01/21/20);

c) Notice Regarding Plan and Disclosure Statement Proposed By The Debtors and Disclosure Statement Hearing (D.I. 791, Filed 01/29/2020);

d) Order Shortening Notice and Objection Periods for Debtors' Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Fixing Voting Record Date, (III) Approving Solicitation Materials and Procedures for Distribution Thereof, (IV) Approving Forms of Ballots and Establishing Procedures for Voting Plan, (V) Scheduling Hearing and Establishing Notice and Objection Procedures in Respect of Confirmation of Plan, and (VI) Granting Related Relief (D.I. 823, Filed 02/12/20);

e) Joint Chapter 11 Plan for Fred's, Inc. and the Debtor Affiliates Set Forth Herein (D.I. 840, Filed 02/14/20);

f) Joint Chapter 11 Plan for Fred's, Inc. and the Debtor Affiliates Set Forth Herein [REDLINE] (D.I. 841, Filed 02/14/20);

g) Proposed Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Debtors' Joint Plan (D.I. 843, Filed 02/14/20); and

h) Proposed Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the Debtors' Joint Plan [REDLINE] (D.I. 844, Filed 02/14/20).

Status:   This matter is going forward.

| | |
|---|---|
| Dated: February 21, 2020<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Joseph C. Barsalona II*<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Matthew B. Harvey (No. 5186)<br>Joseph C. Barsalona II (No. 6102)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19899-1347<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: dabbott@mnat.com<br>      aremming@mnat.com<br>      mharvey@mnat.com<br>      jbarsalona@mnat.com<br><br>- and –<br><br>Adam L. Shiff (admitted *pro hac vice*)<br>Robert M. Novick (admitted *pro hac vice*)<br>Matthew B. Stein (admitted *pro hac vice*)<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 506-1700<br>Facsimile: (212 506-1800<br>Email: AShiff@kasowitz.com<br>      RNovick@kasowitz.com<br>      MStein@kasowitz.com<br><br>*Counsel for Debtors and*<br>*Debtors In Possession* |