## **Exhibit A**

**Schedule of Executory Contracts to be Assumed and Proposed Cure Amounts**

## Debtors' Schedule of Assumed Executory Contracts to be Assumed and Proposed Cure Amounts[1]

| NO. | DEBTOR PARTY | COUNTERPARTY | COUNTERPARTY ADDRESS | TITLE OF CONTRACT | DESCRIPTION OF CONTRACT | CONTRACT DATE | CURE AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | Fred's, Inc. | Exisor LLC | 8295 Tournament Dr., Suite 150, Memphis, TN 38125 | Master Services Agreement | Master Services Agreement between Exisor LLC and Fred's, Inc., including that certain Statement of Work forming a part thereof entitled Data Center Services Revised dated October 11, 2019 | 5/21/2019 | $0 |
| 2 | Fred's Stores of Tennessee, Inc. | VRC Companies[2] | 5400 Meltech Blvd, #101, Memphis, TN 38118 | Master Service/Lease Agreement For Records Storage and Related Services | Master Service Agreement between VRC Companies, and Fred's Stores of Tennessee, Inc., including the Exhibits attached thereto and forming a part thereof | 3/28/2019 | $0 |

---

[1] The Debtors have not included any insurance agreements herein because they believe any such agreements are not executory. The Debtors reserve all rights with respect thereto and to otherwise amend this Schedule of Executory Contracts to be Assumed and Proposed Cure Amounts (the "Schedule") as provided in the *Joint Chapter 11 Plan for Fred's, Inc. and the Debtor Affiliates Set Forth Herein* [D.I. 894] (as may be amended from time to time), including with respect to the right to add and/or remove any agreements listed herein. The presence of an agreement on this Schedule does not constitute an admission that such an agreement is an Executory Contract, or is a binding, valid, or enforceable contract. The Debtors reserve all of their rights with respect to agreements listed herein, including but not limited to the right to dispute or challenge the characterization or the structure of any transaction, document or instrument, and the right to dispute whether any agreement is an executory contract or a binding, valid, or enforceable contract.

[2] VRC Companies, LLC, Vital Records Control, Inc., Vital Records Control Of Arkansas, Inc., Vital Records Control of South Carolina, Inc., Vital Records Control of Florida, LLC, Vital Records Control of Mississippi, LLC, Vital Records Control of KY, LLC, Vital Records Control of AL, LLC, Vital Records Control of TN, LLC, Vital Records Control of Virginia, LLC, Vital Records Control of Georgia, LLC, VitalScan, LLC, National Security & Trust Company, Inc., and/or Offsite Data Storage, Inc. d/b/a Information Vaulting Services.