CASE NAME:
**NATIONAL EQUIPMENT MANAGEMENT AND LEASING, INC.**

CASE NUMBER:
**19-11985**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

FOR POST CONFIRMATION USE

QUARTERLY OPERATING REPORT

AND

QUARTERLY BANK RECONCILEMENT

In accordance with Title 28, Section 1746, of the United States Code, I declare under penalty of perjury that I have examined the attached Post Confirmation Quarterly Operating Report, and the Post Confirmation Quarterly Bank Reconcilement and, to the best of my knowledge, these documents are true, correct and complete. Declaration of the preparer (other than responsible party), is based on all information of which preparer has any knowledge.

This document is signed by Anthony M. Saccullo, solely in his capacity as the Liquidating Trustee of the FI Liquidating Trust in connection with the chapter 11 bankruptcy proceeding styled *In re National Equipment Management and Leasing, Inc., et al.* (Case No. 19-11985 (CSS)) pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Liquidating Trustee was appointed by Order of the Bankruptcy Court entered on June 4, 2020 for purposes of, *inter alia*, winding-up the Debtors' affairs and administering the distribution of their collective assets to creditors. The Liquidating Trustee's appointment became effective on June 19, 2020, prior to which he was not employed by, involved with, or responsible for the Debtors, their books and records, or the Plan. The information contained herein is based upon information contained in the books and records of the Debtors that have been made available to the Liquidating Trustee and his professionals, and is being provided to the best of our knowledge and belief based upon our reasonable diligence and review of the books and records provided to the Liquidating Trustee and his professionals by the Debtors.

RESPONSIBLE PARTY:

Original Signature of Responsible Party _____ *[signature]*

Printed Name of Responsible Party _____ Anthony M. Saccullo

Title _____ Liquidating Trustee

Date _____ 10/20/20

PREPARER:

Original Signature of Preparer _____
Printed Name of Preparer _____
Title _____
Date _____

POST CONFIRMATION
QUARTERLY OPERATING REPORT

CASE NAME:
**NATIONAL EQUIPMENT MANAGEMENT AND LEASING, INC.**

CASE NUMBER:
**19-11985**

QUARTER ENDING: 9/30/20

| | | |
|---|---|---:|
| 1 | BEGINNING OF QUARTER CASH BALANCE: | $0.00 |
| | CASH RECEIPTS: | |
| | CASH RECEIPTS DURING CURRENT QUARTER: | |
| | (a). Cash receipts from business operations | + $0.00 |
| | (b). Cash receipts from loan proceeds | + |
| | (c). Cash receipts from contributed capital | + |
| | (d). Cash receipts from tax refunds | + $0.00 |
| | (e). Cash receipts from other sources | + $0.00 |
| | (f). Cash receipts from interbank tranfers* | + $0.00 |
| 2 | TOTAL CASH RECEIPTS | = $0.00 |
| | CASH DISBURSEMENTS: | |
| | (A). PAYMENTS MADE UNDER THE PLAN: | |
| | (I). Administrative | + $0.00 |
| | (2). Secured Creditors | + $0.00 |
| | (3). Priority Creditors | + $0.00 |
| | (4). Unsecured Creditors | + |
| | (5). Additional Plan Payments | + |
| | (B). OTHER PAYMENTS MADE THIS QUARTER: | |
| | (1). General Business | + $0.00 |
| | (2). Other Disbursements | + $0.00 |
| | (3). Interbank transfers* | + $0.00 |
| 3 | TOTAL DISBURSEMENTS THIS QUARTER* | $0.00 |
| 4 | CASH BALANCE END OF QUARTER | = $0.00 |

* To ensure that the information provided in this Quarterly Operating report balances throughout the report, interbank transfers between the Debtors and the Liquidating Trust have been included as "Disbursements." The true disbursements for the Quarter were **$0.** This Quarterly Operating Report also includes activity for the last twelve (12) days of the previous quarter, specifically, from the Effective Date of the Plan (June 19, 2020) through June 30, 2020, which was not captured by the Debtors' last Monthly Operating Report.

POST CONFIRMATION
QUARTERLY BANK RECONCILEMENT

CASE NAME:
**NATIONAL EQUIPMENT MANAGEMENT AND LEASING, INC.**

CASE NUMBER:
**19-11985**

The reorganized debtor must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well as all savings and investment accounts, money market accounts, certificates of deposits, governmental obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to the account number. Attach additional sheets for each bank reconcilement if necessary.

QUARTER ENDING: 9/30/20

|   | Bank Reconciliations | Account #1 | Account #2 | Account #3 | Account #4 | | TOTAL |
|---|---|---|---|---|---|---|---|
| A. | Bank | M&T | M&T | M&T | M&T | | |
| B. | Account Number | | | | | | |
| C. | Purpose (Type) | | | | | | |
| 1 | Balance Per Bank Statement | | | | | | $0.00 |
| 2 | Add: Total Deposits Not Credited | | | | | + | $0.00 |
| 3 | Subtract: Outstanding Checks | | | | | | $0.00 |
| 4 | Other Reconciling Items | | | | | | $0.00 |
| 5 | Month End Balance Per Books | $0.00 | $0.00 | $0.00 | $0.00 | = | $0.00 |
| 6 | Number of Last Check Written | | | | | | |
| 7 | Cash: Currency on Hand | | | | | + | $0.00 |
| 8 | Total Cash - End Of Month | $0.00 | $0.00 | $0.00 | $0.00 | = | $0.00 |

|   | CASH IN: INVESTMENT ACCOUNTS | | | | | |
|---|---|---|---|---|---|---|
|   | Bank, Account Name & Number | Date of Purchase | Type of Instrument | | | Value |
| 9 | | | | | | + |
| 10 | | | | | | + |
| 11 | | | | | | + |
| 12 | | | | | | + |
| 13 | Total Cash Investments | | | | = | $0.00 |
| 14 | TOTAL CASH | LINE 8 - PLUS LINE 13 = LINE 14 **** | | | | $0.00 |
|   | | | | | | **** |

**** Must tie to Line 4, Quarterly Operating Report