

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

60 East 42nd Street, 46th Floor
New York, NY 10165
212-267-7342

| Defendant: | **Ecolab Inc.** |
|---|---|
| Bankruptcy Case: | **Fred's Inc.** |
| Preference Period: | **Jun 11, 2019 - Sep 9, 2019** |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6680902 | 3/8/2019 | $99.32 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468018 | $6,683.55 | 7/8/2019 | 91598032019 | 3/31/2019 | $3,667.81 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6376696 | 1/11/2019 | $101.17 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6376912 | 1/18/2019 | $101.87 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6376974 | 1/28/2019 | $100.71 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6378313 | 1/3/2019 | $99.32 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6414988 | 1/22/2019 | $92.82 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6675166 | 3/22/2019 | $92.82 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6678169 | 3/22/2019 | $92.82 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6679558 | 3/15/2019 | $99.32 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6679777 | 3/26/2019 | $92.82 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6376526 | 1/25/2019 | $101.87 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6680781 | 3/21/2019 | $99.32 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6376370 | 1/23/2019 | $102.57 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6680907 | 3/13/2019 | $99.32 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6681008 | 3/19/2019 | $102.78 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6681046 | 3/21/2019 | $99.32 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6681073 | 3/18/2019 | $99.32 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6681366 | 3/25/2019 | $99.32 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6681404 | 3/15/2019 | $99.32 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6681895 | 3/11/2019 | $99.32 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6689795 | 3/26/2019 | $92.82 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6689836 | 3/5/2019 | $92.82 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6737997 | 3/22/2019 | $102.57 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6680738 | 3/20/2019 | $99.32 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6324017 | 1/30/2019 | $99.32 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468018 | $6,683.55 | 7/8/2019 | 91598042019 | 4/30/2019 | $3,015.74 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 1151752 | 3/15/2019 | $24.79 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 1153144 | 3/22/2019 | $185.98 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 1154544 | 3/29/2019 | $68.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 1159033 | 4/22/2019 | $24.56 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 2400032 | 3/22/2019 | $444.50 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 2999010 | 1/22/2019 | $1,500.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 2999011 | 1/29/2019 | $750.00 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6318596 | 1/27/2019 | $92.82 |

Ecolab Inc. (2265875)
Bankruptcy Case: Fred's Inc.

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6321278 | 1/30/2019 | $92.82 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6376614 | 1/4/2019 | $101.64 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6323015 | 1/29/2019 | $92.82 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6738297 | 3/22/2019 | $101.17 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6324079 | 1/16/2019 | $99.32 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6324124 | 1/29/2019 | $99.32 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6324260 | 1/16/2019 | $99.32 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6324264 | 1/10/2019 | $99.32 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6324370 | 1/29/2019 | $102.78 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6324411 | 1/7/2019 | $99.32 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6324441 | 1/22/2019 | $99.32 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6324726 | 1/21/2019 | $99.32 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6324768 | 1/29/2019 | $99.32 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6333689 | 1/29/2019 | $92.82 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6322779 | 1/10/2019 | $99.32 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 7040071 | 5/22/2019 | $102.29 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 7033482 | 5/30/2019 | $95.60 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 7036403 | 5/22/2019 | $95.60 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 7038273 | 5/5/2019 | $95.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 7038988 | 5/26/2019 | $102.29 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 7039027 | 5/8/2019 | $102.29 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 7039044 | 5/15/2019 | $102.29 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 7039048 | 5/21/2019 | $102.29 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 7039151 | 5/28/2019 | $105.87 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 7039188 | 5/30/2019 | $102.29 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 7039216 | 5/13/2019 | $102.29 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6738135 | 3/29/2019 | $101.87 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 7039556 | 5/7/2019 | $102.29 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6916868 | 4/30/2019 | $104.92 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 7048120 | 5/29/2019 | $95.60 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 7048169 | 5/13/2019 | $95.60 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 7097167 | 5/24/2019 | $105.63 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 7097308 | 5/13/2019 | $104.92 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 7097388 | 5/2/2019 | $104.68 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 7097467 | 5/13/2019 | $104.20 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 7097667 | 5/30/2019 | $103.73 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 7098743 | 5/24/2019 | $102.29 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 7219261 | 6/4/2019 | $95.60 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 7278050 | 5/28/2019 | $104.92 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 7039533 | 5/23/2019 | $102.29 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6859126 | 4/29/2019 | $102.29 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 91598_17 | 6/4/2019 | $95.60 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6738493 | 3/24/2019 | $101.87 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6738544 | 3/25/2019 | $100.71 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6739774 | 3/27/2019 | $99.32 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6853343 | 4/29/2019 | $95.60 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6856263 | 4/29/2019 | $95.60 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6857883 | 4/27/2019 | $95.60 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6858828 | 4/21/2019 | $102.29 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6858865 | 4/19/2019 | $102.29 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6858984 | 4/4/2019 | $102.29 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6917988 | 4/26/2019 | $102.29 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6859087 | 4/11/2019 | $105.87 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6916921 | 4/28/2019 | $103.73 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6859151 | 4/10/2019 | $102.29 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6859442 | 4/22/2019 | $102.29 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6859479 | 4/18/2019 | $102.29 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6859979 | 4/21/2019 | $102.29 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6867808 | 4/24/2019 | $95.60 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6867851 | 4/16/2019 | $95.60 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6916434 | 4/23/2019 | $105.63 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6916571 | 4/26/2019 | $104.92 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6916642 | 4/7/2019 | $104.68 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6916715 | 4/23/2019 | $104.20 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6738215 | 3/1/2019 | $101.64 |
| Fred's Inc. | Fred's Inc. and other Fred's Inc. Affiliated Debtor | 468939 | $12,116.90 | 8/22/2019 | 6858988 | 4/12/2019 | $102.29 |

**Totals:**      **2 transfer(s),**   **$18,800.45**