IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Fred's, Inc., *et al.*,[1]<br>                      Debtors. | Chapter 11<br><br>Case No. 19-11984 (CTG)<br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON MARCH 3, 2023, AT 10:00 A.M. (EASTERN TIME)**

*AS THERE ARE NO MATTERS GOING FORWARD, THE HEARING HAS BEEN CANCELED WITH PERMISSION FROM THE COURT.*

**ADJOURNED MATTERS:**

1. Motion for Relief from Automatic Stay to Proceed with State Court Action, filed by Mae Bell Galloway [Filed 6/9/20] (Docket No. 1172)

   Objection/Response Deadline: June 16, 2020 at 4:00 p.m. (ET); extended to seven (7) calendar days before the next omnibus hearing date for the Liquidating Trustee.

   Objections/Responses Received: None as of the date hereof.

   Related Documents:

       A. Notice of Hearing [Filed 6/9/20] (Docket No. 1173)

   Status: The parties have reached resolution subject to documentation.

2. Liquidating Trustee's First Omnibus (Non-Substantive) Objection to Certain (i) Late Filed Claims, (ii) Duplicate Claims, (iii) Amended and Superseded Claims, and (iv) Insufficient Documentation Claims [Filed 6/23/22] (Docket No. 1687)

   Objection/Response Deadline: July 27, 2022 at 4:00 p.m. (ET)

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Fred's, Inc. (4010); Fred's Stores of Tennessee, Inc. (9888); National Equipment Management and Leasing, Inc. (4296); National Pharmaceutical Network, Inc. (9687); Reeves-Sain Drug Store, Inc. (4510); Summit Properties-Jacksboro, LLC (9161); Summit Properties-Bridgeport, LLC (2200); and 505 N. Main Opp, LLC (5850). The Debtors' current mailing address is c/o FI Liquidating Trust, 27 Crimson King Drive, Bear, DE 19701.

Objections/Responses Received:

A. Response to Liquidating Trustee's First Omnibus (Non-Substantive) Objection to Certain (i) Late Filed Claims, (ii) Duplicate Claims, (iii) Amended and Superseded Claims, and (iv) Insufficient Documentation Claims. Filed by Forris Anderson [Filed 7/12/22] (Docket No. 1694)

Related Documents:

A. Notice of Submission of Proof of Claim in Connection with the Liquidating Trustee's First Omnibus (Non-Substantive) Objection to Certain (i) Late Filed Claims, (ii) Duplicate Claims, (iii) Amended and Superseded Claims, and (iv) Insufficient Documentation Claims [Filed 7/20/22] (Docket No. 1705)

B. [Signed] Order Sustaining Liquidating Trustee's First Omnibus (Non-Substantive) Objection to Certain (i) Late Filed Claims, (ii) Duplicate Claims, (iii) Amended and Superseded Claims, and (iv) Insufficient Documentation Claims [Filed 8/1/22] (Docket No. 1710)

Status: The response of Forris Anderson has been adjourned to the next omnibus hearing date.

**RESOLVED MATTER:**

3. Liquidating Trustee's Motion for an Order Approving Settlement Between Liquidating Trustee and Chubb Pursuant to Fed. R. Bankr. P. 9019 [Filed 2/7/23] (Docket No. 1787)

    Objection/Response Deadline: February 21, 2023, at 4:00 p.m. (ET)

    Objections/Responses Received: None.

    Related Documents:

    A. Certificate of No Objection Regarding Liquidating Trustee's Motion for an Order Approving Settlement Between Liquidating Trustee and Chubb Pursuant to Fed. R. Bankr. P. 9019 [Filed 2/22/23] (Docket No. 1795)

    B. [Signed] Order Approving Settlement Between Liquidating Trustee and Chubb Pursuant to Fed. R. Bankr. P. 9019 [Filed 2/23/23] (Docket No. 1797)

    Status: The Court has entered the order on this matter, and it is now resolved.

| Dated: March 1, 2023<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Ericka F. Johnson*<br>Matthew P. Ward, Esq. (No. 4471)<br>Ericka F. Johnson, Esq. (No. 5024)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone:     (302) 252-4320<br>Facsimile:      (302) 252-4330<br>E-mail:           matthew.ward@wbd-us.com<br>                       ericka.johnson@wbd-us.com<br><br>-and-<br><br>**LOWENSTEIN SANDLER LLP**<br>Jeffrey L. Cohen, Esq. (admitted *pro hac vice*)<br>Lindsay H. Sklar, Esq. (admitted *pro hac vice*)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Telephone:     (212) 262-6700<br>Facsimile:      (212) 262-7402<br>Email:            jcohen@lowenstein.com<br>                       lsklar@lowenstein.com<br><br>Colleen Restel, Esq. (admitted *pro hac vice*)<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>Telephone: (973) 597-2502<br>Facsimile: (973) 597-2400<br>Email: crestel@lowenstein.com<br><br>-and-<br><br>**ASK LLP**<br>Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292<br>Kara E. Casteel, Esq. MN SBN 0389115<br>2600 Eagan Woods Drive, Suite 400<br>St. Paul, MN  55121<br>Telephone: 651-289-3846<br>Fax: (651) 406-9676<br>Email: kcasteel@askllp.com<br><br>*Counsel to the Liquidating Trustee* |
|---|---|